brown, kenneth anderson, a private and special People called Moor and beneficiary, heir, *subject, ambassador-at-large and Noble of the Al Maroc Shereefian Empire.*

## SPECIAL CAUSE: Complaint

### The Ship Manifest Master Bill of Lading
Non-Negotiable

### district court of the united states
### for the southern district of new york

### *Special Cause to Proceed Ex Parte,*

### Docket (trust) No.: <u>1:22-cv-09205-LTS</u>

in the United States of America,
**Original Equal Justice being rendered in Admiralty and Maritime Jurisdiction
by Nature, Law of Nations and Chancery (Equity)**

*Treaty of Marrakech 1786/1836, ARTICLE XXI;*

*Treaty of Tunis 1824, ARTICLE XII;*

1789 *constitution for united states
of america in congress assembled
ARTICLE III and ARTICLE VI and,*

*Judiciary Act of 1789 1 stat 73 §9, §11,
§16, §20, §22, §25, §26, §30, & §32.*

To:    swain, laura t., d/b/a LAURA T. SWAIN, et al.
chief judge/ acting as Master/Chancellor, et al. (Consignee),
Restricted: *In Camera*
c/o:  district court of the united states for the southern district of new york
500 Pearl Street
New York, New York near [10007];

krajicik ruby j. d/b/a RUBY J. KRAJICIK, et al.
special clerk of the court, et al. (Consignee),
Restricted: *In Camera*
c/o:  district court of the united states for the southern district of new york
500 Pearl Street
New York, New York near [10007];

*and, all **"People Bound by Oath to Be Persons Worthy of Trust,**" Trustee and or Fiduciary,* who i entrust to discharge your duties faithfully while in office of Trust and Perform your ministerial duties in good faith, a pure heart and good conscious pursuant to to *Treaty of Marrakech 1786 /1836, ARTICLE XXI,* and the written 1789 *constitution for the united states of america in congress assembled, ARTICLE III, ARTICLE VI, and in cognizable original equal justice being rendered in admiralty and maritime jurisdiction by nature, law of nations and chancery (equity).* **"He who comes in equity must come with clean hands."** district court of the united states for the southern district of new york

*Amended: Master Bill of Lading in Original Equal Justice
Being Rendered in Admiralty and Maritime Jurisdiction
by Nature, Law of Nations and Chancery (Equity)*                                    1

brown, kenneth anderson, a private and special People called Moor and beneficiary, heir, *subject, ambassador-at-large and Noble of the Al Maroc Shereefian Empire.*

<span style="color:red">**SPECIAL CAUSE:**</span> **Complaint**

500 Pearl Street
New York, New York near [10007].

**Private, Special, Privileged, Confidential
Special Term, without General, without Statutes,
without Federal Rules of Court Procedure,
without Federal Rules of Appellant Procedure**

*"Where there is a conflict between the
Maxims of Equity and the rules of the
common law over the same subject matter,
Equity shall prevail"*

**Ecclesiastical Court of the High Seas**

**Office of Special Clerk and Master**

<span style="color:red">**Amended**</span> **Master Bill of Lading in Original Equal Justice Being Rendered
in Admiralty and Maritime Jurisdiction by Nature,
Law of Nations and Chancery (Equity)**

| | |
|---|---|
| ***brown, kenneth anderson****—a Moor beneficiary;* | |
| ***KB RA-EL EXPRESS TRUST****,* | § |
| *an Admiral, Mariner, Merchant, Piloter* | § |
| *and private people called Moor and* | § |
| *subject, ambassador-at-large and Noble* | § |
| *of the Al Maroc Shereefian Empire;* | § |
| | § |
| *Claimant/Suitor/Libellant,* | § |
| | § |
| -v- | § |
| | § |
| *Controversy/Contravention assembled:* | § |
| *Custodian(s)/Fiduciary(ies)/* | § |
| *Liablee(s)/Defendant(s),* | § |
| | § |
| blinken, antony john d/b/a | § |
| ANTONY JOHN BLINKEN | *§* |
| secretary of state, et al. | § |
| **United States** | § |
| HEIRS AND ASSIGNEES | § |
| | § |

*Amended: Master Bill of Lading in Original Equal Justice
Being Rendered in Admiralty and Maritime Jurisdiction
by Nature, Law of Nations and Chancery (Equity)*

2

brown, kenneth anderson, a private and special People called Moor and beneficiary, heir, *subject, ambassador-at-large and Noble of the Al Maroc Shereefian Empire.*

## SPECIAL CAUSE: Complaint

| | |
|---|---|
| yellen, janet louise d/b/a | § |
| JANET LOUISE YELLEN | § |
| secretary of treasury, et al. | § |
| **United States** | § |
| HEIRS AND ASSIGNEES | § |
| | § |
| garland, merrick d/b/a | § |
| MERRICK GARLAND, et al. | § |
| attorney general, et al. | § |
| **United States** | § |
| HEIRS AND ASSIGNEES | § |
| | § |
| barnhart, jo anne  d/b/a | § |
| JO ANNE BARNHART, et al. | § |
| commissioner, et al. | § |
| **Social Security Administration** | § |
| HEIRS AND ASSIGNEES | § |
| | § |
| rettig, charles paul d/b/a | § |
| CHARLES PAUL RETTIG | § |
| commissioner, et al. | § |
| **Internal Revenue Service** | § |
| HEIRS AND ASSIGNEES | § |
| | § |
| miller, duane r. d/b/a | § |
| MAJOR GENERAL DUANE R. MILLER, et al. | § |
| provost marshal general, et al. | § |
| **United States Army** | § |
| HEIRS AND ASSIGNEES | § |
| | § |
| dejoy, louis d/b/a | § |
| LOUIS DEJOY, et al. | § |
| post master general, et al. | § |
| **United States** | § |
| HEIRS AND ASSIGNEES | § |
| | § |
| biden, joseph robinette (jr.) d/b/a | § |
| JOSEPH ROBINETTE BIDEN (Jr.), et al. | § |
| president, et al. | § |
| **United States** | § |
| HEIRS AND ASSIGNEES | § |
| | § |
| labat, patrick d/b/a | § |
| PATRICK LABAT, et al. | § |
| sheriff, et al. | § |

*Amended: Master Bill of Lading in Original Equal Justice Being Rendered in Admiralty and Maritime Jurisdiction by Nature, Law of Nations and Chancery (Equity)*

brown, kenneth anderson, a private and special People called Moor and beneficiary, heir, *subject, ambassador-at-large and Noble of the Al Maroc Shereefian Empire.*

<span style="color:red">**SPECIAL CAUSE:**</span> **Complaint**

| | |
|---|---|
| **Fulton County** | § |
| HEIRS AND ASSIGNEES | § |
| | § |
| moyares, jason s. d/b/a | § |
| JASON S. MOYARES, et al. | § |
| attorney general, et al. | § |
| **Virginia** | § |
| HEIRS AND ASSIGNEES | § |
| | § |
| stein, john d/b/a | § |
| JOHN STEIN, et al. | § |
| attorney general, et al. | § |
| **North Carolina** | § |
| HEIRS AND ASSIGNEES | § |
| | § |
| moynihan, brian thomas d/b/a | § |
| BRIAN THOMAS MOYNIHAM | § |
| chairman and chief executive officer, et al. | § |
| **Bank of America, N.A.** | § |
| HEIRS AND ASSIGNEES | § |
| | § |
| dowdy, evelyn g. d/b/a | § |
| EVELYN G. DOWDY, et al. | § |
| president and chief executive officer, et al. | § |
| **Connects Federal Credit Union** | § |
| HEIRS AND ASSIGNEES | § |
| | § |
| mcduffie, mary d/b/a | § |
| MARY MCDUFFIE, et al. | § |
| chief executive officer, et al. | § |
| **Navy Federal Credit Union** | § |
| HEIRS AND ASSIGNEES | § |
| | § |
| whitlock, edward s. iii d/b/a | § |
| EDWARD S. WHITLOCK III, et al | § |
| attorney and partner, et al | § |
| **Lafayette, Ayers & Whitlock, PLC** | § |
| HEIRS AND ASSIGNEES | § |
| | § |
| fischer, jennifer w. d/b/a | § |
| JENNIFER W. FISCHER, et al | § |
| attorney, et al | § |
| **Lafayette, Ayers & Whitlock, PLC** | § |
| HEIRS AND ASSIGNEES | § |
| | § |

*Amended: Master Bill of Lading in Original Equal Justice Being Rendered in Admiralty and Maritime Jurisdiction by Nature, Law of Nations and Chancery (Equity)*

4

brown, kenneth anderson, a private and special People called Moor and beneficiary, heir, *subject, ambassador-at-large and Noble of the Al Maroc Shereefian Empire.*

**<span style="color:red">SPECIAL CAUSE:</span> Complaint**

| | |
|---|---|
| randazzo, mathew d/b/a | § |
| MATHEW RANDAZZO, et al | § |
| principal, et al. | § |
| **Accuserve of VA** | § |
| HEIRS AND ASSIGNEES | § |
| | § |
| rogers, william h. jr.   d/b/a | § |
| WILLIAM H. ROGERS Jr. et al. | § |
| chairman and chief executive officer, et al. | § |
| **Truist Bank** | § |
| HEIRS AND ASSIGNEES | § |
| | § |
| moore-wright, kimberly d/b/a | § |
| KIMBERLY MOORE-WRIGHT, et al. | § |
| chief teammate officer; head of enterprise diversity | § |
| **Truist Bank** | § |
| HEIRS AND ASSIGNEES | § |
| | § |
| defrancis, steven d/b/a | § |
| STEVEN DEFRANCIS, et al. | § |
| chief executive officer, et al. | § |
| **Cortland Partners LLC, et al.** | § |
| HEIRS AND ASSGINEES | § |
| | § |
| lackey, joel bray d/b/a | § |
| JOEL BRAY LACKEY, et al. | § |
| chief executive officer, et al. | § |
| **National Credit Systems, Inc.** | § |
| HEIRS AND ASSIGNEES | § |
| | § |
| carr, chris  d/b/a | § |
| CHRIS CARR, et al. | § |
| attorney general, et al. | § |
| **Georgia** | § |
| HEIRS AND ASSIGNEES | § |
| | § |
| kemp, brian d/b/a | § |
| BRIAN KEMP | § |
| governor, et al. | § |
| **Georgia** | § |
| HEIRS AND ASSIGNEES | § |
| | § |
| youngkin, glen d/b/a | § |
| GLEN YOUNGKIN, et al. | § |
| governor, et al. | § |

*Amended: Master Bill of Lading in Original Equal Justice Being Rendered in Admiralty and Maritime Jurisdiction by Nature, Law of Nations and Chancery (Equity)*

brown, kenneth anderson, a private and special People called Moor and beneficiary, heir, *subject, ambassador-at-large and Noble of the Al Maroc Shereefian Empire.*

## SPECIAL CAUSE: Complaint

| | |
|---|---|
| **Virginia** | § |
| HEIRS AND ASSIGNEES | § |
| | § |
| cooper, roy d/b/a | § |
| ROY COOPER, et al. | § |
| Governor, et al. | § |
| **North Carolina** | § |
| HEIRS AND ASSIGNEES | § |
| | § |
| batten, timothy c. (sr.) d/b/a | § |
| HON. TIMOTHY C. BATTEN (SR.), et al. | § |
| chief judge, et al | § |
| **District Court of the United States** | § |
| **Northern District of Georgia** | § |
| 75 Ted Turner Drive, SW | § |
| Atlanta, Georgia  [30303] | § |
| | § |
| weimer, kevin p. d/b/a | § |
| KEVIN P. WEIMER et al | § |
| clerk of court, et al | § |
| HEIRS AND ASSIGNEES | § |
| **District Court of the United States** | § |
| **Northern District of Georgia** | § |
| HEIRS AND ASSIGNEES | § |
| | § |
| grimberg, steven d. d/b/a | § |
| STEVEN D. GRIMBERG, et al. | § |
| judge, et al. | § |
| **District Court of the United States** | § |
| **Northern District of Georgia** | § |
| HEIRS AND ASSIGNEES | § |
| | § |
| begor, mark d/b/a | § |
| MARK BEGOR, et al | § |
| chief executive officer, et al. | § |
| **Equifax** | § |
| HEIRS AND ASSIGNEES | § |
| | § |
| cassin, brian d/b/a | § |
| BRIAN CASSIN, et al. | § |
| chief executive officer, et al. | § |
| **Experian** | § |
| HEIRS AND ASSIGNEES | § |
| | § |
| cartwright, chris d/b/a | § |

*Amended: Master Bill of Lading in Original Equal Justice Being Rendered in Admiralty and Maritime Jurisdiction by Nature, Law of Nations and Chancery (Equity)*

brown, kenneth anderson, a private and special People called Moor and beneficiary, heir, *subject, ambassador-at-large and Noble of the Al Maroc Shereefian Empire.*

### SPECIAL CAUSE: Complaint

| | |
|---|---|
| CHRIS CARTWRIGHT, et al | § |
| chief executive officer, et al. | § |
| **Trans Union** | § |
| HEIRS AND ASSIGNEES | § |
| | § |
| baker, patty d/b/a | § |
| patty baker, et al. | § |
| clerk of superior court, et al. | § |
| **Cherokee County** | § |
| HEIRS AND ASSIGNEES | § |
| | § |
| robinson, cathlene d/b/a | § |
| CATHELENE ROBINSON, ET AL. | § |
| clerk of superior court, et al. | § |
| **Fulton County** | § |
| HEIRS AND ASSIGNEES | § |
| | § |
| ward, rodman d/b/a | § |
| RODMAN WARD, et al. | § |
| president and chief executive officer, et al. | § |
| **Corporation Service Company** | § |
| HEIRS AND ASSIGNEES | § |
| | § |
| orovitz, robert d/b/a | § |
| ROBERT OROVITZ, et al. d/b/a | § |
| GA Bar No.: 902790 | § |
| attorney at law | § |
| **Hayt, Hayt & Landau, P.L.** | § |
| HEIRS AND ASSIGNEES | § |
| | § |
| right, clayton d/b/a | § |
| CLAYTON RIGHT, et al. d/b/a | § |
| GA Bar  No.: 810327, et al. | § |
| attorney at law | § |
| **Hayt, Hayt & Landau, P.L.** | § |
| HEIRS AND ASSIGNEES | § |
| | § |
| breeden, ralph iii d/b/a | § |
| RALPH BREEDEN III, et al. d/b/a | § |
| GA Bar No.: 195892 | § |
| attorney at law | § |
| **Hayt, Hayt & Landau, P.L.** | § |
| HEIRS AND ASSIGNEES | § |
| | § |
| adeleye, bolaji d/b/a | § |

*Amended: Master Bill of Lading in Original Equal Justice Being Rendered in Admiralty and Maritime Jurisdiction by Nature, Law of Nations and Chancery (Equity)*

brown, kenneth anderson, a private and special People called Moor and beneficiary, heir, *subject, ambassador-at-large and Noble of the Al Maroc Shereefian Empire.*

## SPECIAL CAUSE: Complaint

| | |
|---|---|
| BOLAJI ADELEYE, et al. d/b/a | § |
| GA Bar No.: 195892 | § |
| attorney at law | § |
| **Hayt, Hayt & Landau, P.L.** | § |
| HEIRS AND ASSIGNEES | § |
| | § |
| **Bryan Lamar Brown Estate**, et al., **Beneficiary** | § |
| BRYAN LAMAR BROWN, et al., **Beneficiary** | § |
| BRYAN LAMAR BROWN, et al., (inmate trust # | § |
|    75394083, et al.), **Beneficiary** | § |
| | § |
| **Christopher Alon Lee Estate,** et al., **Beneficiary** | § |
| CHRISTOPHER ALON LEE, et al., **Beneficiary** | § |
| CHRISTOPHER ALON LEE, et al., (trust case # | § |
|    22TR104636, et al.), **Beneficiary** | § |
| | § |
| **Jamal Darius Parker Jr, Estate,** et al., | § |
|    **Beneficiary** | § |
| JAMAL DARIUS PARKER JR, et al., **Beneficiary** | § |
| JAMAL DARIUS PARKER JR, et al., (trust case # | § |
|    2200132301FH, et al.), **Beneficiary** | § |
| | § |
| **Vincent Anthony Duval Jr Estate,** et al., **Ben.** | § |
| VINCENT ANTHONY DUVAL JR, et al., **Ben.** | § |
| VINCENT ANTHONY DUVAL JR, et al., | § |
|    (trust case # 8:03-cr-00131-SCB-M P, et al.), | § |
|    **Beneficiary** | § |
| | § |
| **Mark Anthony Stepherson**, , et al., **Beneficiary** | § |
| MARK ANTHONY STEPHERSON, et al., **Ben.** | § |
| MARK ANTHONY STEPHERSON, et al. | § |
|    (trust case # 1:21-00507-mhc-jkl, et al.), **Ben.** | § |
| | § |
| **Torrey Brown Estate**, et al., **Beneficiary** | § |
| TORREY BROWN**,** et al., **Beneficiary** | § |
| TORREY BROWN, et al., **(**trust inmate # 291581, | § |
|    et al., **Beneficiary** | § |
| | § |
| **Xanthe Ivey Estate**, et al., **Beneficiary** | § |
| Xanthe Ivey a/ka/ Xanthe Tabbs**,** et al., **Beneficiary** | § |
| Xanthe Tabbs**,** et al., (trust case # *8:22-cr-00227-* | § |
|    *RFR-MDN-2***,** et al., **Beneficiary** | § |
| | § |
| **Kenneth Anderson Brown Estate**, et al., **Ben.** | § |
| KENNETH ANDERSON BROWN, et al., **Ben.** | § |

*Amended: Master Bill of Lading in Original Equal Justice Being Rendered in Admiralty and Maritime Jurisdiction by Nature, Law of Nations and Chancery (Equity)*

brown, kenneth anderson, a private and special People called Moor and beneficiary, heir, *subject, ambassador-at-large and Noble of the Al Maroc Shereefian Empire.*

### SPECIAL CAUSE: Complaint

| | |
|---|---|
| | § |
| **Joyce Yvonne Harrison Estate**, et al., **Heir** | § |
| JOYCE YVONNE HARRISON, et al., **Heir** | § |
| | § |
| **Joseph Anderson Brown Estate**, et al., **Heir** | § |
| JOESEPH ANDERSON BROWN, et al., **Heir** | § |
| | § |
| **Kevin Lamar Brown Estate**, et al., **Heir** | § |
| KEVIN LAMAR BROWN, et al., **Heir** | § |

### *Definitions:*

**_Heir_**: *is Your Claimant right to inherit (an estate, trust, et al., etc.)*

**_Ben. or Beneficiar):_** *is Your Claimant's proprietary position in a Trust in which trust res is due to Your Claimant as beneficiary of Trust(s) or a party who is beneficiary of Your Claimant's Express Trust.*
================================================================

### Claimant/Suitor/Libellant

brown, kenneth anderson, *Moor beneficiary*

KB RA-EL EXPRESS TRUST
c/o 221 Jordan Drive
Woodstock, Georgia RFD
near. [30188]

Controversy/Contravention assembled:
### Custodian(s)/Fiduciary(ies)/Liablee(s)/Defendant(s)

blinken, antony john d/b/a
ANTONY JOHN BLINKEN
secretary of state, et al.
**United States**
2201 C Street NW
Washington, District of Columbia [20520]

yellen, janet louise d/b/a
JANET LOUISE YELEN
secretary of treasury, et al.
**United States**
1500 Pennsylvania Avenue NW
Washington, District of Columbia [20220]

garland, merrick d/b/a
MERRICK GARLAND, et al.
attorney general, et al.
**United States**
950 Pennsylvania Avenue NW
Washington, District of Columbia [20530]

barnhart, jo anne d/b/a
JO ANNE BARNHART, et al.
commissioner, et al
**Social Security Administration**
6401 Security Blvd.
Woodlawn, Maryland [21235]

*Amended: Master Bill of Lading in Original Equal Justice Being Rendered in Admiralty and Maritime Jurisdiction by Nature, Law of Nations and Chancery (Equity)*

9

brown, kenneth anderson, a private and special People called Moor and beneficiary, heir, *subject, ambassador-at-large and Noble of the Al Maroc Shereefian Empire.*

### SPECIAL CAUSE: Complaint

rettig, charles paul d/b/a
CHARLES PAUL RETTIG
commissioner, et al.
**Internal Revenue Service**
1111 Constitution Avenue NW
Washington, District of Columbia [20224]

dejoy, louis d/b/a
LOUIS DEJOY, et al.
postmaster general, et al.
**United States**
475 L'Enfant Plaza, SW.
Washington, District of Columbia [20260]

labat, patrick d/b/a
PATRICK LABAT, et al.
sheriff, et al.
**Fulton County**
185 Central Ave. SW
Atlanta, Georgia [30303]

stein, john d/b/a
JOHN STEIN, et al.
attorney general, et al.
**North Carolina**
114 W Edenton St.
Raleigh, North Carolina [27603]

dowdy, evelyn g. d/b/a
EVELYN G. DOWDY, et al.
president and chief executive officer, et al.
**Connects Federal Credit Union**
7700 Shrader Rd.
Richmond, Virginia [23228]

whitlock, edward s. iii d/b/a
EDWARD S. WHITLOCK III, et al.
attorney and partner, et al.
**Lafayette, Ayers & Whitlock, PLC**
10160 Staples Mill Rd #105
Glen Allen, Virginia [23060]

randazzo, mathew d/b/a
MATTHEW RANDAZZO, et al.

miller, duane r. d/b/a
MG DUANE R. MILLER, et al.
provost marshal general, et al.
**United States Army**
Pentagon Building
Washington, District of Columbia [22202]

biden, joseph robinette jr. d/b/a
JOSEPH ROBINETTE BIDEN Jr.
president, et al.
**United States**
1600 Pennsylvania Ave. NW.
Washington, District of Columbia[20530]

moyares, jason s. d/b/a
JASON S. MOYARES, et al.
attorney general, et al.
**Virginia**
202 North Ninth Street
Richmond, Virginia [23219]

moynihan, brian thomas d/b/a
BRIAN THOMAS MOYNIHAM
chief executive officer, et al.
**Bank of America, N.A.**
100 North Tryon Street
Charlotte, North Carolina [28255]

mcduffie, mary d/b/a
MARY MCDUFFIE, et al.
chief executive officer, et al.
**Navy Federal Credit Union**
820 Follin Lane
Vienna, Virginia [22180]

fischer, jennifer w. d/b/a
JENNIFER W. FISCHER, et al.
attorney, et al.
**Lafayette, Ayers & Whitlock, PLC**
10160 Staples Mill Rd #105
Glen Allen, Virginia [23060]

rogers, william h. jr.   d/b/a
WILLIAM H. ROGERS Jr. et al.

*Amended: Master Bill of Lading in Original Equal Justice Being Rendered in Admiralty and Maritime Jurisdiction by Nature, Law of Nations and Chancery (Equity)*

brown, kenneth anderson, a private and special People called Moor and beneficiary, heir, *subject, ambassador-at-large and Noble of the Al Maroc Shereefian Empire.*

### SPECIAL CAUSE: Complaint

principal, et al.
**Accuserve of VA**
6366 Mechanicsville Turnpike #201B
Mechanicsville, Virginia [23111]

chairman and chief executive officer, et al.
**Truist Bank**
214 N Tryon St
Charlotte, North Carolina [28202]

moore-wright, kimberly d/b/a
KIMBERLY MOORE-WRIGHT, et al.
chief teammate officer, head of enterprise diversity
**Truist Bank**
214 N Tryon St
Charlotte, North Carolina [28202]

**Bryan Lamar Brown Estate, et al., Ben.**
BRYAN LAMAR BROWN, et al., Ben.
BRYAN LAMAR BROWN (trust inmate
    number: 75394083), et al., Ben.
c/o 221 Jordan Drive
Woodstock, Georgia [30188]

**Kenneth Anderson Brown Estate, et al., Ben.**
KENNETH ANDERSON BROWN, et al., Ben.
c/o 221 Jordan Drive
Woodstock, Georgia [30188]

**Joyce Yvonne Harrison Estate, et al., Heir**
JOYCE YVONNE HARRISON, et al., Heir
c/o 221 Jordan Drive
Woodstock, Georgia [30188]

**Joseph Anderson Brown Estate**, et al., Heir
JOESEPH ANDERSON BROWN, et al., Heir
c/o 221 Jordan Drive
Woodstock, Georgia [30188]

**Kevin Lamar Brown Estate, et al., Heir**
KEVIN LAMAR BROWN, et al., Ben.
c/o 221 Jordan Drive
Woodstock, Georgia [30188]

defrancis, steven d/b/a
STEVEN DEFRANCIS, et al.
chief executive officer, et al.
**Cortland Partners LLC, et al.**
3424 Peachtree Road, Suite 300
Atlanta, Georgia [30326]

lackey, joel bray d/b/a
JOEL BRAY LACKEY, et al.
chief executive officer, et al.
**National Credit Systems, Inc.**
1775 The Exchange Se Suite 300
Atlanta, Georgia [30339]

carr, chris  d/b/a
CHRIS CARR, et al.
attorney general, et al.
**Georgia**
40 Capitol Square, SW
Atlanta, Georgia [30334]

kemp, brian d/b/a
BRIAN KEMP
governor, et al.
**Georgia**
206 Washington Street; 111 State Capitol
Atlanta, Georgia [30334]

youngkin, glen d/b/a
GLEN YOUNGKIN, et al.
governor, et al.
**Virginia**
P.O. Box 1475
Richmond, Virginia  [23218]

cooper, roy d/b/a
ROY COOPER, et al.
governor, et al.
**North Carolina**
20301 Mail Service Center
Raleigh, North Carolina [27699]

batten, timothy c. (sr.) d/b/a
HON. TIMOTHY C. BATTEN (SR.), et al.

weimer, kevin p. d/b/a
KEVIN P. WEIMER, et al.

*Amended: Master Bill of Lading in Original Equal Justice Being Rendered in Admiralty and Maritime Jurisdiction by Nature, Law of Nations and Chancery (Equity)*

brown, kenneth anderson, a private and special People called Moor and beneficiary, heir, *subject, ambassador-at-large and Noble of the Al Maroc Shereefian Empire.*

## SPECIAL CAUSE: Complaint

chief judge, et al
**District Court of the United States**
**Northern District of Georgia**
75 Ted Turner Drive, SW
Atlanta, Georgia  [30303]

clerk of court, et al.
**District Court of the United States**
**Northern District of Georgia**
75 Ted Turner Drive, SW
Atlanta, Georgia  [30303]

begor, mark d/b/a
MARK BEGOR, et al
chief executive officer, et al.
**Equifax**
1550 Peachtree Street, NW
Atlanta, Georgia [30309]

cassin, brian d/b/a
BRIAN CASSIN, et al.
chief executive officer, et al.
**Experian**
475 Anton Boulevard
Costa Mesa, California [92626]

cartwright, chris d/b/a
CHRIS CARTWRIGHT, et al
chief executive officer, et al.
**Trans Union**
555 W. Adams Street
Chicago, Illinois [60661]

baker, patty d/b/a
PATTY BAKER, et al.
clerk of superior court, et al.
**Cherokee County**
90 North Street, Suite G-70
Canton, Georgia [30114]

robinson, cathlene d/b/a
CATHELENE ROBINSON, et al.
clerk of superior court, et al.
**Fulton County**
136 Pryor Street, Suite C155
Atlanta, Georgia [30303]

ward, rodman d/b/a
RODMAN WARD, et al.
president and chief executive officer, et al.
**Corporation Service Company**
251 Little Falls Drive
Atlanta, Georgia [30350]

orovitz, robert d/b/a
ROBERT OROVITZ, et al. d/b/a
GA Bar No.: 902790
attorney at law
**Hayt, Hayt & Landau, P.L.**
1010 Huntcliff, Suite 1200
Atlanta, Georgia [30350]

right, clayton d/b/a
CLAYTON RIGHT, et al. d/b/a
GA Bar  No.: 810327, et al.
attorney at law
**Hayt, Hayt & Landau, P.L.**
1010 Huntcliff, Suite 1200
Atlanta, Georgia [30350]

breeden, ralph iii d/b/a
RALPH BREEDEN III, et al. d/b/a
GA Bar No.: 195892
attorney at law
**Hayt, Hayt & Landau, P.L.**
1010 Huntcliff NE, Suite 1200
Atlanta, Georgia [30350]

adeleye, bolaji
BOLAJI ADELEYE, et al. d/b/a
GA Bar No.: 195892
attorney at law
**Hayt, Hayt & Landau, P.L.**
1010 Huntcliff NE, Suite 1200
Atlanta, Georgia [30350]

**Jamal Darius Parker Jr Estate, et al., Ben.**
JAMAL DARIUS PARKER JR, et al., **Ben.**

**Vincent Anthony Duval Jr Estate,et al.,Ben.**
VINCENT ANTHONY DUVAL JR, et al., **Ben.**

*Amended: Master Bill of Lading in Original Equal Justice Being Rendered in Admiralty and Maritime Jurisdiction by Nature, Law of Nations and Chancery (Equity)*

brown, kenneth anderson, a private and special People called Moor and beneficiary, heir, *subject, ambassador-at-large and Noble of the Al Maroc Shereefian Empire.*

**SPECIAL CAUSE: Complaint**

JAMAL DARIUS PARKER JR (trust
   case # 2200132301FH, et al.), **Ben.**
c/o 221 Jordan Drive
Woodstock, Georgia [30188]

VINCENT ANTHONY DUVAL JR, (trust
   case #8:03-cr-00131-SCB-M P), et al., **Ben.**
c/o 221 Jordan Drive
Woodstock, Georgia [30188]

**Mark Anthony Stepherson Estate, et al., Ben.**
MARK ANTHONY STEPHERSON, et al., **Ben.**
MARK ANTHONY STEPHERSON (trust
   case # 1:21-00507-mhc-jkl, et al.), **Ben.**
c/o 221 Jordan Drive
Woodstock, Georgia [30188]

**Torrey Brown Estate, et al., Ben.**
TORREY BROWN**, et al., Ben.**
TORREY BROWN, et al. **(**trust
   inmate # 291581, et al.), **Ben.**
c/o 221 Jordan Drive
Woodstock, Georgia [30188]

**Christopher Alon Lee Esate, et al., Ben.**
CHRISTOPHER ALON LEE, et al., **Ben.**
CHRISTOPHER ALON LEE (trust case
# 22TR104636), **Beneficiary**
c/o 221 Jordan Drive
Woodstock, Georgia [30188]

grimberg, steven d. d/b/a
STEVEN D. GRIMBERG, et al.
judge, et al.
**District Court of the United States,
Northern District of Georgia**
75 Ted Turner Drive, SW
Atlanta, Georgia  [30303]

**Xanthe Ivey Estate**, et al., **Beneficiary**
Xanthe Ivey a/ka/ Xanthe Tabbs**, et al., Beneficiary**
Xanthe Tabbs**, et al.,** (trust case # *8:22-cr-00227-RFR-MDN-2***,** et al., **Beneficiary**
c/o 221 Jordan Drive
Woodstock, Georgia [30188]

*Definitions:*

   ***Heir*** *is Your Claimant right to inherit (an estate, trust, et al., etc.*

   ***Beneficiary or Ben.*** *is Your Claimant's* proprietary *position in a Trust in which trust res is due to Your Claimant as beneficiary of Trust(s) or a party who is beneficiary of Your Claimant's Express Trust.*

   ***All aforementioned Heirs and or Beneficiaries (Ben.) addresses are in care of Your Claimant in care of address.***

===================================================================

**Amended:**
**Master Bill of Lading in Original Equal Justice Being Rendered
in Admiralty and Maritime Jurisdiction by Nature,
Law of Nations and Chancery (Equity)**

**Parties**

brown, kenneth anderson, a private and special People called Moor and beneficiary, heir, *subject, ambassador-at-large and Noble of the Al Maroc Shereefian Empire.*

## <span style="color:red">SPECIAL CAUSE:</span> Complaint

The "Claimant," "Your orator," "Suitor," "Libellant," and "Peaceful Protestor," brown, kenneth anderson, is a private and special People called Moor americas aboriginal virginian national, free inhabitant and beneficiary, a Master Merchant, a Master Mason, a Shereef, an Admiral, a Seamen, a Piloter, a Commander, Maritime lien holder of all vessels, ships, chattels, goods, cargo, crafts, tenements, charters, estates, commodities Land, Air, Water, etc., Owner Maritime lien holder navigating the high seas onshore and offshore and subject, ambassador-at-large and Noble of the *Al Maroc Shereefian Empire,* "*but not a citizen of the united states for the district of columbia and its insular possessions/enclaves (Federal), nor a Citizen of the united states of america in congress assembled and its several states (confederacy),*" ingress in georgia.

The Defendant(s) KENNETH ANDERSON BROWN et al., registered organizations name with the department of state of the united states of america, is a decedent's legal estate ("Estate") whose principal office is located at 2201 C Street NW, Washington, District of Columbia in care of  blinken, antony john d/b/a ANTONY JOHN BLINKEN, secretary of state et al, HEIRS AND ASSIGNEES, united states, who has duly been appointed privately as trustee in addition to being a *"People bound by oath to be Persons worthy of Trust"* for the the benefit of brown, kenneth anderson—Moor, grantee/beneficiary of consular report of birth abroad, et al., vessel: "KENNETH ANDERSON BROWN," et al., united states of america, et al., department of state, et al.,  serial <span style="color:red">#0447898</span>, et al., and all other trust vessels relating to "KENNETH ANDERSON BROWN," et al., by due particularity.

Definitions:

**Contravention:** *is an action that violates a law, treaty, or other ruling. The act of contravening a rule, regulation, or law, or of not fulfilling an obligation, promise, or agreement.*

**You or Your:** *means an Individual who owes a debt to the United States within the scope of the Trust Indenture You took an oath too.*

### Premises

Your orator's core private rights were MISTAKENLY sacrificed by his mother and father at his birth without him being fully availed and acknowledged of his exclusive equitable maritime defenses.  *Your orator has tendered all consideration on special deposit in the sum of one (1)*

*Amended: Master Bill of Lading in Original Equal Justice*
*Being Rendered in Admiralty and Maritime Jurisdiction*
*by Nature, Law of Nations and Chancery (Equity)*

14

brown, kenneth anderson, a private and special People called Moor and beneficiary, heir, *subject, ambassador-at-large and Noble of the Al Maroc Shereefian Empire.*

### SPECIAL CAUSE: Complaint

*private lawful silver certificate, one dollar currency of the united states of america (Cert # J06752223H), "equity will not complete an imperfect gift,"* so I will never entertain the idea of paying any duties taxes Pursuant to and Protected by 1796 Treaty of Tripoli, *Art. V,X* ; and been imputed a serious liability for the indemnity or satisfaction of all of the debts of the said United States of America registered organization decedent's legal estate person and been imputed a serious liability for the indemnity or satisfaction of all debts of the said department of state of the united states of america, et al., (subsidiaries and contractors) registered organization decedent's legal estate person.  Your orator has been subjected to a colorable quasi in rem admiralty and maritime Legal mode of letters of Marque/Reprisal Proceedings "**Acts of War**" which are in contravention with Your orator's private maritime treaty protections of the *1786/1836 Treaty of Marrakech, ARTICLE XX1; 1795 Treaty of Algiers, ARTICLE XV; 1797 Treaty of Tunis, ARTICLE XVIII; 1824 Treaty of Tunis, ARTICLE XII; and the Treaty of Tripoli 1797 ARTICLE X,* as well as the *1789 constitution for the united states of america,* under the rules of Chancery due and owing to the Clamant by way of his *special and particular political status*, and equitable maritime rights to the same said Estate that were intended for Your orator as the sole exclusive heir and beneficiary, by maxims of equity: *"only God can create an heir,"* "*the heir and his ancestor are one and the same person*," **and "***Equity regards the beneficiary as the true owner***."**

Your orator appears in *personam only for assaults and beatings on the High Seas and everywhere else*, without an administrator, guardian, personal representative, an executor, or a trustee to defend his equitable maritime rights, titles, and interests in the same estate and must guard his good name, against the destruction of his reputation, and his admiralty and maritime rights to equal Justice being rendered on his behalf, which are protected by his privity as an beneficiary/heir to the maritime treaties as a subject, ambassador-at-large and Noble of the Al Maroc Shereefian Empire and the written constitution, intended for him, by its makers as an equitable maritime mortgage/compact.  Accordingly, Your Servitude would expect no less privity as co-heir to such mortgage/compact.  Your orator calls for a Court of Equal justice being rendered in original admiralty and maritime jurisdiction by nature law of nations into activity by good conscience, good reason and by his own reasonable diligence.  Your orator is in *personam sui juris*, now having knowledge of his maritime Treaty rights, with opportunity to assert them, he does not

brown, kenneth anderson, a private and special People called Moor and beneficiary, heir, *subject, ambassador-at-large and Noble of the Al Maroc Shereefian Empire.*

**SPECIAL CAUSE: Complaint**

delay unreasonably so to do. **"*Equity aid the the vigilant, not those who slumber on their rights,*"** and **"*Equity imputes an intent to fulfill an obligation.*"**

    Custodian(s)/Fiduciary(ies)/Defendant(s)/Libelee(s) (and privateer(s)/pirate(s)) was and or is appointed "in fact" by oath/affirmation and or qualified as either implied administrators or constructive or expressed fiduciary(ies) and at once entered upon the discharge of their duties as **"*People bound by oath to be Persons worthy of Trust*"** who are obligated to carry out their duties as faithful servants and Your Orator further hereby now *Transfers on Special Deposit*, valuable and sufficient consideration according to **1796 Treaty of Tripoli, ARTICLE X**, for the purpose of fiduciary appointment of Custodian(s)/Fiduciary(ies)/Defendant(s)/Libelee(s), as well as now, fully granting, conveying, and delivering legal title to be in the form of a Deed of Conveyance to each Fiduciary(ies)/ Defendant(s)/Libelee(s) to be held in private by said Fiduciary(ies)/Defendant(s)/ Libelee(s) for the private enjoyment, use, possession, and benefit of the Your orator. Each Fiduciary(ies)/Defendant(s)/ Libelee(s) is hereby noticed of the Claimant's manifest intent, purpose, to execute actual and constructive grant and conveyance on the special deposit the trust res to demand for specific performance and accepts Fiduciary(ies)/Defendant(s)/Libelee(s) constitutional oath to perform lawfully and as privately appointed Trustee(s), with equity, in good faith, with clean hands and without fraudulent concealment to ensure that equal Justice be rendered.

    Your orator further shows unto Your servitude as faithful servant he calls upon each Defendant(s)/Libelee(s) to either Affirm or Deny their trust relation with Claimant; to render a specific performance by due particularity; to provide Your orator with a *full accounting* of all "**accounts**" whether Open, Stated or Settled; to provide Your orator a list of real, personal, and equitable maritime assets; to provide Your orator with a list of all debts due to Your orator's estate during such time as he was deprived as an incident to the right of redemption; to release any and all collateral, and return all remaining trust *res* by *reconversion* of said accounts to Your orator, as a people called Moo—*heir/beneficiary,* a Master Merchant, a Master Mason, a Shereef , an Admiral, a Seamen, a Piloter, a Commander, Maritime lien holder of all vessels, ships, chattels, goods, cargo, crafts, tenements, charters, estates, commodities Land, Air, Water, etc,, Owner Maritime lien holder navigating the high seas onshore and offshore and subject, ambassador-at-large and Noble of the *Al Maroc Shereefian*

brown, kenneth anderson, a private and special People called Moor and beneficiary, heir, *subject, ambassador-at-large and Noble of the Al Maroc Shereefian Empire.*

**SPECIAL CAUSE:** Complaint

*Empire*, and to extinguish all local tax, obligation, reprisal, remuneration, indemnification, or debts of said estate, if any.  May it be through your faithful servitude as a good and faithful servant, the said Defendant(s)/ Libelee(s) who have previously failed and is to answer and or make defense to the trust; after Defendant(s)/ Libelee(s) had given *stringent tim*e so to do (and with no delay as a Moor of Al Moroc Shereefian Empire may be restored immediately according 1786/1836 Treaty of Marrakech, *Art. VI* and law of nations where Treaties are supreme law of the land), render to Your orator under oath and make discovery any statement of account(s) of their actings and doings as administrator(s) or fiduciary(ies) concerning Your orator beneficiary interests as grantee/beneficiary/heir of aforesaid trust(s)/account(s)—beneficiary/heir rights have been destroyed in the past .  Your orator demand that the Defendant(s) shall answer under oath, make the discovery called upon by the bill, and render over to him a full accounting of all accounts whether Open, Stated or Settled of the said estate(s) as in conscience and equity they ought to have done or be attached and compelled to answer. Your orator demands an order taking their bill for confession, the failure of the Defendant(s)/ Libelee(s) to make any defense being deemed *prima facie* evidence that he has no defense to make, but, on the contrary, admits the material allegations of the bill to be true. ***Qui tacet, cum loqui detet, consentire videtur*** (He who is silent, though he had foreseen them, seems to agree).

> *"No delay will prejudice a defrauded party as long as he was ignorant of the fraud; and, especially, if the defendant concealed the facts which it was his duty to disclose, or deceived the complainant by misstatements, or otherwise lulled his suspicions. The sleep of the complainant cannot be used as a defense by him who caused that sleep, for that would be to take advantage of his own wrong."*
> *(Henry R. Gibson §70 Latches)*

May it be through Your faithful servitude as a good and faithful servant, that the said Defendant(s)/Libelee(s) and any other persons who may be confederating together at present and unto Your orator unknown, whose names, when discovered, may be herein inserted, and they be made parties respondent hereto, for contriving to harm and oppress Your orator in the admiralty and maritime premises. All of which actings and doings, neglects and pretenses, and other conduct on the part of said Defendant(s)/Libelee(s) are contrary to equity admiralty and maritime by

brown, kenneth anderson, a private and special People called Moor and beneficiary, heir, *subject, ambassador-at-large and Noble of the Al Maroc Shereefian Empire.*

### SPECIAL CAUSE: Complaint

nature law of nations and good conscience, and tend to manifest wrong, injury and oppression of Your orator in the premises.

"*Equity will take jurisdiction to avoid a multiplicity of suits.*"

### Statement of Jurisdiction

This is a suit in original equal justice being rendered in the original equity admiralty and maritime jurisdiction by nature law of nations in personam only, arising within the *1786/1836 Treaty of Marrakech, ARTICLE XXI*; *1781 Articles of Confederation Article VI, IX, XXII, XXIII; written 1789 constitution of the united states of america in congress assembled, Article III., §2, §§1 & §§2 and ARTICLE VI; 1824 Treaty of Tunis, Article XII.; and the Judicature Act of 1789 1 stat 73 §9, §11, §16, §20, §22, §25, §26, §30, and §32.* The rights Your orator are entitled to as a private Moor americas aboriginal virginian national, a Master Merchant, a Master Mason, a Shereef , a Admiral, a Seamen, a Piloter, a Commander, Maritime lien holder of all vessels, ships, chattels, goods, cargo, crafts, tenements, charters, estates, commodities Land, Air, Water etc, Owner Maritime lien holder navigating the high seas onshore and offshore and subject, ambassador-at-large and Noble of the *Al Maroc Shereefian Empire* are of those classes which said maritime treaties, constitution and act, either confers or has taken under their protection, without such obligation Your orator's rights are in jeopardy of being destroyed and slandered beyond repair where no adequate remedy for their enforcement is provided by the forms of letters of Marque/Reprisal proceedings of a purely colorable quasi-in rem admiralty and maritime legal nature. The same necessity invokes and justifies in cases to which its remedies can be applied, that jurisdiction in equity vested by said maritime treaties, constitution, and act cannot be affected by the legislation of the emergency provisional congress by a committee of the states, the states, nor any agencies subject, ambassador-at-large to the law of the district of columbia. This court has jurisdiction and the ***Claimant/Suitor/Libellant does hereby grant all subject matter jurisdiction to this district court for the southern district of new york and hereby invoke, require, give a signal of pass to an ARTICLE III judge/chancellor/special master special term who is competent and impartial to handle this special cause de novo, ex parte in this port of entry,*** under the original equal justice being rendered in the admiralty and maritime jurisdiction by nature law of nations, and **this court also have original and exclusive jurisdiction when it comes to matters dealing with two or more states to all Cases affecting Ambassadors, other public ministers and**

brown, kenneth anderson, a private and special People called Moor and beneficiary, heir, *subject, ambassador-at-large and Noble of the Al Maroc Shereefian Empire.*

<span style="color:red">**SPECIAL CAUSE:**</span> **Complaint**

***Consuls;-to all Cases of admiralty and maritime Jurisdiction;-to Controversies*** *to which the United States shall be a Party* conferred by *1786/1836 Treaty of Marrakech, ARTICLE XXI; 1789 constitution for the united states of america in congress assembled, Article III., §2, §§1 & §§2 and ARTICLE VI; 1824 Treaty of Tunis, Article XII.; the Judicature Act of 1789 1 stat 73 §7, §9, §11, §16, §20, §22, §25, §26, §30, §32 and Treaty of Tunis 1824, ARTICLE XII.* to the exclusion of all other quasi-in rem colorable admiralty and maritime modes and letters of Marque/Reprisal **"Acts of War"** proceedings, to adjudge this matter. In tender of sufficient consideration whereof, and forasmuch as Your orator is remediless in the premises at and by the direct and rules of the common law, and cannot have adequate relief as in a Court of Equity admiralty and maritime by nature, where equal Justice can be rendered and where matters of this and a similar nature are properly cognizable and restorable. ***Citing Chancellor Henry R. Gibson: I convey to this cause the basis of the inherent exclusive equitable jurisdiction that your Honor shall dispense.***

*Due Process of Law:*

**The Judiciary Act; September 24, 1789**

SEC. 9. And be it further enacted, That the district courts shall have, exclusively of the courts of the several States, cognizance of all crimes and offences that shall be cognizable under the authority of the United States, committed within their respective districts, or upon the high seas; where no other punishment than whipping, not exceeding thirty stripes, a fine not exceeding one hundred dollars, or a term of imprisonment not exceeding six months, is to be inflicted; *and shall also have exclusive original cognizance of all civil causes of admiralty and maritime jurisdiction, including all seizures under laws of impost, navigation or trade of the United States, where the seizures are made, on waters which are navigable from the sea by vessels of ten or more tons burthen, within their respective districts as well as upon the high seas; saving to suitors, in all cases,* the right of a common law remedy, where the common law is competent to give it; *and shall also have exclusive original cognizance of all seizures on land, or other waters than as aforesaid, made, and of all suits for penalties and forfeitures incurred, under the laws of the United States. And shall also have cognizance, concurrent with the courts of the several States, or the circuit courts, as the case may be, of all causes*

*Amended: Master Bill of Lading in Original Equal Justice Being Rendered in Admiralty and Maritime Jurisdiction by Nature, Law of Nations and Chancery (Equity)*

19

brown, kenneth anderson, a private and special People called Moor and beneficiary, heir, *subject, ambassador-at-large and Noble of the Al Maroc Shereefian Empire.*

<span style="color:red">**SPECIAL CAUSE:**</span> **Complaint**

where an alien sues for a tort only in violation of the law of nations or a treaty of the United States. And shall also have cognizance, concurrent as last mentioned, of all suits at common law where the United States sue, and the matter in dispute amounts, exclusive of costs, to the sum or value of one hundred dollars. And shall also have jurisdiction exclusively of the courts of the several States, of all suits against consuls or vice-consuls, except for offences above the description aforesaid. And the trial of issues in fact, in the district courts, in all causes except civil causes of admiralty and maritime jurisdiction, shall be by jury.

"*Equity Imputes an intent to fulfill an obligation*"

SEC. 11. And be it further enacted, That the circuit courts shall have original cognizance, concurrent with the courts of the several States, of all suits of a civil nature at common law or in equity, where the matter in dispute exceeds, exclusive of costs, the sum or value of five hundred dollars, and the United States are plaintiffs, or petitioners; or an alien is a party, or the suit is between a citizen of the State where the suit is brought, and a citizen of another State. And shall have exclusive cognizance of all crimes and offences cognizable under the authority of the United States, except where this act otherwise provides, or the laws of the United States shall otherwise direct, and concurrent jurisdiction with the district courts of the crimes and offences cognizable therein. But no person shall be arrested in one district for trial in another, in any civil action before a circuit or district court. And no civil suit shall be brought before either of said courts against an inhabitant of the United States, by any original process in any other district than that whereof he is an inhabitant, or in which he shall be found at the time of serving the writ, nor shall any district or circuit court have cognizance of any suit to recover the contents of any promissory note or other chose in action in favour of an assignee, unless a suit might have been prosecuted in such court to recover the said contents if no assignment had been made, except in cases of foreign bills of exchange. And the circuit courts shall also have appellate jurisdiction from the district courts under the regulations and restrictions herein after provided.

*Amended: Master Bill of Lading in Original Equal Justice Being Rendered in Admiralty and Maritime Jurisdiction by Nature, Law of Nations and Chancery (Equity)*

20

brown, kenneth anderson, a private and special People called Moor and beneficiary, heir, *subject, ambassador-at-large and Noble of the Al Maroc Shereefian Empire.*

**SPECIAL CAUSE: Complaint**

SEC. 19. And be it further enacted, That it shall be the duty of circuit courts, in causes in equity and of admiralty and maritime jurisdiction, to cause the facts on which they found their sentence or decree, fully to appear upon the record either from the pleadings and decree itself, or a state of the case agreed by the parties, or their counsel, or if they disagree by a stating of the case by the court.

SEC. 22. And be it further enacted, That final decrees and judgments in civil actions in a district court, where the matter in dispute exceeds the sum or value of fifty dollars, exclusive of costs, may be reexamined, and reversed or affirmed in a circuit court, holden in the same district, upon a writ of error, whereto shall be <mark>annexed</mark> and returned therewith at the day and place therein mentioned, an authenticated transcript of the record, an assignment of errors, and prayer for reversal, with a citation to the adverse party, signed by the judge of such district court, or a justice of the Supreme Court, the adverse party having at least twenty daysÂ' notice. And upon a like process, may final judgments and decrees in civil actions, and suits in equity in a circuit court, brought there by original process, or removed there from courts of the several States, or removed there by appeal from a district court where the matter in dispute exceeds the sum or value of two thousand dollars, exclusive of costs, be re-examined and reversed or affirmed in the Supreme Court, the citation being in such case signed by a judge of such circuit court, or justice of the Supreme Court, and the adverse party having at least thirty daysÂ' notice. But there shall be no reversal in either court on such writ of error for error in ruling any plea in abatement, other than a plea to the jurisdiction of the court, or such plea to a petition or bill in equity, as is in the nature of a demurrer, or for any error in fact. And writs of error shall not be brought but within five years after rendering or passing the judgment or decree complained of, or in case the person entitled to such writ of error be an infant, feme covert, non compos mentis, or imprisoned, then within five years as aforesaid, exclusive of the time of such disability. And every justice or judge signing a citation on any writ of error as aforesaid, shall take good and sufficient security, that the plaintiff in error shall prosecute his writ to effect, and answer all damages and costs if he fail to make his plea good.

*Amended: Master Bill of Lading in Original Equal Justice*
*Being Rendered in Admiralty and Maritime Jurisdiction*
*by Nature, Law of Nations and Chancery (Equity)*

21

brown, kenneth anderson, a private and special People called Moor and beneficiary, heir, *subject, ambassador-at-large and Noble of the Al Maroc Shereefian Empire.*

## SPECIAL CAUSE: Complaint

SEC. 24. And be it further enacted, That when a judgment or decree shall be reversed in a circuit court, such court shall proceed to render such judgment or pass such decree as the district court should have rendered or passed; and the Supreme Court shall do the same on reversals therein, except where the reversal is in favour of the plaintiff, or petitioner in the original suit, and the damages to be assessed, or matter to be decreed, are uncertain, in which case they shall remand the cause for a final decision. And the Supreme Court shall not issue execution in causes that are removed before them by writs of error, but shall send a special mandate to the circuit court to award execution thereupon.

SEC. 30. And be it further enacted, That the mode of proof by oral testimony and examination of witnesses in open court shall be the same in all the courts of the United States, as well in the trial of causes in equity and of admiralty and maritime jurisdiction, as of actions at common law. And when the testimony of any person shall be necessary in any civil cause depending in any district in any court of the United States, who shall live at a greater distance from the place of trial than one hundred miles, or is bound on a voyage to sea, or is about to go out of the United States, or out of such district, and to a greater distance from the place of trial than as aforesaid, before the time of trial, or is ancient or very infirm, the deposition of such person may be taken de bene esse before any justice or judge of any of the courts of the United States, or before any chancellor, justice or judge of a supreme or superior court, mayor or chief magistrate of a city, or judge of a county court or court of common pleas of any of the United States, not being of counsel or attorney to either of the parties, or interested in the event of the cause, provided that a notification from the magistrate before whom the deposition is to be taken to the adverse party, to be present at the taking of the same, and to put interrogatories, if he think fit, be first made out and served on the adverse party or his attorney as either may be nearest, if either is within one hundred miles of the place of such caption, allowing time for their attendance after notified, not less than at the rate of one day, Sundays exclusive, for every twenty miles travel. And in causes of admiralty and maritime jurisdiction, or other cases of seizure when a libel shall be

*Amended: Master Bill of Lading in Original Equal Justice*
*Being Rendered in Admiralty and Maritime Jurisdiction*
*by Nature, Law of Nations and Chancery (Equity)*

22

brown, kenneth anderson, a private and special People called Moor and beneficiary, heir, *subject, ambassador-at-large and Noble of the Al Maroc Shereefian Empire.*

## SPECIAL CAUSE: Complaint

filed, in which an adverse party is not named, and depositions of persons circumstanced as aforesaid shall be taken before a claim be put in, the like notification as aforesaid shall be given to the person having the agency or possession of the property libelled at the time of the capture or seizure of the same, if known to the libellant. And every person deposing as aforesaid shall be carefully examined and cautioned, and sworn or affirmed to testify the whole truth, and shall subscribe the testimony by him or her given after the same shall be reduced to writing, which shall be done only by the magistrate taking the deposition, or by the deponent in his presence. And the depositions so taken shall be retained by such magistrate until he deliver the same with his own hand into the court for which they are taken, or shall , together with a certificate of the reasons as aforesaid of their being taken, and of the notice if any given to the adverse party, be by him the said magistrate sealed up and directed to such court, and remain under his seal until opened in court. And any person may be compelled to appear and depose as aforesaid in the same manner as to appear and testify in court. And in the trial of any cause of admiralty or maritime jurisdiction in a district court, the decree in which may be appealed from, if either party shall suggest to and satisfy the court that probably it will not be in his power to produce the witnesses there testifying before the circuit court should an appeal be had, and shall move that their testimony be taken down in writing, it shall be so done by the clerk of the court. And if an appeal be had, such testimony may be used on the trial of the same, if it shall appear to the satisfaction of the court which shall try the appeal, that the witnesses are then dead or gone out of the United States, or to a greater distance than as aforesaid from the place where the court is sitting, or that by reason of age, sickness, bodily infirmity or imprisonment, they are unable to travel and appear at court, but not otherwise. And unless the same shall be made to appear on the trial of any cause, with respect to witnesses whose depositions may have been taken therein, such depositions shall not be admitted or used in the cause. Provided, That nothing herein shall be construed to prevent any court of the United States from granting a dedimus potestatem to take depositions according to common usage, when it may be

*Amended: Master Bill of Lading in Original Equal Justice Being Rendered in Admiralty and Maritime Jurisdiction by Nature, Law of Nations and Chancery (Equity)*

23

brown, kenneth anderson, a private and special People called Moor and beneficiary, heir, *subject, ambassador-at-large and Noble of the Al Maroc Shereefian Empire.*

### SPECIAL CAUSE: Complaint

necessary to prevent a failure or delay of justice, which power they shall severally possess, nor to extend to depositions taken in perpetuam rei memoriam, which if they relate to matters that may be cognizable in any court of the United States, a circuit court on application thereto made as a court of equity, may, according to the usages in chancery direct to be taken.

***TAKE NOTICE*** of section 32 of The Judiciary Act; September 24, 1789, 1 Stat. 73. of Your Trust Indenture which states as follows:

SEC. 32. And be it further enacted, That no summons, writ, declaration, return, process, judgment, or other proceedings in civil causes in any of the courts of the United States, shall be abated, arrested, quashed or reversed*, for any defect or want of form*, but the said courts respectively shall proceed and give judgment according as the right of the cause and matter in law shall appear unto them, without regarding any imperfections, defects, or want of form in such writ, declaration, or other pleading, return, process, judgment, or course of proceeding whatsoever, except those only in cases of demurrer, which the party demurring shall specially sit down and express together with his demurrer as the cause thereof. And the said courts respectively shall and may, by virtue of this act, from time to time, amend all and every such imperfections, defects and wants of form, other than those only which the party demurring shall express as aforesaid, and may at any time permit either of the parties to amend any defect in the process or pleadings, upon such conditions as the said courts respectively shall in their discretion, and by their rules prescribe.

SEC. 33. *And be it further enacted, That for any crime or offence against the United States, the offender may, by any justice or judge of the United States, or by any justice of the peace, or other magistrate of any of the United States where he may be found agreeably to the usual mode of process against offenders in such state, and at the expense of the United States, be arrested, and imprisoned or bailed, as the case may be, for trial before such court of the United States as by this act has cognizance of the offence.* And copies of the process shall be returned as speedily as may be into the clerk's office of such court, together with the recognizances of

brown, kenneth anderson, a private and special People called Moor and beneficiary, heir, *subject, ambassador-at-large and Noble of the Al Maroc Shereefian Empire.*

### SPECIAL CAUSE: Complaint

the witnesses for their appearance to testify in the case; which recognizances the magistrate before whom the examination shall be, may require on pain of imprisonment. And if such commitment of the offender, or the witnesses shall be in a district other than that in which the offence is to be tried, it shall be the duty of the judge of that district where the delinquent is imprisoned, seasonably to issue, and of the marshal of the same district to execute, a warrant for the removal of the offender, and the witnesses, or either of them, as the case may be, to the district in which the trial is to be had. And upon all arrests in criminal cases, bail shall be admitted, except where the punishment may be death, in which cases it shall not be admitted but by the supreme or a circuit court, or by a justice of the supreme court, or a judge of a district court, who shall exercise their discretion therein, regarding the nature and circumstances of the offence, and of the evidence, and the usages of law. And if a person committed by a justice of the supreme or a judge of a district court for an offence not punishable with death, shall afterwards procure bail, and there be no judge of the United States in the district to take the same, it may be taken by any judge of the supreme or superior court of law of such state.

**Methods of Trust Formation:** Delivery, Transfer, Verbal, Fraud, Concealment, Conveyance, Contract, Agreement, Will, Statute, Silence, Acquiescence, Admission, Consent, Acceptance, Endorsement, Appointment, Failure of Disclaimer, Notice, Registration, Recording, Endorsement, Declaration.

[ a. Such a trust may be created by deed or may rest entirely in parole or may be partially in writing and partially in parole 1966 Florida Appeals Fraser v Fraser.]

***The court of appeals has jurisdiction over appeals from interlocutory orders, determining the rights and liabilities of the parties to admiralty cases in which appeals from final decrees are allowed.*** *["28 U.S.C. § 1292(a)(3). See, e.g., Barnes v. Sea Hawaii Rafting, LLC, 889 F.3d 517, 528 (9th Cir. 2018); CHMM, LLC v. Freeman Marine Equip., Inc., 791 F.3d 1059, 1062 (9th Cir. 2015) ("We have jurisdiction under 28 U.S.C. § 1292(a)(3)]**, which allows us to hear appeals from***

*Amended: Master Bill of Lading in Original Equal Justice Being Rendered in Admiralty and Maritime Jurisdiction by Nature, Law of Nations and Chancery (Equity)*

25

brown, kenneth anderson, a private and special People called Moor and beneficiary, heir, *subject, ambassador-at-large and Noble of the Al Maroc Shereefian Empire.*

<span style="color:red">**SPECIAL CAUSE:**</span> **Complaint**

**'[i]nterlocutory decrees of ... district courts ... determining the rights and liabilities of the parties to admiralty cases.'** *[28 U.S.C. § 1292(a)(3)].*

I deny paying any duties whatsoever and I never will entertain the idea of it. My master bill of lading was shipped with a ***Proof of Consideration tendered on special deposit*** *"Equity will not complete an imperfect gift" and pursuant to 1796 Treaty of Tripoli ARICLE V and X* to the port of entry received by the clerks of your courts as the Consignee(carrier) receiving and landed on the dock known as port of entry or port of lading and was given a tracking number aka Docket Number (***a Trust Arises***). *"Equity imputes an intent to fulfill an obligation."* So Your duties as a People Bound by oath to be Persons Worthy of Trust is to ensure I get aid, repairs and restoration rendered to me, my  vessels, cargo ships, seaports, ports of lading, merchandise, everything in the land air and water as the *bona fide Owner/beneficiary* as my ancestors intended for me through Treaties which You happen to be a party to by way of Oaths as Trustee(s)/Fiduciary(ies) to me as I am god (generator, operator, destroyer) and Lord and you are my servants by oath that you volunteered to by your own consent so YOU are now bound, Common Law Applies to Trustee(s) if Not i require You "***SHOW GOOD CAUSE***" it does not apply to YOU. "***Equity does not aid the volunteer.***"

The *district courts* shall have original jurisdiction of all civil actions arising under the Constitution, laws, or ***treaties*** of the United States, exclusive of the courts of the States, of: **(1)** Any civil case of admiralty or maritime jurisdiction, saving to suitors in all cases all other remedies to which they are otherwise entitled; **(2)** Any prize brought into the United States and all proceedings for the condemnation of property taken as prize.  Including bankruptcy dealing with citizens of the united states for the district of columbia and their belligerent crew members who have taken oaths to demean themselves.

### Statement of the Cause

The primary subject matter at issue in Your orator's speciali causa (special cause) as a private Moor, americas aboriginal virginian national, and subject, ambassador-at-large and Noble of the Al Maroc Shereefian Empire, " *but not a citizen of the united states for the district of columbia and its insular possessions/enclaves **(federal)**, nor a Citizen of the united states of america in congress assembled and its several states **(confederacy)***" is purstnat to Your orator's

*Amended: Master Bill of Lading in Original Equal Justice*
*Being Rendered in Admiralty and Maritime Jurisdiction*
*by Nature, Law of Nations and Chancery (Equity)*

26

brown, kenneth anderson, a private and special People called Moor and beneficiary, heir, *subject, ambassador-at-large and Noble of the Al Maroc Shereefian Empire.*

### SPECIAL CAUSE: Complaint

core private rights (privatum) have been and will continue to be destroyed by people bound by oath to be "**Persons worthy of Trust**," who have by presumptions and a form of paper genocide, attempted to denationalize or naturalize and confederate against Claimant in a very ***unbecoming, unmoored,*** hostile and belligerent manner by imposing statutes codes, ordinances and other colorable instrumentalities and titles, by listing me as a human, a negro, black, white, colored, a person, (the word "person," as defined by the Code of the District of Columbia, shall apply to partnerships and corporations), a person of color, ethnic, indigenous, an Indian, a native American, African, African-American, a Latino, a Hispanic, Moorish, a Moorish American, associated with any Moorish Science Temple of America (MSTA), or Moorish Nation, a Black Identity Extremist, a sovereign-citizen, a national of a designated enemy country, a resident of any of the united states for the district of columbia, resident of any of the united states of america in congress assembled, relegating Claimant/Your orator/Suitor/Libellant/ Peaceful Protestor to being legally incapacitated, and as a perpetual minor, if not "dead" in the law captured, condemned vessel lost at sea, reduced to a political and economic status without rights, left with only benefits and privileges, incapable of taking up my own maritime rights and handling my own affairs as was intended by my ancestors. Nowhere in the constitution, maritime treaties or laws of the united states of america in congress assembled, nor the Code of the District of Columbia are any People bound by oath to be Persons worthy of Trust and  subject to the public faith, granted the authority ***through acts of war, through assault and beatings on the High Seas*** to change Claimant/Your orator/Suitor/Libellant/Peaceful Protestor from being a special and private People called Moor and subject, ambassador-at-large and Noble of the Al Maroc Shereefian Empire without his consent, volition, act and deed. It is not only not true in law or in fact, in principle or in practice, that any People bound by oath to be Persons worthy of Trust or instrumentality created by the Trust of the People, such as the treaties or the constitutions shall confer upon the private people called Moors any colorable quasi in rem admiralty and maritime titles or reduced political and economic status without maritime rights by nature. Said Fiduciary(ies)/Defendant(s)/Libelee(s) have subjected the Claimant/Your orator/Suitor/Libellant/ Peaceful Protestor to such treatment by statutes, codes, ordinance, prohibitions, rules, regulations and other colorable admiralty and maritime instrumentalities to alter his special and particular political status. Libellant(s) core private treaty and maritime rights have been and will continue to be destroyed in libel beyond repair by presumptions as a form of paper genocide.  It has been in

*Amended: Master Bill of Lading in Original Equal Justice
Being Rendered in Admiralty and Maritime Jurisdiction
by Nature, Law of Nations and Chancery (Equity)*                    27

brown, kenneth anderson, a private and special People called Moor and beneficiary, heir, *subject, ambassador-at-large and Noble of the Al Maroc Shereefian Empire.*

### SPECIAL CAUSE: Complaint

fact expressed by maritime treaty and the general laws and acts of congress of many of the several states since as early as 1845 that a private Moor is excepted from said statutes, codes, ordinance, prohibitions.

I contend that it would be contrary to Equity in the original admiralty and maritime jurisdiction by nature law of nations, good conscience and good reason and the various maritime/mercantile treaties of the Al Maroc Shereefian Empire and is repugnant to the constitution, maritime treaties and laws of the united states of america in congress assembled to mistakenly sacrifice my right to self-determination as a private People called Moor, americas aboriginal (virginian) national,  a Master Merchant, a Master Mason, a Shereef, an Admiral, a Seamen, a Piloter, a Commander, Maritime lien holder of all vessels, ships, chattels, goods, cargo, crafts, tenements, charters, estates, commodities Land, Air, Water, etc., Owner Maritime lien holder navigating the high seas onshore and offshore and subject, ambassador-at-large and Noble of the *Al Maroc Shereefian Empire*, my name, my family ties, my hereditary culture, and my inheritance. I am a people called Moor. ***"Equity aids the vigilant, not those who slumber on their rights."***

#### Justice thomas opinion

First, *"substantive due process exalts judges at the expense of the People from whom they derive their authority."* Ibid. Because the Due Process Clause "speaks only to 'process,' the Court has long struggled to define what substantive rights it protects." Timbs v. Indiana, 586 U. S. ___, ___(2019) (THOMAS, J., concurring in judgment) (slip op., at 2)(internal quotation marks omitted). In practice, the Court's approach for identifying those "fundamental" rights "unquestionably involves policymaking rather than neutral legal analysis." Carlton, 512 U. S., at 41–42 (opinion of Scalia, J.); see also McDonald, 561 U. S., at 812 (opinion of THOMAS, J.) (substantive due process is "a jurisprudence devoid of a guiding principle"). ***The Court divines new rights in line with "its own, extraconstitutional value preferences" and nullifies state laws that do not align with the judicially created guarantees.*** Thornburg v. American College of Obstetricians and Gynecologists, 476 U. S. 747,794 (1986) (White, J., dissenting).

#### *Substantive Due Process of War*

#### *TERMS AND CONDITIONS*

*Amended: Master Bill of Lading in Original Equal Justice*
*Being Rendered in Admiralty and Maritime Jurisdiction*
*by Nature, Law of Nations and Chancery (Equity)*                                                    28

brown, kenneth anderson, a private and special People called Moor and beneficiary, heir, *subject, ambassador-at-large and Noble of the Al Maroc Shereefian Empire.*

## SPECIAL CAUSE: Complaint

### FIFTY-SIXTH CONGRESS. Sess. II . CHs. 853,85-1. 1901.

**Third**. *The word "person" shall be held to apply to partnerships and corporations, unless such construction would be unreasonable, and the reference to any officer shall include any person authorized by law to perform the duties of his office, unless the context shows that such words were intended to be used in a more limited sense.*

**Fourth**. *Wherever the word "executor" is used it shall include "administrator," and vice versa, unless such application of the terms would be unreasonable.*

**Fifth**. *Wherever an oath is required an affirmation in judicial form, if made by a person conscientiously scrupulous about taking an oath, shall be deemed a sufficient compliance.*

### LAWS REMAINING IN FORCE.

**[code of law for the District of columbia,] SECTION 1.** *The common law, all British statutes in force in Maryland on the twenty-seventh day of February, eighteen hundred and one,* **the principles of equity and admiralty, all general acts of Congress** *not locally inapplicable in the District of Columbia, and all acts of Congress by their terms applicable to the District of Columbia and to other places under the jurisdiction of the United States, in force at the date of the passage of this act shall remain in force except in so far as the same are inconsistent with, or are replaced by, some provision of this code .* **"A Trust Arises; Breached in the Past and Present"**

### 1789 constitution of the united states:

**Article 1, section 8, clause 10:** *To define and punish Piracies and Felonies committed on the high Seas, and Offences against the Law of Nations.* **"A Trust Arises; Breached in the Past and Present"**

**Article 1, section 8, clause 17:** *To exercise exclusive Legislation in all Cases whatsoever, over such District* **(not exceeding ten Miles square).** *"*A Trust Arises; Breached in the Past and Present*"*

The Defendant(s)/Libelee(s) revenue are united states for the district of columbia ports of entry that breached its charters by extending its waters outside the 10 miles square in contravention

*Amended: Master Bill of Lading in Original Equal Justice*
*Being Rendered in Admiralty and Maritime Jurisdiction*
*by Nature, Law of Nations and Chancery (Equity)*

29

brown, kenneth anderson, a private and special People called Moor and beneficiary, heir, *subject, ambassador-at-large and Noble of the Al Maroc Shereefian Empire.*

## SPECIAL CAUSE: Complaint

using its fictitious colorable admiralty corporate entities (vessels) called the "State of" the various states and its agents crewmen on an Enemy ship known as citizens of the united states for the district of columbia is guilty of Treason and felonies on the High Seas and elsewhere in contravention through acts of war committing assaults and beatings on the High Seas and elsewhere by granting Letters of Marque/Reprisal to capture/condemn/pirate the vessels, ships, goods, merchandise, commodities, convoys belonging to **"Ipso Jure"** Moor Subjects of the Al Maroc Shereefian Empire without the consent of united states in congress assembled.

### Statement of Cause

The primary subject matter at issue in your orator's speciali causa (special cause) as a private People called Moor americas aboriginal virginian national,  a Master Merchant, a Master Mason, a Shereef, an Admiral, a Seamen, a Piloter, a Commander, Maritime lien holder of all vessels, ships, chattels, goods, cargo, crafts, tenements, charters, estates, commodities Land, Air, Water etc, Owner Maritime lien holder navigating the high seas onshore and offshore and subject, ambassador-at-large and Noble of the *Al Maroc Shereefian Empire,* "*but not a citizen of the united states for the district of columbia and its insular possessions/enclaves **(Federal)**, nor a Citizen of the united states of america in congress assembled and its several states **(confederacy)**,*" your orator's special and particular status is uncontroverted. It "cannot" be altered by any of the several states and its navigation of waters and ships, *the united states for the district of columbia its waters, vessels or ships*, or *the united states of america in congress assembled* maritime contracts or statutes waters vessels and ships, be it expressed or implied, public or private; and therefore my special and particular status as a private Moor Subject "cannot" be reduced to an inferior grade of volunteer surety "U.S. citizenship" et al. status by any man, state, or colorable quasi-in rem admiralty and maritime instrumentality. Your orator's substantive core private equitable maritime rights to **"*substantive due process of war*"** and equal Justice being rendered in the original jurisdiction of admiralty and maritime by nature law of nations cannot be seen by a court of colorable admiralty and maritime letters of Marque/Reprisal "Act of War "proceeding under any mode other than the original jurisdiction of Equity admiralty and maritime by nature law of nations, as are all at law courts today whether state or federal, as a result of section 17 of the Trading with the Enemy Act of October 6, 1917, which was made applicable to "persons within the United States," by way of said Emergency Banking Relief Act of 1933 without violation

*Amended: Master Bill of Lading in Original Equal Justice*
*Being Rendered in Admiralty and Maritime Jurisdiction*
*by Nature, Law of Nations and Chancery (Equity)*

30

brown, kenneth anderson, a private and special People called Moor and beneficiary, heir, *subject, ambassador-at-large and Noble of the Al Maroc Shereefian Empire*.

<span style="color:red">**SPECIAL CAUSE:**</span> **Complaint**

thereof; which in such case Your orator is by legal compulsion subjected to the laws of the *united states of america in congress assembled* or *the united states for the district of columbia* which are inconsistent with and repugnant to our reciprocal maritime treaties and therefore Claimant cannot be "commingled" with any public U.S. citizens or nationals/allies of a designated enemy country as defined in and subject to your Emergency Banking Relief Act of March 9, 1933. Due to said exigent circumstances your orator is without adequate, complete, and certain remedy at law admiralty and maritime by characteristic, sufficient to meet all the demands of Justice owed and due to Your oraot by virtue of my private status as an **"*ipso jure*"** Moor subject, ambassador-at-large and Noble of the *Al Maroc Shereefian Empire*. Your orator requires that this court and its People bound by oath to be Persons Worthy of Trust issue a private declaratory decree acknowledging that your orator is, "in fact, " a private People called Moor, americas aboriginal (virginian) national, , a Master Merchant, a Master Mason, a Shereef, an Admiral, a Seamen, a Piloter, a Commander, Maritime lien holder of all vessels, ships, chattels, goods, cargo, crafts, tenements, charters, estates, commodities Land, Air, Water etc, Owner Maritime lien holder navigating the high seas onshore and offshore and subject, ambassador-at-large and Noble of the *Al Maroc Shereefian Empire*, "*but not a citizen of the united states for the district of columbia and its insular possessions/enclaves **(Federal)**, nor a Citizen of the united states of america in congress assembled and its several states **(confederacy)**,*" and that he shall be treated as friendly, amicus curiae, and respected and esteemed as that of the **most favored Nation**. *"**Equity aids the vigilant, not those who slumber on their rights**.*"

### The Judiciary Act; September 24, 1789

SEC. 9. And be it further enacted, That the district courts shall have, exclusively of the courts of the several States, cognizance of all crimes and offences that shall be cognizable under the authority of the United States, committed within their respective districts, or upon the high seas; where no other punishment than whipping, not exceeding thirty stripes, a fine not exceeding one hundred dollars, or a term of imprisonment not exceeding six months, is to be inflicted**; and shall also have exclusive original cognizance of all civil causes of admiralty and maritime jurisdiction, including all seizures under laws of impost, navigation or trade of the United States, where the seizures are made, on waters which are navigable**

*Amended: Master Bill of Lading in Original Equal Justice Being Rendered in Admiralty and Maritime Jurisdiction by Nature, Law of Nations and Chancery (Equity)*

31

brown, kenneth anderson, a private and special People called Moor and beneficiary, heir, *subject, ambassador-at-large and Noble of the Al Maroc Shereefian Empire.*

## SPECIAL CAUSE: Complaint

*from the sea by vessels of ten or more tons burthen, within their respective districts as well as upon the high seas; saving to suitors, in all cases,* the right of a common law remedy, where the common law is competent to give it; *and shall also have exclusive original cognizance of all seizures on land, or other waters than as aforesaid, made, and of all suits for penalties and forfeitures incurred, under the laws of the United States. And shall also have cognizance, concurrent with the courts of the several States, or the circuit courts, as the case may be, of all causes* where an alien sues for a tort only in violation of the law of nations or a treaty of the United States. And shall also have cognizance, concurrent as last mentioned, of all suits at common law where the United States sue, and the matter in dispute amounts, exclusive of costs, to the sum or value of one hundred dollars. And shall also have jurisdiction exclusively of the courts of the several States, of all suits against consuls or vice-consuls, except for offences above the description aforesaid. And the trial of issues in fact, in the district courts, in all causes except civil causes of admiralty and maritime jurisdiction, shall be by jury.

"*Equity Imputes an intent to fulfill an obligation*"

### *Statement of Cause*

Your orator's special cause is for the termination of any guardian/ward condemned vessel relation; making any presumed administration of my estate absolute void; have decedent's legal estate restored to your orator as the sole exclusive beneficiary and heir of said decedent's legal estate person all all inherited descendent estates; and I demand restoration and exoneration from of all liabilities of the defendant Kenneth Anderson Brown, et al. (registered organization name trust vessel in Washington, District of Columbia) is a decedent's legal estate ("Estate"). The decedent's legal estate is a derivative of the sacred trust vessel that was granted to your orator by his mother and father as grantor(s). It was intended for me as grantee absolute and sole beneficiary of the body main vessel, ship, the name, and the sum of all their attachments, including, but not limited to, all interest, lands, assets, rents, credits emitted, monies borrowed, leases, derivatives, profits, proceeds, reserves, stores, and titles thereof for his private enjoyment, use, possession, and benefit. Your orator has acknowledged and accepted all that my ancestors had intended for me. Your orator's equitable admiralty and maritime claims are uncontroverted. Your orator is

*Amended: Master Bill of Lading in Original Equal Justice*
*Being Rendered in Admiralty and Maritime Jurisdiction*
*by Nature, Law of Nations and Chancery (Equity)*                                                    32

brown, kenneth anderson, a private and special People called Moor and beneficiary, heir, *subject, ambassador-at-large and Noble of the Al Maroc Shereefian Empire.*

<span style="color:red">**SPECIAL CAUSE:**</span> **Complaint**

beneficial owner and Captain of the Estate (vessel), and all property attachments including, but not limited to, lands, houses, goods and chattels, rights and credits, my person, my to be wife and minor offspring(s), my right to work, to sell and acquire property and engage in any lawful business, as well as my reputation and their reputation, health and capacity to labor, as well as my right and their right to enjoy the senses of sight, smell, hearing and taste, and his and their right of speech and locomotion, and my right and their right to enjoy our sense of moral propriety when normal, to live by my labor and property, and cannot be presumed to have parted with any of the aforementioned without receiving or expecting an equivalent in value. Hence, whenever one person has obtained either the labor or property of your orator, he should pay or account therefore, unless he can prove it was a gift by your orator; your orator is interested in the settlement, and has been aggrieved by errors, omissions and false credits therein; and that a just and equitable maritime settlement will benefit him. Your orator's substantive maritime equitable rights to own property and to **"*substantive due process of war*"** and equal Justice being rendered in admiralty and maritime by nature jurisdiction are not cognizable at law quasi in rem admiralty and maritime by characteristic, much less at martial **"Non-Substantive due process of War"**, and rely exclusively on the recognition and enforcement of purely equitable maritime rights by nature.

Your orator states that due to said exigent circumstances he is without adequate, complete, and certain remedy at law colorable admiralty and maritime jurisdictions, sufficient to meet all the demands of Justice, owed and due to him, by virtue of his private status as a private people called Moor and Subject of the *Al Maroc Shereefian Empire,* and that without complete justice being administered by this High court, your orator may be subjected to further unjust and irreparable harm and destruction of his maritime treaty protected rights and property by Libelee(s) in libel beyond repair. "***Equity abhors a forfeiture***."

**Statement of Cause**

The primary subject matter issue of the Claimant's speciali causa (special cause) in regards to Fiduciary(ies)/Defendant(s)/Libelee(s) is for the full restoration against all liability of the Estate as the surety or secondarily liable imposed upon him in all legal colorable admiralty and maritime proceedings in a general military character, and in a particular "State" **acts of war** letters of Marque/Reprisal legal proceeding styled as "IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISCTRICT OF GEORGIA; " "IN THE UNITED STATES COURT OF

*Amended: Master Bill of Lading in Original Equal Justice
Being Rendered in Admiralty and Maritime Jurisdiction
by Nature, Law of Nations and Chancery (Equity)*                                    33

brown, kenneth anderson, a private and special People called Moor and beneficiary, heir, *subject, ambassador-at-large and Noble of the Al Maroc Shereefian Empire.*

## SPECIAL CAUSE: Complaint

APPEALS FOR THE ELEVENTH CIRCUIT;" "IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISCTRICT OF NEW YORK," "IN THE CIRCUIT COURT OF THE UNITED STATES FOR THE SECOND CIRCUIT;" "IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISCTRICT OF VIRGINIA;" "IN THE CIRCUIT COURT OF THE UNITED STATES FOR THE FOURTH CIRCUIT;" INFERIOR COURTS namely JUSTICES OF THE PEACE and the POLICE COURT, SUPERIOR COURTS, namely the "SUPREME COURT OF THE DISTRICT OF COLUMBIA," etc.—*federal rules of civil procedures and federal rules of appellate procedures does not apply to prize proceedings in admiralty*, which are "In Fact" legal fictions and has no **"Substantive due process of war"** and demonstrably erroneous, an **"oxymoron" and "unmoored" and and farcical enforcing rules that do not apply to prize proceedings in admiralty by nature law of nations.**

Your orator question Defendant(s), this court, and its People bound by oath to be Persons worthy of trust, with all due respect, as following:

- *Are YOU commissioned and wearing enemy colors acting as a Privateer/ Pirate Christian enemy of the united states for the district of columbia?*
- *Are YOU actually Citizens of the United States of America according to the perpetual peace under approbation granted to YOU by the Emperor and the subjects and Nobles of the Al Maroc Shereefian Empire pursuant to 1786/1836 Treaty of Marrakech ARTICLE I and II?*
- *And, when did congress grant the magistrates/officers of the courts/agents/ Libelee(s)/privateers/pirates the authority to issue letters of Marque/Reprisals?*

*Your orator draws into question the validity of any forms, proceedings and modes purely legal for acquiring jurisdiction, that are martial in character.* A conflict arises under the interpretation of works, doctrines, ideas, principles of, or any authority exercised, inconsistent with and repugnant to any maritime treaties made or that shall be made by the *united states in congress assembled*, or the powers granted to the *Committee of States*, in the *Articles of Confederation*, while in the recess of congress, a conflict and variance arises. "*Where there is a conflict between the Maxims of Equity and the rules of the common law over the same subject matter, Equity shall prevail.*" Your orator's core private rights are not cognizable at law, or the colorable quasi in rem admiralty and maritime legal legislative letters of Marque/Reprisal proceedings in the courts

brown, kenneth anderson, a private and special People called Moor and beneficiary, heir, *subject, ambassador-at-large and Noble of the Al Maroc Shereefian Empire.*

## SPECIAL CAUSE: Complaint

of the several states; nor the modern merged reformed legal system, in which only the procedural distinctions between the courts of law and equity were merged, albeit, the jurisdictions are wholly unaffected and my private **"substantive due process of war rights"** are in direct inherent conflict with the concurrent jurisdiction created by the *Judicature Act of 1873*. Furthermore, my conflict with the reformed procedure is that the intent and purpose of the ancient separation into an exclusive equal justice being rendered in admiralty and maritime jurisdiction by nature law of nations is no longer furnished and is in direct conflict with the reformed procedure. The Claimant's core private natural maritime rights are in jeopardy of being destroyed by Libelee(s) in libel are of those classes which the maritime treaties either confer or are taken under its protection and no adequate remedy for their enforcement is provided by the forms, proceedings, and modes purely legal.

The Claimant is without speedy, nor adequate and complete remedy at law colorable admiralty and therefore there arises a conflict of the rule of law over the same subject matter, the registered organization name Kenneth Anderson Brown trust vessel, in relation to the Claimant/, as a **"ipso jure"** Moor subject, ambassador-at-large and Noble. It is **only under legal compulsion** that the Claimant/Suitor/Libellant is subjected to any jurisdiction other than the exclusive equity in the admiralty and maritime jurisdiction by nature law of nations. vested by the *1781 Articles of Confederation, ARTICLE XII; 1786/1836 Treaty of Marrakech, ARTICLE XXI; 1789 constitution for the united states of america in congress assembled, ARTICLE III §2 §§1 &§§2, and ARTICLE VI. §1, §2 and §3; the Judiciary Act of 1789 1 stat 73 §9 and §11; and the 1824 Treaty of Tunis ARTICLE XII* and cannot be affected by the emergency enactments of legislation due to the said conflict, the inherent law, equitable maritime principles and doctrines such as matters of subrogation, substitution, and exoneration and other equitable maritime defenses from said colorable admiralty letters of marque proceeding legal in nature, in the courts of several states.

### Franco-Al Maroc Shereefian Empire Protectorate Treaty,
### Signed at Fez March 30, 1912

*This Provision probably has in view the carrying out of that part of Article 60 of the Algeciras act which stipulates that" before authorizing the execution of deeds transferring property the Cadi will have to satisfy himself of the validity of the Title in conformity to the Mohammedan Law" The department is, however, advised that*

brown, kenneth anderson, a private and special People called Moor and beneficiary, heir, *subject, ambassador-at-large and Noble of the Al Maroc Shereefian Empire.*

## SPECIAL CAUSE: Complaint

*the records of land titles in Al Maroc are very incomplete, and that this provision of the regulations may be used to delay indefinitely transfers of property in which the Moorish Government has in "Fact" no legal or equitable rights.*

### *"He who comes into equity must come with clean hands"*

### Statement of Cause

The primary subject matter issue of Your orator's speciali causa (special cause), as an "implied equitable maritime surety," he makes his original claim against Defendant(s)/Libelee(s) seeking equitable maritime restoration and remedy from the burden caused by (i) trespass upon Your orator's inherent natural rights to equal Justice being rendered towards him in admiralty/maritime by nature concerning any dispute, (ii) exoneration of all liability and obligations imputed to Your orator either by way of operation of law, mistake, error or accident, by presumption, under legal compulsion, threat and duress, or fraudulent concealment by Defendant(s)/Libelee(s), and (iii) subrogation of all rights, title and interests of the united states of america, and the united states for the district of columbia (hereafter "creditors") against the Claimant/Suitor/Libellant with respect to any irrevocable obligation arising from a quasi-trust relationship conducted by said united states for the  district of columbia colorable **"non-substantive due process of war"** quasi in rem admiralty and maritime military legal letters of marque/reprisal proceedings.

Your orator states that due to said exigent circumstances I am without adequate, complete, and certain remedy at law, sufficient to meet all the demands of Justice owed and due to me by virtue of his special and private status as a people called Moor and subject, ambassador-at-large and Noble of the *Al Maroc Shereefian Empire,* and that as the sole exclusive heir to the Estate(s), and that without complete justice being administered this Court, Your orator may be subject to unjust and irreparable harm and destruction in contravention and libel of his maritime treaty protected rights and property.

### The Jay Treaty of 1794

**ARTICLE XXI.** It is likewise agreed that the Subjects and Citizens of the Two Nations, shall not do any acts of Hostility or Violence against each other, nor accept Commissions or Instructions so to act from any Foreign Prince or State, Enemies

*Amended: Master Bill of Lading in Original Equal Justice*
*Being Rendered in Admiralty and Maritime Jurisdiction*
*by Nature, Law of Nations and Chancery (Equity)*

36

brown, kenneth anderson, a private and special People called Moor and beneficiary, heir, *subject, ambassador-at-large and Noble of the Al Maroc Shereefian Empire.*

## SPECIAL CAUSE: Complaint

to the other party, nor shall the Enemies of one of the parties be permitted to invite or endeavour to enlist in their military service any of the Subjects or Citizens of the other party; and the Laws against all such Offences and Aggressions shall be punctually executed. And if any Subject or Citizen of the said Parties respectively shall accept any Foreign Commission or Letters of Marque for Arming any Vessel to act as a Privateer against the other party, and be taken by the other party, it is hereby declared to be lawful for the said party to treat and punish the said Subject or Citizen, having such Commission or Letters of Marque as a Pirate. *"A Trust Arises; Breached in the Past and Present"*

### Statement of Cause

The primary subject matter issue of the Claimant's speciali causa (special cause) in regards to Fiduciary(ies)/Defendant(s)/Libelee(s) is for the complete restoration against the destruction of rights in libel born of special private fiduciary trust relations between the parties, either express, resulting, constructive, or executory, including treaties, upon which he has relied for fair dealing, good faith, accurate, complete, and equitable maritime treatment, excluding any form of casuistry. Your orator, while a minor, became entitled to a large estate that has all be administered and sustained, in open, stated, or settled accounts where by reason of some mistake, or omission, or accident, or undue advantage, the account is vitiated, and the balance incorrectly fixed; where by reason of some fiduciary relation of trust or confidence between the Fiduciary(ies)/Defendant(s)/ Libelee(s) and the Claimant/Suitor/Libellant, where the Claimant was at a disadvantage, and as a consequence the account is inequitable. The Claimant equitable maritime cause is a complex accounting, and he is without full facts of the maritime assets of the trust and relies exclusively on the mode of compelling the Fiduciary(ies)/Defendant(s)/Libelee(s) to make disclosure and therefore a discovery by suit in equity and admiralty by nature is indispensable. The Claimant/Suitor/Libellant has business dealings, involving many items, in consequence of relations of trust, or confidence, Fiduciary(ies)/Defendant(s)/Libelee(s) have handled the estate of the Claimant; or done business for him. The Claimant is the beneficial party entitled to a settlement and demand a bill for an accounting for the funds or other property in which the Claimant/Suitor/Libellant has an interest, and to pay over whatever may be due or belong to him.

*"A good and faithful servant shall make a full accounting*

*Amended: Master Bill of Lading in Original Equal Justice*
*Being Rendered in Admiralty and Maritime Jurisdiction*
*by Nature, Law of Nations and Chancery (Equity)*

37

brown, kenneth anderson, a private and special People called Moor and beneficiary, heir, *subject, ambassador-at-large and Noble of the Al Maroc Shereefian Empire.*

## SPECIAL CAUSE: Complaint

*to the owner, of the talents he was granted"*

The Claimant/Suitor/Libellant through his inherent power of appointment, has appointed most  (in the private) and now appoints all Fiduciary(ies)/Defendant(s)/Libelee(s) by transfer on special deposit, valuable and sufficient consideration (*1796 Treaty of Tripoli, ARTICLE III & X*), for the fiduciary appointment, as well as, fully granting, conveying, and delivering legal title to be in the form of a Bill of Lading: Deed of Conveyance to each Fiduciary(ies)/Defendant(s)/Libelee(s) to be  held in private by said Fiduciary(ies)/Defendant(s)/ Libelee(s) for the private enjoyment, use, possession, and benefit of the Claimant(s) for the private enjoyment, use, possession, and benefit of the Claimant(s) as beneficiary. It is  Claimant's manifest intent, purpose, to execute actual and constructive grant and conveyance on the special deposit the trust res to demand for specific performance, **by** due particularity, to produce a full accounting, list of all real, personal, and equitable maritime assets or other property in which the Claimant has an interest; to pay over whatever may be due or belong to him, or the balance due Claimant/Suitor/Libellant on a fair accounting; release any and all collateral and return all remaining trust *res*, concerning said debts due to my estate; and release any and all collateral, and return all remaining trust *res*, by *reconversion*.

Your orator, as the beneficial party entitled, in consequence of such relations various sums of money or other property of the Claimant went, or should have gone, into the possession, or under the control, of the Fiduciary(ies)/Defendant(s)/Libelee(s) giving items, dates, values, and circumstances. The Fiduciary(ies)/Defendant(s)/Libelee(s) who has been privately appointed has neither Affirmed or Denied the fiduciary relation, or rendered an account of such money and property and the profits thereof and Your orator now requires for an account to be taken by the Clerk and Master and for a decree for the amount found due.

If the Fiduciary(ies)/Defendant(s)/Libelee(s) has any sureties bound for his good conduct, they should be made Fiduciary(ies)/Defendant(s)/Libelee(s), and their suretyship alleged in the body of the bill be equitably maritime/admiralty attached under terms and conditions of the various treaties between the Al Maroc Shereefian Empire and united states of america in congress assembled.

### *"One who seeks equity must do equity"*

*Amended: Master Bill of Lading in Original Equal Justice Being Rendered in Admiralty and Maritime Jurisdiction by Nature, Law of Nations and Chancery (Equity)*

38

brown, kenneth anderson, a private and special People called Moor and beneficiary, heir, *subject, ambassador-at-large and Noble of the Al Maroc Shereefian Empire.*

<h2 style="text-align:center"><span style="color:red">SPECIAL CAUSE:</span> Complaint</h2>

### Statement of Cause

The primary subject matter issue of the Claimant's *speciali causa* (special cause) is for the full restoration against the destruction of rights born of special private fiduciary trust relations between the parties, either express, resulting, constructive, or executory, including treaties, upon which he has relied for fair dealing, good faith, accurate, complete, and equitable treatment, excluding any form of casuistry. harrison, joyce yvonne (Claimant's deceased mother); brown, joseph anderson (Claimant's deceased father); brown, kevin lamar (Claimant's deceased brother); *who as infants,* core private rights were MISTAKENLY sacrificed by their mother and father at birth, without being fully availed and acknowledged of equitable defenses. harrison, joyce yvonne, brown, joseph anderson and brown, kevin lamar as "implied" maritime surety(ies), have been imputed a serious liability for the indemnity or satisfaction of the debts of the State of Virginia registered organizations, JOYCE YVONNE HARRISON et al., JOESPH ANDERSON BROWN et al., and KEVIN LAMAR BROWN et al., decedents' legal estate person(s) for harrison, joyce yvonne; brown, joseph anderson and brown, kevin lamar, *Moor grantee(s), cestui que heirs* have been subjected to a Legal mode of Reprisal Proceedings through colorable admiralty and maritime jurisdiction without the private treaty protections of the *1786/1836 Treaty of Marrakech, ARTICLE XXI;* the *1795 Treaty of Algiers, ARTICLE XV, 1797 Treaty of Tunis, ARTICLE XVIII,* and the *1824 Treaty of Tunis, ARTICLE XII,* as well as, the *1789 constitution for the united states of america,* under the rules of Chancery within Admiralty and Maritime Jurisdiction by nature, law of nations which they were entitled to, by way of their **special and particular political status** as a Moor/Mooress , *subjects and Nobles of the Al Maroc Shereefian Empire* and Your orator's equitable rights to the same said Estates as the sole exclusive heir and beneficiary, by maxims: ***"only God can create an heir," "the heir and his ancestor are one and the same person,"*** and ***"Equity regards the beneficiary as the true owner."***

I walk in the shoes of my ancestors, and as heir and beneficiary. I am maternal son and sole heir of harrison, joyce yvonne, beneficiary of the registered organization names, JOYCE YVONNE HARRISON et al. (also known as JOYCE YVONNE BROWN and JOY YVONNE BROWN, et al.) and Joyce Yvonne Harrison Estate, et al. I redeem her estate as

*Amended: Master Bill of Lading in Original Equal Justice*
*Being Rendered in Admiralty and Maritime Jurisdiction*
*by Nature, Law of Nations and Chancery (Equity)*                    39

brown, kenneth anderson, a private and special People called Moor and beneficiary, heir, *subject, ambassador-at-large and Noble of the Al Maroc Shereefian Empire.*

### SPECIAL CAUSE: Complaint

heir and have a just right to claim her *(propria vigore)* on my own authority, she is mine. She begotten me through promise. She was/is a child of the **Most-High.**

I walk in the shoes of my ancestors, and as heir and beneficiary. I am paternal son and sole heir, for brown, joseph anderson beneficiary of the registered organization names JOSEPH ANDERSON BROWN et al., and Joseph Anderson Brown Estate, et al.  I redeem his estate as heir and have a just right to claim his *(propria vigore)* on my own authority, he is mine. He manifested me through promise. He was/is a child of the **Most-High.**

I walk in the shoes of my ancestors, and as heir and beneficiary. I am biological brother and sole heir for brown, kevin lamar, beneficiary of the registered organization names KEVIN LAMAR BROWN et al., and Kevin Lamar Brown Estate, et al.  I redeem his estate as heir and have a just right to claim his *(propria vigore)* on my own authority, he is mine. He was/is a child of the **Most-High.**

This bill is filed for Your orator's benefit and benefit of all my known/unknown *beneficiaries/heirs* that have an interest under the decree. I am clothed with proprietary rights over mooress: harrison, joyce yvonne registered organization names JOYCE YVONNE HARRISON et al. (also known as JOYCE YVONNE BROWN and JOY YVONNE BROWN) and Joyce Yvonne Harrison Estate, et al.; moor: brown, joseph anderson registered organization name JOSEPH ANDERSON BROWN et al., and Joseph Anderson Brown Estate, et al.; and moor: brown, kevin lamar registered organization name KEVIN LAMAR BROWN et al., and Kevin Lamar Brown Estate, et al.

*I DECLARE, I* am *Moor, Americas virginian national, subject,* ambassador-at-large *and Noble of the Al Maroc Shereefian Empire, and heir to said estates* for good reason, the government of the place shall have nothing to do therewith, said estate. To withhold or Condemn me from my vessels/inheritance/heirship is in conflict and in contravention of life liberty, property and the pursuit of happiness which are basic ethereal principles. (Gal 4) (1797 Treaty of Tunis, ARTICLE IXX)

### 1786 (& 1836) Treaty of Merrakech

*ARTICLE 22.* If an American citizen shall die in our country, and no will shall appear, the Consul shall take possession of his effects; and if there shall be no Consul, the effects shall be deposited in the hands of some person worthy of trust, until the party shall/appear who has a right to demand them; but if the heir to the

brown, kenneth anderson, a private and special People called Moor and beneficiary, heir, *subject, ambassador-at-large and Noble of the Al Maroc Shereefian Empire.*

### SPECIAL CAUSE: Complaint

person deceased be present, the property shall be delivered to him without interruption; and if a will shall appear the property shall descend agreeably to that will, as soon as the Consul shall declare the validity thereof.

***If anyone DENIES, I DEMAND they***:

- *"SHOW GOOD CAUSE"* why I "do not" hold superior equitable maritime or legal title to mooress decedent's estate harrison, joyce yvonne, *beneficiary* of the registered organization names JOYCE YVONNE HARRIRSON et al. (also known as JOYCE YVONNE BROWN and JOY YVONNE BROWN), JOYCE YVONNE HARRIRSON ESTATE, et al.; moor decedent's estate: brown, joseph anderson registered organization name JOSEPH ANDERSON BROWN et al., ; and moor decedent's estate: brown, kevin lamar registered organization name KEVIN LAMAR BROWN et al., and that it is "not" sacred trusts;

- *"SHOW GOOD CAUSE"* why any presumed administration of harrison, joyce yvonne, *beneficiary* of the registered organization names JOYCE YVONNE HARRIRSON et al. (also known as JOYCE YVONNE BROWN and JOY YVONNE BROWN); brown, joseph anderson registered organization name JOSEPH ANDERSON BROWN et al.; and brown, kevin lamar registered organization name KEVIN LAMAR BROWN et al., estates are "not" absolute void, and as *Moor grantee/grantor/beneficiary/ heir*, I am "not" entitled, by due particularity, a full accounting list of real, personal, and equitable assets and debts due to the estates.

- *"SHOW GOOD CAUSE"* why I "cannot" have harrison, joyce yvonne, *beneficiary* of the registered organization names JOYCE YVONNE HARRIRSON et al. (also known as JOYCE YVONNE BROWN and JOY YVONNE BROWN); brown, joseph anderson registered organization name JOSEPH ANDERSON BROWN, et al.; and brown, kevin lamar registered organization name KEVIN LAMAR BROWN et al., estates be restored to me as heir, and why I "cannot" recover the body, the name, the sum of all their attachments, all rents, credits emitted, monies borrowed, lands, assets, acquisitions, proceeds, and profits of the estate during such time as I was

*Amended: Master Bill of Lading in Original Equal Justice*
*Being Rendered in Admiralty and Maritime Jurisdiction*
*by Nature, Law of Nations and Chancery (Equity)*

41

brown, kenneth anderson, a private and special People called Moor and beneficiary, heir, *subject, ambassador-at-large and Noble of the Al Maroc Shereefian Empire.*

### SPECIAL CAUSE: Complaint

deprived thereof, with lawful interest.

### Statement of Cause

The primary subject matter issue of Your orator's speciali causa (special cause), as an "implied equitable maritime surety," he makes his original claim against Defendant(s)/Libelee(s) seeking equitable relief from the burden caused by (i) trespass upon Your orator's inherent right to equal Justice being rendered towards him concerning any dispute (ii) exoneration of all liability and obligations imputed to Your orator either by way of operation of law, mistake, error or accident, by presumption, under legal compulsion, threat and duress, or fraudulent concealment by Defendant(s)/Libelee(s), and (iii) subrogation of all rights, title and interests of the united states of america, and the united states for the district of columbia (hereafter "creditors") against the libellant with respect to any irrevocable obligation arising from a quasi-trust relationship conducted by said the district of columbia colorable admiralty and maritime military legal letters of marque reprisal proceedings.

Your orator states that due to said exigent circumstances I am without adequate, complete, and certain remedy at law, sufficient to meet all the demands of Justice owed and due to me by virtue of his private status as a people called Moor, subject, ambassador-at-large and Noble of the *Al Maroc Shereefian Empire,* and that as the sole exclusive heir to the Estate, and that without complete justice being administered by this court, Your orator may be subject to unjust and irreparable harm and destruction in libel of his maritime treaty protected rights and property.

Your orator is in jeopardy of his special and private rights being destroyed in libel beyond repair in the future because my rights have already been destroyed in contravention in the past and present by ***"People who are bound by oath to be Persons Worthy of Trust"*** as following: rogers, william h. jr. d/b/a WILLIAM H. ROGERS Jr. et al., chairman and chief executive officer et al., HEIRS AND ASSIGNEES, Truist Bank; moore-wright, kimberly d/b/a KIMBERLY MOORE-WRIGHT et al., chief teammate officer and head of enterprise diversity et al., HEIRS AND ASSIGNEES, Truist Bank; and rettig, charles paul d/b/a CHARLES PAUL RETTIG, commissioner, et al, HEIRS AND ASSIGNEES, Internal Revenue Service. Parties are guilty of breaching faith by taking oaths contrary to Equity admiralty and maritime by nature and a good conscience by using colorable quasi in rem admiralty and maritime Legal mode of letters of

*Amended: Master Bill of Lading in Original Equal Justice*
*Being Rendered in Admiralty and Maritime Jurisdiction*
*by Nature, Law of Nations and Chancery (Equity)*                                    42

brown, kenneth anderson, a private and special People called Moor and beneficiary, heir, *subject, ambassador-at-large and Noble of the Al Maroc Shereefian Empire.*

### SPECIAL CAUSE: Complaint

Marque/Reprisal proceedings "**Act of War**" which re in contravention with Your orator's private maritime treaty protections of the *1786 (& 1836) Treaty of Marrakech, ARTICLE XXI; 1795 Treaty of Algiers, ARTICLE XV; 1797 Treaty of Tunis, ARTICLE XVIII; 1824 Treaty of Tunis, ARTICLE XII; and the Treaty of Tripoli 1797 ARTICLE X,* as well as the written *1789 constitution for the united states of america,* under the rules of Chancery due and owing to the Clamant by way of his *special and particular political status*, and equitable maritime rights to the same said Estate that were intended for Your orator as the sole exclusive beneficiary. Internal Revenue Code(s), titled: "irs withholding compliance program," is contrary to Equity, good conscience and good reason and letter of Marque/Reprisal by withholding income of Moor grantee/beneficiary vessel(s): Kenneth Anderson Brown, et al., by accessing a U.S. (Tax) Code where a Moor is not to be taxed pursuant to *1492 Treaty of Grenada* and shall be restored pursuant to *1796 Treaty of Tripoli, ARTICLES III and X.* Where rogers, william h. jr. d/b/a WILLIAM H. ROGERS Jr. et al., moore-wright, kimberly d/b/a KIMBERLY MOORE-WRIGHT and rettig, charles paul d/b/A CHARLES PAUL RETTIG have been notified of this Statement of Cause by mail, affidavit and or email while the aforesaid parties continue to exercise an unfair advantage at law, whereby the Court of law and colorable enforcement of procedures are instruments of injustice. If rogers, william h. jr. d/b/a WILLIAM H. ROGERS Jr. et al., moore-wright, kimberly d/b/a KIMBERLY MOORE-WRIGHT and rettig, charles paul d/b/A CHARLES PAUL RETTIG obtain a judgment or administrates by suppressing or fabricating evidence, or by taking an unconscientious advantage of Your orator, or by any other fraud, the Court on due application, will enjoin the plaintiff from enforcing a judgment so obtained, and thus taking advantage of his own wrong, provided such Your orator really had a meritorious defense, and was guilty of no negligence or other fault in the case.

In the present, the Court is to ensure rogers, rettig, charles paul d/b/a CHARLES PAUL RETTIG stop all actions in administering the vessel, Kenneth Anderson Brown, et al., against grantee/grantor/beneficiary/heir notifications, demands and benefit and doscontinue the destruction of Claimant/Moor grantee/beneficiary and Trust's unalienable rights and property by taxation, and stop all actions concerning legal, colorable internal revenue code(s), titled: "irs withholding compliance program," by releasing and restoring the vessel, Kenneth Anderson Brown et al., from piracy on the high seas: irs withholding compliance program and letters of

brown, kenneth anderson, a private and special People called Moor and beneficiary, heir, *subject, ambassador-at-large and Noble of the Al Maroc Shereefian Empire.*

**SPECIAL CAUSE: Complaint**

marque/reprisal by irs withholding compliance program, and ensure no united states tax or georgia state tax are assessed concerning any labor derived monetary disbursement from Truist Bank.

The continued exercise of taxation of Your orator's Moor vessel: "Kenneth Anderson Brown," et al., labor derived income is a breach of faith and repugnant to aforementioned treaty(ies) and equity rights and unbecoming of aforesaid parties who all were appointed Fiducuary(ies)/ Trustee(s)/Libelee(s)/Defendant(s) for the vessel: Kenneth Anderson Brown where a Statement of Account was and is demanded from Fiducuary(ies)/ Trustee(s)/Libelee(s)/Defendant(s) including restoration of all monies pirated and besieged returned to Your orator immediately as the destruction has caused and continue to cause in the present irreparable harm. Your orator demands that the Fiducuary(ies)/Trustee(s)/Libelee(s)/Defendant(s) shall answer under oath, make the discovery called upon by the bill, and render over to him a full accounting of ALL accounts whether Open, Stated or Settled of the said estate as in conscience and equity they ought to have done or be attached and compelled to answer. Your orator demands an order taking his bill for confession, the failure of the Fiducuary(ies)/Trustee(s)/Libelee(s)/ Defendant(s) to make any defense being deemed *prima facie* evidence that he has no defense to make, but, on the contrary, admits the material allegations of the bill to be true. ***Qui tacet, cum loqui detet, consentire videtur*** (He who is silent, though he had foreseen them, seems to agree).

*"Equity does not aid the Volunteer"*

*"When one of two innocent persons must suffer by the act of a third person, he who put it in the power of the third person to inflict the injury shall bear the loss"*

**Statement of Cause**

The primary subject matter issue of Your orator's speciali causa (special cause), as an "implied equitable maritime surety," he makes his original claim against Fiducuary(ies)/ Trustee(s)/Libelee(s)/Defendant(s) seeking equitable relief from the burden caused by (i) trespass upon Your orator's inherent right to equal Justice being rendered towards him concerning any dispute; (ii) exoneration of all liability and obligations imputed to Your orator either by way of operation of law, mistake, error or accident, by presumption, under legal compulsion, threat and duress, or fraudulent concealment by Fiducuary(ies)/Trustee(s)/Libelee(s)/Defendant(s); and (iii) subrogation of all rights, title and interests of the united states of america, and the united states for

*Amended: Master Bill of Lading in Original Equal Justice Being Rendered in Admiralty and Maritime Jurisdiction by Nature, Law of Nations and Chancery (Equity)*

44

brown, kenneth anderson, a private and special People called Moor and beneficiary, heir, *subject, ambassador-at-large and Noble of the Al Maroc Shereefian Empire.*

**SPECIAL CAUSE: Complaint**

the district of columbia (hereafter "creditors") against the libellant with respect to any irrevocable obligation arising from a quasi-trust relationship conducted by said the district of columbia colorable admiralty and maritime military legal letters of marque reprisal proceedings.

Your orator states that due to said exigent circumstances I am without adequate, complete, and certain remedy at law, sufficient to meet all the demands of Justice owed and due to me by virtue of his private status as a people called Moor, subject, ambassador-at-large and Noble of the *Al Maroc Shereefian Empire,* and that as the sole exclusive heir to the Estate, and that without complete justice being administered by this court, Your orator may be subject to unjust and irreparable harm and destruction in libel of his maritime treaty protected rights and property.

Your orator is in jeopardy of his special and private rights being destroyed in libel beyond repair in the future because my rights have been destroyed in contravention in the past and present by ***"People who are bound by oath to be Persons Worthy of Trust"*** as following: dowdy, evelyn g. d/b/a EVELYN G. DOWDY et al., president and chief executive officer of connects federal credit union et al.; whitlock, edward s. iii d/b/a EDWARD S. WHITLOCK III, et al., attorney and partner of lafayette, ayers & whitlock, plc, et al.; fischer, jennifer w. d/b/a JENNIFER W. FISCHER, et al., attorney of lafayette, ayers & whitlock, plc, et al.; and randazzo, mathew d/b/a MATHEW RANDAZZO, et al., principal of accuserve of va, et al., concerning but not limited to richmond-civil general district court case(s) #gv14010893-00 through #gv14010893-07, et al., where an Order of Garnishment was issued via prize proceedings. Aforesaid party(ies) has executed and has an unfair advantage at law, whereby has made the colorable admiralty Court and enforcement of colorable law an instrument of injustice. Aforesaid Fiduciary(ies)/Trustee(s)/ Libelee(s)/Defendant(s) has been conspiring and continue to destroy Your orator's special and private rights and property by securing a court order/judgement through at law, colorable quasi in rem admiralty and maritime Legal mode of letters of Marque/Reprisal Proceedings "**Acts of War**" and provided no consideration to warrant any claim of alleged debt. All consideration was provided by Your orator by consent of signature to access the monies of vessel: Kenneth Anderson Brown and Proof of Consideration provided at the time aforesaid were appointed Fiducuary(ies)/Trustee(s) for the benefit of Your orator. The continued exercise of garnishment concerning colorable at law Court judgment of Your orator's vessel: Kenneth Anderson Brown labor derived income is a

*Amended: Master Bill of Lading in Original Equal Justice*
*Being Rendered in Admiralty and Maritime Jurisdiction*
*by Nature, Law of Nations and Chancery (Equity)*

45

brown, kenneth anderson, a private and special People called Moor and beneficiary, heir, *subject, ambassador-at-large and Noble of the Al Maroc Shereefian Empire.*

## SPECIAL CAUSE: Complaint

breach of faith and repugnant to aforesaid treaty(ies) and equity rights and unbecoming where a Statement of Account was and is demanded including restoration of all monies pirated and besieged, restored to Your orator immediately as the destruction has caused and continue to cause, in the present, irreparable destruction. Your orator desires that the Defendant(s) (who are privately appointed Trustee(s) for the benefit of brown, kenneth anderson) shall answer under oath, make the discovery called upon by the bill, and render over to him a full accounting of all accounts whether Open, Stated or Settled of the said estate and vessel as in conscience and equity they ought to have done or be attached and compelled to answer and discontinue all piracy of vessel(s). Your orator desires an order taking his bill for confession, the failure of the Defendant(s)/Libelee(s) to make any defense being deemed *prima facie* evidence that he has no defense to make, but, on the contrary, admits the material allegations of the bill to be true. ***Qui tacet, cum loqui detet, consentire videtur*** (He who is silent, though he had foreseen them, seems to agree).

### *"Equity does not aid the Volunteer"*
### *"When one of two innocent persons must suffer by the act of a third person, he who put it in the power of the third person to inflict the injury shall bear the loss"*

### Statement of Cause

The primary subject matter issue of Your orator's speciali causa (special cause), as an "implied equitable maritime surety," he makes his original claim against Defendant(s)/Libelee(s) seeking equitable relief from the burden caused by (i) trespass upon Your orator's inherent right to equal Justice being rendered towards him concerning any dispute (ii) exoneration of all liability and obligations imputed to Your orator either by way of operation of law, mistake, error or accident, by presumption, under legal compulsion, threat and duress, or fraudulent concealment by Defendant(s)/Libelee(s), (iii) subrogation of all rights, title and interests of the united states of america, and the united states for the district of columbia (hereafter "creditors") against the libellant with respect to any irrevocable obligation arising from a quasi-trust relationship conducted by said the district of columbia colorable admiralty and maritime military legal letters of marque reprisal proceedings.

Your orator states that due to said exigent circumstances I am without adequate, complete, and certain remedy at law, sufficient to meet all the demands of Justice owed and due to me by

brown, kenneth anderson, a private and special People called Moor and beneficiary, heir, *subject, ambassador-at-large and Noble of the Al Maroc Shereefian Empire.*

<span style="color:red">**SPECIAL CAUSE:**</span> **Complaint**

virtue of his private status as a people called Moor, subject, ambassador-at-large and Noble of the *Al Maroc Shereefian Empire,* and that as the sole exclusive heir to the Estate, and that without complete justice being administered by this court, Your orator may be subject to unjust and irreparable harm and destruction in libel of his maritime treaty protected rights and property.

Your orator is in jeopardy of his special and private rights being destroyed in libel beyond repair in the future because my rights have been destroyed in contravention in the past and present by ***"People who are bound by oath to be Persons Worthy of Trust,"*** including: moynihan, brian thomas d/b/a BRIAN THOMAS MOYNIHAM, chief executive officer, et al, HEIRS AND ASSIGNEES, Bank of America, N.A.; orovitz, robert d/b/a ROBERT OROVITZ, et al. d/b/a GA Bar No.: 902790, attorney at law, HEIRS AND ASSIGNEES, Hayt, Hayt & Landau, P.L.; right, clayton d/b/a CLAYTON RIGHT, et al. d/b/a GA Bar No.: 810327, HEIRS AND ASSIGNEES, Hayt, Hayt & Landau, P.L.; breeden, ralph iii d/b/a RALPH BREEDEN III, et al. d/b/a GA Bar No.: 195892, HEIRS AND ASSIGNEES, Hayt, Hayt & Landau, P.L.; adeleye, bolaji BOLAJI ADELEYE, et al. d/b/a GA Bar No.: 195892; HEIRS AND ASSIGNEES, Hayt, Hayt & Landau, P.L.; frazier , jeffrey w. d/b/a JEFFREY W. FRAZIER, et al., judge, et al., HEIRS AND ASSIGNEES, Magistrate Court for Fulton County; ashley, todd d/b/a Todd Ashley, et al., Judge, et al., HEIRS AND ASSIGNEES, Magistrate Court for Fulton County; and ward, rodman d/b/a RODMAN WARD, et al., president and chief executive officer, et al., HEIRS AND ASSIGNEES, Corporation Service Company, ("parties"), concerning but not limited to Fulton County Magistrate Court Case #20MS134644, et al., where an Order/Judgment/Garnishment was issued where no consideration was provided by moynihan, brian thomas d/b/a BRIAN THOMAS MOYNIHAM, chief executive officer, et al, HEIRS AND ASSIGNEES, Bank of America, N.A.,  for there to be a debt due by Your Orator's vessel: Kenneth Anderson Brown, et al. Aforesaid parties have confederated and have an unfair advantage at law, whereby have made colorable admiralty Court and enforcement of colorable law an instrument of injustice.  Aforesaid parties destroyed Your Orator's rights by  quasi in rem admiralty and maritime Legal mode of letters of Marque/Reprisal Proceedings "**Acts of War**" which are contravention with Your orator's private maritime treaty protection of the 1786/1836 Treaty of Marrakech, ARTICLE XX1; 1795 Treaty of Algiers, ARTICLE XV; 1797 Treaty of Tunis, ARTICLE XVIII; 1824 Treaty of Tunis, ARTICLE XII; the Treaty of Tripoli 1797 ARTICLE X, as well as the written 1789 constitution for the united states

*Amended: Master Bill of Lading in Original Equal Justice*
*Being Rendered in Admiralty and Maritime Jurisdiction*
*by Nature, Law of Nations and Chancery (Equity)*                                                                 47

brown, kenneth anderson, a private and special People called Moor and beneficiary, heir, *subject, ambassador-at-large and Noble of the Al Maroc Shereefian Empire.*

## SPECIAL CAUSE: Complaint

of america, under the rules of Chancery due and owing to the Clamant by way of his ***special and particular political status***, and equitable maritime rights to the same said Estate that were intended for Your orator as the sole exclusive heir and beneficiary. All consideration was provided by Your orator by consent of signature to access the monies of vessel: Kenneth Anderson Brown and Proof of Consideration provided at the time aforesaid party was appointed Fiduciary(ies)/Trustee(s) for the benefit of Your orator.   The exercise of garnishment and prize proceedings concerning colorable at law Court judgment of Your orator's vessel: Kenneth Anderson Brown is a breach of faith and repugnant to aforementioned treaty(ies) and equity rights and unbecoming of aforesaid parties as Fiduciaries/Trustees for the vessel: Kenneth Anderson Brown and account(s), et al., where a Statement of Account was and is demanded including restoration of all monies pirated and besieged to be restored to Your orator immediately as the destruction has caused and continue to cause, in the present, irreparable destruction.

Your orator demands that the Defendant(s), shall answer under oath, make the discovery called upon by the bill, and render over to Your orator a full accounting of all accounts whether Open, Stated or Settled of the said estate and vessel as in conscience and equity they ought to have done or be attached and compelled to answer, and discontinue all piracy of Your orator's vessel(s): Kenneth Anderson Brown, et al. Your orator desires an order taking his bill for confession, the failure of the Defendant(s)/Libelee(s) to make any defense being deemed *prima facie* evidence that he has no defense to make, but, on the contrary, admits the material allegations of the bill to be true. ***Qui tacet, cum loqui detet, consentire videtur*** (He who is silent, though he had foreseen them, seems to agree).

### *"Equity does not aid the Volunteer"*
### *"When one of two innocent persons must suffer by the act of a third person, he who put it in the power of the third person to inflict the injury shall bear the loss"*

### Statement of the Cause

The primary subject matter issue of Your orator's speciali causa (special cause), as an "implied equitable maritime surety," he makes his original claim against Defendant(s)/Libelee(s) seeking equitable relief from the burden caused by (i) trespass upon Your orator's inherent right to equal Justice being rendered towards him concerning any dispute (ii) exoneration of all liability and obligations imputed to Your orator either by way of operation of law, mistake, error or accident,

*Amended: Master Bill of Lading in Original Equal Justice*
*Being Rendered in Admiralty and Maritime Jurisdiction*
*by Nature, Law of Nations and Chancery (Equity)*                                                    48

brown, kenneth anderson, a private and special People called Moor and beneficiary, heir, *subject, ambassador-at-large and Noble of the Al Maroc Shereefian Empire.*

### SPECIAL CAUSE: Complaint

by presumption, under legal compulsion, threat and duress, or fraudulent concealment by Defendant(s)/Libelee(s), (iii) subrogation of all rights, title and interests of the united states of america, and the united states for the district of columbia (hereafter "creditors") against the libellant with respect to any irrevocable obligation arising from a quasi-trust relationship conducted by said the district of columbia colorable admiralty and maritime military legal letters of marque reprisal proceedings.

Your orator states that due to said exigent circumstances I am without adequate, complete, and certain remedy at law, sufficient to meet all the demands of Justice owed and due to me by virtue of his private status as a people called Moor, subject, ambassador-at-large and Noble of the *Al Maroc Shereefian Empire,* and that as the sole exclusive heir to the Estate, and that without complete justice being administered by this court, Your orator may be subject to unjust and irreparable harm and destruction in libel of his maritime treaty protected rights and property.

Your orator is in jeopardy of his private rights being destroyed in the future in libel because my rights have already been destroyed in libel in the past and present by the following Defendant(s)/Libelee(s), a ***"People who are bound by oath to be Persons Worthy of Trust,"*** including: baker, patty d/b/a PATTY BAKER, et al., clerk of superior court, et al., HEIRS AND ASSIGNEES, Cherokee County and robinson, cathlene d/b/a CATHELENE ROBINSON, et al., clerk of superior court, et al., HEIRS AND ASSIGNEES, Fulton County, concerning destruction of Your orator's right(s) by denying Your orator's miscellaneous filings in the miscellaneous index and type fling section of Deeds and Records for respective counties, where according to Georgia's 'Real and Personal Property Indexing Standards,' such filings are allowed, and Your orator, in the past, has filed documents with no delay. Defendant(s)/Libelee(s) actions are in contravention and acts of privateering outside ***"People who are bound by oath to be Persons Worthy of Trust" and in Breach of Trust;*** neglecting their duties by not filing Your orator's document in the miscellaneous index and type fling section of Deeds and Records for respective counties.

Your orator demands that the Defendant(s), shall answer under oath, make the discovery called upon by the bill and compelled to answer why they failed to execute their duty(ies) and partake in acts of privateering Your orator's right(s) to record documents as aforesaid to prevent further destruction, and if Defendant(s) fulfilled their duties, Defendant(s) must "***SHOW GOOD***

brown, kenneth anderson, a private and special People called Moor and beneficiary, heir, *subject, ambassador-at-large and Noble of the Al Maroc Shereefian Empire.*

## SPECIAL CAUSE: Complaint

*CAUSE"* or failure of the Defendant(s)/Libelee(s) to make any defense being deemed *prima facie* evidence that Defendant(s)/Libelee(s) have no defense to make, but, on the contrary, admits the material allegations of the bill to be true. ***Qui tacet, cum loqui detet, consentire videtur*** (He who is silent, though he had foreseen them, seems to agree).

### Statement of the Cause

The primary subject matter issue of Your orator's speciali causa (special cause), as an "implied equitable maritime surety," he makes his original claim against Defendant(s)/Libelee(s) seeking equitable relief from the burden caused by (i) trespass upon Your orator's inherent right to equal Justice being rendered towards him concerning any dispute (ii) exoneration of all liability and obligations imputed to Your orator either by way of operation of law, mistake, error or accident, by presumption, under legal compulsion, threat and duress, or fraudulent concealment by Defendant(s)/Libelee(s), (iii) subrogation of all rights, title and interests of the united states of america, and the united states for the district of columbia (hereafter "creditors") against the libellant with respect to any irrevocable obligation arising from a quasi-trust relationship conducted by said the district of columbia colorable admiralty and maritime military legal letters of marque reprisal proceedings.

Your orator states that due to said exigent circumstances I am without adequate, complete, and certain remedy at law, sufficient to meet all the demands of Justice owed and due to me by virtue of his private status as a people called Moor, subject, ambassador-at-large and Noble of the *Al Maroc Shereefian Empire,* and that as the sole exclusive heir to the Estate, and that without complete justice being administered by this court, Your orator may be subject to unjust and irreparable harm and destruction in libel of his maritime treaty protected rights and property.

Your orator is in jeopardy of his private rights being destroyed in the future in libel because my rights have already been destroyed in libel in the past and present by the following Defendant(s)/Libelee(s), a ***"People who are bound by oath to be Persons Worthy of Trust,"*** including: begor, mark d/b/a MARK BEGOR, et al, chief executive officer, HEIRS AND ASSIGNEES, Equifax; cassin, brian d/b/a BRIAN CASSIN, et al, chief executive officer, HEIRS AND ASSIGNEES, Experian; and cartwright, chris d/b/a CHRIS CARTWRIGHT, et al, chief executive officer, HEIRS AND ASSIGNEES, Trans Union, dowdy, evelyn g. D d/b/a EVELYN

brown, kenneth anderson, a private and special People called Moor and beneficiary, heir, *subject, ambassador-at-large and Noble of the Al Maroc Shereefian Empire.*

<span style="color:red">**SPECIAL CAUSE:**</span> **Complaint**

G. DOWDY et al., president and chief executive officer,  HEIRS AND ASSIGNEES, Connects Federal Credit Union et al.; moynihan, brian thomas d/b/a BRIAN THOMAS MOYNIHAM, chief executive officer, et al, HEIRS AND ASSIGNEES, Bank of America, N.A., mcduffie, mary d/b/a MARY MCDUFFIE, et al., chief executive officer, et al., HEIRS AND ASSIGNEES, Navy Federal Credit Union, concerning destruction of the **credit report profile(s)** for vessel: "Kenneth Anderson Brown," et al. reported by **aforesaid** Defendant(s)/Libelee(s) stated in this Statement of Cause.

Claimant as *grantee/beneficiary* is to be ***subrogated*** and substituted to all rights and collateral of the following *Alleged Accounts in Equity* and not being liable primarily therefore, and to whose rights as to the collection of that debt he, thereupon, succeeds.  No person, legal fiction or group may substitute Claimant(s) as surety accompanied by the transfer of any associated legal or equitable rights and duties. Therefore, said alleged accounts will have exoneration, contribution and subrogation of estates of insolvent debtors, and insolvent corporations where, in any case, one not primarily liable pays a debt, or discharge an encumbrance or lien, being under legal compulsion so to do, he will in Equity be substituted to all of the creditor's right against the person primarily liable.  *Furthermore*, Claimant is a Moor beneficiary of treaties with the united states of america in congress assembled, et al., pursuant to the ***1796 Treaty of Tripoli, Article 10*** which states:

> *"The money and presents demanded by the Bey of Tripoli as a full and satisfactory consideration on his part and on the part of his subjects for this treaty of perpetual peace and friendship are acknowledged to have been recieved by him previous to his signing the same, according to a reciept which is hereto annexed, except such part as is promised on the part of the United States to be delivered and paid by them on the arrival of their Consul in Tripoli, of which part a note is likewise hereto annexed. And no presence of any periodical tribute or farther payment is ever to be made by either party."*

***"Equity with not suffer a wrong without a remedy"***

Defendant(s)/Libelee(s): dowdy, evelyn g. D d/b/a EVELYN G. DOWDY et al., president and chief executive officer,  HEIRS AND ASSIGNEES, Connects Federal Credit Union et al.;

brown, kenneth anderson, a private and special People called Moor and beneficiary, heir, *subject, ambassador-at-large and Noble of the Al Maroc Shereefian Empire.*

## SPECIAL CAUSE: Complaint

moynihan, brian thomas d/b/a BRIAN THOMAS MOYNIHAM, chief executive officer, et al, HEIRS AND ASSIGNEES, Bank of America, N.A., mcduffie, mary d/b/a MARY MCDUFFIE, et al., chief executive officer, et al., HEIRS AND ASSIGNEES, Navy Federal Credit Union, appointed as Trustee(s)/Fiduciary(ies) are peacefully demanded to "***SHOW GOOD CAUSE***" and specifically validate account information reporting to Claimant's vessel: "KENNETH ANDERSON BROWN," et al., (ID# 231 90 7692; alleged social security number and reported ID #) credit profile. The specific accounts reporting to Claimant vessel by aforesaid Defendant(s)/Libelee(s), to be specifically validated are as following:

| Alleged Creditor | Account #: |
|---|---|
| CONNECTS FEDERAL CREDIT UNION | xxxxxxxxxxxx 8972 |
| CONNECTS FEDERAL CREDIT UNION | xxxxxxx 1002 |
| BANK OF AMERICA, NA | xxxxxxxxxxxx 2108 |
| NAVY FEDERAL CREDIT UNION | xxxxxxxxxxxxxxx 7293 |

The aforesaid accounts are to validated by dowdy, evelyn g. D d/b/a EVELYN G. DOWDY et al., president and chief executive officer, HEIRS AND ASSIGNEES, Connects Federal Credit Union et al.; moynihan, brian thomas d/b/a BRIAN THOMAS MOYNIHAM, chief executive officer, et al, HEIRS AND ASSIGNEES, Bank of America, N.A., mcduffie, mary d/b/a MARY MCDUFFIE, et al., chief executive officer, et al., HEIRS AND ASSIGNEES, Navy Federal Credit Union, in a specific manner (to avoid further destruction of Claimant's vessel: "KENNETH ANDERSON BROWN," et al.) who are using letters of Marque/Reprisal, prize proceedings and or actions of a purely colorable quasi in rem admiralty and maritime legal nature in contravention, and without clean hands, as following:

1. *"**SHOW GOOD CAUSE:**"* dowdy, evelyn g. D d/b/a EVELYN G. DOWDY et al., president and chief executive officer, HEIRS AND ASSIGNEES, Connects Federal Credit Union et al.; moynihan, brian thomas d/b/a BRIAN THOMAS MOYNIHAM, chief executive officer, et al, HEIRS AND ASSIGNEES, Bank of America, N.A., mcduffie, mary d/b/a MARY MCDUFFIE, et al., chief executive officer, et al., HEIRS AND ASSIGNEES, Navy Federal Credit Union, under penalty of perjury, provide to the court a notarized and certified copy of aforesaid alleged creditor(s) original consumer

brown, kenneth anderson, a private and special People called Moor and beneficiary, heir, *subject, ambassador-at-large and Noble of the Al Maroc Shereefian Empire.*

### SPECIAL CAUSE: Complaint

contract(s) evidencing Claimant's wet signature concerning binding contractual obligation(s) between Alleged Creditor(s) and Claimant's vessel:  Kenneth Anderson Brown, et al.;

2.   *"SHOW GOOD CAUSE:"* dowdy, evelyn g. D d/b/a EVELYN G. DOWDY et al., president and chief executive officer,  HEIRS AND ASSIGNEES, Connects Federal Credit Union et al.; moynihan, brian thomas d/b/a BRIAN THOMAS MOYNIHAM, chief executive officer, et al, HEIRS AND ASSIGNEES, Bank of America, N.A., mcduffie, mary d/b/a MARY MCDUFFIE, et al., chief executive officer, et al., HEIRS AND ASSIGNEES, Navy Federal Credit Union; and cartwright, chris d/b/a CHRIS CARTWRIGHT, et al, chief executive officer, HEIRS AND ASSIGNEES, Trans Union, under penalty of perjury,  provide to the court a notarized and certified copy of documentation proving Allege Creditor(s) is the **HOLDER IN DUE COURSE** of the alleged ***Note(s), Contract(s), and or Account(s***);

3.   *"SHOW GOOD CAUSE:"* dowdy, evelyn g. D d/b/a EVELYN G. DOWDY et al., president and chief executive officer,  HEIRS AND ASSIGNEES, Connects Federal Credit Union et al.; moynihan, brian thomas d/b/a BRIAN THOMAS MOYNIHAM, chief executive officer, et al, HEIRS AND ASSIGNEES, Bank of America, N.A., mcduffie, mary d/b/a MARY MCDUFFIE, et al., chief executive officer, et al., HEIRS AND ASSIGNEES, Navy Federal Credit Union, under penalty of perjury, provide to the court notarized and certified copy of documentation sourcing proof of consideration of money(ies)/credit(s) emitted from Alleged Creditos  own account(s)/fund(s)/money(ies) to vessel: Kenneth Anderson Brown et al., in order to establish a true debt exists in which vessel: Kenneth Anderson Brown, et al. is due; and

4.   *"SHOW GOOD CAUSE:"* dowdy, evelyn g. D d/b/a EVELYN G. DOWDY et al., president and chief executive officer,  HEIRS AND ASSIGNEES, Connects Federal Credit Union et al.; moynihan, brian thomas d/b/a BRIAN

*Amended: Master Bill of Lading in Original Equal Justice*
*Being Rendered in Admiralty and Maritime Jurisdiction*
*by Nature, Law of Nations and Chancery (Equity)*

53

brown, kenneth anderson, a private and special People called Moor and beneficiary, heir, *subject, ambassador-at-large and Noble of the Al Maroc Shereefian Empire.*

### SPECIAL CAUSE: Complaint

THOMAS MOYNIHAM, chief executive officer, et al, HEIRS AND ASSIGNEES, Bank of America, N.A., mcduffie, mary d/b/a MARY MCDUFFIE, et al., chief executive officer, et al., HEIRS AND ASSIGNEES, Navy Federal Credit Union, under penalty of perjury, why Claimant is "not" to be *subrogated* and substituted to all rights and collateral of said accounts in Equity and not being liable primarily therefore, and to whose rights as to the collection of that debt he, thereupon, succeeds.

*CLAIMANT DENIES*, vessel: Kenneth Anderson Brown, et al., has a valid contract(s) and or debt with CONNECTS FEDERAL CREDIT UNION, BANK OF AMERICA NA, NAVY FEDERAL CREDIT UNION, and *CLAIMANT DENIES* begor, mark d/b/a MARK BEGOR, et al, chief executive officer, HEIRS AND ASSIGNEES, Equifax; cassin, brian d/b/a BRIAN CASSIN, et al, chief executive officer, HEIRS AND ASSIGNEES, Experian; and cartwright, chris d/b/a CHRIS CARTWRIGHT, et al, chief executive officer, HEIRS AND ASSIGNEES, Trans Union, evelyn g. d/b/a EVELYN G. DOWDY et al., president and chief executive officer of connects federal credit union et al., moynihan, brian thomas d/b/a BRIAN THOMAS MOYNIHAM, chief executive officer, et al, HEIRS AND ASSIGNEES, Bank of America, N.A., mcduffie, mary d/b/a MARY MCDUFFIE, et al., chief executive officer, et al., HEIRS AND ASSIGNEES, Navy Federal Credit Union provided consideration in order to establish a debt is due and begor, mark d/b/a MARK BEGOR, et al, chief executive officer, HEIRS AND ASSIGNEES, Equifax; cassin, brian d/b/a BRIAN CASSIN, et al, chief executive officer, HEIRS AND ASSIGNEES, Experian; and cartwright, chris d/b/a CHRIS CARTWRIGHT, et al, chief executive officer, HEIRS AND ASSIGNEES, Trans Union, are obligated to validate the debt as aforesaid.  Otherwise any and all accounts you post on a credit report would allow any paying customer to fax, mail or email fraudulent information to an account and *CLAIMANT DENIES* any debt and Alleged Account(s) with aforesaid alleged Creditor(s).

Claimant has priority of right. If You DENY, *I DEMAND* begor, mark d/b/a MARK BEGOR, et al, chief executive officer, HEIRS AND ASSIGNEES, Equifax; cassin, brian d/b/a BRIAN CASSIN, et al, chief executive officer, HEIRS AND ASSIGNEES, Experian; and cartwright, chris

*Amended: Master Bill of Lading in Original Equal Justice*
*Being Rendered in Admiralty and Maritime Jurisdiction*
*by Nature, Law of Nations and Chancery (Equity)*                                        54

brown, kenneth anderson, a private and special People called Moor and beneficiary, heir, *subject, ambassador-at-large and Noble of the Al Maroc Shereefian Empire.*

## SPECIAL CAUSE: Complaint

d/b/a CHRIS CARTWRIGHT, et al, chief executive officer, HEIRS AND ASSIGNEES, Trans Union to:

1. *"SHOW GOOD CAUSE"* why Claimant is "not" to be **subrogated** and substituted to all rights and collateral of said accounts in Equity and not being liable primarily therefore, and to whose rights as to the collection of that debt he, thereupon, succeeds, where any debt owed to alleged creditors by Claimant(s): vessel: Kenneth Anderson Brown, et al. is accurate and due and may be reported;

2. *"SHOW GOOD CAUSE"* why Claimant do not hold superior equitable or legal title to said property, and that it's not a trust, where any debt owed to alleged Creditors by Claimant(s): vessel: Kenneth Anderson Brown, et al. is accurate and due and may be reported to credit profile(s); and

3. *"SHOW GOOD CAUSE"* why Claimant do not hold the *right of subrogation* with creditor's right in Equity against the alleged creditor(s) primarily liable, where any debt owed to alleged Creditors by Claimant(s): vessel: Kenneth Anderson Brown, et al. is accurate and due and may be reported to credit profile(s).

Therefore, Claimant, a People called Moors, americas aboriginal virginian national and beneficiary, a Master Merchant, a Master Mason, a Shereef, an Admiral, a Seamen, a Piloter, a Commander, Maritime lien holder of all vessels, ships, chattels, goods, cargo, crafts, tenements, charters, estates, commodities Land, Air, Water, etc., Owner Maritime lien holder navigating the high seas onshore and offshore and subject, ambassador-at-large and Noble of the *Al Maroc Shereefian Empire* in the exclusive equity admiralty and maritime jurisdiction by nature law of nations with the above declaration of facts given respectfully demand You: begor, mark d/b/a MARK BEGOR, et al, chief executive officer, HEIRS AND ASSIGNEES, Equifax; cassin, brian d/b/a BRIAN CASSIN, et al, chief executive officer, HEIRS AND ASSIGNEES, Experian; and cartwright, chris d/b/a CHRIS CARTWRIGHT, et al, chief executive officer, HEIRS AND ASSIGNEES, Trans Union, evelyn g. d/b/a EVELYN G. DOWDY et al., president

*Amended: Master Bill of Lading in Original Equal Justice*
*Being Rendered in Admiralty and Maritime Jurisdiction*
*by Nature, Law of Nations and Chancery (Equity)*

55

brown, kenneth anderson, a private and special People called Moor and beneficiary, heir, *subject, ambassador-at-large and Noble of the Al Maroc Shereefian Empire.*

## SPECIAL CAUSE: Complaint

and chief executive officer of connects federal credit union et al., moynihan, brian thomas d/b/a BRIAN THOMAS MOYNIHAM, chief executive officer, et al, HEIRS AND ASSIGNEES, Bank of America, N.A., mcduffie, mary d/b/a MARY MCDUFFIE, et al., chief executive officer, et al., HEIRS AND ASSIGNEES, Navy Federal Credit Union, acting *in good faith, with due diligence, and without unclean hands, and answer to the "DEMANDS" and "SHOW GOOD CAUSE"* to the contrary.  Whether by acquiescence or failure to sufficiently document "***DEMANDS***" and "***SHOW GOOD CAUSE***", it is to be decreed aforesaid Alleged Accounts are to be removed from the **credit report profile(s)** for Claimant's vessel: "Kenneth Anderson Brown," et al. reported by **aforesaid** Defendant(s)/Libelee(s) and Trustee(s)/Ficuciary(ies) acting as Privateers as stated in this Statement of Cause in order to stop further destruction of Your orator's vessel as grantee/beneficiary in Equity.

*"Equity will not allow a trust to fail for want of a Trustee"*
*"Equity does not aid the Volunteer"*

### Statement of the Cause

The primary subject matter issue of your orator's speciali causa (special cause), as an "implied equitable maritime surety," he makes his original claim against Defendant(s)/Libelee(s) seeking equitable maritime restoration of my vessels and ships from the burden caused by (i) trespass upon your orators inherent right to equal Justice being rendered in admiralty and maritime by nature jurisdiction towards him concerning any dispute, (ii) exoneration of all liability and obligations imputed to your orator either by way of operation of law, mistake, error or accident, by presumption, under legal compulsion, threat and duress, or fraudulent concealment by Defendant(s)/Libelee(s), and  (iii) subrogation of all rights, title and interests of the united states of america, and the united states for the district of columbia (hereafter "creditors") against the Claimant with respect to any irrevocable obligation arising from a quasi-trust relationship conducted by said the district of columbia military legal colorable admiralty proceedings through letters of marque/reprisal.

Your orator states that due to said exigent circumstances I am without adequate, complete, and certain remedy at law, sufficient to meet all the demands of Justice owed and due to me by virtue of his private status as a people called Moor and subject, ambassador-at-large and Noble of

*Amended: Master Bill of Lading in Original Equal Justice*
*Being Rendered in Admiralty and Maritime Jurisdiction*
*by Nature, Law of Nations and Chancery (Equity)*                                    56

brown, kenneth anderson, a private and special People called Moor and beneficiary, heir, *subject, ambassador-at-large and Noble of the Al Maroc Shereefian Empire.*

### SPECIAL CAUSE: Complaint

the *Al Maroc Shereefian Empire,* and that as the sole exclusive heir to the Estate, and that without complete justice being administered in admiralty and maritime by nature by this High court, your orator may be subject to unjust and irreparable harm and destruction in libel of his maritime/mercantile treaty protected rights and property.

Your orator is in jeopardy of his private rights being destroyed in the future in libel because my rights have already been destroyed in libel in the past and present by the following ***"People who are bound by oath to be Persons Worthy of Trust"*** including: miller, duane r. d/b/a MAJOR GENERAL DUANE R. MILLER, et al., provost marshal general of the army of the united states et al., HEIRS AND ASSIGNEES; blinken, antony john d/b/a ANTONY JOHN BLINKEN, secretary of state of the united states et al., HEIRS AND ASSIGNEES; garland, merrick d/b/a MERRICK GARLAND, et al., attorney general of the united states, HEIRS AND ASSIGNEES; youngkin, glen d/b/a GLEN YOUNGKIN et al., governor of Virginia, HEIRS AND ASSIGNEES; kemp, brian d/b/a BRIAN KEMP et al., governor of georgia, HEIRS AND ASSIGNEES; cooper, roy d/ba/ ROY COOPER, governor of North Carolina, HEIRS AND ASSIGNEES; moyares, jason s. d/b/a JASON S. MOYARES, et al., attorney general of virginia, HEIRS AND ASSIGNEES; stein, john d/b/a JOHN STEIN, et al., attorney general of North Carolina, HEIRS AND ASSIGNEES; and carr, chris  d/b/a CHRIS CARR, et at., attorney general of Georgia, HEIRS AND ASSIGNEES. Aforesaid Defendant(s)/Libelee(s) are guilty of breaching faith by taking oaths contrary to Equity admiralty and maritime by nature and a good conscience by continuing to use the colorable Courts of law to obtain or enforce any judgements contrary to Equity admiralty and maritime by nature, good conscience and good reason. Where, in any said plaintiff has an unfair advantage at law, whereby he may make the colorable admiralty Court of law an instrument of injustice. If the plaintiff obtains a judgment by suppressing or fabricating evidence, or by taking an unconscientious advantage of the defendant, or by any other fraud, the Court on due application, will enjoin the plaintiff from enforcing a judgment so obtained, and thus taking advantage of his own wrong, provided such defendant really had a meritorious defense, and was guilty of no negligence or other fault in the case. *Which is also very unbecoming belligerent and hostile in character act and deed.*

### *"Equity does not aid the Volunteer"*

brown, kenneth anderson, a private and special People called Moor and beneficiary, heir, *subject, ambassador-at-large and Noble of the Al Maroc Shereefian Empire.*

## SPECIAL CAUSE: Complaint

I brown, kenneth anderson a private people called Moor/americas aboriginal virginian national, a Master Merchant, a Master Mason, a Shereef, an Admiral, a Seamen, a Piloter, a Commander, Maritime lien holder of all vessels, ships, chattels, goods, cargo, crafts, tenements, charters, estates, commodities Land, Air, Water etc, Owner Maritime lien holder navigating the high seas onshore and offshore "*but not a citizen of the united states for the district of columbia and its insular possessions/enclaves(Federal), nor a Citizen of the united states of america in congress assembled and its several states (confederacy),*" and subject, ambassador-at-large and Noble of the *Al Maroc Shereefian Empire*. My private rights as a people called Moor has been irreparably destroyed in libel since the moment I was conceived by **unbecoming** hostile enemy belligerent citizens of the united states for the district of columbia in character act and deed by the above named Libelee(s) who are People bound by oath to be Persons worthy of trust by failing miserable to uphold and protect an ipso jure Moor Subject who is a People. They neglected to restrain their co-Trustees and belligerent citizens from appealing arms and confederating against a People called Moor while passing and repass amongst christians and jews expressed with specific intent and purpose by my ancestors in the *1492 Treaty of Grenada and 1795 Treaty of Algiers Article III, V, XV and Treaty of Tripoli 1796-ARTICLE XII and XI.*

### "*Equity imputes an intent to fulfill an obligation*"
### "*Equity sees as done as what ought to be done*"

There has been a clear breach of fiduciary relations and breach of Trust in admiralty and maritime by nature as I clearly have a Special and Particular Political status not cognizable in colorable admiralty courts at law or in rem because i'm a Moor subject, ambassador-at-large and Noble of an Empire and grantee/heir/beneficiary protected by the *1778 Treaty of the Delawares ARTICLE VI. which states:*

> *"Whereas the enemies of the United States have endeavored, by every artifice in their power, to possess the Indians [Moors] in general with an opinion, that it is the design of the States aforesaid, to extirpate the Indians [Moors] and take possession of their country to obviate such false suggestion, the United States do engage to guarantee to the aforesaid nation of Delawares, and their heirs, all their territorial rights in the fullest and most ample manner, as it bath been bounded by former treaties,*

brown, kenneth anderson, a private and special People called Moor and beneficiary, heir, *subject, ambassador-at-large and Noble of the Al Maroc Shereefian Empire.*

## SPECIAL CAUSE: Complaint

> as long as they the said Delaware nation shall abide by, and hold fast the chain of friendship now entered into. And it is further agreed on between the contracting parties should it for the future be found conducive for the mutual interest of both parties to invite any other tribes who have been friends to the interest of the United States, to join the present confederation, and to form a state whereof the Delaware nation shall be the head, and have a representation in Congress: Provided, nothing contained in this article to be considered as conclusive until it meets with the approbation of Congress. And it is also the intent and meaning of this article, that no protection or countenance shall be afforded to any who are at present our enemies, by which they might escape the punishment they deserve.""__A Trust Arises, and I am the beneficiary.__"

This right has been irreparably destroyed in the past, present and to be future, and I demand prompt restoration of Your Orator's vessel(s).

> *"Equity follows the law"*
>
> *"He who comes into equity must come with clean hands"*
>
> *"He who occasions the loss must bear the burden"*

### Statement of Cause

The primary subject matter issue of Your orator's speciali causa (special cause), as an "implied maritime equitable surety," he makes his original claim against Defendant(s)/Libelee(s) seeking equitable maritime restoration from the burden caused by (i) trespass upon Your orator's inherent right to equal Justice being rendered towards him concerning any dispute, (ii) exoneration of all liability and obligations imputed to Your orator either by way of operation of law, mistake, error or accident, by presumption, under legal compulsion, threat and duress, or fraudulent concealment by defendant(s), and (iii) subrogation of all rights, title and interests of the united states of america, and the united states for the district of columbia (hereafter "creditors") against the Claiamnt with respect to any irrevocable obligation arising from a quasi-trust relationship conducted by said the district of columbia military colorable admiralty legal proceedings. "Once again this revenue is a united states for the district of columbia port of entry that breached its charters (*a Trust Arises; Breached in the Past and Present*) by extending its waters outside the

*Amended: Master Bill of Lading in Original Equal Justice Being Rendered in Admiralty and Maritime Jurisdiction by Nature, Law of Nations and Chancery (Equity)*

59

brown, kenneth anderson, a private and special People called Moor and beneficiary, heir, *subject, ambassador-at-large and Noble of the Al Maroc Shereefian Empire.*

<span style="color:red;">**SPECIAL CAUSE:**</span> **Complaint**

ten (10) miles square in contravention using its fictitious colorable admiralty corporate entities (vessels) called the State of 'x' (in example State of 'Georgia') and its agents crewmen on an Enemy ship known as citizens of the united states for the district of columbia is guilty of Treason and felonies on the High Seas in contravention through acts of war committing assaults and beatings on the High Seas by granting Letters of Marque/Reprisal to capture/condemn/pirate the vessels, ships, good, merchandise, commodities, convoys belonging to **"Ipso Jure"** Moor Subjects of the Al Maroc Shereefian Empire without the consent of united states in congress assembled".

Your orator states that due to said exigent circumstances I am without adequate, complete, and certain remedy at law, sufficient to meet all the demands of Justice owed and due to me by virtue of his private status as a people called Moor, a Master Merchant, a Master Mason, a Shereef, an Admiral, a Seamen, a Piloter, a Commander, Maritime lien holder of all vessels, ships, chattels, goods, cargo, crafts, tenements, charters, estates, commodities Land, Air, Water etc, Owner Maritime lien holder navigating the high seas onshore and offshore and subject, ambassador-at-large and Noble of the *Al Maroc Shereefian Empire,* and that as the sole exclusive heir to the aforesaid Estates, and that without complete justice being administered by this Honorable court, Your orator may be subject to unjust and irreparable harm and destruction of his maritime treaty protected rights and property.

Your orator is in jeopardy of his private unalienable rights being destroyed in contravention in the future because my rights have already been destroyed in the past and present in libel by ***"People who are bound by oath to be Persons Worthy of Trust"*** who are *Custodian(s)/Fiduciary(ies)/Liablee(s)/Defendant(s) to this suit* as following: blinken, antony john d/b/a ANTONY JOHN BLINKEN, secretary of state of the united states, et al.; yellen, janet louise d/b/a JANET LOUISE YELLEN, treasurer of the united states, et al.; garland, merrick d/b/a MERRICK GARLAND et al., attorney general of the united states, et al.; barnhart, jo anne d/b/a JO ANNE BARNHART, et al., commissioner of the social security administration, et al.; rettig, charles paul d/b/a CHARLES PAUL RETTIG, commissioner of internal revenue service, et al.; miller, duane r. d/b/a MAJOR GENERAL DUANE R. MILLER, et al., provost marshal general of the united states army, et al.; dejoy, louis d/b/a LOUIS DEJOY et al., postmaster general of the

brown, kenneth anderson, a private and special People called Moor and beneficiary, heir, *subject, ambassador-at-large and Noble of the Al Maroc Shereefian Empire.*

### SPECIAL CAUSE: Complaint

united states, et al.; biden, joseph robinette jr. d/b/a JOSEPH ROBINETTE BIDEN Jr., et al., president of the united states, et al.; labat, patrick d/b/a PATRICK LABAT et al., sheriff of fulton county, et al.; moyares, jason s. d/b/a JASON S. MOYARES et al., attorney general of virginia, et al.; stein, john d/b/a JOHN STEIN, et al., attorney general of north Carolina, et al.; carr, chris d/b/a CHRIS CARR, et at., attorney general of georgia, et al.; youngkin, glen d/b/a GLEN YOUNGKIN, et al., governor of virginia, et al.; kemp, brian d/b/a BRIAN KEMP et al., governor of georgia, et al.; cooper, roy d/ba/ ROY COOPER, et al., governor of north Carolina, et al.; batten, timothy c. (sr.) d/b/a HON. TIMOTHY C. BATTEN (SR.), et al., chief judge for the district court of the united states, northern district of georgia, et al.; weimer, kevin p. d/b/a KEVIN P. WEIMER, et al., clerk of court for the district court of the united states, northern district of georgia, et al; grimberg, steven d. d/b/a STEVEN D. GRIMBERG, et al., judge for the district court of the united states, northern district of georgia, et al.; begor, mark d/b/a MARK BEGOR, et al., chief executive officer for equifax, et al., cassin, brian d/b/a BRIAN CASSIN, et al., chief executive officer for experian, et al.; cartwright, chris d/b/a CHRIS CARTWRIGHT, et al., chief executive officer for trans union, et al.; baker, patty d/b/a PATTY BAKER, et al. clerk of superior court for cherokee county, et al., robinson, cathlene d/b/a CATHELENE ROBINSON, et al., clerk of superior court for fulton county, et al.;ward, rodman d/b/a RODMAN WARD, et al., president and chief executive officer for corporation service company, et al.;orovitz, robert d/b/a ROBERT OROVITZ, et al. d/b/a GA Bar No.: 902790, et al., attorney at law for hayt, hayt & landau, p.l., et al.; right, clayton d/b/a CLAYTON RIGHT, et al. d/b/a GA Bar No.: 810327, et al., attorney at law for hayt, hayt & landau, p.l, et al.; breeden, ralph iii d/b/a RALPH BREEDEN III, et al., d/b/a GA Bar No.: 195892, et al., attorney at law for hayt, hayt & landau, p.l, et al.; BOLAJI ADELEYE, et al. d/b/a GA Bar No.: 195892, et al., attorney at law for hayt, hayt & landau, p.l, et al.; moynihan, brian thomas d/b/a BRIAN THOMAS MOYNIHAM, chairman and chief executive officer of bank of america, n.a. et al.; dowdy, evelyn g. d/b/a EVELYN G. DOWDY et al., president and chief executive officer of connects federal credit union et al.; mcduffie, mary d/b/a MARY MCDUFFIE et al., chief executive officer of Navy Federal Credit Union et al.; whitlock, edward s. iii d/b/a EDWARD S. WHITLOCK III et al., attorney and partner of lafayette, ayers & whitlock, plc et al.; fischer, jennifer w. d/b/a JENNIFER W. FISCHER et al., attorney of lafayette, ayers & whitlock, plc et al.; randazzo, mathew d/b/a MATHEW RANDAZZO et al., principal of accuserve

brown, kenneth anderson, a private and special People called Moor and beneficiary, heir, *subject, ambassador-at-large and Noble of the Al Maroc Shereefian Empire.*

### SPECIAL CAUSE: Complaint

of va et al.; rogers, william h. jr. d/b/A WILLIAM H. ROGERS Jr. et al., chairman and chief executive officer of truist bank et al.; moore-wright, kimberly d/b/A KIMBERLY MOORE-WRIGHT et al.,  chief teammate officer and head of enterprise diversity of truist bank et al.; defancis, steven d/b/A STEVEN DEFRANCIS et al., chief executive officer of Cortland Partners LLC et al.; lackey, joel bray d/b/A JOEL BRAY LACKEY et al., chief executive officer of national credit services, inc. et al.; baker, patty d/b/A PATTY BAKER, et al., clerk of superior court of cherokee county; robinson, cathlene d/b/A CATHELENE ROBINSON, et al., clerk of superior court of Fulton County;  begor, mark d/b/A MARK BEGOR, et al, chief executive officer of Equifax; cassin, brian d/b/A BRIAN CASSIN, et al, chief executive officer of Experian; cartwright, chris d/b/A CHRIS CARTWRIGHT, et al, chief executive officer of trans union (and all Heirs and Assignees to all aforesaid Custodian(s)/Fiduciary(ies)/Liablee(s)/Defendant(s)) are guilty of breaching faith by taking oaths contrary to Equity in admiralty and maritime by nature law of nations and a good conscience by continuing to use colorable law, codes and the Courts of law to act or obtain or enforce any judgements contrary to Equity, good conscience and good reason. Where mentioned party(ies) has an unfair advantage at law, whereby he may make the colorable admiralty Court and enforcement of colorable law an instrument of injustice. If the mentioned party(ies) obtains a judgment by suppressing or fabricating evidence, or by taking an unconscientious advantage of the defendant, or by any other fraud, the Court on due application, will enjoin the mentioned party(ies) from enforcing a judgment so obtained, and thus taking advantage of his own wrong, provided Your orator in equity and within admiralty and maritime jurisdiction by nature, law of nations had a meritorious defense, and was guilty of no negligence or other fault in the case. *Which is also very unbecoming, belligerent and hostile in character act and deed.*

### *"Equity does not aid the Volunteer"*

The Defendant(s)/Libelee(s) whether official(s)/Trustee(s) public or private have breached their duties that I as a people called Moor entrusted these "***People who are bound by oath to be Persons Worthy of Trust***" to discharge their duties faithfully while in their office of Trust and are moving unbecoming in character act and deed. They have Confederated against me through assault and beatings on the High Seas, breached maritime treaty relations, breached fiduciary relations and breached trust relations thus my private rights have been irreparably destroyed beyond repair

brown, kenneth anderson, a private and special People called Moor and beneficiary, heir, *subject, ambassador-at-large and Noble of the Al Maroc Shereefian Empire.*

<span style="color:red">SPECIAL CAUSE:</span> <b>Complaint</b>

in libel. Their actions are demonstrably erroneous and unbecoming in nature character act and deed.  There has been a clear breach of treaty relations, Breach of fiduciary relations, and breach of Trust, Treason assaults and beatings on the High seas as I clearly have a Special and Particular Political status not cognizable in the Colorable admiralty courts at law or in rem because I am a Moor, subject, ambassador-at-large and Noble of an Empire and grantee/heir/beneficiary protected by and pursuant to the *1778 Treaty of the Delawares Article VI* which states:

> "*Whereas the enemies of the United States have endeavored, by every artifice in their power, to possess the Indians (Moors) in general with an opinion, that it is the design of the States aforesaid, to extirpate the Indians (Moors) and take possession of their country to obviate such false suggestion, the United States do engage to guarantee to the aforesaid nation of Delawares, and their heirs, all their territorial rights in the fullest and most ample manner, as it bath been bounded by former treaties, as long as they the said Delaware nation shall abide by, and hold fast the chain of friendship now entered into. And it is further agreed on between the contracting parties should it for the future be found conducive for the mutual interest of both parties to invite any other tribes who have been friends to the interest of the United States, to join the present confederation, and to form a state whereof the Delaware nation shall be the head, and have a representation in Congress: Provided, nothing contained in this article to be considered as conclusive until it meets with the approbation of Congress. And it is also the intent and meaning of this article, that no protection or countenance shall be afforded to any who are at present our enemies, by which they might escape the punishment they deserve.*"

***A Trust Arises and I am the beneficiary.*** *This right has been irreparably destroyed in the past, present and foreseeable future by contravention.*

***"Equity follows the law"***

***"He who comes into equity must come with clean hands"***

***"He who occasions the loss must bear the burden"***

<b>Statement of Cause</b>

brown, kenneth anderson, a private and special People called Moor and beneficiary, heir, *subject, ambassador-at-large and Noble of the Al Maroc Shereefian Empire.*

<span style="color:red">SPECIAL CAUSE:</span> Complaint

I brown, kenneth anderson, a Private People called Moor grantee/grantor/beneficiary hereby require, demand, order and command the resurrection of the army of the united states to rid the several states of its infestation of pirates onshore and offshore because the danger is so imminent as not to admit of a delay. The united states in congress assembled who formed The committee of states in recess of congress (united states for the district of columbia) as written in the 1781 Articles of Confederation is already in breach of faith because its "***People who are bound by oath to be Persons Worthy of Trust***" allowed the committee of states to go to war with a private People called Moors intentionally using DixieCrats aka Democrats, etc. allowing them to adopt corporate equity by characteristic admiralty maritime amendments to intentionally disenfranchise the Moors one by one to citizens of the united states for the district of columbia using tools like reconstruction of history to disenfranchise the Moors by stripping them of the customs and culture of their ancestors. But I, as the Lord of the Land, Air and Water, the Moor subject, ambassador-at-large and Noble of the Al Maroc Shereefian Empire, am offering grace and forgiveness to the United States in congress assembled and its "***People who are bound by oath to be Persons Worthy of Trust***" as long as you turn back from your wicked ways and move in a manner not contrary to Equity, good conscience and good reason. Prince George in the 1763 proclamation never gave consent by license for the united states for the district of columbia and its agents to step outside of the ten miles square. So I command *swain, laura t., d/b/a LAURA T. SWAIN, et al.,* chief judge/acting as chancellor/master to take action to restore the confederacy of the united states in congress assembled and its several states so that the Citizens of the several states may be in peace. As for the subjects of the Al Maroc Shereefian Empire, the moment they claim to be Moors, I demand they be immediately released and set at liberty for the Emperor never gave permission or consent for any subjects/Beneficiaries to be naturalized or members of any one of the United States. Subjects and Nobles are under the Emperor and in my own right and past Emperor never entertained the idea or Subject Matter known as Naturalization for Moors because there is no such thing as Citizenship in the Dominions of the Al Maroc Shereefian Empire. Remember as the 1786 Treaty of Marrakech states: "***the law of the country shall take place and Equal Justice shall be rendered".***

- "***SHOW GOOD CAUSE,"*** YOU—as a clerk and a chief judge of the district court of united states for the southern district of new york, do not have to honor

brown, kenneth anderson, a private and special People called Moor and beneficiary, heir, *subject, ambassador-at-large and Noble of the Al Maroc Shereefian Empire.*

<span style="color:red">**SPECIAL CAUSE:**</span> **Complaint**

and obey your oath to the constitution of the united states and the laws of the united states as a Trustee and faithful Servant, a surety and why you are not Subject to libel/slander in contravention for committing Treason on the high Seas in the Exclusive Equity, Admiralty and Maritime Jurisdiction by nature law of nations.

*YOUR ORATOR ALSO DEMANDS* the following named Moor subject(s) be immediately restored and set at liberty. **Immediately restore and set the following named vessels, goods and or chattels at liberty for named Moor Beneficiary(ies) as following:**

1. **brown, bryan lamar d/b/a BRYAN LAMAR BROWN, et al.,** inmate trust # 75394083, et al. (district court of the united states, eastern district); trust case # 4:17cr45, et al., 4:21cv153, et al., # 4:17-cr-00045-RAJ-RJK, et al., in the district court of the united states for the eastern district of virginia and 18-4540, et al., court of appeals for the united states for the fourth circuit;

2. **lee, christopher alon d/b/a CHRISTOPHER ALON LEE, et al.,** trust Case #22TR104636 , et al,. currently in the state court, fulton county;

3. **ivey, xanthe d/b/a XANTHE TABBS, et al.,** relating to trust (Case) # 8:22-cr-00227-RFR-MDN-2 in district court of the united states, district of Nebraska.

4. **parker jamal darius jr d/b/a JAMAL DARIUS PARKER Jr, et al.,** trust (Case) # 2200132301FH, et al., currently in third circuit court of Michigan;

5. **brown, torrey d/b/a TORREY BROWN, et al.,** inmate trust # 291581, et al. currently held at chippewa correctional facility of michigan;

6. **stepherson, mark anthony d/b/a MARK ANTHONY STEPHERSON, et al.,** trust (Case) # 1:21-00507-mhc-jkl currently held at federal detention center miami;

7. **duval, vincent anthony jr d/b/a VINCENT ANTHONY DUVAL Jr, et al.,** relating to trust (Case) # 8:03-cr-00131-SCB-M P in district court of the united states, florida middle district; and

Prize is a term used in admiralty law to refer to equipment, vehicles, vessels, and cargo captured during armed conflict. The most common use of prize in this sense is the capture of an enemy ship and her cargo as a prize of war. In the past, the capturing force would commonly be

brown, kenneth anderson, a private and special People called Moor and beneficiary, heir, *subject, ambassador-at-large and Noble of the Al Maroc Shereefian Empire.*

<span style="color:red">**SPECIAL CAUSE:**</span> **Complaint**

allotted a share of the worth of the captured prize. Nations often granted letters of marque that would entitle private parties to capture enemy property, usually ships. Once the ship was secured on friendly territory, she would be made the subject of a prize case: an in rem proceeding in which the court determined the status of the condemned property and the manner in which the property was to be disposed of.

### *SUBSTANTIVE DUE PROCESS OF WAR*

#### *TERMS AND CONDITIONS:*
##### *1795 Treaty of Algiers*

***ARTICLE 5th***.  No Commander of any Cruiser belonging to this Regency shall be allowed to take any person of whatever Nation or denomination out of any Vessel belonging to the United States of North America in order to Examine them or under presence of making them confess any thing desired neither shall they inflict any corporal punishment or any way else molest them. *"A Trust Arises; Breached in the Past and Present"*

***ARTICLE YE 15th***. Any disputes or Suits at Law that may take Place between the subjects of the Regency and the Citizens of the United States of North America Shall be decided by the Dey in person and no other, any disputes that may arise between the Citizens of the United States, Shall be decided by the ambassador-at-large as they are in Such Cases not Subject to the Laws of this Regency. *"A Trust Arises; Breached in the Past and Present"*

***ARTICLE YE 19th***. Should the Cruisers of Algiers capture any Vessel having Citizens of the United States of North America on board they having papers to Prove they are Really so they and their property Shall be immediately discharged and Shou'd the Vessels of the United States capture any Vessels of Nations at War with them having Subjects of this Regency on board they shall be treated in like Manner. *"A Trust Arises; Breached in the Past and Present"*

##### *Treaty of Peace and Friendship, Signed at Tripoli November 4, 1796*

***ARTICLE 3***. If any citizens, subjects or effects belonging to either party shall be found on board a prize vessel taken from an enemy by the other party, such citizens

*Amended: Master Bill of Lading in Original Equal Justice
Being Rendered in Admiralty and Maritime Jurisdiction
by Nature, Law of Nations and Chancery (Equity)*

66

brown, kenneth anderson, a private and special People called Moor and beneficiary, heir, *subject, ambassador-at-large and Noble of the Al Maroc Shereefian Empire.*

## SPECIAL CAUSE: Complaint

or subjects shall be set at liberty, and the effects restored to the owners. *"A Trust Arises; Breached in the Past and Present"*

*ARTICLE 12*. In case of any dispute arising from a notation of any of the articles of this treaty no appeal shall be made to arms, nor shall war be declared on any pretext whatever. But if the (consul residing at the place where the dispute shall happen shall not be able to settle the same, an amicable refference shall be made to the mutual friend of the parties, the Dey of Algiers, the parties hereby engaging to abide by his decision. And he by virtue of his signature to this treaty engages for himself and successors to declare the justice of the case according to the true interpretation of the treaty, and to use all the means in his power to enforce the observance of the same. *"A Trust Arises; Breached in the Past and Present"*

### 1786 Treaty of Marrakech

*ARTICLE I.* We declare that both Parties have agreed that this Treaty consisting of twenty five Articles shall be inserted in this Book and delivered to the Honorable Thomas Barclay, the Agent of the United States now at our Court, with whose Approbation it has been made and who is duly authorized on their Part, to treat with us concerning all the Matters contained therein. *"A Trust Arises; Breached in the Past and Present"*

*ARTICLE VI.* If any Moor shall bring Citizens of the United States or their Effects to His Majesty, the Citizens shall immediately be set at Liberty and the Effects restored, and in like Manner, if any Moor not a Subject of these Dominions shall make Prize of any of the Citizens of America or their Effects and bring them into any of the Ports of His Majesty, they shall be immediately released, as they will then be considered as under His Majesty's Protection. *"A Trust Arises; Breached in the Past and Present"*

*ARTICLE VII.* If any Vessel of either Party shall put into a Port of the other and have occasion for Provisions or other Supplies, they shall be furnished without any interruption or molestation. *"A Trust Arises; Breached in the Past and Present"*

*ARTICLE VIII.* If any Vessel of the United States shall meet with a Disaster at Sea and put into one of our Ports to repair, she shall be at Liberty to land and reload her

*Amended: Master Bill of Lading in Original Equal Justice Being Rendered in Admiralty and Maritime Jurisdiction by Nature, Law of Nations and Chancery (Equity)*

67

brown, kenneth anderson, a private and special People called Moor and beneficiary, heir, *subject, ambassador-at-large and Noble of the Al Maroc Shereefian Empire.*

### SPECIAL CAUSE: Complaint

cargo, without paying any Duty whatever. *"A Trust Arises; Breached in the Past and Present"*

***ARTICLE XX.*** *If any of the Citizens of the United States, or any Persons under their Protection, shall have any disputes with each other, the Consul shall decide between the Parties and whenever the Consul shall require any Aid or Assistance fromour Government to enforce his decisions it shall be immediately granted to him. "A Trust Arises; Breached in the Past and Present"*

***ARTICLE X.*** *If any Vessel of either of the Parties shall have an engagement with a Vessel belonging to any of the ChristianPowers within gunshot of the Forts of the other, the Vessel so engaged shall be defended and protected as much as possible untill she is in safety; And if any American Vessel shall be cast on shore on the Coast of Wadnoon (1) or any coast thereabout, the People belonging to her shall be protected, and assisted untill by the help of God, they shall be sent to their Country. "A Trust Arises; Breached in the Past and Present"*

***ARTICLE XIV.*** *The Commerce with the United States shall be on the same footing as is the Commerce with Spain or as that with the most favored Nation for the time being and their Citizens shall be respected and esteemed and have full Liberty to pass and repass our Country and Sea Ports whenever they please without interruption. "A Trust Arises; Breached in the Past and Present"*

***ARTICLE XV.*** *Merchants of both Countries shall employ only such interpreters, & such other Persons to assist them in their Business, as they shall think proper. No Commander of a Vessel shall transport his Cargo on board another Vessel, he shall*

*not be detained in Port, longer than he may think proper, and all persons employed in loading or unloading Goods or in any other Labor whatever, shall be paid at the Customary rates, not more and not less. "A Trust Arises; Breached in the Past and Present"*

***ARTICLE XXIII.*** *The Consuls of the United States of America shall reside in any Sea Port of our Dominions that they shall think proper; And they shall be respected and enjoy all the Privileges which the Consuls of any other Nation enjoy, and if any*

*Amended: Master Bill of Lading in Original Equal Justice Being Rendered in Admiralty and Maritime Jurisdiction by Nature, Law of Nations and Chancery (Equity)*

68

brown, kenneth anderson, a private and special People called Moor and beneficiary, heir, *subject, ambassador-at-large and Noble of the Al Maroc Shereefian Empire.*

**SPECIAL CAUSE:** Complaint

*of the Citizens of the United States shall contract any Debts or engagements, the Consul shall not be in any Manner accountable for them, unless he shall have given a Promise in writing for the payment or fulfilling thereof, without which promise in Writing no Application to him for any redress shall be made. . "**A Trust Arises; Breached in the Past and Present**"*

***Exodus 24:12; 10 Commandments—Breached in the past;***

***"You shall have no other gods before me."***

*4 "You shall not make for yourself an image in the form of anything in heaven above or on the earth beneath or in the waters below. 5 You shall not bow down to them or worship them; for I, the Lord your God, am a jealous God, punishing the children for the sin of the parents to the third and fourth generation of those who hate me, 6 but showing love to a thousand generations of those who love me and keep my commandments.*

*7 "You shall not misuse the name of the Lord your God, for the Lord will not hold anyone guiltless who misuses his name.*

*8 "Remember the Sabbath day by keeping it holy. 9 Six days you shall labor and do all your work, 10 but the seventh day is a sabbath to the Lord your God. On it you shall not do any work, neither you, nor your son or daughter, nor your male or female servant, nor your animals, nor any foreigner residing in your towns. 11 For in six days the Lord made the heavens and the earth, the sea, and all that is in them, but he rested on the seventh day. Therefore the Lord blessed the Sabbath day and made it holy.*

*12 "Honor your father and your mother, so that you may live long in the land the Lord your God is giving you.*

*13 "You shall not murder.*

*14 "You shall not commit adultery.*

*15 "You shall not steal.*

*16 "You shall not give false testimony against your neighbor.*

*Amended: Master Bill of Lading in Original Equal Justice*
*Being Rendered in Admiralty and Maritime Jurisdiction*
*by Nature, Law of Nations and Chancery (Equity)*

69

brown, kenneth anderson, a private and special People called Moor and beneficiary, heir, *subject, ambassador-at-large and Noble of the Al Maroc Shereefian Empire.*

### SPECIAL CAUSE: Complaint

**17** *"You shall not covet your neighbor's house. You shall not covet your neighbor's wife, or his male or female servant, his ox or donkey, or anything that belongs to your neighbor."*

*"Whenever a right grows out of or is protected by treaty, it is sanctioned against all the laws and judicial decisions of the states; and whoever may have this right is protected. But if the person's title is not affected by the treaty, if he claims nothing under the treaty his title cannot be protected by the treaty."* "**A Trust Arises; Breached in the Past and Present**"

*"The obligation of a treaty, the supreme law of the land, must be admitted. The execution of the contract between the two nations is to be demanded from the executive of each nation; but where a treaty affects the rights of parties litigating in court, the treaty as much binds those rights, and is as much regarded by the Supreme Court as an act of congress. Nor do treaties, in general, become extinguished, ipso facto, by war between two governments. Those stipulating for a permanent arrangement of territorial and other national rights, are, at most, suspended during the war, and revive at the peace, unless they are waived by the parties, or new and repugnant stipulations are made. This being a fact and question in law which was evidently overlooked, and which manifestly makes the denial order erroneous."* "**A Trust Arises; Breached in the Past and Present**"

*"Where a treaty is the law of the land, and as such affects the rights of parties litigating in court, that treaty as much binds those rights, and is as much to be regarded by the court, as an act of Congress. To Condemn a vessel, therefore, the restoration be an executive act, would be a direct infraction of that law, consequence, improper."* "**A Trust Arises; Breached in the Past and Present**"

*"The stipulations in a treaty between the United States and a foreign power, are paramount to the provisions of the constitution of a particular state, or the Confederacy."* "**A Trust Arises; Breached in the Past and Present**"

*Amended: Master Bill of Lading in Original Equal Justice*
*Being Rendered in Admiralty and Maritime Jurisdiction*
*by Nature, Law of Nations and Chancery (Equity)*

70

brown, kenneth anderson, a private and special People called Moor and beneficiary, heir, *subject, ambassador-at-large and Noble of the Al Maroc Shereefian Empire.*

## SPECIAL CAUSE: Complaint

*"The acquisition of the property or taking other advantage of a person by the betrayal of his confidence. Such an act is a sort of treason against good faith and shocks the conscience of all mankind." (Henry R. Gibson)*

In Conclusion for the breach of faith, breach of treaty relations and fiduciary duties in contravention is libel and slander and Treason against Ipso Moor subjects, ambassador-at-large and Nobles of the Al Maroc Shereefian Empire. I hereby Order and Demand A Maritime lien on all Constitutions including the 1789 constitution of the united states the, 1871 organic act, and the Code of District of Columbia, etc.  *As subject,* ambassador-at-large *and Noble of Al Maroc Shereefian Empire*, Nowhere in the constitution does it state that the Constitution Trust Manifesto was perpetual, and it is very clear that there was a scandalous intent and purpose to extirpate the Moors and breach the Supreme laws of Nations that came before the adoption of the constitution and laws of the united states by waging or declaring war against the Moor subjects of an Empire *"He who occasions the loss must bear the burden."* I declare all the *"People bound by oath to be Persons Worthy of Trust"* in Offices of the united states for the district of columbia, the united states of america in congress assembled and its 1789 constitution of united states is **Void** *Ab Initio and I Command Trustees not in breach to return back to the original united states of america style of confederacy and several states under 1774 articles of association, 1776 Declaration of Independence, and 1781 articles of confederation.*

*"Equity imputes an intent to fulfill an obligation"*
*"Equity see what is done as ought to be done."*

*"Every State shall abide by the determination of the United States in Congress assembled, on all questions which by this confederation are submitted to them. And the Articles of this Confederation shall be inviolably observed by every State, and the Union shall be perpetual; nor shall any alteration at any time hereafter be made in any of them; unless such alteration be agreed to in a Congress of the United States, and be afterwards confirmed by the legislatures of every State."*

### Statement of Cause

Your Orator has suffered irreparable injury beyond repair by belligerent and hostile enemy christian powers and their crewman on enemy ships and vessels who continues to cross enemy

*Amended: Master Bill of Lading in Original Equal Justice*
*Being Rendered in Admiralty and Maritime Jurisdiction*
*by Nature, Law of Nations and Chancery (Equity)*

71

brown, kenneth anderson, a private and special People called Moor and beneficiary, heir, *subject, ambassador-at-large and Noble of the Al Maroc Shereefian Empire.*

**SPECIAL CAUSE:** **Complaint**

lines stepping outside of the 10 miles square of the headquarters who identifies themselves as the united states for the district of columbia masquerading themselves as Citizens of the united states of north america but in reality they are citizens of the united states for the district of columbia and privateers/pirates which in fact are committing Treason and felonies upon the High seas against the law of nations. Using colorable prize proceedings not applicable in admiralty using a 2 Tiered system causing Tyranny to destroy Ipso Jure Moor Subjects of an Empire with Malicious and Scandalous Intent and purpose through corruption of Blood using Letters of Marque/reprisal to capture and condemn the Booty as prize and steal all cargo and goods belonging to the MotherShip of the Al Maroc Shereefian Empire. The united states for the district of columbia is in Fact the modern day resurrection of the East India Trading Company which the slav(e) Trade was wholly discontinued by the Emperor pursuant to the 1774 Articles of Association which was agreed to and states:

> *To obtain redress of these grievances, which threaten destruction to the lives liberty, and property of his majesty's subjects, in North-America, we are of opinion, that a non-importation, non-consumption, and non-exportation agreement, faithfully adhered to, will prove the most speedy, effectual, and peaceable measure: And, therefore, we do, for ourselves, and the inhabitants of the several colonies, whom we represent, firmly agree and associate, under the sacred ties of virtue, honour and love of our country, as follows:*
>
> 1. *That from and after the first day of December next, we will not import, into British America, from Great-Britain or Ireland, any goods, wares, or merchandise whatsoever, or from any other place, any such goods, wares, or merchandise, as shall have been exported from Great-Britain or Ireland; nor will we, after that day, import any East-India tea from any part of the world; nor any molasses, syrups, paneles, coffee, or pimento, from the British plantations or from Dominica; nor wines from Madeira, or the Western Islands; nor foreign indigo. "**Breached in the past.**"*
>
> 2. ***We will neither import nor purchase, any slave imported after the first day of December next; after which time, we will wholly discontinue the slave trade, and will neither be concerned in it ourselves, nor will we hire our***

*Amended: Master Bill of Lading in Original Equal Justice*
*Being Rendered in Admiralty and Maritime Jurisdiction*
*by Nature, Law of Nations and Chancery (Equity)*

72

brown, kenneth anderson, a private and special People called Moor and beneficiary, heir, *subject, ambassador-at-large and Noble of the Al Maroc Shereefian Empire.*

**SPECIAL CAUSE: Complaint**

*vessels, nor sell our commodities or manufactures to those who are concerned in it.* "*Breached in the past.*"

3. *As a non-consumption agreement, strictly adhered to, will be an effectual security for the observation of the non-importation, we, as above, solemnly agree and associate, that from this day, we will not purchase or use any tea, imported on account of the East-India company, or any on which a duty bath been or shall be paid; and from and after the first day of March next, we will not purchase or use any East-India tea whatever; nor will we, nor shall any person for or under us, purchase or use any of those goods, wares, or merchandise, we have agreed not to import, which we shall know, or have cause to suspect, were imported after the first day of December, except such as come under the rules and directions of the tenth article hereafter mentioned.* "*Breached in the past.*"

4. *The earnest desire we have not to injure our fellow-subjects in Great-Britain, Ireland, or the West-Indies, induces us to suspend a non-exportation, until the tenth day of September, 1775; at which time, if the said acts and parts of acts of the British parliament hereinafter mentioned, ate not repealed, we will not directly or indirectly, export any merchandise or* **commodity whatsoever to Great-Britain, Ireland, or the West-Indies, except rice to Europe.** "*Breached in the past.*"

The united states for the district of columbia has become a complete nuisance. Their unbecoming acts and deeds are completely contrary to ancient ethereal principles and needs to be completely destroyed and burned with fire like prophecy states which only the ones chosen by the most high can enforce so with the Powers invested in me As an Ipso Jure Moor Subject of an Empire I hereby conjure the spirits of the angelic bodies in the heavens to destroy all these wicked ones by enforcing Revelations chapter 16-18. "***It is so Written so Shall it Be done; ASE***"

### BY THE PRESIDENT OF THE UNITED STATES OF AMERICA: April 2, 1868
### A PROCLAMATION
**Insurrection and rebellion Exposed Causing the Civil War**
**in the Words of President Andrew Johnson**

*Amended: Master Bill of Lading in Original Equal Justice*
*Being Rendered in Admiralty and Maritime Jurisdiction*
*by Nature, Law of Nations and Chancery (Equity)*                    73

brown, kenneth anderson, a private and special People called Moor and beneficiary, heir, *subject, ambassador-at-large and Noble of the Al Maroc Shereefian Empire.*

## SPECIAL CAUSE: Complaint

*"...Resolved, That the present deplorable civil war has been forced upon the country by the disunionists of the Southern States, now in revolt against the Constitutional government, and in arms around the capital; that in this national emergency, Congress, banishing all feeling of mere passion or resentment, will recollect only its duty to the whole country; that this war is not prosecuted upon our part in any spirit of oppression nor for any purpose of conquest or subjugation, nor purpose of overthrowing or interfering with the rights or established institutions of those States, but to defend and maintain the supremacy of the Constitution and all laws made in pursuance thereof, and to preserve the Union with all the dignity, equality, and rights of the several States unimpaired; that as soon as these objects are accomplished the war ought to cease."*

*And whereas these resolutions, though not joint or concurrent in form, are substantially identical, and as such may be regarded as having expressed the sense of Congress upon the subject to which they relate;*

*And whereas by my proclamation of the thirteenth day of June last, the insurrection in the State of Tennessee was declared to have been suppressed, the authority of the United States therein to be undisputed, and such United States officers as had been duly commissioned to be in the undisturbed exercise of their official functions;*

*And whereas there now exists no organized armed resistance of misguided citizens or others to the authority of the United States in the States of Georgia, South Carolina, Virginia, North Carolina, Tennessee, Alabama, Louisiana, Arkansas, Mississippi, and Florida, and the laws can be sustained and enforced therein by the proper civil authority, State or Federal, and the people of said States are well and loyally disposed, and have conformed or will conform in their legislation to the condition of affairs growing out of the amendment to the Constitution of the United States, prohibiting slavery within the limits and jurisdiction of the United States; and*

*whereas, in view of the before-recited premises, it is the manifest determination of the American people that no State, of its own will, has the right or the power to go out of, or separate itself from, or be separated from the American Union, and that*

*Amended: Master Bill of Lading in Original Equal Justice Being Rendered in Admiralty and Maritime Jurisdiction by Nature, Law of Nations and Chancery (Equity)*

74

brown, kenneth anderson, a private and special People called Moor and beneficiary, heir, *subject, ambassador-at-large and Noble of the Al Maroc Shereefian Empire.*

### SPECIAL CAUSE: Complaint

*therefore each State ought to remain and constitute an integral part of the United States;*

*And whereas the people of the several before-mentioned States have, in the manner aforesaid, given satisfactory evidence that they acquiesce in this sovereign and important resolution of national unity;*

*And whereas it is believed to be a fundamental principle of government that people who have revolted, and who have been overcome and subdued, must either be dealt with so as to induce them voluntarily to become friends, or else they must be held by absolute military power, or devastated, so as to prevent them from ever again doing harm as enemies, which last-named policy is abhorrent to humanity and to freedom;*

*And whereas the Constitution of the United States provides for constituent communities only as States, and not as Territories, dependencies, provinces, or protectorates;*

*And whereas such constituent States must necessarily be, and by the Constitution and laws of the United States are made equals, and placed upon a like footing as to political rights, immunities, dignity, and power with the several States with which they are united;*

*And whereas the observance of political equality as a principle of right and justice is well calculated to encourage the people of the aforesaid States to be and become more and more constant and persevering in their renewed allegiance;*

*And whereas standing armies, military occupation, martial law, military tribunals, and the suspension of the privilege of the writ of habeas corpus are, in time of peace, dangerous to public liberty, incompatible with the individual rights of the citizen, contrary to the genius and spirit of our free institutions, and exhaustive of the national resources, and ought not, therefore, to be sanctioned or allowed, except in cases of actual necessity, for repelling invasion or suppressing insurrection or rebellion;*

*Amended: Master Bill of Lading in Original Equal Justice*
*Being Rendered in Admiralty and Maritime Jurisdiction*
*by Nature, Law of Nations and Chancery (Equity)*

75

brown, kenneth anderson, a private and special People called Moor and beneficiary, heir, *subject, ambassador-at-large and Noble of the Al Maroc Shereefian Empire.*

## SPECIAL CAUSE: Complaint

*And whereas the policy of the government of the United States, from the beginning of the insurrection to its overthrow and final suppression, has been inconformity with the principles herein set forth and enumerated;*

*Now, therefore, I, ANDREW JOHNSON, president of the United States, do hereby proclaim and declare that the insurrection which heretofore existed in States of Georgia, South Carolina, Virginia, North Carolina, Tennessee, Alabama, Louisiana, Arkansas, Mississippi, and Florida is at an end, and is henceforth to be so regarded.*

*In testimony whereof, I have hereunto set my hand and caused the seal of Union. the United States to be affixed.*

*Done at the city of Washington, this second day of April, in the year of our Lord one thousand eight hundred and sixty-six, and of the Independence of the United States of America [SEAL.] the ninetieth.*

*ANDREW JOHNSON.*

*By the President:*

*WILLIAM H. SEWARD, Secretary of State.*

### BY THE PRESIDENT OF THE UNITED STATES OF AMERICA:

### June 6,1866

### A PROCLAMATION.

*WHEREAS it has become known to me that certain evil-disposed persons have, within the territory and jurisdiction of the United States, begun and set on foot and have provided and prepared and are still engaged in providing and preparing means for a military expedition and enterprise, which expedition and enterprise is to be carried on from the territory and jurisdiction of the United States against colonies, districts and people of British North America within the dominions of the United Kingdom of Great Britain and Ireland, with which said colonies, districts and people and Kingdom the United States are at peace;*

*And whereas the proceedings aforesaid constitute a high misdemeanor, forbidden by the laws of the United States as well as by the law of nations:*

*Amended: Master Bill of Lading in Original Equal Justice Being Rendered in Admiralty and Maritime Jurisdiction by Nature, Law of Nations and Chancery (Equity)*

76

brown, kenneth anderson, a private and special People called Moor and beneficiary, heir, *subject, ambassador-at-large and Noble of the Al Maroc Shereefian Empire.*

## SPECIAL CAUSE: Complaint

*Now, therefore, for the purpose of preventing the carrying on of the unlawful All citizens expedition and enterprise aforesaid from the territory and jurisdiction of the United States and to maintain the public peace, as well as the national honor, and enforce obedience and respect to the laws of the United States, I, ANDREW JOHNSON, President of the United States, do admonish and warn all good citizens of the United States against taking part in or in anywise aiding, countenancing or abetting said unlawful proceedings; and I do exhort all judges, magistrates, marshals and officers in the service of the United States to employ all their lawful authority and power to prevent and defeat the aforesaid unlawful proceedings, and to arrest and bring to justice all persons who may be engaged therein.*

*And pursuant to the act of Congress in such case made and provided, I do Major-General furthermore authorize and empower Major-General George G. Meade, Com- Meade author commander of the Military Division of the Atlantic, to employ the land and naval forces of the United States and the militia thereof, to arrest and prevent the setting on foot and carrying on the expedition and enterprise aforesaid.*

*In testimony whereof I have hereunto set my hand and caused the seal of the carrying on the United States to be affixed. enterprise.*

*Done at the city of Washington, this sixth day of June, in the year of our Lord one thousand eight hundred and sixty-six. and of the Independence of the United States[SEAL.] the ninetieth.*

*ANDREW JOHNSON.*

*By the President:*

*WILLIAM H. SEWARD, Secretary of State.*

### August 17,1866.

### BY THE PRESIDENT OF THE UNITED STATES OFAMERICA:

### A PROCLAMATION.

*WHEREAS a war is existing in the Republic of Mexico, aggravated by foreign military intervention; and*

*Amended: Master Bill of Lading in Original Equal Justice*
*Being Rendered in Admiralty and Maritime Jurisdiction*
*by Nature, Law of Nations and Chancery (Equity)*                    77

brown, kenneth anderson, a private and special People called Moor and beneficiary, heir, *subject, ambassador-at-large and Noble of the Al Maroc Shereefian Empire.*

## SPECIAL CAUSE: Complaint

*Whereas the United States, in accordance with their settled habits and policy, are a neutral power in regard 'to the war which thus afflicts the Republic of Mexico; and*

*Whereas it has become known that one of the belligerents in the said war, namely, the Prince Maximilian, who asserts himself to be Emperor in Mexico, has issued a decree in regard to the port of Matamoras, and other Mexican ports which are in the occupation and possession of another of the said belligerents, namely, the United States of Mexico, which decree is in the following words:*

*The port of Matamoras, and all those of the northern frontier which have withdrawn from their obedience to the government, are closed to foreign and coasting traffic during such time as the empire of the law shall not be therein reinstated.*

*ART. 2d. Merchandise proceeding from the said ports, on arriving at any other where the excise of the Empire is collected, shall pay the duties on importation, introduction, and consumption; and on satisfactory proof of contravention shall be irremissibly confiscated. Our Minister of the Treasury is charged with the punctual execution of this decree.*

*Given at Mexico, the 9th of July, 1866.*

*And whereas the decree thus recited, by declaring a belligerent blockade unsupported by competent military or naval force, is in violation of the neutral rights of the United States, as defined by the law of nations, as well as of the treaties existing between the United States of America and the aforesaid United States of Mexico:*

*Now, therefore, I, ANDREW JOHNSON, President of the United States, do hereby proclaim and declare, that the aforesaid decree is held, and will be held, by the United States to be absolutely null and void, as against the government and citizens of the United States; and that any attempt which shall be made null and void. to enforce the same against the government or the citizens of the United States will be disallowed.*

*Amended: Master Bill of Lading in Original Equal Justice Being Rendered in Admiralty and Maritime Jurisdiction by Nature, Law of Nations and Chancery (Equity)*

78

brown, kenneth anderson, a private and special People called Moor and beneficiary, heir, *subject, ambassador-at-large and Noble of the Al Maroc Shereefian Empire.*

### SPECIAL CAUSE: Complaint

*In witness whereof I have hereunto set my hand and caused the seal of the United States to be affixed.*

*Done at the city of Washington the seventeenth day of August, in the year of our Lord one thousand eight hundred and sixty-six, and of the Independence of the United States of America the ninety-first.*

*ANDREW JOHNSON.*

*By the President:*

*WILLIAM H. SEWARD, Secretary of State.*

### CONGRESSIONAL QUESTIONS RAISED

 The question's  I present to the clerk of the court and its People bound by oath to be Persons worthy of trust with all due respect—I hereby draw into question the validity of the 39th, 40th and 41st congress and its construction of the United States for the district of columbia, its laws known as the Organic Act of 1871, Code of the District of Columbia, UNITED STATES CONSTITUTION: 14th, and 15th amendments, etc., its MILITARY STYLES and PROCEEDINGS, including elections and whether its repugnant to the constitution of the United States, Treaties and general acts of congress as it affects my private rights, titles and immunities as An Ipso Jure private People called Moor Subject of the Al Maroc Shereefian Empire. Answer, Affirm or Deny as following:

1. Are You commissioned and wearing enemy colors acting as a Privateer/ Pirate Christian enemy of the united states for the district of columbia? ***Affirm or Deny***

2. Or are You actually Citizens of the United States of America according to the perpetual peace under approbation granted to You by the Emperor and the Subjects of the Al Maroc Shereefian Empire pursuant to 1786/1836 Treaty of Marrakech Art I and II? ***Affirm or Deny***

3. When did congress grant its magistrates/officers/agents/employees pro tempore in recess of congress committee of the states its courts/agents/Libelee(s)/ privateers/pirates the authority to issue or grant letters of marque/reprisals? **are Your** letters of marque/reprisals ***repugnant to Your Trust Indenture the***

*Amended: Master Bill of Lading in Original Equal Justice Being Rendered in Admiralty and Maritime Jurisdiction by Nature, Law of Nations and Chancery (Equity)*

79

brown, kenneth anderson, a private and special People called Moor and beneficiary, heir, *subject, ambassador-at-large and Noble of the Al Maroc Shereefian Empire.*

## SPECIAL CAUSE: Complaint

**constitution, laws of the united and Treaties with the Al Maroc Shereefian Empire as well as 1781 Articles of Confederation art. IV, Vi, IX, XII, XIII?**

4. Are You magistrates/officers/agents/employees and all Defendants/Libelee(s)/ Privateer(s)/ pirates as People bound by oath to be Person worthy of trust acting within the purpose and intent of the FIFTY-SIXTH CONGRESS. SEss. II . CHs. 853,85-1. 1901 to it's entirety and not behaving like belligerent and hostile enemy christian powers and their crewman on enemy ships and vessels who continues to cross enemy lines stepping outside of the 10 square mile of the headquarters who identifies themselves as the united states for the district of columbia masquerading themselves as Citizens of the united states of north america but in reality they are citizens of the united states for the district of columbia and privateers/pirates which in fact are committing Treason and felonies upon the High seas against the law of nations. Using colorable prize proceedings not applicable in admiralty using a 2 Tiered system causing Tyranny to destroy Ipso Jure Moor Subjects of an Empire with Malicious and Scandalous Intent and purpose through corruption of Blood using Letters of Marque/reprisal to capture and condemn the Booty as prize and steal all cargo and goods belonging to the MotherShip of the Al Maroc Shereefian Empire? **Are Your proceedings contrary to Your Trust Indenture: the constitution and the laws of the united states or the Treaties of the Al Maroc Shereefian Empire?**

5. Has any of the magistrates/officers/agents/employees and all Defendant(s)/ Libelee(s)/Privateer(s) who are People bound by oath to be Persons worthy of trust violated or breached any sections of their Trust Indenture by using the courts of law as a instrument of injustice, known as ACTS OF THE SIXTEENTH CONGRESS OF THE UNITED STATES, Passed at the first session, which was begun and held in the city of Washington, in the District of Columbia, on Monday the sixth day of December, 1819, and ended on the fifteenth day of May, 1820. CH.&vP. CXIII.-An Act to continue in force " An

*Amended: Master Bill of Lading in Original Equal Justice*
*Being Rendered in Admiralty and Maritime Jurisdiction*
*by Nature, Law of Nations and Chancery (Equity)*                                        80

brown, kenneth anderson, a private and special People called Moor and beneficiary, heir, *subject, ambassador-at-large and Noble of the Al Maroc Shereefian Empire.*

### SPECIAL CAUSE: Complaint

act to protect the commerce of the United States, and punish the crime of piracy," and also to make further provisions for punishing the crime of piracy?

6. Does the Federal Rules of Civil Procedure and Federal Rules of Appellate Procedures (special legislation) supersede the 1789 Judiciary Act?

7. Is THE UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT one of the judicial courts for several states of union (confederation) authorized and established by the United States of America in Congress Assembled and the general acts of congress?

8. Was Congress intent and purpose for the FEDERAL GOVERNMENT and its municipal corporations **(united states for the district of columbia)** special legislation to Exceed the 10 miles square?

9. Did Congress grant the authority for United States of America and its several states of the union and the United States for the district of columbia to issue letters of Marque/reprisal through colorable quasi in rem admiralty and maritime to commit acts of war (PIRACY) against an Ipso Jure Moor Subject of the Al Maroc Shereefian Empire?

10. When congress established UNITED STATES FOR THE DISTRICT OF COLUMBIA a federal Corporation was it their intent and purpose to apply to People or Persons?

11. When Congress adopted the Bill of Rights was it the intent and Purpose for the People to be Secured in their persons or papers or was it the intent for the Persons to be secure in their Persons or Papers?

12. Did the United States of America in Congress Assembled in recess of Congress grant the United States for the District of Columbia and its (committee of states) and its belligerent citizens/agents/privateers/employees/commissioners the consent to issue letters of marque/reprisal using acts of war passing ex Post facto law using bills of attainder (colorable quasi in rem admiralty and maritime) to pirate through insurrection and rebellion the Citizens of the several united states of america, Moor Subjects of the Al Maroc Shereefian Empire, Citizens or Subjects of the United Kingdom of Great Britain, the Citizens or Subjects of

brown, kenneth anderson, a private and special People called Moor and beneficiary, heir, *subject, ambassador-at-large and Noble of the Al Maroc Shereefian Empire.*

### SPECIAL CAUSE: Complaint

Spain/Mexico/Grenada the Citizens or Subjects of France its kingdoms, Territories, Dominions, Empires etc? In Breach of the Constitution of the united states article III section II subsection 1 Article VI, Article 1 section 8 clause 10,17 Art IV, V; 1781 Articles of Confederation Art IV, VI, IX, XI, XII, XIII, 1794 Jay Treaty, 1786/1836 Treaty of Marrakech Art. II, 1492 Treaty of Grenada, 1778 Treaty of France and the 39th Congress 1865-1867 pg 811-820 and the 1880 Treaty of Madrid. Affirm or Deny

13. In the Construction of The UNITED STATES CONSTITUTION amendments 11-25 is it Not repugnant to the constitution of the United States, Treaties, and the General Acts of Congress? ***Affirm or Deny***

### Statement of the Cause

Your Orator has suffered irreparable injury beyond repair by belligerent and hostile enemy christian powers and their crewman on enemy ships and vessels who continue to cross enemy lines, stepping outside 10 miles square of the headquarters  who identifies themselves as the united states for the district of columbia masquerading themselves as Citizens of the united states of north america, but in reality, they are citizens of the united states for the district of columbia and privateers/pirates which in fact are committing Treason and felonies upon the High seas against the law of nations. Using colorable prize proceedings not applicable in admiralty, using a 2 Tiered system causing Tyranny to destroy Ipso Jure Moor Subjects of an Empire with Malicious and Scandalous Intent and purpose through corruption of Blood using Letters of Marque/Reprisal to capture and condemn the Booty as prize and steal all cargo and goods belonging to the MotherShip of the Al Maroc Shereefian Empire. The united states for the district of columbia is in Fact the modern day resurrection of the East India Trading Company in which the slav(e) Trade was wholly discontinued by the Emperor pursuant the 1774 Articles of Association which states:

To obtain redress of these grievances, which threaten destruction to the lives liberty, and property of his majesty's subjects, in North-America, we are of opinion, that a non-importation, non-consumption, and non-exportation agreement, faithfully adhered to, will prove the most speedy, effectual, and peaceable measure: And, therefore, we do, for ourselves, and the inhabitants of the several colonies, whom

*Amended: Master Bill of Lading in Original Equal Justice*
*Being Rendered in Admiralty and Maritime Jurisdiction*
*by Nature, Law of Nations and Chancery (Equity)*

82

brown, kenneth anderson, a private and special People called Moor and beneficiary, heir, *subject, ambassador-at-large and Noble of the Al Maroc Shereefian Empire.*

### SPECIAL CAUSE: Complaint

we represent, firmly agree and associate, under the sacred ties of virtue, honour and love of our country, as follows:

1. That from and after the first day of December next, we will not import, into British America, from Great-Britain or Ireland, any goods, wares, or merchandise whatsoever, or from any other place, any such goods, wares, or merchandise, as shall have been exported from Great-Britain or Ireland; nor will we, after that day, import any East-India tea from any part of the world; nor any molasses, syrups, paneles, coffee, or pimento, from the British plantations or from Dominica; nor wines from Madeira, or the Western Islands; nor foreign indigo. *"A Trust Arises; Breached in the Past and Present"*

2. We will neither import nor purchase, any slave imported after the first day of December next; after which time, we will wholly discontinue the slave trade, and will neither be concerned in it ourselves, nor will we hire our vessels, nor sell our commodities or manufactures to those who are concerned in it. *"A Trust Arises; Breached in the Past and Present"*

3. As a non-consumption agreement, strictly adhered to, will be an effectual security for the observation of the non-importation, we, as above, solemnly agree and associate, that from this day, we will not purchase or use any tea, imported on account of the East-India company, or any on which a duty bath been or shall be paid; and from and after the first day of March next, we will not purchase or use any East-India tea whatever; nor will we, nor shall any person for or under us, purchase or use any of those goods, wares, or merchandise, we have agreed not to import, which we shall know, or have cause to suspect, were imported after the first day of December, except such as come under the rules and directions of the tenth article hereafter mentioned.  breached in the past. *"A Trust Arises; Breached in the Past and Present"*

4. The earnest desire we have not to injure our fellow-subjects in Great-Britain, Ireland, or the West-Indies, induces us to suspend a non-exportation, until the tenth day of September, 1775; at which time, if the said acts and parts of acts of the British parliament hereinafter mentioned, ate not repealed, we will not

brown, kenneth anderson, a private and special People called Moor and beneficiary, heir, *subject, ambassador-at-large and Noble of the Al Maroc Shereefian Empire.*

## SPECIAL CAUSE: Complaint

directly or indirectly, export any merchandise or commodity whatsoever to Great-Britain, Ireland, or the West-Indies, except rice to Europe. *"A Trust Arises; Breached in the Past and Present"*

### ACTS OF THE SIXTEENTH CONGRESS OF THE UNITED STATES

(Act of 1820)

Passed at the first session, which was begun and held in the city of Washington, in the District of Columbia, on Monday the sixth day of December, 1819, and ended on the fifteenth day of May, 1820. CHAP. CXIII.-An Act to continue in force *"An act to protect the commerce of the United States, and punish the crime of piracy," and also to make further provisions for punishing the crime of piracy.*

SEC. 3. *And be it further enacted*, That, if any person shall, upon the high seas, or in any open roadstead, or in any haven, basin, or bay, or in any river where the sea ebbs and flows, commit the crime of robbery, in or upon any ship or vessel, or upon any of the ship's company of any ship or vessel, or the lading thereof, such person shall be adjudged a pirate: and, being thereof convicted before the circuit court of the United States for the district into which he shall be brought, or in which he shall be found, shall suffer death. And if any person engaged in any piratical cruise or enterprise, or being of the crew or ships company of any piratical ship or vessel, shall land from such ship or vessel, and, on shore, shall commit robbery, such person shall be adjudged a pirate: and on conviction thereof before the circuit court of the United States for the district into which he shall be brought, or in which he shall be found, shall suffer death: *Provided*, That nothing in this section contained shall be construed to deprive any particular state of its jurisdiction over such offences, when committed within the body of a county, or authorize the courts of the United States to try any such offenders, after conviction or acquittance, for the same offence, in a state court. *"A Trust Arises; Breached in the Past and Present"*

SEC. 4. *And be it further enacted,* That if any citizen of the United States, being of the crew or ship's company of any foreign ship or vessel engaged in the slave trade, or any person whatever, being of the crew or ship's company of any ship or vessel,

*Amended: Master Bill of Lading in Original Equal Justice Being Rendered in Admiralty and Maritime Jurisdiction by Nature, Law of Nations and Chancery (Equity)*

84

brown, kenneth anderson, a private and special People called Moor and beneficiary, heir, *subject, ambassador-at-large and Noble of the Al Maroc Shereefian Empire.*

## SPECIAL CAUSE: Complaint

owned in the whole or part, or navigated for, or in behalf of, any citizen or citizens of the United States, shall land, from any such ship or vessel, and, on any foreign shore, seize any negro or mulatto, not held to service or labour by the laws of either of the states or territories of the United States, with intent to make such negro or mulatto a slave, or shall decoy, or forcibly bring or carry, or shall receive, such negro or mulatto on board any such ship or vessel, with intent as aforesaid, such citizen or person shall be adjudged a pirate; and, on conviction thereof before the circuit court of the United States for the district wherein he may be brought or found, shall suffer death. *"A Trust Arises; Breached in the Past and Present"*

SEC. 5. *And be it further enacted,* That if any citizen of the United States, being of the crew or ship's company of any foreign ship or vessel engaged in the slave trade, or any person whatever, being of the crew or ship's company of any ship or vessel, owned wholly or in part, or navigated for, or in behalf of, any citizen or citizens of the United States, shall forcibly confine or detain, or aid and abet in forcibly confining or detaining, on board such ship or vessel, any negro or mulatto not held to service by the laws of either of the states or territories of the United States, with intent to make such negro or mulatto a slave, or shall, on board any such ship or vessel, offer or attempt to sell, as a slave, any negro or mulatto not held to service as aforesaid, or shall, on the high seas, or any where on tide water, transfer or deliver over, to any othership or vessel, any negro or mulatto, not held to service as aforesaid, with intent to make such negro or mulatto a slave, or shall land, or deliver on shore, from on board any such ship or vessel, any such negro or mulatto,with intent to make sale of, or having previously sold, such negro or mulatto, as a slave, such citizen or person shall be adjudged a pirate; and,on conviction thereof before the circuit court of the United States for the district wherein he shall be brought or found, shall suffer death. *"A Trust Arises; Breached in the Past and Present"*

APPROVED, May 15, 1820.

## Statement of the Cause

*Amended: Master Bill of Lading in Original Equal Justice Being Rendered in Admiralty and Maritime Jurisdiction by Nature, Law of Nations and Chancery (Equity)*

85

brown, kenneth anderson, a private and special People called Moor and beneficiary, heir, *subject, ambassador-at-large and Noble of the Al Maroc Shereefian Empire.*

### SPECIAL CAUSE: Complaint

The primary subject matter issue of the libellant 's speciali causa (special cause) is for full restoration against the destruction of rights in contravention born of from trespasses upon the stipulations of maritime treaties including, but not limited to:

1. Detaining, molesting, interrupting his ability to pass and repass or otherwise impeding *Libellant's* free ingress and regress to and from.

2. Blocking, clogging, or prohibiting his private enjoyment, use, possession, and benefit of his lands, tenements, goods and chattels, reputation, labor and senses.

3. Collecting any kind of rent tribute or tax from them and otherwise exercise his functions of rule over them.

4. Libel and Slander in attempts to destroy *Libellant's* reputation, right to goods and chattels, credits, liberties, and his labor, or call upon *Libellant's* for indemnity or satisfaction, on behalf of another, "**under legal compulsion**."

5. Subject *Libellant's "under legal compulsion"* to any statutes, codes, ordinances, provisions, prohibitions, and penalties, have been heavily prejudiced by the presumption that the *Libellant* was a citizen of the united states for the district of columbia, or Citizen of the united states of america in congress assembled," and subject to their laws.

6. Treating *Libellant* as a belligerent and national of a designated enemy country.

7. Subjecting *Libellant* to any future inconvenience, probable or even possible to happen by the neglect, inadvertence or culpability of another, by guarding *Libellant* against possible or prospective injuries/destruction, and to preserve the means by which *Libellant's* existing maritime rights may be protected from future or contingent violations and breach.

8. Endangering *Libellant* implied equitable maritime surety from being injured by the creditor's delay in bringing suit, against the principal debtor.

9. The *Libellant* certificate of title of "***Special Deposit***" has been issued to the trustees and been delivered.

10. I have been besieged.  There is a breach of reliance as my special deposit has been taken and never has it been applied to the accounting. I have been wronged.

*"Equity delights in Equality"*

*Amended: Master Bill of Lading in Original Equal Justice*
*Being Rendered in Admiralty and Maritime Jurisdiction*
*by Nature, Law of Nations and Chancery (Equity)*                    86

brown, kenneth anderson, a private and special People called Moor and beneficiary, heir, *subject, ambassador-at-large and Noble of the Al Maroc Shereefian Empire.*

## SPECIAL CAUSE: Complaint

Your orator requires this court to issue a ***Writ of QUIA TIMET*** (injunction) in the foregoing bill to inhibit and restrain the said *Defendant(s)/Libelee(s)* their heirs, assigns, and agents from continuing said act or acts complained of which are contrary to treaties, the Constitution, the laws of the State, or in violation of their charters. This *Writ of Quia Timet* is required for with good conscience and good reason; it is required that said injunction be made perpetual on the grounds that said acts are contrary to Equity, good conscience, good reason, and are repugnant to the treaties, constitution, laws of the united states of america in congress assembled or in violation of their charters. Your orator requires that said *Defendant(s)/Libelee(s),* their heirs, assigns, and agents are so ordered to absolutely desist and refrain from the commission of said trespasses therefrom.

Your orator requires that if it be necessary to attach an equitable maritime lien to the company charters, bonds, sureties, and collaterals, of any of the *Defendant(s),* their heirs, assigns, and agents, to secure the payment of the money due Claimant, for fraudulent concealment, any attempt to convert or appropriate said property to *Defendant(s)* own use, dispose of, destroy, or clog the ability to return the collateral to the brown, kenneth anderson for any breach of faith in contravention, be levied.

Your orator makes reference to the ACTS OF THE SIXTEENTH CONGRESS OF THE UNITED STATES, passed at the first session, which was begun and held in the City of Washington, in the District of Columbia, on Monday the sixth day of December, 1819, and ended on the fifteenth day of May, 1820, states as follows:

CH.&vP. CXIII.-An Act to continue in force "An act to protect the commerce of the United States, and punish the crime of piracy," and also to make further provisions for punishing the crime of piracy.

SEC. 3. And be it further enacted, That, if any person shall, upon the high seas, or in any open roadstead, or in any haven, basin, or bay, or in any river where the sea ebbs and flows, commit the crime of robbery, in or upon any ship or vessel, or upon any of the ship's company of any ship or vessel, or the lading thereof, such person shall be adjudged to be a pirate: and being, thereof convicted before the circuit court of the united states for the district into he shall be brought, or in which he shall be found, shall suffer death. And if any person engaged in any piratical cruise or enterprise, or being of the crew or ship's company of any piratical ship or vessel,

*Amended: Master Bill of Lading in Original Equal Justice*
*Being Rendered in Admiralty and Maritime Jurisdiction*
*by Nature, Law of Nations and Chancery (Equity)*

87

brown, kenneth anderson, a private and special People called Moor and beneficiary, heir, *subject, ambassador-at-large and Noble of the Al Maroc Shereefian Empire.*

### SPECIAL CAUSE: Complaint

shall land from such ship or vessel, and, on shore, shall commit robbery, such person shall be ajudged a pirate: and on conviction thereof before the circuit court of the United States for the district into which he shall be brought, or in which he shall be found, shall suffer death: Provided, That nothing in this section contained shall be construed to deprive any particular state of its jurisdiction over such offences, when committed within the body of a county, or authorize the courts of the United States to try any such offenders, after conviction or acquittance, for the same offence, in a state court. "***Breached in the past***"

SEC. 4. And be it further enacted, That if any citizen of the United States, being of the crew or ship's company of any foreign ship or vessel engaged in the slave trade, or any person whatever, being of the crew or ship's company of any ship or vessel, owned in the whole or part, or navigated for, or in behalf of, any citizen or citizens of the United States, shall land, from any such ship or vessel, and, on any foreign shore, seize any negro or mulatto, not held to service or labour by the laws of either of the states or territories of the United States, with intent to make such negro or mulatto a slave, or shall decoy, or forcibly bring or carry, or shall receive, such negro or mulatto on board any such ship or vessel, with intent as aforesaid, such citizen or person shall be adjudged a pirate; and, on conviction thereof before the circuit court of the United States for the district wherein he may be brought or found, shall suffer death. "***Breached in the past***"

SEC. 5. And be it further enacted, That if any citizen of the United States, being of the crew or ship's company of any foreign ship or vessel engaged in the slave trade, or any person whatever, being of the crew or ship's company of any ship or vessel, owned wholly or in part, or navigated for, or in behalf of, any citizen or citizens of the United States, shall forcibly confine or detain, or aid and abet in forcibly confining or detaining, on board such ship or vessel, any negro or mulatto not held to service by the laws of either of the states or territories of the United States, with intent to make such negro or mulatto a slave, or shall, on board any such ship or

*Amended: Master Bill of Lading in Original Equal Justice Being Rendered in Admiralty and Maritime Jurisdiction by Nature, Law of Nations and Chancery (Equity)*

88

brown, kenneth anderson, a private and special People called Moor and beneficiary, heir, *subject, ambassador-at-large and Noble of the Al Maroc Shereefian Empire.*

**SPECIAL CAUSE:** Complaint

vessel, offer or attempt to sell, as a slave, any negro or mulatto not held to service as aforesaid, or shall, on the high seas, or any where on tide water, transfer or deliver over, to any othership or vessel, any negro or mulatto, not held to service as aforesaid, with intent to make such negro or mulatto a slave, or shall land, or deliver on shore, from on board any such ship or vessel, any such negro or mulatto,with intent to make sale of, or having previously sold, such negro or mulatto, as a slave, such citizen or person shall be adjudged a pirate; and,on conviction thereof before the circuit court of the United States for the district wherein he shall be brought or found, shall suffer death. APPROVED, May 15, 1820. "***Breached in the past***"

Your orator requires that if it be necessary to attach an equitable lien to the company charters, bonds, sureties, and collaterals, of any of the Defendants/libelee(s)/privateer(s)/pirate(s), their heirs, assigns, and agents, to secure the payment of the money due claimant/suitor/libellant, for fraudulent concealment, any attempt to convert or appropriate said property to Defendants/libelee(s)/privateer(s)/pirate(s) own use, dispose of, destroy, or clog the ability to return the collateral to the brown, kenneth andersno for any breach of faith, be levied.

*"Every homestead is sacred, especially when it belonged to our ancestors, and has been long in our possession. We were made ' of its dust; our fathers and mothers sleep in its bosom; and we expect to repose by their side. Our dearest memories cluster about it; it was our father's kingdom, and the home of our youth where we were princes. To sell it away from us is like a sacrilege, and to turn us out of possession is like driving us out of our Eden and forcing us forever from our holy land. And all this is true, whether the home be a cabin on a mountain side, a cottage in a valley, or a palatial mansion in the midst of a princely estate; for home is home, and there is no place on earth so dear to the human heart, be that home humble, or be it grand; for, after all, it is our home. Fortunately for the unfortunate, the homestead laws, like the Cherubim of Eden, protect the home in very many cases;"* and *"The acquisition of the property or taking other advantage of a person by the betrayal of his confidence. Such an act is a sort of treason against."* (Henry R. Gibson)

*Amended: Master Bill of Lading in Original Equal Justice Being Rendered in Admiralty and Maritime Jurisdiction by Nature, Law of Nations and Chancery (Equity)*

89

brown, kenneth anderson, a private and special People called Moor and beneficiary, heir, *subject, ambassador-at-large and Noble of the Al Maroc Shereefian Empire.*

## SPECIAL CAUSE: Complaint

This is the first application for an injunction in this cause.

*"A Judge ought always to have Equity before his eyes"*

### Notice of the Conflict and Variance of law

The remedies sought are of a purely equitable maritime by nature, and the libellant elects to apply for equitable maritime remedy and full restoration and notices that it is an established principle that when there is a conflict between the rules of admiralty/maritime and the rules of equity, over the same subject matter, the rules of equity shall prevail. Further, the claimant states that no adequate, sufficient, or speedy remedy colorable admiralty at law can provide complete justice. Your orator therefore attaches a "Table of Authorities" that are based upon well-established inherent principles and equity in the admiralty and maritime jurisprudence by nature. The maxims in support of Your orator's special causes attached herewith by reference and attached hereto in <mark>Annex</mark>. Further the claimant/suitor/libellant does notice that this cause has been initiated in personam only and in accordance with the soul, intent and purpose of the rules of the 1910 supreme court of the united states "rules of practice in admiralty" number 16, and that Respondents are believed to be governed exclusively in accordance with the intent of Rule 23 of same in addition to prize proceedings.. ***"Stand by what has been decided, and do not disturb what is settled."***

### Conclusion

### <u>Demand for Special and General Restoration [Relief]</u>

Wherefore the foregoing, Your orator therefore requires that this court issue a decree for Libellant's special request for Declaratory Relief of the rights, duties, powers, privileges and immunities between the parties which is operative and binding upon all the parties to the suit, whether they be natural or artificial persons, and whether under disability or not and pursuant to:

1.  Decree brown, kenneth anderson, Moor beneficiary, as sole exclusive heir to the same subject matter the Name and Estate of "KENNETH ANDERSON BROWN," "KB RA-EL" establishing my equitable maritime rights, powers and relation to said estate; to the private enjoyment, use, possession, and benefit of all property attachments including, but not limited to, all rents, credits

*Amended: Master Bill of Lading in Original Equal Justice*
*Being Rendered in Admiralty and Maritime Jurisdiction*
*by Nature, Law of Nations and Chancery (Equity)*

90

brown, kenneth anderson, a private and special People called Moor and beneficiary, heir, *subject, ambassador-at-large and Noble of the Al Maroc Shereefian Empire.*

### SPECIAL CAUSE: Complaint

emitted, monies borrowed, assets, lands, acquisitions, proceeds, profits, houses, goods and chattels, rights and credits, his person, his wife (to be) and offspring(s) (to be), his right to work and trade, to sell and acquire property, to engage in lawful business without restriction, to pass and repass among the Christians and Jews, being perfectly secure in his person and property, and his and their reputation, health and capacity to labor;

2. Decree the libellant be restored all assets including, but not limited to, credits emitted, monies borrowed, rents, assets, lands, proceeds, titles, interests, issues, derivatives, derivations, equitable lien attachments and collaterals, be accounted for, and other rights he sues for, or right, title or interest that he is entitled to claim.

3. Decree acknowledgement of brown, kenneth anderson, is "in fact" a private people called Moor, americas aboriginal virginian national, and subject, ambassador-at-large and Noble of the Al Maroc Shereefian Empire, "*but not a citizen of the united states for the district of columbia and its insular possessions/enclaves (Federal), nor a Citizen of the united states of america in congress assembled and its several states (confederacy)*;" and that he shall be treated as friendly, amicus curiae, respected, esteemed and as that of the **most favored Nation**; and that due process and **equal Justice shall be rendered in the exclusive admiralty and maritime jurisdiction by nature** towards him in all disputes;

4. Decree protection of all rights to subrogation of the equitable surety involving the subject matter obligation/debts;

5. Decree exoneration from all liability as secondarily liable to the Estate; and shall **"not"** be called upon for indemnity or satisfaction on behalf of another;

6. Decree a special evidentiary hearing with the special clerk and master to present private  proprietary confidential evidence in support;

7. Decree to seal said Suit to exclude the public and press to protect the nature of the rights and protections between the Parties during the proceedings;

*Amended: Master Bill of Lading in Original Equal Justice Being Rendered in Admiralty and Maritime Jurisdiction by Nature, Law of Nations and Chancery (Equity)*

91

brown, kenneth anderson, a private and special People called Moor and beneficiary, heir, *subject, ambassador-at-large and Noble of the Al Maroc Shereefian Empire.*

### SPECIAL CAUSE: Complaint

8. Decree any other Special Relief, with particularity, and that "**Your orator may have such further and other relief in the premises as the nature of his case shall require and as to your judgeship shall deem just**." Your orator requires you to issue a decree declaring Libellant: brown, kenneth anderson, a special and private people called Moor to be the Heir and Sole Beneficiary of Further, if said estate(s) is insolvent, then I shall endeavor to make it solvent as a contributing heir subrogee; if there are any encumbrances or collateral relations impeding the administration or execution of said estate I shall also consider to exercise the right to redeem said collateral in declaring a deed absolute to be an equitable maritime mortgage in my favor, in order to extinguish all encumbrances and merge and extinguish any of the corresponding debts or mortgages, as the situation may require.

9. Your orator requires Your Honor issue a decree *pro confesso* for all Libellee(s), and that the matters of account in controversy be and are referred to the Clerk and Master to take and state an account between the libellant and libellee(s) concerning all transactions relating to or growing out of the same. The Master shall compel the production of all such books, papers, documents and other writings as may be in the possession or power of the parties, or either of them, he shall think proper to be produced before him in taking such account. The Master shall require each party to produce and file with the Master said account as to show the balance which either party may owe the libellant, and he will report hereon to the next term of the Court, until which time all other matters are reserved. The Master shall have liberty to state any special circumstances.

10. Decree Injunctive relief to prevent a party, plaintiff(s) from using the colorable admiralty Courts of law to obtain or enforce judgements contrary to Equity admiralty and maritime by nature, good conscience and good reason. Where, in any said plaintiff has an unfair advantage at law, whereby he may make the Court of law an instrument of injustice.

11. Decree Injunctive relief be granted to perpetually inhibit Defendant(s) from the assertion of any assumed right, and perpetually restrain Defendant(s) from the

*Amended: Master Bill of Lading in Original Equal Justice*
*Being Rendered in Admiralty and Maritime Jurisdiction*
*by Nature, Law of Nations and Chancery (Equity)*

92

brown, kenneth anderson, a private and special People called Moor and beneficiary, heir, *subject, ambassador-at-large and Noble of the Al Maroc Shereefian Empire.*

## SPECIAL CAUSE: Complaint

commission of an act which would be contrary to Equity, good conscience, and good reason, the treaties, constitution, laws of the united states of america in congress assembled or in violation of their charters.

12. Decree that Your orator be a private people called Moor grantee/grantor/beneficiary for and on behalf of brown, kenneth anderson, Moor beneficiary of the registered organization trust vessel name KENNETH ANDERSON BROWN estate et al., and that the body, the name, the sum of all their attachments, all rents, credits emitted, monies borrowed, lands, assets, acquisitions, proceeds, and profits of the estate during such time as Your orator was deprived thereof, with lawful interest, due to to brown, kenneth anderson, beneficiary, be restored to Your orator.

13. Decree that Your orator be a private people called Moor grantee/grantor/beneficiary and heir for and on behalf of deceased mother and Mooress: harrison, joyce yvonne beneficiary of the registered organization trust vessel name JOYCE YVONNE HARRISON estate, et al.; deceased father and Moor: brown, joseph anderson beneficiary of the registered organization trust vessel name JOSEPH ANDERSON BROWN estate, et al.; deceased brother and Moor: brown, kevin lamar beneficiary of the registered organization trust vessel name KEVIN LAMAR BROWN estate, et al., and that the bodies, the names, the sum of all their attachments, all rents, credits emitted, monies borrowed, lands, assets, acquisitions, proceeds, and profits of the estate during such time as Your orator was deprived thereof, with lawful interest, due to harrison, joyce yvonne, brown, joseph anderson and brown, kevin lamar who are all beneficiaries, be restored to Your orator as sole heir;

14. Decree anyone acting as a People who is bound by oath to be Persons worthy of Trust and or Persons worthy of Trust shall render upon request by the Libellant, the specific performance, to produce an annual a full accounting and non-commingled, of all real, personal, and equitable maritime assets and debts due to Libellant's estate(s) and Libellant's inherited estate(s) as heir during such time as he was deprived; and that a fiduciary be appointed for each life estate

*Amended: Master Bill of Lading in Original Equal Justice*
*Being Rendered in Admiralty and Maritime Jurisdiction*
*by Nature, Law of Nations and Chancery (Equity)*

93

brown, kenneth anderson, a private and special People called Moor and beneficiary, heir, *subject, ambassador-at-large and Noble of the Al Maroc Shereefian Empire.*

## SPECIAL CAUSE: Complaint

in those assets; the Trustee(s) of the private trust established settle and close this matter; and release any and all collateral, and return all remaining trust res, by reconversion of said "Trust Account(s)" interest, in USD species, to Libellant brown, kenneth anderson Moor heir/beneficiary; extinguish all state, local, tax, obligation, reprisal, remuneration, indemnification, or debts, if any; exhibit and account for the funds or other property in which the Libellant has an interest, and to pay over whatever may be due or belong to him, or the balance due Libellant on a fair accounting to be held by you on Special Deposit;

15. Decree the Libellant brown, kenneth anderson, a private people called Moor heir/beneficiary and shall have the right to claim, as grantee absolute, 999,999 acres of land, of his own choosing, including but not limited to water rights, surface and subsurface rights and air rights to lands, held in trust by the Department of the Interior for Moor aborigine beneficiary(ies) and descendant(s), shall be set aside and recorded in the name of the KB RA-EL EXPRESS TRUST for the private enjoyment, use, possession, and benefit, at that time and forever for the named brown, kenneth anderson, his *heirs and beneficiaries*. Said claim of lands, any interest in lands, water rights, or surface and subsurface rights and air rights to lands, including this trust or otherwise restricted allotments and rights, SHALL NOT BE TAXED and is subject to NO other trust, existing building and use restrictions, easements and zoning ordinances of record, governing body or political subdivision, whether federal, State or local, if any, outside the exclusive equitable admiralty and maritime jurisdiction by nature laws of nations, WHATSOEVER;

16. Decree any cloud be removed from any real, personal, equitable maritime assets, or named estate(s) or the title be divested and vested concerning equitable maritime claim made by Libellant; and a permanent equitable maritime estoppel be granted against any and all non-bona fide parties.

17. Decree perpetual Injunctive relief shall issue against all classes of defendant(s), including but not limited, all executive, legislative, or judicial officers, and

*Amended: Master Bill of Lading in Original Equal Justice*
*Being Rendered in Admiralty and Maritime Jurisdiction*
*by Nature, Law of Nations and Chancery (Equity)*

94

brown, kenneth anderson, a private and special People called Moor and beneficiary, heir, *subject, ambassador-at-large and Noble of the Al Maroc Shereefian Empire.*

<span style="color:red;">**SPECIAL CAUSE:**</span> **Complaint**

fiduciaries, whether implied or expressed, both of the united states of america and of the several states;

18. Decree perpetual Injunctive relief shall issue against all classes of Libelee(s), including but not limited, all executive, legislative, or judicial officers, and fiduciaries, whether implied or expressed, both of the united states of america and of the several states who are subject to their treaties and constitutions, shall acknowledge the Libellant special and particular political status"; and the Libellant shall "not" be treated as a national/ally/neutral of a designated enemy country, or made subject to the Trading with the Enemy Act of 1933, nor the Emergency War Power Act or any other act that is repugnant to the maritime treaties; and that Libellant shall be excepted from any act, law, statute, ordinance, regulation, or prohibition that is in any way repugnant to the maritime/mercantile treaties between the *Citizens of the United States of North America* and the *subjects of the Al Maroc Shereefian Empire*;

19. Decree Injunctive relief to prevent a party(ies)/plaintiff(s) from using the Courts of law to obtain or enforce any judgements contrary to Equity admiralty and maritime by nature, good conscience and good reason. Where, in any said plaintiff has an unfair advantage at law, whereby he may make the Court of law an instrument of injustice;

20. Decree Injunctive relief be granted to perpetually inhibiting Libelee(s) from the assertion of any presumed right, and perpetually restrain Libelee(s) from the commission of an act which would be contrary to Equity admiralty and maritime by nature good conscience, and good reason, the maritime treaties, constitution, laws of the united states of america in congress assembled or in violation of their charters;

21. Decree Injunctive relief to be granted on behalf of an "implied equitable maritime surety," to enjoin any suit at law by creditor(s) whenever the creditor delays to sue after notice or demand;

22. Decree Injunctive relief be granted to perpetually inhibit Defendant(s)/Libellant(s) or anyone acting as a People who is bound by oath to

*Amended: Master Bill of Lading in Original Equal Justice*
*Being Rendered in Admiralty and Maritime Jurisdiction*
*by Nature, Law of Nations and Chancery (Equity)*

95

brown, kenneth anderson, a private and special People called Moor and beneficiary, heir, *subject, ambassador-at-large and Noble of the Al Maroc Shereefian Empire.*

## SPECIAL CAUSE: Complaint

be Persons worthy of Trust and or Person worthy of Trust, from the asserting of any form of unlawful detainment, molestation, forced medical treatment, vaccinations, or forced use of protective apparel or any differentiating mark or sign to be placed upon Your orator or anyone of his heirs/beneficiaries, without their expressed written consent, they all shall be exempt from being visited or quarantined, under any pretense whatever, by anyone acting as a Person worthy of Trust. Any Defendant(s), their heirs and assigns, in violation of said injunction shall have an equitable maritime lien attached to their bonds, sureties, and collaterals, for their breach of faith, if any equitable admiralty grounds for attachment exist, state it;

23. Decree the following named Moor subjects be immediately restored and set at liberty. Immediately restore, release and set at liberty the Moor beneficiary vessels goods and chattels at liberty as following: brown, bryan lamar d/b/a BRYAN LAMAR BROWN et al., inmate trust # 75394083 et al. and trust (Case) # 4:14-CR-2, et al., # 4:2021cv00153, et al., 4:17-cr-00045-RAJ-RJK, et al., and # 18-4539 and all courts of colorable quasi-in rem proceedings; lee, christopher alon d/b/a CHRISTOPHER ALON LEE, et al., trust (Case) # 22TR104636, et al., and all courts of colorable quasi-in rem proceedings, currently in fulton county state court, et al.; brown, torrey d/b/a TORREY BROWN inmate trust # 291581 et al., and all courts of colorable quasi-in rem proceedings, currently held at chippewa correctional facility of michigan; jamal darius jr d/b/a JAMAL DARIUS PARKER Jr. trust (Case) # 2200132301FH, et al., currently in third circuit court of michigan, stepherson; mark anthony d/b/a MARK ANTHONY STEPHERSON trust (Case) # 1:21-00507-mhc-jkl, and all courts of colorable quasi-in rem proceedings, currently held at federal detention center miami; duval, vincent anthony jr d/b/a VINCENT ANTHONY DUVAL JR relating to trust (Case) # 8:03-cr-00131-SCB-M P in district court of the united states for florida middle district; and *ivey, xanthe d/b/a XANTHE TABBS, et al., relating to trust (Case) # 8:22-cr-00227-RFR-MDN-2, et al., in district court of the united states, district of Nebraska.*

*Amended: Master Bill of Lading in Original Equal Justice Being Rendered in Admiralty and Maritime Jurisdiction by Nature, Law of Nations and Chancery (Equity)*

96

brown, kenneth anderson, a private and special People called Moor and beneficiary, heir, *subject, ambassador-at-large and Noble of the Al Maroc Shereefian Empire.*

## SPECIAL CAUSE: Complaint

24. Decree all other matters are reserved, and either party is to be at liberty to apply to the Court as occasion may require; and that the Libellant have such other relief as he demand, and may be entitled to, and that the proper final process shall issue; that this relief has been granted on proper grounds and in keeping with good reason and good conscience.

All "***People who are bound by oath to be Persons Worthy of Trust***" including but not limited to all legislative, executive and judicial officers both of the United States and of the several states bound by oath or affirmation to support all treaties made, the constitutions and the laws of the United States, shall be indemnified by fulfilling their fiduciary duties.

As "***Equity will take jurisdiction to avoid a multiplicity of suits,***" Your orator peacefully demands Liberty and Effects are restored immediately per Your orator's beneficiary and or heirship interest and Maritime Treaty(ies) and per each aforesaid Statement of Cause and without delay and no aforesaid Statement of Cause(s) should delay restoration due to any other listed Statement of Cause(s) unless deemed by Your servitude based on Equity and equal Justice being rendered. Your orator's rights and property have been destroyed in the past, present and will so in the foreseeable future without immediate restoration.

*"If any Moor shall bring Citizens of the United States or their*

*Effects to His Majesty, the Citizens shall immediately be set at Liberty and the Effects restored, and in like Manner" pursuant to 1786/1836, Treaty of Marrakech ARTICLE VI.*

*"Equity regards the beneficiary as the true owner"*

*BE YEE PERFECT,*
*that this restoration/relief has been granted on proper grounds and in keeping with good reason and good conscience.*

*"Equity will not allow a trust to fail for want of a Trustee"*

*Amended: Master Bill of Lading in Original Equal Justice Being Rendered in Admiralty and Maritime Jurisdiction by Nature, Law of Nations and Chancery (Equity)*

97

brown, kenneth anderson, a private and special People called Moor and beneficiary, heir, *subject, ambassador-at-large and Noble of the Al Maroc Shereefian Empire.*

## SPECIAL CAUSE: Complaint

Performed by my hand and seal with *manifest special intent and purpose,* freewill act and Deed:

*I DECLARE,* under penalty of perjury under the land, air and waters of the Al Maroc Shereefian Empire that the foregoing is true and correct. Executed: _November 3_, 2022.

By: _____
**brown, kenneth anderson** *grantee/grantor/beneficiary/heir* a special and private Moor americas aboriginal national, *"but not a citizen of the united states for the district of columbia and its insular possessions/enclaves (Federal), nor a Citizen of the united states of america in congress assembled and its several states (confederacy)"* and subject, ambassador-at-large and Noble of the Al Maroc Shereefian Empire.
*SPECIAL DEPOSIT, PRIVATE, PRIORITY*

## WITNESSES

_____
Print/Witness

_____
Signature/Witness

_____
Print/Witness

_____
Signature/Witness

| **PROOF OF SERVICE** | | | |
|---|---|---|---|
| I Declare that the forgoing instrument was served herein on _November 3_, 2022. | | | |
| The parties were served via: | | | |
| ___ U.S.Mail | ___ Facsimile | ___ Hand Delivery | ___ UPS |
| ___ Federal Express | ___ Other | ___ E-File | ✓ Email |

By: _____ Moor beneficiary

*Amended: Master Bill of Lading in Original Equal Justice Being Rendered in Admiralty and Maritime Jurisdiction by Nature, Law of Nations and Chancery (Equity)*

*—Exhibits—*

# APPENDIX.

---

### No. 1.

**BY THE PRESIDENT OF THE UNITED STATES OF AMERICA:** April 2, 1866.

## A PROCLAMATION.

WHEREAS, by proclamations of the fifteenth and nineteenth of April, one thousand eight hundred and sixty-one, the President of the United States, in virtue of the power vested in him by the Constitution and the laws, declared that the laws of the United States were opposed, and the execution thereof obstructed, in the States of South Carolina, Georgia, Alabama, Florida, Mississippi, Louisiana, and Texas, by combinations too powerful to be suppressed by the ordinary course of judicial proceedings, or by the powers vested in the marshals by law; *[margin: Preamble. Vol. xii. p. 1258.]*

And whereas, by another proclamation, made on the sixteenth day of August, in the same year, in pursuance of an act of Congress approved July thirteen, one thousand eight hundred and sixty-one, the inhabitants of the States of Georgia, South Carolina, Virginia, North Carolina, Tennessee, Alabama, Louisiana, Texas, Arkansas, Mississippi, and Florida (except the inhabitants of that part of the State of Virginia lying west of the Alleghany Mountains, and of such other parts of that State and the other States before named, as might maintain a loyal adhesion to the Union and the Constitution, or might be from time to time occupied and controlled by forces of the United States engaged in the dispersion of insurgents) were declared to be in a state of insurrection against the United States; *[margin: Vol. xii. p. 1262. 1861, ch. 3, § 5. Vol. xii. p. 257.]*

And whereas, by another proclamation, of the first day of July, one thousand eight hundred and sixty-two, issued in pursuance of an act of Congress approved June seven, in the same year, the insurrection was declared to be still existing in the States aforesaid, with the exception of certain specified counties in the State of Virginia; *[margin: Vol. xii. p. 1266.]*

And whereas, by another proclamation, made on the second day of April, one thousand eight hundred and sixty-three, in pursuance of the act of Congress of July thirteen, one thousand eight hundred and sixty-one, the exceptions named in the proclamation of August sixteen, one thousand eight hundred and sixty-one were revoked, and the inhabitants of the States of Georgia, South Carolina, North Carolina, Tennessee, Alabama, Louisiana, Texas, Arkansas, Mississippi, Florida, and Virginia (except the forty-eight counties of Virginia designated as West Virginia, and the ports of New Orleans, Key West, Port Royal, and Beaufort, in North Carolina) were declared to be still in a state of insurrection against the United States; *[margin: Vol. xiii. p. 730. 1861, ch. 3, § 5. Vol. xii. p. 257.]*

And whereas the House of Representatives, on the twenty-second day of July, one thousand eight hundred and sixty-one, adopted a resolution in the words following, namely:—

"*Resolved by the House of Representatives of the Congress of the United States*, That the present deplorable civil war has been forced upon the country by the disunionists of the southern States, now in revolt against the Constitutional government, and in arms around the capital; that in this national emergency, Congress, banishing all feelings of mere passion or resentment, will recollect only its duty to the whole country; that this war is not waged upon our part in any spirit of oppression nor for any purpose of conquest or subjugation, nor purpose of overthrowing or interfering with the rights or established institutions of those States, but to defend and maintain the supremacy of the Constitution, and to preserve the Union with all the dignity, equality, and rights of the several States unimpaired; and that as soon as these objects are accomplished the war ought to cease."

812                APPENDIX

*Preamble.*

And whereas the Senate of the United States, on the twenty-fifth day of July, one thousand eight hundred and sixty-one, adopted a resolution in the words following, to wit:—

" *Resolved*, That the present deplorable civil war has been forced upon the country by the disunionists of the Southern States, now in revolt against the Constitutional government, and in arms around the capital; that in this national emergency, Congress, banishing all feeling of mere passion or resentment, will recollect only its duty to the whole country; that this war is not prosecuted upon our part in any spirit of oppression nor for any purpose of conquest or subjugation, nor purpose of overthrowing or interfering with the rights or established institutions of those States, but to defend and maintain the supremacy of the Constitution and all laws made in pursuance thereof, and to preserve the Union with all the dignity, equality, and rights of the several States unimpaired; that as soon as these objects are accomplished the war ought to cease."

And whereas these resolutions, though not joint or concurrent in form, are substantially identical, and as such may be regarded as having expressed the sense of Congress upon the subject to which they relate;

*Vol. xiii. p. 763.*

And whereas, by my proclamation of the thirteenth day of June last, the insurrection in the State of Tennessee was declared to have been suppressed, the authority of the United States therein to be undisputed, and such United States officers as had been duly commissioned to be in the undisturbed exercise of their official functions;

And whereas there now exists no organized armed resistance of misguided citizens or others to the authority of the United States in the States of Georgia, South Carolina, Virginia, North Carolina, Tennessee, Alabama, Louisiana, Arkansas, Mississippi, and Florida, and the laws can be sustained and enforced therein by the proper civil authority, State or Federal, and the people of said States are well and loyally disposed, and have conformed or will conform in their legislation to the condition of affairs growing out of the amendment to the Constitution of the United States, prohibiting slavery within the limits and jurisdiction of the United States;

And whereas, in view of the before-recited premises, it is the manifest determination of the American people that no State, of its own will, has the right or the power to go out of, or separate itself from, or be separated from the American Union, and that therefore each State ought to remain and constitute an integral part of the United States;

And whereas the people of the several before-mentioned States have, in the manner aforesaid, given satisfactory evidence that they acquiesce in this sovereign and important resolution of national unity;

And whereas it is believed to be a fundamental principle of government that people who have revolted, and who have been overcome and subdued, must either be dealt with so as to induce them voluntarily to become friends, or else they must be held by absolute military power, or devastated, so as to prevent them from ever again doing harm as enemies, which last-named policy is abhorrent to humanity and to freedom;

And whereas the Constitution of the United States provides for constituent communities only as States, and not as Territories, dependencies, provinces, or protectorates;

And whereas such constituent States must necessarily be, and by the Constitution and laws of the United States are made equals, and placed upon a like footing as to political rights, immunities, dignity, and power with the several States with which they are united;

And whereas the observance of political equality as a principle of right and justice is well calculated to encourage the people of the aforesaid States to be and become more and more constant and persevering in their renewed allegiance;

And whereas standing armies, military occupation, martial law, military tribunals, and the suspension of the privilege of the writ of habeas corpus are, in time of peace, dangerous to public liberty, incompatible with the individual rights of the citizen, contrary to the genius and spirit of our free institutions, and exhaustive of the national resources, and ought not, therefore, to be sanctioned or allowed, except in cases of actual necessity, for repelling invasion or suppressing insurrection or rebellion;

And whereas the policy of the government of the United States, from the beginning of the insurrection to its overthrow and final suppression, has been in conformity with the principles herein set forth and enumerated;

Now, therefore, I, ANDREW JOHNSON, president of the United States, do hereby proclaim and declare that the insurrection which heretofore existed in

## APPENDIX.

813

the States of Georgia, South Carolina, Virginia, North Carolina, Tennessee, Alabama, Louisiana, Arkansas, Mississippi, and Florida is at an end, and is henceforth to be so regarded.

*The insurrection declared at an end in certain States of the Union.*

In testimony whereof, I have hereunto set my hand and caused the seal of the United States to be affixed.

Done at the city of Washington, this second day of April, in the year [SEAL.]   of our Lord one thousand eight hundred and sixty-six, and of the Independence of the United States of America the ninetieth.

ANDREW JOHNSON.

By the President:
 WILLIAM H. SEWARD,
  *Secretary of State.*

----

### No. 2.

## BY THE PRESIDENT OF THE UNITED STATES OF AMERICA: <u>June 6, 1866.</u>

# A PROCLAMATION.

WHEREAS it has become known to me that certain evil-disposed persons have, within the territory and jurisdiction of the United States, begun and set on foot and have provided and prepared and are still engaged in providing and preparing means for a military expedition and enterprise, which expedition and enterprise is to be carried on from the territory and jurisdiction of the United States against colonies, districts and people of British North America within the dominions of the United Kingdom of Great Britain and Ireland, with which said colonies, districts and people and Kingdom the United States are at peace;

*Preamble.*

And whereas the proceedings aforesaid constitute a high misdemeanor, forbidden by the laws of the United States as well as by the law of nations:

Now, therefore, for the purpose of preventing the carrying on of the unlawful expedition and enterprise aforesaid from the territory and jurisdiction of the United States and to maintain the public peace, as well as the national honor, and enforce obedience and respect to the laws of the United States, I, ANDREW JOHNSON, President of the United States, do admonish and warn all good citizens of the United States against taking part in or in anywise aiding, countenancing or abetting said unlawful proceedings; and I do exhort all judges, magistrates, marshals and officers in the service of the United States to employ all their lawful authority and power to prevent and defeat the aforesaid unlawful proceedings, and to arrest and bring to justice all persons who may be engaged therein.

*All citizens warned against violating neutrality laws.*

And pursuant to the act of Congress in such case made and provided, I do furthermore authorize and empower Major-General George G. Meade, Commander of the Military Division of the Atlantic, to employ the land and naval forces of the United States and the militia thereof, to arrest and prevent the setting on foot and carrying on the expedition and enterprise aforesaid.

*Major-General Meade authorized to employ army and navy and militia to prevent the carrying on the enterprise.*

In testimony whereof I have hereunto set my hand and caused the seal of the United States to be affixed.

Done at the city of Washington, this sixth day of June, in the year of [SEAL.]   our Lord one thousand eight hundred and sixty-six, and of the Independence of the United States the ninetieth.

ANDREW JOHNSON.

By the President:
 WILLIAM H. SEWARD, *Secretary of State.*

814                                    APPENDIX.

## No. 3.

<span style="float:left">August 17, 1866.</span> BY THE PRESIDENT OF THE UNITED STATES OF AMERICA:

# A PROCLAMATION.

**Preamble.**  WHEREAS a war is existing in the Republic of Mexico, aggravated by foreign military intervention;

And whereas the United States, in accordance with their settled habits and policy, are a neutral power in regard to the war which thus afflicts the Republic of Mexico;

And whereas it has become known that one of the belligerents in the said war, namely, the Prince Maximilian, who asserts himself to be Emperor in Mexico, has issued a decree in regard to the port of Matamoras, and other Mexican ports which are in the occupation and possession of another of the said belligerents, namely, the United States of Mexico, which decree is in the following words:—

"The port of Matamoras, and all those of the northern frontier which have withdrawn from their obedience to the government, are closed to foreign and coasting traffic during such time as the empire of the law shall not be therein reinstated.

"ART. 2d. Merchandise proceeding from the said ports, on arriving at any other where the excise of the Empire is collected, shall pay the duties on importation, introduction, and consumption; and on satisfactory proof of contravention shall be irremissibly confiscated. Our Minister of the Treasury is charged with the punctual execution of this decree.

"Given at Mexico, the 9th of July, 1866."

And whereas the decree thus recited, by declaring a belligerent blockade unsupported by competent military or naval force, is in violation of the neutral rights of the United States, as defined by the law of nations, as well as of the treaties existing between the United States of America and the aforesaid United States of Mexico:

**Decree of blockade of Matamoras and other Mexican ports declared null and void.**  Now, therefore, I, ANDREW JOHNSON, President of the United States, do hereby proclaim and declare, that the aforesaid decree is held, and will be held, by the United States to be absolutely null and void, as against the government and citizens of the United States; and that any attempt which shall be made to enforce the same against the government or the citizens of the United States will be disallowed.

In witness whereof I have hereunto set my hand and caused the seal of the United States to be affixed.

Done at the city of Washington the seventeenth day of August, in the year of our Lord one thousand eight hundred and sixty-six, and [SEAL.] of the Independence of the United States of America the ninety-first.

ANDREW JOHNSON.

By the President:
WILLIAM H. SEWARD, *Secretary of State.*

————

## No. 4.

<span style="float:left">August 20, 1866.</span> BY THE PRESIDENT OF THE UNITED STATES OF AMERICA:

# A PROCLAMATION.

**Preamble.**  WHEREAS, by proclamations of the fifteenth and nineteenth of April, eighteen hundred and sixty-one, the President of the United States, in virtue of

**Vol. xii. p. 1258.**  the power vested in him by the Constitution and the Laws, declared that the laws of the United States were opposed, and the execution thereof obstructed, in the States of South Carolina, Georgia, Alabama, Florida, Mississippi, Louisiana, and Texas, by combinations too powerful to be suppressed by the ordinary course of judicial proceedings, or by the powers vested in the marshals by law;

And whereas, by another proclamation, made on the sixteenth day of August, in the same year, in pursuance of an act of Congress approved July thirteen, one thousand eight hundred and sixty-one, the inhabitants of the States of Georgia, South Carolina, Virginia, North Carolina, Tennessee, Alabama, Louisiana, Texas, Arkansas, Mississippi, and Florida, (except the inhabitants of that part of the State of Virginia lying west of the Alleghany Mountains, and except also the inhabitants of such other parts of that State, and the other States before named, as might maintain a loyal adhesion to the Union and the Constitution, or might be from time to time occupied and controlled by forces of the United States engaged in the dispersion of insurgents,) were declared to be in a state of insurrection against the United States;
*Vol. xii. p. 1262.*
*1861, ch. 8, § 5.*
*Vol. xii. p. 257.*

And whereas, by another proclamation, of the first day of July, one thousand eight hundred and sixty-two, issued in pursuance of an act of Congress, approved June seventh, in the same year, the insurrection was declared to be still existing in the States aforesaid, with the exception of certain specified counties in the State of Virginia;
*Vol. xii. p. 1266.*
*1862, ch. 98, § 2.*
*Vol. xii. p. 422.*

And whereas, by another proclamation, made on the second day of April, one thousand eight hundred and sixty-three, in pursuance of the act of Congress of July thirteen, one thousand eight hundred and sixty-one, the exceptions named in the proclamation of August sixteen, one thousand eight hundred and sixty-one, were revoked, and the inhabitants of the States of Georgia, South Carolina, North Carolina, Tennessee, Alabama, Louisiana, Texas, Arkansas, Mississippi, Florida, and Virginia (except the forty-eight counties of Virginia designated as West Virginia, and the ports of New Orleans, Key West, Port Royal, and Beaufort, in North Carolina) were declared to be still in a state of insurrection against the United States;
*Vol. xiii. p. 730*
*1861, ch. 8, § 5.*
*Vol. xii. p. 257*

And whereas, by another proclamation of the fifteenth day of September, one thousand eight hundred and sixty-three, made in pursuance of the act of Congress approved March third, one thousand eight hundred and sixty-three, the rebellion was declared to be still existing, and the privilege of the writ of habeas corpus was in certain specified cases suspended throughout the United States — said suspension to continue throughout the duration of the rebellion, or until said proclamation should, by a subsequent one to be issued by the President of the United States, be modified or revoked;
*Vol. xiii. p. 734.*
*1863, ch. 81.*
*Vol. xii. p. 755.*

And whereas, the House of Representatives, on the twenty-second day of July, one thousand eight hundred and sixty-one, adopted a resolution in the words following, namely : —

" *Resolved* by the House of Representatives of the Congress of the United States, That the present deplorable civil war has been forced upon the country by the disunionists of the southern States, now in revolt against the Constitutional government, and in arms around the capital; that in this national emergency, Congress, banishing all feelings of mere passion or resentment, will recollect only its duty to the whole country ; that this war is not waged upon our part in any spirit of oppression nor for any purpose of conquest or subjugation, nor purpose of overthrowing or interfering with the rights or established institutions of those States, but to defend and maintain the supremacy of the Constitution, and to preserve the Union with all the dignity, equality, and rights of the several States unimpaired ; and that as soon as these objects are accomplished the war ought to cease."

And whereas, the Senate of the United States, on the twenty-fifth day of July, one thousand eight hundred and sixty-one, adopted a resolution in the words following, to wit : —

" *Resolved*, That the present deplorable civil war has been forced upon the country by the disunionists of the southern States, now in revolt against the Constitutional government, and in arms around the capital; that in this national emergency, Congress, banishing all feeling of mere passion or resentment, will recollect only its duty to the whole country ; that this war is not prosecuted upon our part in any spirit of oppression, nor for any purpose of conquest or subjugation, nor purpose of overthrowing or interfering with the rights or established institutions of those States, but to defend and maintain the supremacy of the Constitution and all laws made in pursuance thereof, and to preserve the Union with all the dignity, equality, and rights of the several States unimpaired ; that as soon as these objects are accomplished the war ought to cease."

And whereas these resolutions, though not joint or concurrent in form, are substantially identical, and as such have hitherto been and yet are regarded as having expressed the sense of Congress upon the subject to which they relate ;

And whereas, the President of the United States by proclamation of the
*Vol. xiii. p. 763*

816                        APPENDIX.

Preamble.

thirteenth of June, eighteen hundred and sixty-five, declared that the insurrection in the State of Tennessee had been suppressed, and that the authority of the United States therein was undisputed, and that such United States officers as had been duly commissioned were in the undisturbed exercise of their official functions;

*Ante*, p. 811.

And whereas, the President of the United States, by further proclamation issued on the second day of April, one thousand eight hundred and sixty-six, did promulgate and declare, that there no longer existed any armed resistance of misguided citizens, or others, to the authority of the United States in any, or in all the States before mentioned, excepting only the State of Texas, and did further promulgate and declare that the laws could be sustained and enforced in the several States before mentioned, except Texas, by the proper civil authorities, State, or Federal, and that the people of the said States, except Texas, are well and loyally disposed, and have conformed or will conform in their legislation to the condition of affairs growing out of the amendment to the Constitution of the United States, prohibiting slavery within the limits and jurisdiction of the United States;

And did further declare in the same proclamation that it is the manifest determination of the American people that no State, of its own will, has a right or power to go out of or separate itself from, or be separated from the American Union; and that, therefore, each State ought to remain and constitute an integral part of the United States;

And did further declare in the same last-mentioned proclamation, that the several aforementioned States, excepting Texas, had, in the manner aforesaid, given satisfactory evidence that they acquiesce in this sovereign and important resolution of national unity;

And whereas, the President of the United States in the same proclamation did further declare that it is believed to be a fundamental principle of government that the people who have revolted, and who have been overcome and subdued, must either be dealt with so as to induce them voluntarily to become friends, or else they must be held by absolute military power, or devastated, so as to prevent them from ever again doing harm as enemies, which last-named policy is abhorrent to humanity and to freedom;

And whereas, the President did in the same proclamation further declare, that the Constitution of the United States provides for constituent communities only as States, and not as Territories, dependencies, provinces or protectorates;

And further, that such constituent States must necessarily be, and by the Constitution and laws of the United States are made equals, and placed upon a like footing as to political rights, immunities, dignity and power with the several States with which they are united;

And did further declare, that the observance of political equality as a principle of right and justice is well calculated to encourage the people of the before-named States, except Texas, to be, and to become more and more constant and persevering in their renewed allegiance;

And whereas, the President did further declare that standing armies, military occupation, martial law, military tribunals, and the suspension of the writ of habeas corpus are, in time of peace, dangerous to public liberty, incompatible with the individual rights of the citizen, contrary to the genius and spirit of our free institutions, and exhaustive of the national resources, and ought not, therefore, to be sanctioned, or allowed, except in cases of actual necessity, for repelling invasion or suppressing insurrection or rebellion;

And the President did further in the same proclamation declare that the policy of the government of the United States from the beginning of the insurrection to its overthrow and final suppression, had been conducted in conformity with the principles in the last-named proclamation recited;

Error for April 2, 1866. See President's Proclamation of Oct. 7, 1867. Vol. xv. Appendix. Proclamation No. 2.

And whereas, the President in the said proclamation of the *thirteenth of June, one thousand eight hundred and sixty-five*, upon the grounds therein stated and hereinbefore recited, did then and thereby proclaim and declare that the insurrection which heretofore existed in the several States before named, except in Texas, was at an end, and was henceforth to be so regarded;

And whereas, subsequently to the said second day of April, one thousand eight hundred and sixty-six, the insurrection in the State of Texas has been completely and everywhere suppressed and ended, and the authority of the United States has been successfully and completely established in the said State of Texas, and now remains therein unresisted and undisputed, and such of the proper United States officers as have been duly commissioned within the limits of the said State, are now in the undisturbed exercise of their official functions;

## APPENDIX.                                                817

And whereas, the laws can now be sustained and enforced in the said State of Texas, by the proper civil authority, State or Federal, and the people of the said State of Texas, like the people of the other States before named, are well and loyally disposed, and have conformed or will conform in their legislation to the condition of affairs growing out of the amendment of the Constitution of the United States, prohibiting slavery within the limits and jurisdiction of the United States;

And whereas all the reasons and conclusions set forth in regard to the several States therein specially named now apply equally and in all respects to the State of Texas, as well as to the other States which has been involved in insurrection;

And whereas, adequate provision has been made by military orders, to enforce the execution of the acts of Congress, aid the civil authorities, and secure obedience to the Constitution and laws of the United States within the State of Texas, if a resort to military force for such purpose should at any time become necessary;

Now, therefore, I, ANDREW JOHNSON, President of the United States, do hereby proclaim and declare that the insurrection which heretofore existed in the State of Texas is at an end, and is to be henceforth so regarded in that State, as in the other States before named, in which the said insurrection was proclaimed to be at an end, by the aforesaid proclamation of the second day of April, one thousand eight hundred and sixty-six.

And I do further proclaim that the said insurrection is at an end, and that peace, order, tranquillity and civil authority now exist in and throughout the whole of the United States of America.

In testimony whereof, I have hereunto set my hand and caused the seal of the United States to be affixed.

Done at the city of Washington this twentieth day of August, in the [SEAL.]   year of our Lord one thousand eight hundred and sixty-six, and of the Independence of the United States of America the ninety-first.

                                        ANDREW JOHNSON.

By the President:
    WILLIAM H. SEWARD,
        *Secretary of State.*

*Margin notes:* Preamble. / The insurrection in Texas declared to be at an end. / The insurrection at an end, and peace, &c. exist throughout the United States.

---

## No. 5.

# NATIONAL THANKSGIVING.

BY THE PRESIDENT OF THE UNITED STATES [OF AMERICA:]    *Oct. 8, 1866.*

## A PROCLAMATION.

ALMIGHTY GOD, our heavenly Father, has been pleased to vouchsafe to us, as a people, another year of that national life which is an indispensable condition of peace, security, and progress. That year has, moreover, been crowned with many peculiar blessings.

The civil war that so recently closed among us has not been anywhere reopened. Foreign intervention has ceased to excite alarm or apprehension. Intrusive pestilence has been benignly mitigated. Domestic tranquillity has improved, sentiments of conciliation have largely prevailed, and affections of loyalty and patriotism have been widely renewed. Our fields have yielded quite abundantly. Our mining industry has been richly rewarded, and we have been allowed to extend our railroad system far into the interior recesses of the country, while our commerce has resumed its customary activity in foreign seas.

These great national blessings demand a national acknowledgment.

Now, therefore, I, ANDREW JOHNSON, President of the United States, do hereby recommend that Thursday, the twenty-ninth day of November next, be set apart and be observed everywhere in the several States and Territories of the United States by the people thereof as a day of thanksgiving and praise to Almighty GOD, with due remembrance that "in His temple doth every man

*Margin note:* Thursday, Nov. 29, 1866, appointed a day of thanksgiving and praise.

speak of His honor." I recommend, also, that, on the same solemn occasion, they do humbly and devoutly implore Him to grant to our National Councils and to our whole people that divine wisdom which alone can lead any nation into the ways of all good.

In offering these national thanksgivings, praises and supplications, we have the divine assurance that "the Lord remaineth a King forever; them that are meek shall He guide in judgment, and such as are gentle shall He learn His way. The Lord shall give strength to His people, and the Lord shall give to His people the blessing of peace."

In witness whereof, I have hereunto set my hand and caused the seal of the United States to be affixed.

Done at the city of Washington, this eighth day of October, in the year of our Lord one thousand eight hundred and sixty-six, and of the [SEAL.] Independence of the United States the ninety-first.

ANDREW JOHNSON.

By the President:
    WILLIAM H. SEWARD, *Secretary of State.*

---

No. 6.

Dec. 28, 1866.  BY THE PRESIDENT OF THE UNITED STATES OF AMERICA:

# A PROCLAMATION.

**Preamble.**

WHEREAS satisfactory evidence has been received by me from his Imperial Majesty the Emperor of France, through the Marquis de Montholon, his Envoy Extraordinary and Minister Plenipotentiary, that vessels belonging to citizens of the United States entering any port of France-or of its dependencies, on or after the first day of January, one thousand eight hundred and sixty-seven, will not be subjected to the payment of higher duties on tonnage than are levied upon vessels belonging to citizens of France entering the said ports:

**Rates of tonnage duty on French vessels entering ports of the United States on and after Jan. 1, 1867.**
**1824, ch. 4.**
**Vol. iv. p. 2.**
**1828, ch. 111.**
**Vol. iv. p. 308.**

Now, therefore, I, ANDREW JOHNSON, President of the United States of America, by virtue of the authority vested in me by an act of Congress of the seventh day of January, one thousand eight hundred and twenty-four, entitled "An act concerning discriminating duties of tonnage and impost," and by an act in addition thereto, of the twenty-fourth day of May, one thousand eight hundred and twenty-eight, do hereby declare and proclaim that on and after the said first day of January, one thousand eight hundred and sixty-seven, so long as vessels of the United States shall be admitted to French ports on the terms aforesaid, French vessels entering ports of the United States will be subject to no higher rates of duty on tonnage than are levied upon vessels of the United States in the ports thereof.

In testimony whereof, I have hereunto set my hand and caused the seal of the United States to be affixed.

Done at the city of Washington, this twenty-eighth day of December, in the year of our Lord one thousand eight hundred and sixty-six, [SEAL.] and of the Independence of the United States of America the ninety-first.

ANDREW JOHNSON

By the President:
    WILLIAM H. SEWARD, *Secretary of State.*

## APPENDIX.

819

### No. 7.

BY THE PRESIDENT OF THE UNITED STATES OF AMERICA: <u>Jan. 12, 1867.</u>

## A PROCLAMATION.

WHEREAS, in virtue of the power conferred by the act of Congress approved June twenty-second, one thousand eight hundred and sixty, sections fifteen and twenty-four of which act were designed by proper provisions to secure the strict neutrality of citizens of the United States residing in or visiting the empires of China and Japan, a notification was issued on the fourth of August last by the legation of the United States in Japan, through the consulates of the open ports of that empire, requesting American shipmasters not to approach the coasts of Suwo and Nagato pending the then contemplated hostilities between the Tycoon of Japan and the Daimio of the said provinces :

And whereas authentic information having been received by the said legation that such hostilities had actually commenced, a regulation, in further-ance of the aforesaid notification and pursuant to the act referred to, was issued by the minister resident of the United States in Japan forbidding American merchant vessels from stopping or anchoring at any port or roadstead in that country except the three opened ports, viz : Kanagawa, (Yokohama,) Nagasaki, and Hakodate, unless in distress or forced by stress of weather, as provided by treaty, and giving notice that masters of vessels committing a breach of the regulation would thereby render themselves liable to prosecution and punishment, and also to forfeiture of the protection of the United States, if the visit to such non-opened port or roadstead should either involve a breach of treaty or be construed as an act in aid of insurrection or rebellion :

Now, therefore, be it known that I, ANDREW JOHNSON, President of the United States of America, with a view to prevent acts which might injuriously affect the relations existing between the government of the United States and that of Japan, do hereby call public attention to the aforesaid notification and regulation, which are hereby sanctioned and confirmed.

In testimony whereof, I have hereunto set my hand and caused the seal of the United States to be affixed.

Done at the city of Washington, this twelfth day of January, in the year of our Lord one thousand eight hundred and sixty-seven, and of [SEAL.]    the Independence of the United States the ninety-first.

ANDREW JOHNSON.

By the President :
WILLIAM H. SEWARD, *Secretary of State.*

*Preamble.*
1860, ch. 179,
§§ 15, 24.
Vol. xii. p. 72.

*Notification*
and regulation
as to American
merchant ves-
sels stopping or
anchoring in any
port, &c. in
Japan, except
the three opened
ports.

---

### No. 8.

BY THE PRESIDENT OF THE UNITED STATES OF AMERICA: <u>Jan. 29, 1867.</u>

## A PROCLAMATION.

WHEREAS by an act of the Congress of the United States of the twenty-fourth of May, one thousand eight hundred and twenty-eight, entitled " An act in addition to an act, entitled ' An act concerning discriminating duties of tonnage and impost,' and to equalize the duties on Prussian vessels and their cargoes," it is provided that upon satisfactory evidence being given to the President of the United States by the government of any foreign nation that no discriminating duties of tonnage or impost are imposed or levied in the ports of the said nation upon vessels wholly belonging to citizens of the United States, or upon the produce, manufactures, or merchandise imported in the same from the United States or from any foreign country, the President is thereby author-ized to issue his proclamation, declaring that the foreign discriminating duties of tonnage and impost within the United States are and shall be suspended and discontinued, so far as respects the vessels of the said foreign nation, and the produce, manufactures, or merchandise imported into the United States in

*Preamble.*
1828, ch. 111.
Vol. iv. p. 308.

820    APPENDIX.

the same from the said foreign nation, or from any other foreign country, the said suspension to take effect from the time of such notification being given to the President of the United States, and to continue so long as the reciprocal exemption of vessels belonging to citizens of the United States and their cargoes, as aforesaid, shall be continued and no longer:

And whereas satisfactory evidence has lately been received by me from his Majesty the King of the Hawaiian Islands, through an official communication of his Majesty's Minister of Foreign Relations, under date of the tenth of December, one thousand eight hundred and sixty-six, that no other or higher duties of tonnage and impost are imposed or levied in the ports of the Hawaiian Islands upon vessels wholly belonging to citizens of the United States, and upon the produce, manufactures, or merchandise imported in the same from the United States, and from any foreign country whatever, than are levied on Hawaiian ships and their cargoes in the same ports under like circumstances:

*Acts imposing discriminating duties of tonnage and impost within the United States to be suspended as respects vessels of the Hawaiian Islands, and their cargoes, from December 10, A. D. 1866, and to continue until, &c.*

Now, therefore, I, ANDREW JOHNSON, President of the United States of America, do hereby declare and proclaim that so much of the several acts imposing discriminating duties of tonnage and impost within the United States are, and shall be, suspended and discontinued, so far as respects the vessels of the Hawaiian Islands, and the produce, manufactures, and merchandise imported into the United States in the same from the dominions of the Hawaiian Islands, and from any other foreign country whatever, the said suspension to take effect from the said tenth day of December, and to continue thenceforward, so long as the reciprocal exemption of the vessels of the United States, and the produce, manufactures, and merchandise imported into the dominions of the Hawaiian Islands in the same, as aforesaid, shall be continued on the part of the government of his Majesty the King of the Hawaiian Islands.

In testimony whereof, I have hereunto set my hand and caused the seal of the United States to be affixed.

Done at the city of Washington, the twenty-ninth day of January, in the year of our Lord one thousand eight hundred and sixty-seven, and [SEAL.] of the Independence of the United States of America the ninety-first.

ANDREW JOHNSON.

By the President:
WILLIAM H. SEWARD, *Secretary of State.*

———

No. 9.

March 1, 1867. BY THE PRESIDENT OF THE UNITED STATES OF AMERICA:

# A PROCLAMATION.

*Preamble.*

WHEREAS the Congress of the United States did, by an act approved on the nineteenth day of April, one thousand eight hundred and sixty-four, authorize the people of the Territory of Nebraska to form a constitution and State government, and for the admission of such State into the Union on an equal footing with the original States, upon certain conditions in said act specified; and whereas said people did adopt a constitution conforming to the provisions and conditions of said act, and ask admission into the Union; and whereas the Congress of the United States did, on the eighth and ninth days of February, one thousand eight hundred and sixty-seven, in mode prescribed by the Constitution, pass a further act for the admission of the State of Nebraska into the Union, in which last-named act it was provided that it should not take effect except upon the fundamental condition that within the State of Nebraska there should be no denial of the elective franchise or of any other right to any person by reason of race or color, excepting Indians not taxed, and upon the further fundamental condition that the legislature of said State, by a solemn public act, should declare the assent of said State to the said fundamental condition, and should transmit to the President of the United States an authenticated copy of said act of the legislature of said State, upon receipt whereof the President, by proclamation, should forthwith announce the fact, whereupon said fundamental condition should be held as a part of the organic law of the State, and thereupon, and without any further proceeding on the part of Congress, the admission of



## LIBRARY OF CONGRESS

Office of Business Enterprises
Duplication Services Section

THIS IS TO CERTIFY that the collections of the Library of Congress contain a serial entitled **CONGRESSIONAL RECORD, Proceedings and Debates of the 90th Congress, First Session, Vol. 113, Part 12, June 12, 1967, to June 20, 1967 (Pages 15309 to 16558),** and that the attached photocopies from that serial - the title page, and pages 15641 through 15646 - are a true representation from that work.

IN WITNESS WHEREOF, the seal of the Library of Congress is affixed hereto on April 4, 2016.

Gregory T. Cooper
Duplication Services, Section Head
Office of Business Enterprises
Library of Congress

101 Independence Avenue, SE Washington, DC 20540–4917 Tel 202.707.5650 www.loc.gov; duplicationservices@loc.gov



UNITED STATES          OF AMERICA

# Congressional Record

PROCEEDINGS AND DEBATES OF THE 90th CONGRESS
FIRST SESSION

## VOLUME 113—PART 12

JUNE 12, 1967, TO JUNE 20, 1967

(PAGES 15309 TO 16558)

UNITED STATES GOVERNMENT PRINTING OFFICE, WASHINGTON, 1967

groups from other nations. This bipartisan organization is doing something more than just talking about international understanding—it is doing something about it.

If mankind is ever to abolish war from the face of the earth, we first must break down the barriers of mistrust and suspicion among the peoples of the world. There is no better way to accomplish this than through just such programs as this one conducted by the American Council of Young Political Leaders.

These young people will be the leaders of the world in years to come. They will be better leaders, more understanding and tolerant leaders, if they are able to expand their knowledge of other nations, other peoples, and other political systems.

This is why, Mr. Speaker, I am so pleased with the work being done by the American Council of Young Political Leaders. They have my wholehearted support in their program to further world understanding.

---

## THE 14TH AMENDMENT—EQUAL PROTECTION LAW OR TOOL OF USURPATION

Mr. PRYOR. Mr. Speaker, I ask unanimous consent that the gentleman from Louisiana [Mr. RARICK] may extend his remarks at this point in the RECORD and include extraneous matter.

The SPEAKER pro tempore. Is there objection to the request of the gentleman from Arkansas?

There was no objection.

Mr. RARICK. Mr. Speaker, arrogantly ignoring clearcut expressions in the Constitution of the United States, the declared intent of its drafters notwithstanding, our unelected Federal judges read out prohibitions of the Constitution of the United States by adopting the fuzzy haze of the 14th amendment to legislate their personal ideas, prejudices, theories, guilt complexes, aims, and phobias.

Through the cooperation of intellectual educators, we have subjected ourselves to accept destructive use and meaning of words and phrases. We blindly accept new meanings and changed values to alter our traditional thoughts.

We have tolerantly permitted the habitual misuse of words to serve as a vehicle to abandon our foundations and goals. Thus, the present use and expansion of the 14th amendment is a shameserving as a crutch and hoodwink to precipitate a quasi-legal approach for overthrow of the tender balances and protections of limitation found in the Constitution.

Interestingly enough, the 14th amendment—whether ratified or not—was but the expression of emotional outpouring of public sentiment following the War Between the States.

Its obvious purpose and intent was but to free human beings from ownership as a chattel by other humans. Its aim was no more than to free the slaves.

As our politically appointed Federal judiciary proceeds down their chosen path of chaotic departure from the peoples' government by substituting their personal law rationalized under the 14th amendment, their actions and verbiage brand them and their team as secessionists—rebels with pens instead of guns—seeking to divide our Union.

They must be stopped. Public opinion must be aroused. The Union must and shall be preserved.

Mr. Speaker, I ask to include in the RECORD, following my remarks, House Concurrent Resolution 208 of the Louisiana Legislature urging this Congress to declare the 14th amendment illegal. Also, I include in the RECORD an informative and well-annotated treatise on the illegality of the 14th amendment—the play toy of our secessionist judges—which has been prepared by Judge Leander H. Perez, of Louisiana.

The material referred to follows:

H. CON. RES. 208

A concurrent resolution to expose the unconstitutionality of the 14th amendment to the Constitution of the United States; to interpose the sovereignty of the State of Louisiana against the execution of said amendment in this State; to memorialize the Congress of the United States to repeal its joint resolution of July 28, 1868, declaring that said amendment had been ratified; and to provide for the distribution of certified copies of this resolution

Whereas the purported 14th amendment to the United States Constitution was never lawfully adopted in accordance with the requirements of the United States Constitution because eleven states of the Union were deprived of their equal suffrage in the Senate in violation of Article V, when eleven southern states, including Louisiana, were excluded from deliberation and decision in the adoption of the Joint Resolution proposing said 14th amendment; said Resolution was not presented to the President of the United States in order that the same should take effect, as required by Article 1, Section 7; the proposed amendment was not ratified by three-fourths of the states, but to the contrary fifteen states of the then thirty-seven states of the Union rejected the proposed 14th amendment between the dates of its submission to the states by the Secretary of State on June 16, 1866 and March 24, 1868, thereby nullifying said Resolution and making it impossible for ratification by the constitutionally required three-fourths of such states; said southern states which were denied their equal suffrage in the Senate had been recognized by proclamations of the President of the United States to have duly constituted governments with all the powers which belong to free states of the Union, and the Legislatures of seven of said southern states had ratified the 13th amendment which would have failed of ratification but for the ratification of said seven southern states; and

Whereas the Reconstruction Acts of Congress unlawfully overthrew their existing governments, removed their lawfully constituted legislatures by military force and replaced them with rump legislatures which carried out military orders and pretended to ratify the 14th Amendment; and

Whereas in spite of the fact that the Secretary of State in his first proclamation, on July 20, 1868, expressed doubt as to whether three-fourths of the required states had ratified the 14th Amendment, Congress nevertheless adopted a resolution on July 28, 1868, unlawfully declaring that three-fourths of the states had ratified the 14th Amendment and directed the Secretary of State to so proclaim, said Joint Resolution of Congress and the resulting proclamation of the Secretary of State included the purported ratifications of the military enforced rump legislatures of ten southern states whose lawful legislatures had previously rejected said 14th Amendment, and also included purported ratifications by the legislatures of the States of Ohio and New Jersey although they had withdrawn their legislative ratifications several months previously, all of which proves absolutely that said 14th Amendment was not adopted in accordance with the mandatory constitutional requirements set forth in Article V of the Constitution and therefore the Constitution itself strikes with nullity the purported 14th Amendment.

Now therefore be it resolved by the Legislature of Louisiana, the House of Representatives and the Senate concurring:

(1) That the Legislature go on record as exposing the unconstitutionality of the 14th Amendment, and interposes the sovereignty of the State of Louisiana against the execution of said 14th Amendment against the State of Louisiana and its people;

(2) That the Legislature of Louisiana opposes the use of the invalid 14th Amendment by the Federal courts to impose further unlawful edicts and hardships on its people;

(3) That the Congress of the United States be memorialized by this Legislature to repeal its unlawful Joint Resolution of July 28, 1868, declaring that three-fourths of the states had ratified the 14th Amendment to the United States Constitution;

(4) That the Legislatures of the other states of the Union be memorialized to give serious study and consideration to take similar action against the validity of the 14th Amendment and to uphold and support the Constitution of the United States which strikes said 14th Amendment with nullity; and

(5) That copies of this Resolution, duly certified, together with a copy of the treatise on "The Unconstitutionality of the 14th Amendment" by Judge L. H. Perez, be forwarded to the Governors and Secretaries of State of each state in the Union, and to the Secretaries of the United States Senate and House of Congress, and to the Louisiana Congressional delegation, a copy hereof to be published in the Congressional Record.

VAIL M. DELONY,
Speaker of the House of Representatives.
C. C. AYCOCK,
Lieutenant Governor and President
of the Senate.

---

### THE 14TH AMENDMENT IS UNCONSTITUTIONAL

The purported 14th Amendment to the United States Constitution is and should be held to be ineffective, invalid, null, void and unconstitutional for the following reasons:

1. The Joint Resolution proposing said Amendment was not submitted to or adopted by a Constitutional Congress, Article I, Section 3, and Article V of the U.S. Constitution.

2. The Joint Resolution was not submitted to the President for his approval. Article I, Section 7.

3. The proposed 14th Amendment was rejected by more than one-fourth of all the States then in the Union, and it was never ratified by three-fourths of all the States in the Union. Article V.

I. THE UNCONSTITUTIONAL CONGRESS

The U.S. Constitution provides:

Article I, Section 3. "The Senate of the United States shall be composed of two Senators from each State * * *"

Article V provides: "No State, without its consent, shall be deprived of its equal suffrage in the Senate."

The fact that 23 Senators had been unlawfully excluded from the U.S. Senate, in order to secure a two-thirds vote for adoption of the Joint Resolution proposing the 14th Amendment is shown by Resolutions of pro-

test adopted by the following State Legislatures:

The New Jersey Legislature by Resolution of March 27, 1868, protested as follows:

"This adopted amendment not having yet received the assent of the three-fourths of the states, which is necessary to make it valid, the natural and constitutional right of this state to withdraw its assent is undeniable * * *."

"That it being necessary by the constitution that every amendment to the same should be proposed by two-thirds of both houses of congress, the authors of said proposition, for the purpose of securing the assent of the requisite majority, determined to, and did, exclude from the said two houses eighty representatives from eleven states of the union, upon the pretence that there were no such states in the Union; but, finding that two-thirds of the remainder of the said houses could not be brought to assent to the said proposition, they deliberately formed and carried out the design of mutilating the integrity of the United States senate, and without any pretext or justification, other than the possession of the power, without the right, and in palpable violation of the constitution, ejected a member of their own body, representing this state, and thus practically denied to New Jersey its equal suffrage in the senate, and thereby nominally secured the vote of two-thirds of the said houses." [1]

The Alabama Legislature protested against being deprived of representation in the Senate of the U.S. Congress. [2]

The Texas Legislature by Resolution on October 15, 1866, protested as follows:

"The amendment to the Constitution proposed by this joint resolution as Article XIV is presented to the Legislature of Texas for its action thereon, under Article V of that Constitution. This Article V, providing the mode of making amendments to that instrument, contemplates the participation by all the States through their representatives in Congress, in proposing amendments. As representatives from nearly one-third of the States were excluded from the Congress proposing the amendments, the constitutional requirement was not complied with; it was violated in letter and in spirit; and the proposing of these amendments to States which were excluded from all participation in their initiation in Congress, is a nullity." [3]

The Arkansas Legislature, by Resolution on December 17, 1866, protested as follows:

"The Constitution authorized two-thirds of both houses of Congress to propose amendments; and, as eleven States were excluded from deliberation and decision upon the one now submitted, the conclusion is inevitable that it is not proposed by legal authority, but in palpable violation of the Constitution." [4]

The Georgia Legislature, by Resolution on November 9, 1866, protested as follows:

"Since the reorganization of the State government, Georgia has elected Senators and Representatives. So has every other State. They have been arbitrarily refused admission to their seats, not on the ground that the qualifications of the members elected did not conform to the fourth paragraph, second section, first article of the Constitution, but because their right of representation was guaranteed by a portion of the States having equal but not greater rights than themselves. They have in fact been forcibly excluded; and, inasmuch as all legislative power granted by the States to the Congress is defined, and this power of exclusion is not among the powers expressly or by implication, the assemblage, at the capitol, of representatives from a portion of the States, to the exclusion of the representatives of another portion,

cannot be a constitutional Congress, when the representation of each State forms an integral part of the whole.

"This amendment is tendered to Georgia for ratification, under that power in the Constitution which authorizes two-thirds of the Congress to propose amendments. We have endeavored to establish that Georgia had a right, in the first place, as a part of the Congress, to act upon the question, 'Shall these amendments be proposed?' Every other excluded State had the same right.

"The first constitutional privilege has been arbitrarily denied. Had these amendments been submitted to a constitutional Congress, they never would have been proposed to the States. Two-thirds of the whole Congress never would have proposed to eleven States voluntarily to reduce their political power in the Union, and at the same time, disfranchise the larger portion of the intellect, integrity and patriotism of eleven co-equal States." [5]

The Florida Legislature, by Resolution of December 5, 1866, protested as follows:

"Let this alteration be made in the organic system and some new and more startling demands may or may not be required by the predominant party previous to allowing the ten States now unlawfully and unconstitutionally deprived of their right of representation to enter the Halls of the National Legislature. Their right to representation is guaranteed by the Constitution of this country and there is no act, not even that of rebellion, can deprive them of its exercise." [6]

The South Carolina Legislature by Resolution of November 27, 1866, protested as follows:

"Eleven of the Southern States, including South Carolina, are deprived of their representation in Congress. Although their Senators and Representatives have been duly elected and have presented themselves for the purpose of taking their seats, their credentials have, in most instances, been laid upon the table without being read, or have been referred to a committee, who have failed to make any report on the subject. In short, Congress has refused to exercise its Constitutional functions, and decide either upon the election, the return, or the qualification of these selected by the States and people to represent us. Some of the Senators and Representatives from the Southern States were prepared to take the test oath, but even these have been persistently ignored, and kept out of the seats to which they were entitled under the Constitution and laws.

"Hence this amendment has not been proposed by 'two-thirds of both Houses' of a legally constituted Congress, and is not, Constitutionally or legitimately, before a single Legislature for ratification." [7]

The North Carolina Legislature protested by Resolution of December 6, 1866 as follows:

"The Federal Constitution declares, in substance, that Congress shall consist of a House of Representatives, composed of members apportioned among the respective States in the ratio of their population, and of a Senate, composed of two members from each State. And in the Article which concerns Amendments, it is expressly provided that 'no State, without its consent, shall be deprived of its equal suffrage in the Senate. The contemplated Amendment was not proposed to the States by a Congress thus constituted. At the time of its adoption, the eleven seceding States were deprived of representation both in the Senate and House, although they all, except the State of Texas, had Senators and Representatives duly elected and claiming their privileges under

the Constitution. In consequence of this, these States had no voice on the important question of proposing the Amendment. Had they been allowed to give their votes, the proposition would doubtless have failed to command the required two-thirds majority. * * *

"If the votes of these States are necessary to a valid ratification of the Amendment, they were equally necessary on the question of proposing it to the States; for it would be difficult, in the opinion of the Committee, to show by what process in logic, men of intelligence could arrive at a different conclusion." [8]

### II. JOINT RESOLUTION INEFFECTIVE

Article I, Section 7 provides that not only every bill which shall have been passed by the House of Representatives and the Senate of the United States Congress, but that:

"Every order, resolution, or vote to which the concurrence of the Senate and House of Representatives may be necessary (except on a question of adjournment) shall be presented to the President of the United States; and before the same shall take effect, shall be approved by him, or being disapproved by him shall be repassed by two-thirds of the Senate and House of Representatives, according to the rules and limitations prescribed in the case of a bill."

The Joint Resolution proposing the 14th Amendment [9] was never presented to the President of the United States for his approval, as President Andrew Johnson stated in his message on June 22, 1866. [10] Therefore, the Joint Resolution did not take effect.

### III. PROPOSED AMENDMENT NEVER RATIFIED BY THREE-FOURTHS OF THE STATES

1. Pretermitting the ineffectiveness of said resolution, as above, fifteen (15) States out of the then thirty-seven (37) States of the Union rejected the proposed 14th Amendment between the date of its submission to the States by the Secretary of State on June 16, 1866 and March 24, 1868, thereby further nullifying said resolution and making it impossible for its ratification by the constitutionally required three-fourths of such States, as shown by the rejections thereof by the Legislatures of the following states:

Texas rejected the 14th Amendment on October 27, 1866. [11]

Georgia rejected the 14th Amendment on November 9, 1866. [12]

Florida rejected the 14th Amendment on December 6, 1866. [13]

Alabama rejected the 14th Amendment on December 7, 1866. [14]

North Carolina rejected the 14th Amendment on December 14, 1866. [15]

Arkansas rejected the 14th Amendment on December 17, 1866. [16]

South Carolina rejected the 14th Amendment on December 20, 1866. [17]

Kentucky rejected the 14th Amendment on January 8, 1867. [18]

---

[1] New Jersey Acts, March 27, 1868.

[2] Alabama House Journal 1866, pp. 210–213.

[3] Texas House Journal, 1866, p. 577.

[4] Arkansas House Journal, 1866, p. 287.

[5] Georgia House Journal, November 9, 1866, pp. 66–67.

[6] Florida House Journal, 1866, p. 76.

[7] South Carolina House Journal, 1866, pp. 33 and 34.

[8] North Carolina Senate Journal, 1866–67, pp. 92 and 93.

[9] 14 Stat. 358 etc.

[10] Senate Journal, 39th Congress, 1st session, p. 563, and House Journal p. 889.

[11] House Journal 1866, pp. 578–584—Senate Journal 1866, p. 471.

[12] House Journal 1866, p. 68—Senate Journal 1866, p. 72.

[13] House Journal 1866, p. 76—Senate Journal 1866, p. 8.

[14] House Journal 1866, pp. 210–213—Senate Journal 1866, p. 183.

[15] House Journal 1866–1867, p. 183—Senate Journal 1866–1867, p. 138.

[16] House Journal 1866, pp. 288–291—Senate Journal 1866, p. 262.

[17] House Journal 1866, p. 284—Senate Journal 1866, p. 230.

[18] House Journal 1867, p. 60—Senate Journal 1867, p. 62.

Virginia rejected the 14th Amendment on January 9, 1867.[18]

Louisiana rejected the 14th Amendment on February 6, 1867.[19]

Delaware rejected the 14th Amendment on February 7, 1867.[21]

Maryland rejected the 14th Amendment on March 23, 1867.[22]

Mississippi rejected the 14th Amendment on January 31, 1867.[23]

Ohio rejected the 14th Amendment on January 15, 1868.[24]

New Jersey rejected the 14th Amendment on March 24, 1868.[24]

There was no question that all of the Southern states which rejected the 14th Amendment had legally constituted governments, were fully recognized by the federal government, and were functioning as member states of the Union at the time of their rejection.

President Andrew Johnson, in his Veto message of March 2, 1867,[25] pointed out that: "It is not denied that the States in question have each of them an actual government with all the powers, executive, judicial and legislative, which properly belong to a free State. They are organized like the other States of the Union, and, like them, they make, administer, and execute the laws which concern their domestic affairs."

If further proof were needed that these States were operating under legally constituted governments as member State in the Union, the ratification of the 13th Amendment by December 8, 1865 undoubtedly supplies this official proof. If the Southern States were not member States of the Union, the 13th Amendment would not have been submitted to their Legislatures for ratification.

2. The 13th Amendment to the United States Constitution was proposed by Joint Resolution of Congress[26] and was approved February 1, 1865 by President Abraham Lincoln, as required by Article I, Section 7 of the United States Constitution. The President's signature is affixed to the Resolution.

The 13th Amendment was ratified by 27 states of the then 36 states of the Union, including the Southern States of Virginia, Louisiana, Arkansas, South Carolina, Alabama, North Carolina and Georgia. This is shown by the Proclamation of the Secretary of State December 18, 1865.[28] Without the votes of these 7 Southern State Legislatures the 13th Amendment would have failed. There can be no doubt but that the ratification by these 7 Southern States of the 13th Amendment again established the fact that their Legislatures and State governments were duly and legally constituted and functioning as such under their State Constitutions.

3. Furthermore, on April 2, 1866, President Andrew Johnson issued a proclamation that, "the insurrection which heretofore existed in the States of Georgia, South Carolina, Virginia, North Carolina, Tennessee, Alabama, Louisiana, Arkansas, Mississippi and Florida is at an end, and is henceforth to be so regarded." [29]

On August 20, 1866, President Andrew Johnson issued another proclamation[30] pointing out the fact that the House of Representatives and Senate had adopted identical Resolutions on July 22nd[31] and July 25th, 1861,[32] that the Civil War forced by disunionists of the Southern States, was not waged for the purpose of conquest or to overthrow the rights and established institutions of those States, but to defend and maintain the supremacy of the Constitution and to preserve the Union with all equality and rights of the several states unimpaired, and that as soon as these objects are accomplished, the war ought to cease. The President's proclamation on June 13, 1865, declared the insurrection in the State of Tennessee had been suppressed.[33] The President's proclamation on April 2, 1866,[34] declared the insurrection in the other Southern States, except Texas, no longer existed. On August 20, 1866,[35] the President proclaimed that the insurrection in the State of Texas had been completely ended; and his proclamation continued: "the insurrection which heretofore existed in the State of Texas is at an end, and is to be henceforth so regarded in that State, as in the other States before named in which the said insurrection was proclaimed to be at an end by the aforesaid proclamation of the second day of April, one thousand, eight hundred and sixty-six."

"And I do further proclaim that the said insurrection is at an end, and that peace, order, tranquility, and civil authority now exist, in and throughout the whole of the United States of America."

4. When the State of Louisiana rejected the 14th Amendment on February 6, 1867, making the 10th state to have rejected the same, or more than one-fourth of the total number of 36 states of the Union as of that date, thus leaving less than three-fourths of the states possibly to ratify the same, the Amendment failed of ratification in fact and in law, and it could not have been revived except by a new Joint Resolution of the Senate and House of Representatives in accordance with Constitutional requirement.

5. Faced with the positive failure of ratification of the 14th Amendment, both Houses of Congress passed over the veto of the President three Acts known as Reconstruction Acts, between the dates of March 2 and July 19, 1867, especially the third of said Acts, 15 Stat. p. 14 etc., designed illegally to remove with "Military force" the lawfully constituted State Legislatures of the 10 Southern States of Virginia, North Carolina, South Carolina, Georgia, Florida, Alabama, Mississippi, Arkansas, Louisiana and Texas. In President Andrew Johnson's Veto message on the Reconstruction Act of March 2, 1867,[36] he pointed out these unconstitutionalities:

"If ever the American citizen should be left to the free exercise of his own judgment, it is when he is engaged in the work of forming the fundamental law under which he is to live. That work is his work, and it cannot properly be taken out of his hands. All this legislation proceeds upon the contrary Assumption that the people of each of these States shall have no constitution, except such as may be arbitrarily dictated by Congress, and formed under the restraint of military rule. A plain statement of facts makes this evident.

"In all these States there are existing constitutions, framed in the accustomed way by the people. Congress, however, declares that these constitutions are not 'loyal and republican,' and requires the people to form them anew. What, then, in the opinion of Congress, is necessary to make the constitution of a State 'loyal and republican?' The original act answers the question: 'It is universal negro suffrage, a question which the federal Constitution leaves exclusively to the States themselves. All this legislative machinery of martial law, military coercion, and political disfranchisement is avowedly for that purpose and none other. The existing constitutions of the ten States conform to the acknowledged standards of loyalty and republicanism. Indeed, if there are degrees in republican forms of government, their constitutions are more republican now, than when these States—four of which were members of the original thirteen—first became members of the Union."

In President Andrew Johnson's Veto message on the Reconstruction Act on July 19, 1867,[37] he pointed out various unconstitutionalities as follows:

"The veto of the original bill of the 2d of March was based on two distinct grounds, the interference of Congress in matters strictly appertaining to the reserved powers of the States, and the establishment of military tribunals for the trial of citizens in time of peace.

"*     *     *     *     *     *

"A singular contradiction is apparent here. Congress declares these local State governments to be illegal governments, and then provides that these illegal governments shall be carried on by federal officers, who are to perform the very duties on its own officers by this illegal State authority. It certainly would be a novel spectacle if Congress should attempt to carry on a legal State government by the agency of its own officers. It is yet more strange that Congress attempts to sustain and carry on an illegal State government by the same federal agency.

"*     *     *     *     *     *

"It is now too late to say that these ten political communities are not States of this Union. Declarations to the contrary made in these three acts are contradicted again and again by repeated acts of legislation enacted by Congress from the year 1861 to the year 1867.

"During that period, while these States were in actual rebellion, and after that rebellion was brought to a close, they have been again and again recognized as States of the Union. Representation has been apportioned to them as States. They have been divided into judicial districts for the holding of district and circuit courts of the United States, as States of the Union only can be districted. The last act on this subject was passed July 23, 1866, by which every one of these ten States was arranged into districts and circuits.

"They have been called upon by Congress to act through their legislatures upon at least two amendments to the Constitution of the United States. As States they have ratified one amendment, which required the vote of twenty-seven States of the thirty-six then composing the Union. When this requisite twenty-seven votes were given in favor of that amendment—seven of which votes were given by seven of these ten States—it was proclaimed to be a part of the Constitution of the United States, and slavery was declared no longer to exist within the United States or any place subject to their jurisdiction. If these seven States were not legal States of the Union, it follows as an inevitable consequence that in some of the States slavery yet exists. It does not exist

---

[18] House Journal 1866–1867, p. 108—Senate Journal 1866–1867, p. 101.

[19] McPherson, Reconstruction, p. 194; Annual Encyclopedia, p. 452.

[21] House Journal 1867, p. 223—Senate Journal 1867, p. 176.

[22] House Journal 1867, p. 1141—Senate Journal 1867, p. 808.

[23] McPherson, Reconstruction, p. 194.

[24] House Journal 1868, pp. 44–50—Senate Journal 1868, pp. 33–38.

[25] Minutes of the Assembly 1868, p. 743—Senate Journal 1868, p. 356.

[26] House Journal, 39th Congress, 2nd Session, p. 563 etc.

[28] 13 Stat. p. 567.

[29] 13 Stat. p. 774.

[30] Presidential Proclamation No. 153, General Records of the United States, G.S.A. National Archives and Records Service.

[31] 14 Stat. p. 814.

[31] House Journal, 37th Congress, 1st Sessn. p. 123 etc.

[32] Senate Journal, 37th Congress, 1st Sessn. p. 91 etc.

[33] 13 Stat. 763.

[34] 14 Stat. p. 811.

[35] 14 Stat. 814.

[36] House Journal, 39th Congress, 2nd Session, p. 563 etc.

[37] 40th Congress, 1st Sessn. House Journal p. 232 etc.

CONGRESSIONAL RECORD — HOUSE *June 13, 1967*

in these seven States, for they have abolished it also in their State constitutions; but Kentucky not having done so, it would still remain in that State. But, in truth, if this assumption that these States have no legal State governments be true, then the abolition of slavery by these illegal governments binds no one, for Congress now denies to these States the power to abolish slavery by denying to them the power to elect a legal State legislature, or to frame a constitution for any purpose, even for such a purpose as the abolition of slavery.

"As to the other constitutional amendment having reference to suffrage, it happens that these States have not accepted it. The consequence is, that it has never been proclaimed or understood, even by Congress, to be a part of the Constitution of the United States. The Senate of the United States has repeatedly given its sanction to the appointment of judges, district attorneys, and marshals for every one of these States; yet, if they are not legal States, not one of these judges is authorized to hold a court. So, too, both houses of Congress have passed appropriation bills to pay all these judges, attorneys, and officers of the United States for exercising their functions in these States. Again, in the machinery of the internal revenue laws, all these States are districted, not as 'Territories,' but as 'States.'

"So much for continuous legislative recognition. The instances cited, however, fall far short of all that might be enumerated. Executive recognition, as is well known, has been frequent and unwavering. The same may be said as to judicial recognition through the Supreme Court of the United States.

\* \* \* \*

"To me these considerations are conclusive of the unconstitutionality of this part of the bill now before me, and I earnestly commend their consideration to the deliberate judgment of Congress. [And now to the Court.]

"Within a period less than a year the legislation of Congress has attempted to strip the executive department of the government of some of the essential powers. The Constitution, and the oath provided in it, devolve upon the President the power and duty to see that the laws are faithfully executed. The Constitution, in order to carry out this power, gives him the choice of the agents, and makes them subject to his control and supervision. But in the execution of these laws the constitutional obligation upon the President remains, but the powers to exercise that constitutional duty is effectually taken away. The military commander is, as to the power of appointment, made to take the place of its President, and the General of the Army the place of the Senate; and any attempt on the part of the President to assert his own constitutional power may, under pretence of law, be met by official insubordination. It is to be feared that these military officers, looking to the authority given by these laws rather than to the letter of the Constitution, will recognize no authority but the commander of the district and the General of the army.

"If there were no other objection than this to this proposed legislation, it would be sufficient."

No one can contend that the Reconstruction Acts were ever upheld as being valid and constitutional.

They were brought into question, but the Courts either avoided decision or were prevented by Congress from finally adjudicating upon their constitutionality.

In *Mississippi* v. *President Andrew Johnson*, (4 Wall. 475–502), where the suit sought to enjoin the President of the United States from enforcing provisions of the Reconstruction Acts, the U.S. Supreme Court held that the President cannot be enjoined because of the judicial Department of the government in attempt to enforce the performance of

the duties by the President might be justly characterized, in the language of Chief Justice Marshall, as "an absurd and excessive extravagance." The Court further said that if the Court granted the injunction against enforcement of the Reconstruction Acts, and if the President refused obedience, it is needless to observe that the Court is without power to enforce its process.

In a joint action, the states of Georgia and Mississippi brought suit against the President and the Secretary of War, (6 Wall. 50–78, 154 U.S. 554).

The Court said that:

"The bill then sets forth that the intent and design of the Acts of Congress, as apparent on their face and by their terms, are to overthrow and annul this existing state government, and to erect another and different government in its place, unauthorized by the Constitution and in defiance of its guaranties; and that, in furtherance of this intent and design, the defendants, the Secretary of War, the General of the Army, and Major-General Pope, acting under orders of the President, are about setting in motion a portion of the army to take military possession of the state, and threaten to subvert her government and subject her people to military rule; that the state is holding inadequate means to resist the power and force of the Executive Department of the United States; and she therefore insists that such protection can, and ought to be afforded by a decree or order of his court in the premises."

"The applications for injunction by these two states to prohibit the Executive Department from carrying out the provisions of the Reconstruction Acts directed to the overthrow of their government, including this dissolution of their state legislatures, were denied on the grounds that the organization of the government into three great departments, the executive, legislative and judicial, carried limitations of the powers of each by the Constitution. This case when the same way as the previous case of Mississippi against President Johnson and was dismissed without adjudicating upon the constitutionality of the Reconstruction Acts.

In another case, *ex parte* William H. McCardle (7 Wall. 506–515), a petition for the writ of habeas corpus for unlawful restraint by military force of a citizen not in the military service of the United States was before the United States Supreme Court. After the case was argued and taken under advisement, and before conference in regard to the decision to be made, Congress passed an emergency Act, (Act March 27, 1868, 15 Stat. at L. 44), vetoed by the President and repassed over his veto, repealing the jurisdiction of the U.S. Supreme Court in such case. Accordingly, the Supreme Court dismissed the appeal without passing upon the constitutionality of the Reconstruction Acts, under which the non-military citizen was held by the military without benefit of writ of habeas corpus, in violation of Section 9, Article I of the U.S. Constitution which prohibits the suspension of the writ of habeas corpus.

That Act of Congress placed the Reconstruction Acts beyond judicial recourse and avoided tests of constitutionality.

It is recorded that one of the Supreme Court Justices, Grier, protested against the action of the Court as follows:

"This case was fully argued in the beginning of this month. It is a case which involves the liberty and rights, not only of the appellant but of millions of our fellow citizens. The country and the parties had a right to expect that it would receive the immediate and solemn attention of the court. By the postponement of this case we shall subject ourselves, whether justly or unjustly, to the imputation that we have evaded the performance of a duty imposed

on us by the Constitution, and waited for Legislative interposition to supersede our action, and relieve us from responsibility. I am not willing to be a partaker of the eulogy or opprobrium that may follow. I can only say . . . I am ashamed that such opprobrium should be cast upon the court and that it cannot be refuted."

The ten States were organized into Military Districts under the unconstitutional "Reconstruction Acts," their lawfully constituted Legislature illegally were removed by "military force," and they were replaced by rump, so-called Legislatures, seven of which carried out military orders and pretended to ratify the 14th Amendment, as follows:

Arkansas on April 6, 1868;[36]
North Carolina on July 2, 1868;[37]
Florida on June 9, 1868;[38]
Louisiana on July 9, 1868;[39]
South Carolina on July 9, 1868;[40]
Alabama on July 13, 1868;[41] and Georgia on July 21, 1868.[42]

6. Of the above 7 States whose Legislatures were removed and replaced by rump, so-called Legislatures, six (6) Legislatures of the States of Louisiana, Arkansas, South Carolina, Alabama, North Carolina and Georgia had ratified the 13th Amendment, as shown by the Secretary of State's Proclamation of December 18, 1865, without which 6 States' ratifications, the 13th Amendment could not and would not have been ratified because said 6 States made a total of 27 out of 36 States or exactly three-fourths of the number required by Article V of the Constitution for ratification.

Furthermore, governments of the States of Louisiana and Arkansas had been re-established under a Proclamation issued by President Abraham Lincoln December 8, 1863.[43]

The government of North Carolina had been re-established under a Proclamation issued by President Andrew Johnson dated May 29, 1865.[44]

The government of Georgia had been re-established under a proclamation issued by President Andrew Johnson dated June 17, 1865.[45]

The government of Alabama had been re-established under a Proclamation issued by President Andrew Johnson dated June 21, 1865.[46]

The government of South Carolina had been re-established under a Proclamation issued by President Andrew Johnson dated June 30, 1865.[47]

These three "Reconstruction Acts"[48] under which the above State Legislatures were illegally removed and unlawful rump or puppet so-called Legislatures were substituted in a mock effort to ratify the 14th Amendment, were unconstitutional, null and void, ab initio, and all acts done thereunder were also null and void, including the purported ratification of the 14th Amendment by said 6 Southern puppet State Legislatures of

---

[36] McPherson, Reconstruction, p. 53.
[37] House Journal 1868, p. 15, Senate Journal 1868, p. 15.
[38] House Journal 1868, p. 9, Senate Journal 1868, p. 8.
[39] Senate Journal 1868, p. 21.
[40] House Journal 1868, p. 50, Senate Journal 1868, p. 12.
[41] Senate Journal, 40th Congress, 2nd Sessn, p. 725.
[42] House Journal, 1868, p. 50.
[43] Vol. I, pp. 288–306; Vol. II, pp. 1429–1448—"The Federal and State Constitutions," etc., compiled under Act of Congress on June 30, 1906, Francis Newton Thorpe, Washington Government Printing Office (1906).
[44] Same, Thorpe, Vol. V, pp. 2789–2800.
[45] Same, Thorpe, Vol. II, pp. 809–822.
[46] Same, Thorpe, Vol. I, pp. 116–132.
[47] Same, Thorpe, Vol. VI, pp. 3269–3281.
[48] 14 Stat. p. 428, etc. 15 Stat. p. 14, etc.

June 13, 1967     CONGRESSIONAL RECORD — HOUSE     15645

Arkansas, North Carolina, Louisiana, South Carolina, Alabama and Georgia.

Those Reconstruction Acts of Congress and all acts and things unlawfully done thereunder were in violation of Article IV, Section 4 of the United States Constitution, which required the United States to guarantee every State in the Union a republican form of government. They violated Article I, Section 3, and Article V of the Constitution, which entitled every State in the Union to two Senators, because under provisions of these unlawful Acts of Congress, 10 States were deprived of having two Senators, or equal suffrage in the Senate.

7. The Secretary of State expressed doubt as to whether three-fourths of the required states had ratified the 14th Amendment, as shown by his Proclamation of July 20, 1868.[51] Promptly on July 21, 1868, a Joint Resolution[52] was adopted by the Senate and House of Representatives declaring that three-fourths of the several States of the Union had ratified the 14th Amendment. That resolution, however, included purported ratifications by the unlawful puppet Legislatures of 5 States, Arkansas, North Carolina, Louisiana, South Carolina and Alabama, which had previously rejected the 14th Amendment by action of their lawfully constituted Legislatures, as above shown. This Joint Resolution assumed to perform the function of the Secretary of State in whom Congress, by Act of April 20, 1818, had vested the function of issuing such proclamation declaring the ratification of Constitutional Amendments.

The Secretary of State bowed to the action of Congress and issued his Proclamation of July 28, 1868,[53] in which he stated that he was acting under authority of the Act of April 20, 1818, but pursuant to said Resolution of July 21, 1868. He listed three-fourths or so of the then 37 states as having ratified the 14th Amendment, including the purported ratification of the unlawful puppet Legislatures of the States of Arkansas, North Carolina, Louisiana, South Carolina and Alabama. Without said 5 unlawful purported ratifications there would have been only 25 states left to ratify out of 37 when a minimum of 28 states was required for ratification by three-fourths of the States of the Union.

The Joint Resolution of Congress and the resulting Proclamation of the Secretary of State also included purported ratifications by the States of Ohio and New Jersey, although the Proclamation recognized that the Legislatures of said states, several months previously, had withdrawn their ratification and effectively rejected the 14th Amendment in January, 1868, and April, 1868.

Therefore, deducting these two states from the purported ratifications of the 14th Amendment, only 23 State ratifications at most could be claimed; whereas the ratification of 28 States, or three-fourths of 37 States in the Union, were required to ratify the 14th Amendment.

From all of the above documented historic facts, it is inescapable that the 14th Amendment never was validly adopted as an article of the Constitution, that it has no legal effect, and it should be declared by the Courts to be unconstitutional, and therefore null, void and of no effect.

THE CONSTITUTION STRIKES THE 14TH AMENDMENT WITH NULLITY

The defenders of the 14th Amendment contend that the U.S. Supreme Court has finally decided upon its validity. Such is not the case.

In what is considered the leading case, Coleman v. Miller, 307 U.S. 448, 59 S. Ct. 972, the U.S. Supreme Court did not uphold the validity of the 14th Amendment.

[Footnotes:]
[51] 15 Stat. p. 706.
[52] House Journal, 40th Congress, 2nd Sessn. p. 1126 etc.
[53] 15 Stat. p. 708.

In that case, the Court brushed aside constitutional questions as though they did not exist. For instance, the Court made the statement that:

"The legislatures of Georgia, North Carolina and South Carolina had rejected the amendment in November and December, 1866. New governments were erected in those States (and in others) under the direction of Congress. The new legislatures ratified the amendment, that of North Carolina on July 4, 1868, that of South Carolina on July 9, 1868, and that of Georgia on July 21, 1868."

And the Court gave no consideration to the fact that Georgia, North Carolina and South Carolina were three of the original states of the Union with valid and existing constitutions on an equal footing with the other original states and those later admitted into the Union.

What constitutional right did Congress have to remove those state governments and their legislatures under unlawful military power set up by the unconstitutional "Reconstruction Acts," which had for their purpose, the destruction and removal of these legal state governments and the nullification of their Constitutions?

The fact that these three states and seven other Southern States had existing Constitutions, were recognized as states of the Union, again and again; had been divided into judicial districts for holding their district and circuit courts of the United States; had been called upon by Congress to act through their legislatures upon two Amendments, the 13th and 14th, and by their ratifications had actually made possible the adoption of the 13th Amendment; as well as their state governments having been re-established under Presidential Proclamations, as shown by President Andrew Johnson's Veto message and proclamations, all brushed aside by the Court in Coleman by the statement that: "New governments were erected in those States (and in others) under the direction of Congress," and that these new legislatures ratified the Amendment.

The U.S. Supreme Court overlooked that it previously had held that at no time were these Southern States out of the Union. White v. Hart, 1871, 13 Wall. 646, 654.

In Coleman, the Court did not adjudicate upon the invalidity of the Acts of Congress which set aside those state Constitutions and abolished their state legislatures,—the Court simply referred to the fact that their legally constituted legislatures had rejected the 14th Amendment and that the "new legislatures" had ratified the Amendment.

The Court overlooked the fact, too, that the State of Virginia was also one of the original states with its Constitution and Legislature in full operation under its civil government as the time.

The Court also ignored the fact that the other six Southern States, which were given the same treatment by Congress under the unconstitutional "Reconstruction Acts", all had legal constitutions and a republican form of government in each state, as was recognized by Congress by its admission of those states into the Union. The Court certainly must take judicial cognizance of the fact that before a new state is admitted by Congress into the Union, Congress enacts an Enabling Act to enable the inhabitants of the territory to adopt a Constitution as a condition precedent to the admission of the state into the Union, and upon approval of such Constitution, Congress then passes the Act of Admission of such state.

All this was ignored and brushed aside by the Court in the Coleman case. However, in Coleman the Court inadvertently said this:

"Whenever official notice is received at the Department of State that any amendment proposed to the Constitution of the United

States has been adopted, according to the provisions of the Constitution, the Secretary of State shall forthwith cause the amendment to be published, with his certificate, specifying the States by which the same may have been adopted, and that the same has become valid, to all intents and purposes, as a part of the Constitution of the United States."

In Hawke v. Smith, 1920, 253 U.S. 221, 40 S. Ct. 227, the U.S. Supreme Court unmistakably held:

"The fifth article is a grant of authority by the people to Congress. The determination of the method of ratification is the exercise of a national power specifically granted by the Constitution; that power is conferred upon Congress, and is limited to two methods, by action of the Legislatures of three-fourths of the states, or conventions in a like number of states. Dodge v. Woolsey, 18 How. 331, 348, 15 L. Ed. 401. The framers of the Constitution might have adopted a different method. Ratification might have been left to a vote of the people, or to some authority of government other than that selected. The language of the article is plain, and admits of no doubt in its interpretation. It is not the function of courts or legislative bodies, national or state, to alter the method which the Constitution has fixed."

We submit that in none of the cases, in which the Court avoided the constitutional issues involved in the composition of the Congress which adopted the Joint Resolution for the 14th Amendment, did the Court pass upon the constitutionality of the Congress which purported to adopt the Joint Resolution for the 14th Amendment, with 80 Representatives and 23 Senators, in effect, forcibly ejected or denied their seats and their votes on the Joint Resolution proposing the Amendment, in order to pass the same by a two-thirds vote, as pointed out in the New Jersey Legislature Resolution on March 27, 1868.

The constitutional requirements set forth in Article V of the Constitution permit the Congress to propose amendments only whenever two-thirds of both houses shall deem it necessary,—that is, two-thirds of both houses as then constituted without forcible ejections.

Such a fragmentary Congress also violated the constitutional requirements of Article V that no state, without its consent, shall be deprived of its equal suffrage in the Senate.

There is no such thing as giving life to an amendment illegally proposed or never legally ratified by three-fourths of the states. There is no such thing as amendment by laches; no such thing as amendment by waiver; no such thing as amendment by acquiescence; and no such thing as amendment by any other means whatsoever except the means specified in Article V of the Constitution itself.

It does not suffice to say that there have been hundreds of cases decided under the 14th Amendment to supply the constitutional deficiencies in its proposal or ratification as required by Article V. If hundreds of litigants did not question the validity of the 14th Amendment, or questioned the same perfunctorily without submitting documentary proof of the facts of record which made its purported adoption unconstitutional, their failure cannot change the Constitution, for the millions in America. The same thing is true of laches; the same thing is true of acquiescence; the same thing is true of ill considered court decisions.

To ascribe constitutional life to an alleged amendment which never came into being according to specific methods laid down in Article V cannot be done without doing violence to Article V itself. This is true, because the only question open to the courts is whether the alleged 14th Amendment became a part of the Constitution through a

method required by Article V. Anything beyond that which a court is called upon to hold in order to validate an amendment, would be equivalent to writing into Article V another mode of the amendment which has never been authorized by the people of the United States.

On this point, therefore, the question is, was the 14th Amendment proposed and ratified in accordance with Article V?

In answering this question, it is of no real moment that decisions have been rendered in which the parties did not contest or submit proper evidence, or the Court assumed that there was a 14th Amendment. If a statute never in fact passed by Congress, through some error of administration and printing got into the published reports of the statutes, and if under such supposed statute courts had levied punishment upon a number of persons charged under it, and if the error in the published volume was discovered and the fact became known that no such statute had ever passed in Congress, it is unthinkable that the Courts would continue to administer punishment in reliance, on a non-existent statute because prior decisions had done so. If that be true as to a statute we need only realize the greater truth when the principle is applied to the solemn question of the contents of the Constitution.

While the defects in the method of proposing and the subsequent method of computing "ratification" is briefed elsewhere, it should be noted that the failure to comply with Article V began with the first action by Congress. The very Congress which proposed the alleged 14th Amendment under the first part of Article V as itself, at that very time, violating the last part as well as the first part of Article V of the Constitution. We shall see how this was done.

There is one, and only one, provision of the Constitution of the United States which is forever immutable—which can never be changed or expunged. The Courts cannot alter it; the executives cannot change it; the Congress cannot change it; the States themselves—even all the States in perfect concert—cannot amend it in any manner whatsoever, whether they act through conventions called for the purpose or through their legislatures. Not even the unanimous vote of every voter in the United States could amend this provision. It is a perpetual fixture in the Constitution, so perpetual and so fixed that if the people of the United States desired to change or exclude it, they would be compelled to abolish the Constitution and start afresh.

The unalterable provision is this: "that no State, without its consent, shall be deprived of its equal suffrage in the Senate."

A state, by its own consent, may waive this right of equal suffrage, but that is the only legal method by which a failure to accord this immutable right of equal suffrage in the Senate can be justified. Certainly not by forcible ejection and denial by a majority in Congress, as was done for the adoption of the Joint Resolution for the 14th Amendment.

Statements by the Court in the Coleman case that Congress was left in complete control of the mandatory process, and therefore it was a political affair for Congress to decide if an amendment had been ratified, does not square with Article V of the Constitution which shows no intention to leave Congress in charge of deciding whether there has been a ratification. Even a constitutionally recognized Congress is given but one volition in Article V, that is, to vote whether to propose an Amendment on its own initiative. The remaining steps by Congress are mandatory. If two-thirds of both houses shall deem it necessary, Congress shall propose amendments; if the Legislatures of two-thirds of the States make application, Congress shall call a convention. For the Court to give Congress any power beyond that to be

found in Article V is to write the new material into Article V.

It would be inconceivable that the Congress of the United States could propose, compel submission to, and then give life to an invalid amendment by resolving that its effort had succeeded—regardless of compliance with the positive provisions of Article V.

It should need no further citations to sustain the proposition that neither the Joint Resolution proposing the 14th Amendment nor its ratification by the required three-fourths of the States in the Union were in compliance with the requirements of Article V of the Constitution.

When the mandatory provisions of the Constitution are violated, the Constitution itself strikes with nullity the Act that did violence to its provisions. Thus, the Constitution strikes with nullity the purported 14th Amendment.

The Courts, bound by oath to support the Constitution, should review all of the evidence herein submitted and measure the facts proving violations of the mandatory provisions of the Constitution with Article V, and finally render judgment declaring said purported Amendment never to have been adopted as required by the Constitution.

The Constitution makes it the sworn duty of the judges to uphold the Constitution which strikes with nullity the 14th Amendment.

And, as Chief Justice Marshall pointed out for a unanimous Court in Marbury v. Madison (1 Cranch 136 @ 179):

"The framers of the constitution contemplated the instrument as a rule for the government of courts, as well as of the legislature."

\*       \*       \*       \*       \*

"Why does a judge swear to discharge his duties agreeably to the constitution of the United States, if that constitution forms no rule for his government?"

\*       \*       \*       \*       \*

"If such be the real state of things, that is worse than solemn mockery. To prescribe, or to take this oath, becomes equally a crime."

\*       \*       \*       \*       \*

"Thus, the particular phraseology of the constitution of the United States confirms and strengthens the principle, supposed to be essential to all written constitutions \* \* \* courts, as well as other departments, are bound by that instrument."

The federal courts actually refuse to hear argument on the invalidity of the 14th Amendment, even when the issue is presented squarely by the pleadings and the evidence as above.

Only an aroused public sentiment in favor of preserving the Constitution and our institutions and freedoms under constitutional government, and the future security of our country, will break the political barrier which now prevents judicial consideration of the unconstitutionality of the 14th amendment.

## THE MIDEAST CRISIS—NOT BACKWARD TO BELLIGERENCY BUT FORWARD TO PEACE

Mr. PRYOR. Mr. Speaker, I ask unanimous consent that the gentleman from New York [Mr. TENZER] may extend his remarks at this point in the RECORD and include extraneous matter.

The SPEAKER pro tempore. Is there objection to the request of the gentleman from Arkansas?

There was no objection.

Mr. TENZER. Mr. Speaker, the distinguished Foreign Minister of the State

of Israel, Abba Eban, in his address to the United Nations Security Council on June 6, 1967, set the theme for a lasting peace in the Middle East so much desired by all the peace-loving nations of the world. His address was entitled, "Not Backward to Belligerency but Forward to Peace."

On June 7, 1967, following the first United Nations resolution calling for a cease-fire in the Middle East, I stated to a distinguished group of Americans who visited me in Washington as follows:

I deem it most imperative that the terms of the agreement to follow the cease fire provide effective guarantees, to the end that permanent peace may be established in the Middle East.

The interests of world peace would best be served if the terms provide:

1. For *recognition* of the validity of the sovereignty of the State of Israel by the U.A.R. and other Arab states.

2. A *reaffirmation* that the Gulf of Aqaba is an international waterway and will remain open for free passage to shipping of all nations through the Straits of Tiran.

3. An opening of the Suez Canal to shipping of *all* nations.

4. An ending of terrorism and border raids so that Israel may carry out its desire to live in peace with its neighbors.

5. For direct negotiations between Israel and her Arab neighbors for the resolution of other pending issues.

Indeed, it is within the province of the sovereign State of Israel to speak its mind on the terms of the agreement to follow the cease-fire—the terms which in its view will best insure permanent peace in the Middle East. We on the other hand take the opportunity to make suggestions which in our opinion will best secure the peace of the world—thereby also serving the best interests of the United States.

An elaboration of the five points suggested on June 7, 1966, is accordingly as follows:

### I. THE STATE OF ISRAEL A SOVEREIGN NATION

The State of Israel is a member of the United Nations—a full-fledged member of the family of nations. Though the integrity of her borders were guaranteed by the major powers—three times in 20 years—the State of Israel was obliged to go to war to put a stop to the violation of her boundary lines.

It is therefore basic to any plan for permanent peace in the Middle East that the sovereignty of the State of Israel be recognized by her neighbors. This fact cannot be questioned—this truth is and should not be negotiable because its import was underlined by the events of the past 10 days.

The foundation for a permanent peace in the Middle East must be the absolute and unqualified recognition by the Arab States of the right of the State of Israel to exist as a sovereign state among other sovereign states. When this foundation is laid, Israel and her Arab neighbors can, through direct negotiations, begin to build the structure leading to permanent peace.

### II. STRAIT OF TIRAN AN INTERNATIONAL WATERWAY

Since 1950, Egypt has repeatedly given assurances that the Strait of Tiran would remain open for "innocent passage

# STATE OF GEORGIA



The Georgia Archives, University System of Georgia

I, Christopher M. Davidson, J.D., Director of The Georgia Archives, do hereby certify that the three (3) page document hereto attached and made part of this certificate is a true and correct copy of the entire file for Act No. 45 (SR 39), approved March 8, 1957, "A memorial to the Congress of the United States of America urging them to enact such legislation as they deem fit to declare that the 14th and 15th amendments to the Constitution of the United States were never validly adopted..." and I further certify that the described act is on file and of official record in the Archives of the State of Georgia.

IN TESTIMONY WHEREOF, I have set my hand and affixed the Official Seal of the State of Georgia this twelfth day of April, 2016

*Christopher M. Davidson*

Director, The Georgia Archives



A RESOLUTION

A memorial to the Congress of the United States of America urging them to enact such legislation as they may deem fit to declare that the 14th. and 15th. amendments to the Constitution of the United States were never validly adopted and that they are null and void and of no effect.

WHEREAS, the State of Georgia together with the ten other Southern States declared to have been lately in rebellion against the United States, following the termination of hostilities in 1865, met all the conditions laid down by the President of the United States, in the exercise of his Constitutional powers to recognize the governments of states, domestic as well as foreign, for the resumption of practical relations with the Government of the United States, and at the direction of the President did elect Senators and Representatives to the 39th Congress of the United States, as a State and States in proper Constitutional relation to the United States; and

WHEREAS, when the duly elected Senators and Representatives appeared in the Capitol of the United States to take their seats at the time for the opening of the 39th Congress, and again at the times for the openings of the 40th and the 41st Congresses, hostile majorities in both Houses refused to admit them to their seats in manifest violation of Articles I and V of the United States Constitution: and

WHEREAS, the said Congresses, not being constituted of Senators and Representatives from each State as required by the Supreme Law of the Land, were not, in Constitutional contemplation, anything more than private assemblages unlawfully attempting to exercise the Legislative Power of the United States; and

WHEREAS, the so-called 39th Congress, which proposed to the Legislatures of the several States an amendment to the Constitution of the United States, known as the 14th Amendment, and the so-called 40th Congress, which proposed an amendment known as the 15th Amendment, were without lawful power to propose any amendment whatsoever to the Constitution; and

WHEREAS, two-thirds of the Members of the House of Representatives and of the Senate, as they should have been constituted, failed to vote for the submission of these amendments, and,

WHEREAS, all proceedings subsequently flowing from these invalid proposals, purporting to establish the so-called 14th and 15th Amendments as valid parts of the Constitution, were null and void and of no effect from the beginning, and

WHEREAS, furthermore, when these invalid proposals were rejected by the General Assembly of the State of Georgia and twelve other Southern States, as well as of sundry Northern States, the so-called 39th and 40th Congresses, in flagrant disregard of the United States Constitution, by the use of military force, dissolved the duly recognized State Governments in Georgia and nine of the other Southern States and set up military occupation or puppet state governments, which compliantly ratified the invalid proposals, thereby making (at the point of the bayonet) a mockery of Section 4, Article IV of the Constitution, guaranteeing "to every State in

this Union a Republican Form of Government," and guaranteeing protection to "each of them against invasion," and

WHEREAS, further, the pretended ratification of the so-called 14th and 15th Amendments by Georgia and other States whose sovereign powers had been unlawfully seized by force of arms against the peace and dignity of the people of those States, were necessary to give color to the claim of the so-called 40th and 41st Congresses that these so-called amendments had been ratified by three-fourths of the States; and

WHEREAS, it is a well-established principle of law that the mere lapse of time does not confirm by common acquiesence an invalidly-enacted provision of law just as it does not repeal by general desuetude a provision validly enacted; and

WHEREAS, the continued recognition of the 14th and 15th Amendments as valid parts of the Constitution of the United States is incompatible with the present day position of the United States as the World's champion of Constitutional governments resting upon the consent of the people given through their lawful representatives;

NOW, THEREFORE, BE IT RESOLVED BY THE GENERAL ASSEMBLY OF THE STATE OF GEORGIA:

The Congress of the United States is hereby memorialized and respectfully urged to declare that the exclusions of the Southern Senators and Representatives from the 39th, 40th and 41st Congresses were malignant acts of arbitrary power and rendered those Congresses invalidly constituted; that the forms of law with which those invalid Congresses attempted to clothe the submission of the 14th and 15th Amendments and to clothe the subsequent acts to compel unwilling States to ratify these invalidly proposed amendments, imparted no validity to these acts and amendments; and that the so-called 14th and 15th Amendments to the Constitution of the United States are null and void and of no effect.

BE IT FURTHER RESOLVED that copies of this memorial be transmitted forthwith by the Clerk of the House and the Secretary of the Senate of the State of Georgia to the President of the United States, the Chief Justice of the United States, the President of the Senate and the Speaker of the House of Representatives of Congress of the United States, and the Senators and Representatives in the Congress from the State of Georgia.

-2-

Act No. 45

S. R. No. 39

## General Assembly

## A RESOLUTION

Memorializing the Congress of
United States to enact such
Legislation as they deem fit
to declare that the 14th and
15th amendments to the Consti-
tution of the United States are
null and void.

### IN SENATE

| | |
|---|---|
| Read 1st time | Feb. 8, 1957 |
| Read 2nd time | |
| Read 3rd time | |
| Ayes | And Adopted |
| | Nays |

Secretary of the Senate

### IN HOUSE

| | |
|---|---|
| Read 1st time | Feb. 13, 1957 |
| Read 2nd time | |
| Read 3rd time | |
| Ayes | And Adopted |
| | Nays |

By _____ Clerk of the House

---

## ENROLLMENT

1-22-1957

The Committee of the Senate Administrative
Affairs has examined the within and finds the
same properly enrolled.

_____ Chairman

_____
President of the Senate

_____
Secretary of the Senate

_____
Speaker of the House

_____
Clerk of the House

Received _____ Ben. J. Virginia
Secretary, Executive Department

This 4 day of _____ 1957

Approved

This 8 day of _____

_____
Governor