brown, kenneth anderson, a private and special People called Moor and beneficiary, heir, *subject, ambassador-at-large and Noble of the Al Maroc Shereefian Empire.*

**SPECIAL CAUSE: Amended** Complaint (with Congressional Questions Raised)

**The Ship Manifest Master Bill of Lading**
Non-Negotiable

**district of the united states
for the southern district of new york**

**Ecclesiastical Court of the High Seas**

**Office of Special Clerk and Master**

***Special Cause to Proceed Ex Parte,***

**Docket (trust) No.: 1:22-cv-09205-LTS**

in the United States of America,
**Original Equal Justice being rendered in Admiralty and Maritime Jurisdiction
by Nature, Law of Nations and Chancery (Equity)**

*Treaty of Marrakech 1786/1836, ARTICLE XXI;*

*Treaty of Tunis 1824, ARTICLE XII;*

*1789 constitution for united states
of america in congress assembled
ARTICLE III and ARTICLE VI and,*

*Judiciary Act of 1789 1 stat 73 §9, §11,
§16, §20, §22, §25, §26, §30, & §32.*

**To:**   swain, laura t., d/b/a LAURA T. SWAIN, et al.
      chief judge/ acting as Master/Chancellor, et al. (Consignee),
      Restricted: *In Camera*
      c/o: district court of the united states for the southern district of new york
         500 Pearl Street
         New York, New York near [10007];

      krajicik ruby j. d/b/a RUBY J. KRAJICIK, et al.
      special clerk of the court, et al. (Consignee),
      Restricted: *In Camera*
      c/o: district court of the united states for the southern district of new york
         500 Pearl Street
         New York, New York near [10007];

*and, all **"People Bound by Oath to Be Persons Worthy of Trust**,"* Trustee and or Fiduciary, who i entrust to discharge your duties faithfully while in office of Trust and Perform your ministerial duties in good faith, a pure heart and good conscious pursuant to to *Treaty of Marrakech 1786 /1836, ARTICLE XXI,* and the written *1789 constitution for the united*

*Master Bill of Lading in Original Equal Justice
Being Rendered in Admiralty and Maritime Jurisdiction
by Nature, Law of Nations and Chancery (Equity)*

1

brown, kenneth anderson, a private and special People called Moor and beneficiary, heir, *subject, ambassador-at-large and Noble of the Al Maroc Shereefian Empire.*

**SPECIAL CAUSE: Amended Complaint (with Congressional Questions Raised)**

*states of america in congress assembled, ARTICLE III, ARTICLE VI, and in cognizable original equal justice being rendered in admiralty and maritime jurisdiction by nature, law of nations and chancery (equity).* **"He who comes in equity must come with clean hands."** district court of the united states for the southern district of new york

500 Pearl Street
New York, New York near [10007].

*Private, Special, Privileged, Confidential,
Special Term, without General, without Statutes,
without Federal Rules of Court Procedure, and
without Federal Rules of Appellant Procedure*

*"Where there is a conflict between the
Maxims of Equity and the rules of the
common law over the same subject matter,
Equity shall prevail"*

| | |
|---|---|
| **brown, kenneth anderson**—*a Moor beneficiary;* | § |
| **KB RA-EL EXPRESS TRUST**, | § |
| *an Admiral, Mariner, Merchant, Piloter* | § |
| *and private people called Moor and* | § |
| *subject, ambassador-at-large and Noble of the* | § |
| *Al Maroc Shereefian Empire;* | § |
| | § |
| *Claimant/Suitor/Libellant,* | § |
| | § |
| -v- | § |
| | § |
| *Controversy/Contravention assembled:* | § |
| *Custodian(s)/Fiduciary(ies)/* | § |
| *Liablee(s)/Defendant(s),* | § |
| | § |
| blinken, antony john d/b/a | § |
| ANTONY JOHN BLINKEN | § |
| secretary of state, et al. | § |
| **United States** | § |
| HEIRS AND ASSIGNEES | § |
| | § |
| yellen, janet louise d/b/a | § |
| JANET LOUISE YELLEN | § |
| secretary of treasury, et al. | § |
| **United States** | § |
| HEIRS AND ASSIGNEES | § |

*Master Bill of Lading in Original Equal Justice
Being Rendered in Admiralty and Maritime Jurisdiction
by Nature, Law of Nations and Chancery (Equity)*

brown, kenneth anderson, a private and special People called Moor and beneficiary, heir, *subject, ambassador-at-large and Noble of the Al Maroc Shereefian Empire.*

### SPECIAL CAUSE: Amended Complaint (with Congressional Questions Raised)

| | |
|---|---|
| | § |
| garland, merrick d/b/a | § |
| MERRICK GARLAND, et al. | § |
| attorney general, et al. | § |
| **United States** | § |
| HEIRS AND ASSIGNEES | § |
| | § |
| barnhart, jo anne  d/b/a | § |
| JO ANNE BARNHART, et al. | § |
| commissioner, et al. | § |
| **Social Security Administration** | § |
| HEIRS AND ASSIGNEES | § |
| | § |
| rettig, charles paul d/b/a | § |
| CHARLES PAUL RETTIG | § |
| commissioner, et al. | § |
| **Internal Revenue Service** | § |
| HEIRS AND ASSIGNEES | § |
| | § |
| miller, duane r. d/b/a | § |
| MAJOR GENERAL DUANE R. MILLER, et al. | § |
| provost marshal general, et al. | § |
| **United States Army** | § |
| HEIRS AND ASSIGNEES | § |
| | § |
| dejoy, louis d/b/a | § |
| LOUIS DEJOY, et al. | § |
| post master general, et al. | § |
| **United States** | § |
| HEIRS AND ASSIGNEES | § |
| | § |
| biden, joseph robinette (jr.) d/b/a | § |
| JOSEPH ROBINETTE BIDEN (Jr.), et al. | § |
| president, et al. | § |
| **United States** | § |
| HEIRS AND ASSIGNEES | § |
| | § |
| labat, patrick d/b/a | § |
| PATRICK LABAT, et al. | § |
| sheriff, et al. | § |
| **Fulton County** | § |
| HEIRS AND ASSIGNEES | § |
| | § |
| moyares, jason s. d/b/a | § |
| JASON S. MOYARES, et al. | § |

*Master Bill of Lading in Original Equal Justice*
*Being Rendered in Admiralty and Maritime Jurisdiction*
*by Nature, Law of Nations and Chancery (Equity)*

brown, kenneth anderson, a private and special People called Moor and beneficiary, heir, *subject, ambassador-at-large and Noble of the Al Maroc Shereefian Empire.*

<span style="color:red">SPECIAL CAUSE: Amended</span> Complaint (with Congressional Questions Raised)

| | |
|---|---|
| attorney general, et al. | § |
| **Virginia** | § |
| HEIRS AND ASSIGNEES | § |
| | § |
| stein, john d/b/a | § |
| JOHN STEIN, et al. | § |
| attorney general, et al. | § |
| **North Carolina** | § |
| HEIRS AND ASSIGNEES | § |
| | § |
| moynihan, brian thomas d/b/a | § |
| BRIAN THOMAS MOYNIHAM | § |
| chairman and chief executive officer, et al. | § |
| **Bank of America, N.A.** | § |
| HEIRS AND ASSIGNEES | § |
| | § |
| dowdy, evelyn g. d/b/a | § |
| EVELYN G. DOWDY, et al. | § |
| president and chief executive officer, et al. | § |
| **Connects Federal Credit Union** | § |
| HEIRS AND ASSIGNEES | § |
| | § |
| mcduffie, mary d/b/a | § |
| MARY MCDUFFIE, et al. | § |
| chief executive officer, et al. | § |
| **Navy Federal Credit Union** | § |
| HEIRS AND ASSIGNEES | § |
| | § |
| whitlock, edward s. iii d/b/a | § |
| EDWARD S. WHITLOCK III, et al | § |
| attorney and partner, et al | § |
| **Lafayette, Ayers & Whitlock, PLC** | § |
| HEIRS AND ASSIGNEES | § |
| | § |
| fischer, jennifer w. d/b/a | § |
| JENNIFER W. FISCHER, et al | § |
| attorney, et al | § |
| **Lafayette, Ayers & Whitlock, PLC** | § |
| HEIRS AND ASSIGNEES | § |
| | § |
| randazzo, mathew d/b/a | § |
| MATHEW RANDAZZO, et al | § |
| principal, et al. | § |
| **Accuserve of VA** | § |
| HEIRS AND ASSIGNEES | § |

*Master Bill of Lading in Original Equal Justice*
*Being Rendered in Admiralty and Maritime Jurisdiction*
*by Nature, Law of Nations and Chancery (Equity)*

brown, kenneth anderson, a private and special People called Moor and beneficiary, heir, *subject, ambassador-at-large and Noble of the Al Maroc Shereefian Empire.*

### SPECIAL CAUSE: Amended Complaint (with Congressional Questions Raised)

|  |  |
|---|---|
|  | § |
| rogers, william h. jr.   d/b/a | § |
| WILLIAM H. ROGERS Jr. et al. | § |
| chairman and chief executive officer, et al. | § |
| **Truist Bank** | § |
| HEIRS AND ASSIGNEES | § |
|  | § |
| moore-wright, kimberly d/b/a | § |
| KIMBERLY MOORE-WRIGHT, et al. | § |
| chief teammate officer; head of enterprise diversity | § |
| **Truist Bank** | § |
| HEIRS AND ASSIGNEES | § |
|  | § |
| defrancis, steven d/b/a | § |
| STEVEN DEFRANCIS, et al. | § |
| chief executive officer, et al. | § |
| **Cortland Partners LLC, et al.** | § |
| HEIRS AND ASSGINEES | § |
|  | § |
| lackey, joel bray d/b/a | § |
| JOEL BRAY LACKEY, et al. | § |
| chief executive officer, et al. | § |
| **National Credit Systems, Inc.** | § |
| HEIRS AND ASSIGNEES | § |
|  | § |
| carr, chris  d/b/a | § |
| CHRIS CARR, et al. | § |
| attorney general, et al. | § |
| **Georgia** | § |
| HEIRS AND ASSIGNEES | § |
|  | § |
| kemp, brian d/b/a | § |
| BRIAN KEMP | § |
| governor, et al. | § |
| **Georgia** | § |
| HEIRS AND ASSIGNEES | § |
|  | § |
| youngkin, glen d/b/a | § |
| GLEN YOUNGKIN, et al. | § |
| governor, et al. | § |
| **Virginia** | § |
| HEIRS AND ASSIGNEES | § |
|  | § |
| cooper, roy d/b/a | § |
| ROY COOPER, et al. | § |

*Master Bill of Lading in Original Equal Justice*
*Being Rendered in Admiralty and Maritime Jurisdiction*
*by Nature, Law of Nations and Chancery (Equity)*

5

brown, kenneth anderson, a private and special People called Moor and beneficiary, heir, *subject, ambassador-at-large and Noble of the Al Maroc Shereefian Empire.*

### SPECIAL CAUSE: Amended Complaint (with Congressional Questions Raised)

| | |
|---|---|
| Governor, et al. | § |
| **North Carolina** | § |
| HEIRS AND ASSIGNEES | § |
| | § |
| batten, timothy c. (sr.) d/b/a | § |
| HON. TIMOTHY C. BATTEN (SR.), et al. | § |
| chief judge, et al | § |
| **District Court of the United States,** | § |
| **Northern District of Georgia** | § |
| 75 Ted Turner Drive, SW | § |
| Atlanta, Georgia  [30303] | § |
| | § |
| weimer, kevin p. d/b/a | § |
| KEVIN P. WEIMER et al | § |
| clerk of court, et al | § |
| HEIRS AND ASSIGNEES | § |
| **District Court of the United States,** | § |
| **Northern District of Georgia** | § |
| HEIRS AND ASSIGNEES | § |
| | § |
| grimberg, steven d. d/b/a | § |
| STEVEN D. GRIMBERG, et al. | § |
| judge, et al. | § |
| **District Court of the United States,** | § |
| **Northern District of Georgia** | § |
| HEIRS AND ASSIGNEES | § |
| | § |
| begor, mark d/b/a | § |
| MARK BEGOR, et al | § |
| chief executive officer, et al. | § |
| **Equifax** | § |
| HEIRS AND ASSIGNEES | § |
| | § |
| cassin, brian d/b/a | § |
| BRIAN CASSIN, et al. | § |
| chief executive officer, et al. | § |
| **Experian** | § |
| HEIRS AND ASSIGNEES | § |
| | § |
| cartwright, chris d/b/a | § |
| CHRIS CARTWRIGHT, et al | § |
| chief executive officer, et al. | § |
| **Trans Union** | § |
| HEIRS AND ASSIGNEES | § |
| | § |

*Master Bill of Lading in Original Equal Justice Being Rendered in Admiralty and Maritime Jurisdiction by Nature, Law of Nations and Chancery (Equity)*

6

brown, kenneth anderson, a private and special People called Moor and beneficiary, heir, *subject, ambassador-at-large and Noble of the Al Maroc Shereefian Empire.*

### SPECIAL CAUSE: Amended Complaint (with Congressional Questions Raised)

| | |
|---|---|
| baker, patty d/b/a | § |
| patty baker, et al. | § |
| clerk of superior court, et al. | § |
| **Cherokee County** | § |
| HEIRS AND ASSIGNEES | § |
| | § |
| robinson, cathlene d/b/a | § |
| CATHELENE ROBINSON, ET AL. | § |
| clerk of superior court, et al. | § |
| **Fulton County** | § |
| HEIRS AND ASSIGNEES | § |
| | § |
| ward, rodman d/b/a | § |
| RODMAN WARD, et al. | § |
| president and chief executive officer, et al. | § |
| **Corporation Service Company** | § |
| HEIRS AND ASSIGNEES | § |
| | § |
| orovitz, robert d/b/a | § |
| ROBERT OROVITZ, et al. d/b/a | § |
| GA Bar No.: 902790 | § |
| attorney at law | § |
| **Hayt, Hayt & Landau, P.L.** | § |
| HEIRS AND ASSIGNEES | § |
| | § |
| right, clayton d/b/a | § |
| CLAYTON RIGHT, et al. d/b/a | § |
| GA Bar  No.: 810327, et al. | § |
| attorney at law | § |
| **Hayt, Hayt & Landau, P.L.** | § |
| HEIRS AND ASSIGNEES | § |
| | § |
| breeden, ralph iii d/b/a | § |
| RALPH BREEDEN III, et al. d/b/a | § |
| GA Bar No.: 195892 | § |
| attorney at law | § |
| **Hayt, Hayt & Landau, P.L.** | § |
| HEIRS AND ASSIGNEES | § |
| | § |
| adeleye, bolaji d/b/a | § |
| BOLAJI ADELEYE, et al. d/b/a | § |
| GA Bar No.: 195892 | § |
| attorney at law | § |
| **Hayt, Hayt & Landau, P.L.** | § |
| HEIRS AND ASSIGNEES | § |

*Master Bill of Lading in Original Equal Justice*
*Being Rendered in Admiralty and Maritime Jurisdiction*
*by Nature, Law of Nations and Chancery (Equity)*

brown, kenneth anderson, a private and special People called Moor and beneficiary, heir, *subject, ambassador-at-large and Noble of the Al Maroc Shereefian Empire.*

**SPECIAL CAUSE: Amended** Complaint (with Congressional Questions Raised)

| | |
|---|---|
| | § |
| galindo, fernando d/b/a | § |
| FERNANDO GALINDO | § |
| clerk of court | § |
| **District Court of the United States,** | § |
| **for the Eastern District of Virginia** | § |
| HEIRS AND ASSIGNEES | § |
| | § |
| davis, mark s. d/b/a | § |
| MARK S. DAVIS, et al. | § |
| chief judge | § |
| **District Court of the United States,** | § |
| **for the Eastern District of Virginia** | § |
| HEIRS AND ASSIGNEES | § |
| | § |
| cooke, sharon d/b/a | § |
| SHARON COOKE, et al. | § |
| operations manager | § |
| **District Court of the United States,** | § |
| **for the Eastern District of Virginia** | § |
| HEIRS AND ASSIGNEES | § |
| | § |
| smith, david j. d/b/a | § |
| DAVID J. SMITH, et al. | § |
| clerk of court | § |
| **Circuit Court of the United States,** | § |
| **Eleventh Judicial Circuit** | § |
| 56 Forsyth St., N.W. | § |
| Atlanta, Georgia [30303] | § |
| | § |
| pryor, william h. jr. d/b/a | § |
| WILLIAM H. PRYOR JR., et al. | § |
| chief judge | § |
| **Circuit Court of the United States,** | § |
| **Eleventh Judicial Circuit** | § |
| 56 Forsyth St., N.W. | § |
| Atlanta, Georgia [30303] | § |
| | § |
| **Bryan Lamar Brown Estate**, et al., **Beneficiary** | § |
| BRYAN LAMAR BROWN, et al., **Beneficiary** | § |
| BRYAN LAMAR BROWN, et al., (inmate trust # | § |
| 75394083, et al.), **Beneficiary** | § |
| | § |
| **Christopher Alon Lee Estate,** et al., **Beneficiary** | § |
| CHRISTOPHER ALON LEE, et al., **Beneficiary** | § |

*Master Bill of Lading in Original Equal Justice*
*Being Rendered in Admiralty and Maritime Jurisdiction*
*by Nature, Law of Nations and Chancery (Equity)*

brown, kenneth anderson, a private and special People called Moor and beneficiary, heir, *subject, ambassador-at-large and Noble of the Al Maroc Shereefian Empire.*

### SPECIAL CAUSE: Amended Complaint (with Congressional Questions Raised)

CHRISTOPHER ALON LEE, et al., (trust case #   §
  22TR104636, et al.), **Beneficiary**   §
  §
**Jamal Darius Parker Jr, Estate,** et al.,   §
  **Beneficiary**   §
JAMAL DARIUS PARKER JR, et al., **Beneficiary** §
JAMAL DARIUS PARKER JR, et al., (trust case # §
  2200132301FH, et al.), **Beneficiary**   §
  §
**Vincent Anthony Duval Jr Estate,** et al., **Ben.**   §
VINCENT ANTHONY DUVAL JR, et al., **Ben.**   §
VINCENT ANTHONY DUVAL JR, et al.,   §
  (trust case # 8:03-cr-00131-SCB-M P, et al.),   §
  **Beneficiary**   §
  §
**Mark Anthony Stepherson**, , et al., **Beneficiary** §
MARK ANTHONY STEPHERSON, et al., **Ben.**   §
MARK ANTHONY STEPHERSON, et al.   §
  (trust case # 1:21-00507-mhc-jkl, et al.), **Ben.** §
  §
**Torrey Brown Estate**, et al., **Beneficiary**   §
TORREY BROWN**,** et al., **Beneficiary**   §
TORREY BROWN, et al., **(**trust inmate # 291581, §
  et al., **Beneficiary**   §
  §
**Xanthe Ivey Estate**, et al., **Beneficiary**   §
Xanthe Ivey a/ka/ Xanthe Tabbs**,** et al., **Beneficiary** §
Xanthe Tabbs**,** et al., (trust case # *8:22-cr-00227-* §
  *RFR-MDN-2***,** et al., **Beneficiary**   §
  §
**Kenneth Anderson Brown Estate**, et al., **Ben.** §
KENNETH ANDERSON BROWN, et al., **Ben.**   §
  §
**Joyce Yvonne Harrison Estate**, et al., **Heir**   §
JOYCE YVONNE HARRISON, et al., **Heir**   §
  §
**Joseph Anderson Brown Estate**, et al., **Heir**   §
JOESEPH ANDERSON BROWN, et al., **Heir**   §
  §
**Kevin Lamar Brown Estate**, et al., **Heir**   §
KEVIN LAMAR BROWN, et al., **Heir**   §

*Definitions:*

**Heir** *is Your Claimant right to inherit (an estate, trust, et al., etc.*

*Master Bill of Lading in Original Equal Justice*
*Being Rendered in Admiralty and Maritime Jurisdiction*
*by Nature, Law of Nations and Chancery (Equity)*

9

brown, kenneth anderson, a private and special People called Moor and beneficiary, heir, *subject, ambassador-at-large and Noble of the Al Maroc Shereefian Empire.*

### SPECIAL CAUSE: Amended Complaint (with Congressional Questions Raised)

**<u>Beneficiary or Ben.</u>** *is Your Claimant's proprietary position in a Trust in which trust res is due to Your Claimant as beneficiary of Trust(s) or a party who is beneficiary of Your Claimant's Express Trust.*

==================================================================

**Claimant/Suitor/Libellant**

brown, kenneth anderson, *Moor beneficiary*
c/o 221 Jordan Drive
Woodstock, Georgia RFD
near. [30188]

KB RA-EL EXPRESS TRUST
c/o 221 Jordan Drive
Woodstock, Georgia RFD
near. [30188]

Controversy/Contravention assembled:
**Custodian(s)/Fiduciary(ies)/Liablee(s)/Defendant(s)**

blinken, antony john d/b/a
ANTONY JOHN BLINKEN
secretary of state, et al.
**United States**
2201 C Street NW
Washington, District of Columbia [20520]

yellen, janet louise d/b/a
JANET LOUISE YELEN
secretary of treasury, et al.
**United States**
1500 Pennsylvania Avenue NW
Washington, District of Columbia [20220]

garland, merrick d/b/a
MERRICK GARLAND, et al.
attorney general, et al.
**United States**
950 Pennsylvania Avenue NW
Washington, District of Columbia [20530]

barnhart, jo anne d/b/a
JO ANNE BARNHART, et al.
commissioner, et al
**Social Security Administration**
6401 Security Blvd.
Woodlawn, Maryland [21235]

rettig, charles paul d/b/a
CHARLES PAUL RETTIG
commissioner, et al.
**Internal Revenue Service**
1111 Constitution Avenue NW
Washington, District of Columbia [20224]

miller, duane r. d/b/a
MG DUANE R. MILLER, et al.
provost marshal general, et al.
**United States Army**
Pentagon Building
Washington, District of Columbia [22202]

dejoy, louis d/b/a
LOUIS DEJOY, et al.
postmaster general, et al.
**United States**
475 L'Enfant Plaza, SW.
Washington, District of Columbia [20260]

biden, joseph robinette jr. d/b/a
JOSEPH ROBINETTE BIDEN Jr.
president, et al.
**United States**
1600 Pennsylvania Ave. NW.
Washington, District of Columbia[20530]

*Master Bill of Lading in Original Equal Justice
Being Rendered in Admiralty and Maritime Jurisdiction
by Nature, Law of Nations and Chancery (Equity)*

brown, kenneth anderson, a private and special People called Moor and beneficiary, heir, *subject, ambassador-at-large and Noble of the Al Maroc Shereefian Empire.*

**SPECIAL CAUSE: Amended Complaint (with Congressional Questions Raised)**

labat, patrick d/b/a
PATRICK LABAT, et al.
sheriff, et al.
**Fulton County**
185 Central Ave. SW
Atlanta, Georgia [30303]

moyares, jason s. d/b/a
JASON S. MOYARES, et al.
attorney general, et al.
**Virginia**
202 North Ninth Street
Richmond, Virginia [23219]

stein, john d/b/a
JOHN STEIN, et al.
attorney general, et al.
**North Carolina**
114 W Edenton St.
Raleigh, North Carolina [27603]

moynihan, brian thomas d/b/a
BRIAN THOMAS MOYNIHAM
chief executive officer, et al.
**Bank of America, N.A.**
100 North Tryon Street
Charlotte, North Carolina [28255]

dowdy, evelyn g. d/b/a
EVELYN G. DOWDY, et al.
president and chief executive officer, et al.
**Connects Federal Credit Union**
7700 Shrader Rd.
Richmond, Virginia [23228]

mcduffie, mary d/b/a
MARY MCDUFFIE, et al.
chief executive officer, et al.
**Navy Federal Credit Union**
820 Follin Lane
Vienna, Virginia [22180]

whitlock, edward s. iii d/b/a
EDWARD S. WHITLOCK III, et al.
attorney and partner, et al.
**Lafayette, Ayers & Whitlock, PLC**
10160 Staples Mill Rd #105
Glen Allen, Virginia [23060]

fischer, jennifer w. d/b/a
JENNIFER W. FISCHER, et al.
attorney, et al.
**Lafayette, Ayers & Whitlock, PLC**
10160 Staples Mill Rd #105
Glen Allen, Virginia [23060]

randazzo, mathew d/b/a
MATTHEW RANDAZZO, et al.
principal, et al.
**Accuserve of VA**
6366 Mechanicsville Turnpike #201B
Mechanicsville, Virginia [23111]

rogers, william h. jr.   d/b/a
WILLIAM H. ROGERS Jr. et al.
chairman and chief executive officer, et al.
**Truist Bank**
214 N Tryon St
Charlotte, North Carolina [28202]

moore-wright, kimberly d/b/a
KIMBERLY MOORE-WRIGHT, et al.
chief teammate officer, head of enterprise diversity
**Truist Bank**
214 N Tryon St
Charlotte, North Carolina [28202]

**Bryan Lamar Brown Estate, et al., Ben.**
BRYAN LAMAR BROWN, et al., Ben.
BRYAN LAMAR BROWN (trust inmate
    number: 75394083), et al., Ben.
c/o 221 Jordan Drive
Woodstock, Georgia [30188]

**Kenneth Anderson Brown Estate, et al., Ben.**
KENNETH ANDERSON BROWN, et al., Ben.

**Joyce Yvonne Harrison Estate, et al., Heir**
JOYCE YVONNE HARRISON, et al., Heir

*Master Bill of Lading in Original Equal Justice
Being Rendered in Admiralty and Maritime Jurisdiction
by Nature, Law of Nations and Chancery (Equity)*

11

brown, kenneth anderson, a private and special People called Moor and beneficiary, heir, *subject, ambassador-at-large and Noble of the Al Maroc Shereefian Empire.*

### SPECIAL CAUSE: Amended Complaint (with Congressional Questions Raised)

c/o 221 Jordan Drive
Woodstock, Georgia [30188]

**Joseph Anderson Brown Estate, et al., Heir**
JOESEPH ANDERSON BROWN, et al., Heir
c/o 221 Jordan Drive
Woodstock, Georgia [30188]

defrancis, steven d/b/a
STEVEN DEFRANCIS, et al.
chief executive officer, et al.
**Cortland Partners LLC, et al.**
3424 Peachtree Road, Suite 300
Atlanta, Georgia [30326]

carr, chris  d/b/a
CHRIS CARR, et al.
attorney general, et al.
**Georgia**
40 Capitol Square, SW
Atlanta, Georgia [30334]

youngkin, glen d/b/a
GLEN YOUNGKIN, et al.
governor, et al.
**Virginia**
P.O. Box 1475
Richmond, Virginia  [23218]

batten, timothy c. (sr.) d/b/a
HON. TIMOTHY C. BATTEN (SR.), et al.
chief judge, et al
**District Court of the United States**
**Northern District of Georgia**
75 Ted Turner Drive, SW
Atlanta, Georgia [30303]

galindo, fernando d/b/a
FERNANDO GALINDO, et al.
clerk of court
**District Court of the United States,**
**for the Eastern District of Virginia**
701 E. Broad Street, Suite 3000
Richmond, Virginia [23219]

c/o 221 Jordan Drive
Woodstock, Georgia [30188]

**Kevin Lamar Brown Estate, et al., Heir**
KEVIN LAMAR BROWN, et al., Ben.
c/o 221 Jordan Drive
Woodstock, Georgia [30188]

lackey, joel bray d/b/a
JOEL BRAY LACKEY, et al.
chief executive officer, et al.
**National Credit Systems, Inc.**
1775 The Exchange Se Suite 300
Atlanta, Georgia [30339]

kemp, brian d/b/a
BRIAN KEMP
governor, et al.
**Georgia**
206 Washington Street; 111 State Capitol
Atlanta, Georgia [30334]

cooper, roy d/b/a
ROY COOPER, et al.
governor, et al.
**North Carolina**
20301 Mail Service Center
Raleigh, North Carolina [27699]

weimer, kevin p. d/b/a
KEVIN P. WEIMER, et al.
clerk of court, et al.
**District Court of the United States**
**Northern District of Georgia**
75 Ted Turner Drive, SW
Atlanta, Georgia  [30303]

davis, mark s. d/b/a
MARK S. DAVIS, et al.
chief judge
**District Court of the United States,**
**for the Eastern District of Virginia**
701 E. Broad Street, Suite 3000
Richmond, Virginia [23219]

*Master Bill of Lading in Original Equal Justice*
*Being Rendered in Admiralty and Maritime Jurisdiction*
*by Nature, Law of Nations and Chancery (Equity)*

12

brown, kenneth anderson, a private and special People called Moor and beneficiary, heir, *subject, ambassador-at-large and Noble of the Al Maroc Shereefian Empire.*

**SPECIAL CAUSE: Amended** Complaint (with Congressional Questions Raised)

begor, mark d/b/a
MARK BEGOR, et al
chief executive officer, et al.
**Equifax**
1550 Peachtree Street, NW
Atlanta, Georgia [30309]

cassin, brian d/b/a
BRIAN CASSIN, et al.
chief executive officer, et al.
**Experian**
475 Anton Boulevard
Costa Mesa, California [92626]

cartwright, chris d/b/a
CHRIS CARTWRIGHT, et al
chief executive officer, et al.
**Trans Union**
555 W. Adams Street
Chicago, Illinois [60661]

baker, patty d/b/a
PATTY BAKER, et al.
clerk of superior court, et al.
**Cherokee County**
90 North Street, Suite G-70
Canton, Georgia [30114]

robinson, cathlene d/b/a
CATHELENE ROBINSON, et al.
clerk of superior court, et al.
**Fulton County**
136 Pryor Street, Suite C155
Atlanta, Georgia [30303]

ward, rodman d/b/a
RODMAN WARD, et al.
president and chief executive officer, et al.
**Corporation Service Company**
251 Little Falls Drive
Atlanta, Georgia [30350]

orovitz, robert d/b/a
ROBERT OROVITZ, et al. d/b/a
GA Bar No.: 902790
attorney at law
**Hayt, Hayt & Landau, P.L.**
1010 Huntcliff, Suite 1200
Atlanta, Georgia [30350]

right, clayton d/b/a
CLAYTON RIGHT, et al. d/b/a
GA Bar  No.: 810327, et al.
attorney at law
**Hayt, Hayt & Landau, P.L.**
1010 Huntcliff, Suite 1200
Atlanta, Georgia [30350]

breeden, ralph iii d/b/a
RALPH BREEDEN III, et al. d/b/a
GA Bar No.: 195892
attorney at law
**Hayt, Hayt & Landau, P.L.**
1010 Huntcliff NE, Suite 1200
Atlanta, Georgia [30350]

adeleye, bolaji d/b/a
BOLAJI ADELEYE, et al. d/b/a
GA Bar No.: 195892
attorney at law
**Hayt, Hayt & Landau, P.L.**
1010 Huntcliff NE, Suite 1200
Atlanta, Georgia [30350]

**Jamal Darius Parker Jr Estate, et al., Ben.**
JAMAL DARIUS PARKER JR, et al., **Ben.**
JAMAL DARIUS PARKER JR (trust
 case # 2200132301FH, et al.), **Ben.**
c/o 221 Jordan Drive
Woodstock, Georgia [30188]

**Vincent Anthony Duval Jr Estate,et al.,Ben.**
VINCENT ANTHONY DUVAL JR, et al., **Ben.**
VINCENT ANTHONY DUVAL JR, (trust
 case #8:03-cr-00131-SCB-M P), et al., **Ben.**
c/o 221 Jordan Drive
Woodstock, Georgia [30188]

**Mark Anthony Stepherson Estate, et al., Ben.**

**Torrey Brown Estate, et al., Ben.**

*Master Bill of Lading in Original Equal Justice
Being Rendered in Admiralty and Maritime Jurisdiction
by Nature, Law of Nations and Chancery (Equity)*

13

brown, kenneth anderson, a private and special People called Moor and beneficiary, heir, *subject, ambassador-at-large and Noble of the Al Maroc Shereefian Empire.*

### SPECIAL CAUSE: Amended Complaint (with Congressional Questions Raised)

| | |
|---|---|
| MARK ANTHONY STEPHERSON, et al., **Ben.** | TORREY BROWN**, et al., Ben.** |
| MARK ANTHONY STEPHERSON (trust case # 1:21-00507-mhc-jkl, et al.), **Ben.** | TORREY BROWN, et al. **(**trust inmate # 291581, et al.), **Ben.** |
| c/o 221 Jordan Drive | c/o 221 Jordan Drive |
| Woodstock, Georgia [30188] | Woodstock, Georgia [30188] |
| | |
| **Christopher Alon Lee Esate, et al., Ben.** | **Xanthe Ivey Estate**, et al., **Beneficiary** |
| CHRISTOPHER ALON LEE, et al., **Ben.** | Xanthe Ivey a/ka/ Xanthe Tabbs, et al., **Ben.** |
| CHRISTOPHER ALON LEE (trust case #  22TR104636), **Beneficiary** | Xanthe Tabbs**, et al., (trust case # *8:22-cr-00227- RFR-MDN-2***, et al., **Beneficiary** |
| c/o 221 Jordan Drive | c/o 221 Jordan Drive |
| Woodstock, Georgia [30188] | Woodstock, Georgia [30188] |
| | |
| grimberg, steven d. d/b/a | cooke, sharon d/b/a |
| STEVEN D. GRIMBERG, et al. | SHARON COOKE, et al. |
| judge | operations manager |
| **District Court of the United States,** | **District Court of the United States,** |
| **Northern District of Georgia** | **Eastern District of Virginia** |
| 75 Ted Turner Drive, SW | 701 E. Broad Street, Suite 3000 |
| Atlanta, Georgia [30303] | Richmond, Virginia [23219] |
| | |
| smith, david j. d/b/a | pryor, william h. jr. d/b/a |
| DAVID J. SMITH, et al. | WILLIAM H. PRYOR JR., et al. |
| clerk of court | chief judge |
| **Circuit Court of the United States,** | **Circuit Court of the United States,** |
| **Eleventh Judicial Circuit** | **Eleventh Judicial Circuit** |
| 56 Forsyth St., N.W. | 56 Forsyth St., N.W. |
| Atlanta, Georgia [30303] | Atlanta, Georgia [30303] |

### Definitions:

**<u>Heir</u>** is Your Claimant right to inherit (an estate, trust, et al., etc.

**<u>Beneficiary or Ben.</u>** is Your Claimant's *proprietary* position in a Trust in which trust res is due to Your Claimant as beneficiary of Trust(s) or a party who is beneficiary of Your Claimant's Express Trust.

**All aforementioned Heirs and or Beneficiaries (Ben.) addresses are in care of Your Claimant in care of address.**

==================================================================

**Master Bill of Lading in Original Equal Justice Being Rendered in Admiralty and Maritime Jurisdiction by Nature, Law of Nations and Chancery (Equity)**

brown, kenneth anderson, a private and special People called Moor and beneficiary, heir, *subject, ambassador-at-large and Noble of the Al Maroc Shereefian Empire.*

**SPECIAL CAUSE: Amended Complaint (with Congressional Questions Raised)**

**Parties**

The "Claimant," "Your  orator," "Suitor," "Libellant," and "Peaceful Protestor," brown, kenneth anderson, is a private and special People called Moor americas aboriginal virginian national, free inhabitant and beneficiary, a Master Merchant, a Master Mason, a Shereef, an Admiral, a Seamen, a Piloter, a Commander, Maritime lien holder of all vessels, ships, chattels, goods, cargo, crafts, tenements, charters, estates, commodities Land, Air, Water, etc., Owner Maritime lien holder navigating the high seas onshore and offshore and subject, ambassador-at-large and Noble of the *Al Maroc Shereefian Empire,* "*but not a citizen of the united states for the district of columbia and its insular possessions/enclaves (Federal), nor a Citizen of the united states of america in congress assembled and its several states (confederacy),*" ingress in georgia.

The Defendant(s) KENNETH ANDERSON BROWN et al., registered organizations name with the department of state of the united states of america, is a decedent's legal estate ("Estate") whose principal office is located at 2201 C Street NW, Washington, District of Columbia in care of  blinken, antony john d/b/a ANTONY JOHN BLINKEN, secretary of state et al, HEIRS AND ASSIGNEES, united states, who has duly been appointed privately as trustee in addition to being a ***"People bound by oath to be Persons worthy of Trust"*** for the the benefit of brown, kenneth anderson—Moor, grantee/beneficiary of consular report of birth abroad, et al., vessel: "KENNETH ANDERSON BROWN," et al., united states of america, et al., department of state, et al.,  serial #0447898, et al., and all other trust vessels relating to "KENNETH ANDERSON BROWN," et al., by due particularity.

Definitions:

***Contravention:*** *is an action that violates a law, treaty, or other ruling. The act of contravening a rule, regulation, or law, or of not fulfilling an obligation, promise, or agreement.*

***You or Your:*** *means an Individual who owes a debt to the United States within the scope of the Trust Indenture You took an oath too.*

**Premises**

*Master Bill of Lading in Original Equal Justice*
*Being Rendered in Admiralty and Maritime Jurisdiction*
*by Nature, Law of Nations and Chancery (Equity)*

15

brown, kenneth anderson, a private and special People called Moor and beneficiary, heir, *subject, ambassador-at-large and Noble of the Al Maroc Shereefian Empire.*

### SPECIAL CAUSE: Amended Complaint (with Congressional Questions Raised)

Your orator's core private rights were MISTAKENLY sacrificed by his mother and father at his birth without him being fully availed and acknowledged of his exclusive equitable maritime defenses. ***Your orator has tendered all consideration on special deposit in the sum of two, one private lawful silver certificate, one dollar currency of the united states of america (Cert # Q40129736I & # V74445873F), "equity will not complete an imperfect gift,"*** so I will never entertain the idea of paying any duties taxes Pursuant to and Protected by ***1796 Treaty of Tripoli, ARTICLE. V, X*** and been imputed a serious liability for the indemnity or satisfaction of all of the debts of the said United States of America registered organization decedent's legal estate person and been imputed a serious liability for the indemnity or satisfaction of all debts of the said department of state of the united states of america, et al., (subsidiaries and contractors) registered organization decedent's legal estate person. Your orator has been subjected to a colorable quasi in rem admiralty and maritime Legal mode of letters of Marque/Reprisal Proceedings "**Acts of War**" which are in contravention with Your orator's private maritime treaty protections of the *1786/1836 Treaty of Marrakech, ARTICLE XX1; 1795 Treaty of Algiers, ARTICLE XV; 1797 Treaty of Tunis, ARTICLE XVIII; 1824 Treaty of Tunis, ARTICLE XII; and the Treaty of Tripoli 1797 ARTICLE X,* as well as the *1789 constitution for the united states of america,* under the rules of Chancery due and owing to the Clamant by way of his ***special and particular political status***, and equitable maritime rights to the same said Estate that were intended for Your orator as the sole exclusive heir and beneficiary, by maxims of equity: **"*only God can create an heir*," "*the heir and his ancestor are one and the same person*,"** and **"*Equity regards the beneficiary as the true owner*."**

Your orator appears in *personam only for assaults and beatings on the High Seas and everywhere else*, without an administrator, guardian, personal representative, an executor, or a trustee to defend his equitable maritime rights, titles, and interests in the same estate and must guard his good name, against the destruction of his reputation, and his admiralty and maritime rights to equal Justice being rendered on his behalf, which are protected by his privity as an beneficiary/heir to the maritime treaties as a subject, ambassador-at-large and Noble of the Al Maroc Shereefian Empire and the written constitution, intended for him, by its makers as an equitable maritime mortgage/compact. Accordingly, Your Servitude would expect no less privity as co-heir to such mortgage/compact. Your orator calls for a Court of Equal justice being rendered

*Master Bill of Lading in Original Equal Justice*
*Being Rendered in Admiralty and Maritime Jurisdiction*
*by Nature, Law of Nations and Chancery (Equity)*

16

brown, kenneth anderson, a private and special People called Moor and beneficiary, heir, *subject, ambassador-at-large and Noble of the Al Maroc Shereefian Empire.*

**SPECIAL CAUSE: Amended Complaint (with Congressional Questions Raised)**

in original admiralty and maritime jurisdiction by nature law of nations into activity by good conscience, good reason and by his own reasonable diligence.  Your orator is in *personam sui juris*, now having knowledge of his maritime Treaty rights, with opportunity to assert them, he does not delay unreasonably so to do. **"***Equity aid the the vigilant, not those who slumber on their rights,***"** **and "***Equity imputes an intent to fulfill an obligation.***"**

Custodian(s)/Fiduciary(ies)/Defendant(s)/Libelee(s)  (and  privateer(s)/pirate(s))  was and  or  is   appointed  "in  fact"  by  oath/affirmation  and  or  qualified  as  either  implied administrators  or  constructive  or  expressed  fiduciary(ies)  and  at  once  entered  upon  the discharge of their duties as *"People bound by oath to be Persons worthy of Trust"* who are obligated to carry out their duties as faithful servants and  Your Orator further hereby now *Transfers on Special Deposit*, valuable and sufficient consideration according to **1796 Treaty of Tripoli, ARTICLE V and X** for the purpose of fiduciary appointment of Custodian(s)/Fiduciary(ies)/ Defendant(s)/Libelee(s), as well as now, fully granting, conveying, and delivering legal title to be in the form of a Deed of Conveyance to each Fiduciary(ies)/ Defendant(s)/Libelee(s) to be held in private by said Fiduciary(ies)/Defendant(s)/ Libelee(s) for the private enjoyment, use, possession, and benefit of the Your orator. Each Fiduciary(ies)/Defendant(s)/ Libelee(s) is hereby noticed of the Claimant's manifest intent, purpose, to execute actual and constructive grant and conveyance on the special deposit the trust res to demand for specific performance and accepts Fiduciary(ies)/ Defendant(s)/Libelee(s)  constitutional  oath  to  perform  lawfully  and  as  privately  appointed Trustee(s), with equity, in good faith, with clean hands and without fraudulent concealment to ensure that equal Justice be rendered.

Your orator further shows unto Your servitude as faithful servant he calls upon each Defendant(s)/Libelee(s) to either Affirm or Deny their trust relation with Claimant; to render a specific performance by due particularity; to provide Your orator with a *full accounting* of all "**accounts"** whether Open, Stated or Settled; to provide Your orator a list of real, personal, and equitable maritime assets; to provide Your orator with a list of all debts due to Your orator's estate during such time as he was deprived as an incident to the right of redemption; to release any and all collateral, and return all remaining trust *res* by *reconversion* of said accounts  to  Your  orator,  as  a  people  called   Moo—*heir/beneficiary,* a Master Merchant, a Master Mason, a Shereef , an Admiral, a Seamen, a Piloter, a Commander, Maritime lien

*Master Bill of Lading in Original Equal Justice*
*Being Rendered in Admiralty and Maritime Jurisdiction*
*by Nature, Law of Nations and Chancery (Equity)*

17

brown, kenneth anderson, a private and special People called Moor and beneficiary, heir, *subject, ambassador-at-large and Noble of the Al Maroc Shereefian Empire.*

**SPECIAL CAUSE: Amended Complaint (with Congressional Questions Raised)**

holder of all vessels, ships, chattels, goods, cargo, crafts, tenements, charters, estates, commodities Land, Air, Water, etc,, Owner Maritime lien holder navigating the high seas onshore and offshore and subject, ambassador-at-large and Noble of the *Al Maroc Shereefian Empire*, and to extinguish all local tax, obligation, reprisal, remuneration, indemnification, or debts of said estate, if any.  May it be through your faithful servitude as a good and faithful servant, the said Defendant(s)/ Libelee(s) who have previously failed and is to answer and or make defense to the trust; after Defendant(s)/ Libelee(s) had given *stringent tim*e so to do (and with no delay as a Moor of Al Moroc Shereefian Empire may be restored immediately according 1786/1836 Treaty of Marrakech, *Art. VI* and law of nations where Treaties are supreme law of the land), render to Your orator under oath and make discovery any statement of account(s) of their actings and doings as administrator(s) or fiduciary(ies) concerning Your orator beneficiary interests as grantee/beneficiary/heir of aforesaid trust(s)/account(s)—beneficiary/heir rights have been destroyed in the past .  Your orator demand that the Defendant(s) shall answer under oath, make the discovery called upon by the bill, and render over to him a full accounting of all accounts whether Open, Stated or Settled of the said estate(s) as in conscience and equity they ought to have done or be attached and compelled to answer. Your orator demands an order taking their bill for confession, the failure of the Defendant(s)/ Libelee(s) to make any defense being deemed *prima facie* evidence that he has no defense to make, but, on the contrary, admits the material allegations of the bill to be true. ***Qui tacet, cum loqui detet, consentire videtur*** (He who is silent, though he had foreseen them, seems to agree).

> *"No delay will prejudice a defrauded party as long as he was ignorant of the fraud; and, especially, if the defendant concealed the facts which it was his duty to disclose, or deceived the complainant by misstatements, or otherwise lulled his suspicions. The sleep of the complainant cannot be used as a defense by him who caused that sleep, for that would be to take advantage of his own wrong."*
> *(Henry R. Gibson §70 Latches)*

May it be through Your faithful servitude as a good and faithful servant, that the said Defendant(s)/Libelee(s) and any other persons who may be confederating together at present and unto Your orator unknown, whose names, when discovered, may be herein inserted, and they be made parties respondent hereto, for contriving to harm and oppress Your orator in the admiralty

*Master Bill of Lading in Original Equal Justice*
*Being Rendered in Admiralty and Maritime Jurisdiction*
*by Nature, Law of Nations and Chancery (Equity)*

18

brown, kenneth anderson, a private and special People called Moor and beneficiary, heir, *subject, ambassador-at-large and Noble of the Al Maroc Shereefian Empire.*

**SPECIAL CAUSE: Amended Complaint (with Congressional Questions Raised)**

and maritime premises. All of which actings and doings, neglects and pretenses, and other conduct on the part of said Defendant(s)/Libelee(s) are contrary to equity admiralty and maritime by nature law of nations and good conscience, and tend to manifest wrong, injury and oppression of Your orator in the premises.

*"Equity will take jurisdiction to avoid a multiplicity of suits."*

### Statement of Jurisdiction

This is a suit in original equal justice being rendered in the original equity admiralty and maritime jurisdiction by nature law of nations in personam only, arising within the *1786/1836 Treaty of Marrakech, ARTICLE XXI*; *1781 Articles of Confederation Article VI, IX, XXII, XXIII; written 1789 constitution of the united states of america in congress assembled, Article III., §2, §§1 & §§2 and ARTICLE VI; 1824 Treaty of Tunis, Article XII.; and the Judicature Act of 1789 1 stat 73 §9, §11, §16, §20, §22, §25, §26, §30, and §32.* The rights Your orator are entitled to as a private Moor americas aboriginal virginian national, a Master Merchant, a Master Mason, a Shereef , a Admiral, a Seamen, a Piloter, a Commander, Maritime lien holder of all vessels, ships, chattels, goods, cargo, crafts, tenements, charters, estates, commodities Land, Air, Water etc, Owner Maritime lien holder navigating the high seas onshore and offshore and subject, ambassador-at-large and Noble of the *Al Maroc Shereefian Empire* are of those classes which said maritime treaties, constitution and act, either confers or has taken under their protection, without such obligation Your orator's rights are in jeopardy of being destroyed and slandered beyond repair where no adequate remedy for their enforcement is provided by the forms of letters of Marque/Reprisal proceedings of a purely colorable quasi-in rem admiralty and maritime legal nature. The same necessity invokes and justifies in cases to which its remedies can be applied, that jurisdiction in equity vested by said maritime treaties, constitution, and act cannot be affected by the legislation of the emergency provisional congress by a committee of the states, the states, nor any agencies subject, ambassador-at-large to the law of the district of columbia. This court has jurisdiction and the ***Claimant/Suitor/Libellant does hereby grant all subject matter jurisdiction to this circuit court for the southern district of new york and hereby invoke, require, give a signal of pass to an ARTICLE III judge/chancellor/special master special term who is competent and impartial to handle this special cause de novo, ex parte in this port of entry,*** under the original equal justice being rendered in the admiralty and maritime jurisdiction by nature law of nations,

*Master Bill of Lading in Original Equal Justice
Being Rendered in Admiralty and Maritime Jurisdiction
by Nature, Law of Nations and Chancery (Equity)*                                    19

brown, kenneth anderson, a private and special People called Moor and beneficiary, heir, *subject, ambassador-at-large and Noble of the Al Maroc Shereefian Empire.*

**SPECIAL CAUSE: Amended Complaint (with Congressional Questions Raised)**

and **this court also have original and exclusive jurisdiction when it comes to matters *dealing with two or more states to all Cases affecting Ambassadors, other public ministers and Consuls;- to all Cases of admiralty and maritime Jurisdiction;-to Controversies* to which the United States shall be a Party** conferred by *1786/1836 Treaty of Marrakech, ARTICLE XXI*; *1789 constitution for the united states of america in congress assembled, Article III., §2, §§1 & §§2 and ARTICLE VI; 1824 Treaty of Tunis, Article XII.; the Judicature Act of 1789 1 stat 73 §7, §9, §11, §16, §20, §22, §25, §26, §30, §32 and Treaty of Tunis 1824, ARTICLE XII.* to the exclusion of all other quasi-in rem colorable admiralty and maritime modes and letters of Marque/Reprisal **"Acts of War"** proceedings, to adjudge this matter. In tender of sufficient consideration whereof, and forasmuch as Your orator is remediless in the premises at and by the direct and rules of the common law, and cannot have adequate relief as in a Court of Equity admiralty and maritime by nature, where equal Justice can be rendered and where matters of this and a similar nature are properly cognizable and restorable. ***Citing Chancellor Henry R. Gibson: I convey to this cause the basis of the inherent exclusive equitable jurisdiction that your Honor shall dispense.***

*Due Process of Law:*

**The Judiciary Act; September 24, 1789**

SEC. 9. And be it further enacted, That the district courts shall have, exclusively of the courts of the several States, cognizance of all crimes and offences that shall be cognizable under the authority of the United States, committed within their respective districts, or upon the high seas; where no other punishment than whipping, not exceeding thirty stripes, a fine not exceeding one hundred dollars, or a term of imprisonment not exceeding six months, is to be inflicted; *and shall also have exclusive original cognizance of all civil causes of admiralty and maritime jurisdiction, including all seizures under laws of impost, navigation or trade of the United States, where the seizures are made, on waters which are navigable from the sea by vessels of ten or more tons burthen, within their respective districts as well as upon the high seas; saving to suitors, in all cases,* the right of a common law remedy, where the common law is competent to give it; *and shall also have exclusive original cognizance of all seizures on land, or other waters than as aforesaid, made, and of all suits for penalties and forfeitures incurred, under the*

*Master Bill of Lading in Original Equal Justice*
*Being Rendered in Admiralty and Maritime Jurisdiction*
*by Nature, Law of Nations and Chancery (Equity)*

20

brown, kenneth anderson, a private and special People called Moor and beneficiary, heir, *subject, ambassador-at-large and Noble of the Al Maroc Shereefian Empire.*

**SPECIAL CAUSE: Amended Complaint (with Congressional Questions Raised)**

*laws of the United States. And shall also have cognizance, concurrent with the courts of the several States, or the circuit courts, as the case may be, of all causes* where an alien sues for a tort only in violation of the law of nations or a treaty of the United States. And shall also have cognizance, concurrent as last mentioned, of all suits at common law where the United States sue, and the matter in dispute amounts, exclusive of costs, to the sum or value of one hundred dollars. And shall also have jurisdiction exclusively of the courts of the several States, of all suits against consuls or vice-consuls, except for offences above the description aforesaid. And the trial of issues in fact, in the district courts, in all causes except civil causes of admiralty and maritime jurisdiction, shall be by jury.

"*Equity Imputes an intent to fulfill an obligation*"

SEC. 11. And be it further enacted, That the circuit courts shall have original cognizance, concurrent with the courts of the several States, of all suits of a civil nature at common law or in equity, where the matter in dispute exceeds, exclusive of costs, the sum or value of five hundred dollars, and the United States are plaintiffs, or petitioners; or an alien is a party, or the suit is between a citizen of the State where the suit is brought, and a citizen of another State. And shall have exclusive cognizance of all crimes and offences cognizable under the authority of the United States, except where this act otherwise provides, or the laws of the United States shall otherwise direct, and concurrent jurisdiction with the district courts of the crimes and offences cognizable therein. But no person shall be arrested in one district for trial in another, in any civil action before a circuit or district court. And no civil suit shall be brought before either of said courts against an inhabitant of the United States, by any original process in any other district than that whereof he is an inhabitant, or in which he shall be found at the time of serving the writ, nor shall any district or circuit court have cognizance of any suit to recover the contents of any promissory note or other chose in action in favour of an assignee, unless a suit might have been prosecuted in such court to recover the said contents if no assignment had been made, except in cases of foreign bills of exchange. And the

*Master Bill of Lading in Original Equal Justice
Being Rendered in Admiralty and Maritime Jurisdiction
by Nature, Law of Nations and Chancery (Equity)*                     21

brown, kenneth anderson, a private and special People called Moor and beneficiary, heir, *subject, ambassador-at-large and Noble of the Al Maroc Shereefian Empire.*

**SPECIAL CAUSE: Amended Complaint (with Congressional Questions Raised)**

circuit courts shall also have appellate jurisdiction from the district courts under the regulations and restrictions herein after provided.

SEC. 19. And be it further enacted, That it shall be the duty of circuit courts, in causes in equity and of admiralty and maritime jurisdiction, to cause the facts on which they found their sentence or decree, fully to appear upon the record either from the pleadings and decree itself, or a state of the case agreed by the parties, or their counsel, or if they disagree by a stating of the case by the court.

SEC. 22. And be it further enacted, That final decrees and judgments in civil actions in a district court, where the matter in dispute exceeds the sum or value of fifty dollars, exclusive of costs, may be reexamined, and reversed or affirmed in a circuit court, holden in the same district, upon a writ of error, whereto shall be annexed and returned therewith at the day and place therein mentioned, an authenticated transcript of the record, an assignment of errors, and prayer for reversal, with a citation to the adverse party, signed by the judge of such district court, or a justice of the Supreme Court, the adverse party having at least twenty daysÂ' notice. And upon a like process, may final judgments and decrees in civil actions, and suits in equity in a circuit court, brought there by original process, or removed there from courts of the several States, or removed there by appeal from a district court where the matter in dispute exceeds the sum or value of two thousand dollars, exclusive of costs, be re-examined and reversed or affirmed in the Supreme Court, the citation being in such case signed by a judge of such circuit court, or justice of the Supreme Court, and the adverse party having at least thirty daysÂ' notice. But there shall be no reversal in either court on such writ of error for error in ruling any plea in abatement, other than a plea to the jurisdiction of the court, or such plea to a petition or bill in equity, as is in the nature of a demurrer, or for any error in fact. And writs of error shall not be brought but within five years after rendering or passing the judgment or decree complained of, or in case the person entitled to such writ of error be an infant, feme covert, non compos mentis, or imprisoned, then within five years as aforesaid, exclusive of the time of such disability. And every justice or judge signing a citation on any writ of error as aforesaid, shall take good and

*Master Bill of Lading in Original Equal Justice*
*Being Rendered in Admiralty and Maritime Jurisdiction*
*by Nature, Law of Nations and Chancery (Equity)*

22

brown, kenneth anderson, a private and special People called Moor and beneficiary, heir, *subject, ambassador-at-large and Noble of the Al Maroc Shereefian Empire.*

**SPECIAL CAUSE: Amended Complaint (with Congressional Questions Raised)**

sufficient security, that the plaintiff in error shall prosecute his writ to effect, and answer all damages and costs if he fail to make his plea good.

SEC. 24. And be it further enacted, That when a judgment or decree shall be reversed in a circuit court, such court shall proceed to render such judgment or pass such decree as the district court should have rendered or passed; and the Supreme Court shall do the same on reversals therein, except where the reversal is in favour of the plaintiff, or petitioner in the original suit, and the damages to be assessed, or matter to be decreed, are uncertain, in which case they shall remand the cause for a final decision. And the Supreme Court shall not issue execution in causes that are removed before them by writs of error, but shall send a special mandate to the circuit court to award execution thereupon.

SEC. 25. And be it further enacted, That a final judgment or decree in any suit, in the highest court of law or equity of a State in which a decision in the suit could be had, where is drawn in question the validity of a treaty or statute of, or an authority exercised under the United States, and the decision is against their validity; or where is drawn in question the validity of a statute of, or an authority exercised under any State, on the ground of their being repugnant to the constitution, treaties or laws of the United States, and the decision is in favour of such their validity, or where is drawn in question the construction of any clause of the constitution, or of a treaty, or statute of, or commission held under the United States, and the decision is against the title, right, privilege or exemption specially set up or claimed by either party, under such clause of the said Constitution, treaty, statute or commission, may be re-examined and reversed or affirmed in the Supreme Court of the United States upon a writ of error, the citation being signed by the chief justice, or judge or chancellor of the court rendering or passing the judgment or decree complained of, or by a justice of the Supreme Court of the United States, in the same manner and under the same regulations, and the writ shall have the same effect, as if the judgment or decree complained of had been rendered or passed in a circuit court, and the proceeding upon the reversal shall also be the same, except that the Supreme

*Master Bill of Lading in Original Equal Justice*
*Being Rendered in Admiralty and Maritime Jurisdiction*
*by Nature, Law of Nations and Chancery (Equity)*

23

brown, kenneth anderson, a private and special People called Moor and beneficiary, heir, *subject, ambassador-at-large and Noble of the Al Maroc Shereefian Empire.*

**SPECIAL CAUSE: Amended Complaint (with Congressional Questions Raised)**

Court, instead of remanding the cause for a final decision as before provided, may at their discretion, if the cause shall have been once remanded before, proceed to a final decision of the same, and award execution. But no other error shall be assigned or regarded as a ground of reversal in any such case as aforesaid, than such as appears on the face of the record, and immediately respects the before mentioned questions of validity or construction of the said constitution, treaties, statutes, commissions, or authorities in dispute.

SEC. 30. And be it further enacted, That the mode of proof by oral testimony and examination of witnesses in open court shall be the same in all the courts of the United States, as well in the trial of causes in equity and of admiralty and maritime jurisdiction, as of actions at common law. And when the testimony of any person shall be necessary in any civil cause depending in any district in any court of the United States, who shall live at a greater distance from the place of trial than one hundred miles, or is bound on a voyage to sea, or is about to go out of the United States, or out of such district, and to a greater distance from the place of trial than as aforesaid, before the time of trial, or is ancient or very infirm, the deposition of such person may be taken de bene esse before any justice or judge of any of the courts of the United States, or before any chancellor, justice or judge of a supreme or superior court, mayor or chief magistrate of a city, or judge of a county court or court of common pleas of any of the United States, not being of counsel or attorney to either of the parties, or interested in the event of the cause, provided that a notification from the magistrate before whom the deposition is to be taken to the adverse party, to be present at the taking of the same, and to put interrogatories, if he think fit, be first made out and served on the adverse party or his attorney as either may be nearest, if either is within one hundred miles of the place of such caption, allowing time for their attendance after notified, not less than at the rate of one day, Sundays exclusive, for every twenty miles travel. And in causes of admiralty and maritime jurisdiction, or other cases of seizure when a libel shall be filed, in which an adverse party is not named, and depositions of persons circumstanced as aforesaid shall be taken before a claim be put in, the like

*Master Bill of Lading in Original Equal Justice*
*Being Rendered in Admiralty and Maritime Jurisdiction*
*by Nature, Law of Nations and Chancery (Equity)*

24

brown, kenneth anderson, a private and special People called Moor and beneficiary, heir, *subject, ambassador-at-large and Noble of the Al Maroc Shereefian Empire.*

notification as aforesaid shall be given to the person having the agency or possession of the property libelled at the time of the capture or seizure of the same, if known to the libellant. And every person deposing as aforesaid shall be carefully examined and cautioned, and sworn or affirmed to testify the whole truth, and shall subscribe the testimony by him or her given after the same shall be reduced to writing, which shall be done only by the magistrate taking the deposition, or by the deponent in his presence. And the depositions so taken shall be retained by such magistrate until he deliver the same with his own hand into the court for which they are taken, or shall , together with a certificate of the reasons as aforesaid of their being taken, and of the notice if any given to the adverse party, be by him the said magistrate sealed up and directed to such court, and remain under his seal until opened in court. And any person may be compelled to appear and depose as aforesaid in the same manner as to appear and testify in court. And in the trial of any cause of admiralty or maritime jurisdiction in a district court, the decree in which may be appealed from, if either party shall suggest to and satisfy the court that probably it will not be in his power to produce the witnesses there testifying before the circuit court should an appeal be had, and shall move that their testimony be taken down in writing, it shall be so done by the clerk of the court. And if an appeal be had, such testimony may be used on the trial of the same, if it shall appear to the satisfaction of the court which shall try the appeal, that the witnesses are then dead or gone out of the United States, or to a greater distance than as aforesaid from the place where the court is sitting, or that by reason of age, sickness, bodily infirmity or imprisonment, they are unable to travel and appear at court, but not otherwise. And unless the same shall be made to appear on the trial of any cause, with respect to witnesses whose depositions may have been taken therein, such depositions shall not be admitted or used in the cause. Provided, That nothing herein shall be construed to prevent any court of the United States from granting a dedimus potestatem to take depositions according to common usage, when it may be necessary to prevent a failure or delay of justice, which power they shall severally possess, nor to extend to depositions taken in perpetuam rei memoriam, which if

*Master Bill of Lading in Original Equal Justice*
*Being Rendered in Admiralty and Maritime Jurisdiction*
*by Nature, Law of Nations and Chancery (Equity)*

25

brown, kenneth anderson, a private and special People called Moor and beneficiary, heir, *subject, ambassador-at-large and Noble of the Al Maroc Shereefian Empire.*

**SPECIAL CAUSE: Amended Complaint (with Congressional Questions Raised)**

they relate to matters that may be cognizable in any court of the United States, a circuit court on application thereto made as a court of equity, may, according to the usages in chancery direct to be taken.

***TAKE FURTHER NOTICE** of section 32 of The Judiciary Act; September 24, 1789, 1 Stat. 73.* of Your Trust Indenture **which states as follows:**

SEC. 32. And be it further enacted, That no summons, writ, declaration, return, process, judgment, or other proceedings in civil causes in any of the courts of the United States, shall be abated, arrested, quashed or reversed, *for any defect or want of form*, but the said courts respectively shall proceed and give judgment according as the right of the cause and matter in law shall appear unto them, without regarding any imperfections, defects, or want of form in such writ, declaration, or other pleading, return, process, judgment, or course of proceeding whatsoever, except those only in cases of demurrer, which the party demurring shall specially sit down and express together with his demurrer as the cause thereof. And the said courts respectively shall and may, by virtue of this act, from time to time, amend all and every such imperfections, defects and wants of form, other than those only which the party demurring shall express as aforesaid, and may at any time permit either of the parties to amend any defect in the process or pleadings, upon such conditions as the said courts respectively shall in their discretion, and by their rules prescribe.

SEC. 33. *And be it further enacted, That for any crime or offence against the United States, the offender may, by any justice or judge of the United States, or by any justice of the peace, or other magistrate of any of the United States where he may be found agreeably to the usual mode of process against offenders in such state, and at the expense of the United States, be arrested, and imprisoned or bailed, as the case may be, for trial before such court of the United States as by this act has cognizance of the offence.* And copies of the process shall be returned as speedily as may be into the clerk's office of such court, together with the recognizances of the witnesses for their appearance to testify in the case; which recognizances the magistrate before whom the examination shall be, may require on pain of

*Master Bill of Lading in Original Equal Justice
Being Rendered in Admiralty and Maritime Jurisdiction
by Nature, Law of Nations and Chancery (Equity)*

26

brown, kenneth anderson, a private and special People called Moor and beneficiary, heir, *subject, ambassador-at-large and Noble of the Al Maroc Shereefian Empire.*

**SPECIAL CAUSE: Amended Complaint (with Congressional Questions Raised)**

imprisonment. And if such commitment of the offender, or the witnesses shall be in a district other than that in which the offence is to be tried, it shall be the duty of the judge of that district where the delinquent is imprisoned, seasonably to issue, and of the marshal of the same district to execute, a warrant for the removal of the offender, and the witnesses, or either of them, as the case may be, to the district in which the trial is to be had. And upon all arrests in criminal cases, bail shall be admitted, except where the punishment may be death, in which cases it shall not be admitted but by the supreme or a circuit court, or by a justice of the supreme court, or a judge of a district court, who shall exercise their discretion therein, regarding the nature and circumstances of the offence, and of the evidence, and the usages of law. And if a person committed by a justice of the supreme or a judge of a district court for an offence not punishable with death, shall afterwards procure bail, and there be no judge of the United States in the district to take the same, it may be taken by any judge of the supreme or superior court of law of such state.

**Methods of Trust Formation:** Delivery, Transfer, Verbal, Fraud, Concealment, Conveyance, Contract, Agreement, Will, Statute, Silence, Acquiescence, Admission, Consent, Acceptance, Endorsement, Appointment, Failure of Disclaimer, Notice, Registration, Recording, Endorsement, Declaration.

[ a. Such a trust may be created by deed or may rest entirely in parole or may be partially in writing and partially in parole 1966 Florida Appeals Fraser v Fraser.]

***The court of appeals has jurisdiction over appeals from interlocutory orders, determining the rights and liabilities of the parties to admiralty cases in which appeals from final decrees are allowed.** ["28 U.S.C. § 1292(a)(3). See, e.g., Barnes v. Sea Hawaii Rafting, LLC, 889 F.3d 517, 528 (9th Cir. 2018); CHMM, LLC v. Freeman Marine Equip., Inc., 791 F.3d 1059, 1062 (9th Cir. 2015) ("We have jurisdiction under 28 U.S.C. § 1292(a)(3),** which allows us to hear appeals from '[i]nterlocutory decrees of ... district courts ... determining the rights and liabilities of the parties to admiralty cases**.' [28 U.S.C. § 1292(a)(3)].***

*Master Bill of Lading in Original Equal Justice*
*Being Rendered in Admiralty and Maritime Jurisdiction*
*by Nature, Law of Nations and Chancery (Equity)*

27

brown, kenneth anderson, a private and special People called Moor and beneficiary, heir, *subject, ambassador-at-large and Noble of the Al Maroc Shereefian Empire.*

**SPECIAL CAUSE: Amended** **Complaint (with Congressional Questions Raised)**

I deny paying any duties whatsoever and I never will entertain the idea of it. My master bill of lading was shipped with a ***Proof of Consideration tendered on special deposit*** *"Equity will not complete an imperfect gift" and pursuant to 1796 Treaty of Tripoli ARICLE V and X* to the port of entry received by the clerks of your courts as the Consignee(carrier) receiving and landed on the dock known as port of entry or port of lading and was given a tracking number aka Docket Number (***a Trust Arises***). *"Equity imputes an intent to fulfill an obligation."* So Your duties as a People Bound by oath to be Persons Worthy of Trust is to ensure I get aid, repairs and restoration rendered to me, my  vessels, cargo ships, seaports, ports of lading, merchandise, everything in the land air and water as the *bona fide Owner/beneficiary* as my ancestors intended for me through Treaties which You happen to be a party to by way of Oaths as Trustee(s)/Fiduciary(ies) to me as I am god (generator, operator, destroyer) and Lord and you are my servants by oath that you volunteered to by your own consent so YOU are now bound, Common Law Applies to Trustee(s) if Not i require You "***SHOW GOOD CAUSE***" it does not apply to YOU.  "***Equity does not aid the volunteer.***"

The *district courts* shall have original jurisdiction of all civil actions arising under the Constitution, laws, or ***treaties*** of the United States, exclusive of the courts of the States, of: **(1)** Any civil case of admiralty or maritime jurisdiction, saving to suitors in all cases all other remedies to which they are otherwise entitled; **(2)** Any prize brought into the United States and all proceedings for the condemnation of property taken as prize.  Including bankruptcy dealing with citizens of the united states for the district of columbia and their belligerent crew members who have taken oaths to demean themselves.

### Statement of the Cause

The primary subject matter at issue in Your orator's speciali causa (special cause) as a private Moor, americas aboriginal virginian national, and subject, ambassador-at-large and Noble of the Al Maroc Shereefian Empire, " *but not a citizen of the united states for the district of columbia and its insular possessions/enclaves **(federal)**, nor a Citizen of the united states of america in congress assembled and its several states **(confederacy)***" is purstnat to Your orator's core private rights (privatum) have been and will continue to be destroyed by people bound by oath to be "**Persons worthy of Trust**," who have by presumptions and a form of paper genocide,

*Master Bill of Lading in Original Equal Justice*
*Being Rendered in Admiralty and Maritime Jurisdiction*
*by Nature, Law of Nations and Chancery (Equity)*

28

brown, kenneth anderson, a private and special People called Moor and beneficiary, heir, *subject, ambassador-at-large and Noble of the Al Maroc Shereefian Empire.*

**SPECIAL CAUSE: Amended Complaint (with Congressional Questions Raised)**

attempted to denationalize or naturalize and confederate against Claimant in a very *unbecoming, unmoored,* hostile and belligerent manner by imposing statutes codes, ordinances and other colorable instrumentalities and titles, by listing me as a human, a negro, black, white, colored, a person, (the word "person," as defined by the Code of the District of Columbia, shall apply to partnerships and corporations), a person of color, ethnic, indigenous, an Indian, a native American, African, African-American, a Latino, a Hispanic, Moorish, a Moorish American, associated with any Moorish Science Temple of America (MSTA), or Moorish Nation, a Black Identity Extremist, a sovereign-citizen, a national of a designated enemy country, a resident of any of the united states for the district of columbia, resident of any of the united states of america in congress assembled, relegating Claimant/Your orator/Suitor/Libellant/ Peaceful Protestor to being legally incapacitated, and as a perpetual minor, if not "dead" in the law captured, condemned vessel lost at sea, reduced to a political and economic status without rights, left with only benefits and privileges, incapable of taking up my own maritime rights and handling my own affairs as was intended by my ancestors. Nowhere in the constitution, maritime treaties or laws of the united states of america in congress assembled, nor the Code of the District of Columbia are any People bound by oath to be Persons worthy of Trust and  subject to the public faith, granted the authority *through acts of war, through assault and beatings on the High Seas* to change Claimant/Your orator/Suitor/Libellant/Peaceful Protestor from being a special and private People called Moor and subject, ambassador-at-large and Noble of the Al Maroc Shereefian Empire without his consent, volition, act and deed. It is not only not true in law or in fact, in principle or in practice, that any People bound by oath to be Persons worthy of Trust or instrumentality created by the Trust of the People, such as the treaties or the constitutions shall confer upon the private people called Moors any colorable quasi in rem admiralty and maritime titles or reduced political and economic status without maritime rights by nature. Said Fiduciary(ies)/Defendant(s)/Libelee(s) have subjected the Claimant/Your orator/Suitor/Libellant/ Peaceful Protestor to such treatment by statutes, codes, ordinance, prohibitions, rules, regulations and other colorable admiralty and maritime instrumentalities to alter his special and particular political status. Libellant(s) core private treaty and maritime rights have been and will continue to be destroyed in libel beyond repair by presumptions as a form of paper genocide.  It has been in fact expressed by maritime treaty and the general laws and acts of congress of many of the several

*Master Bill of Lading in Original Equal Justice*
*Being Rendered in Admiralty and Maritime Jurisdiction*
*by Nature, Law of Nations and Chancery (Equity)*

29

brown, kenneth anderson, a private and special People called Moor and beneficiary, heir, *subject, ambassador-at-large and Noble of the Al Maroc Shereefian Empire.*

**SPECIAL CAUSE: Amended Complaint (with Congressional Questions Raised)**

states since as early as 1845 that a private Moor is excepted from said statutes, codes, ordinance, prohibitions.

I contend that it would be contrary to Equity in the original admiralty and maritime jurisdiction by nature law of nations, good conscience and good reason and the various maritime/mercantile treaties of the Al Maroc Shereefian Empire and is repugnant to the constitution, maritime treaties and laws of the united states of america in congress assembled to mistakenly sacrifice my right to self-determination as a private People called Moor, americas aboriginal (virginian) national,  a Master Merchant, a Master Mason, a Shereef, an Admiral, a Seamen, a Piloter, a Commander, Maritime lien holder of all vessels, ships, chattels, goods, cargo, crafts, tenements, charters, estates, commodities Land, Air, Water, etc., Owner Maritime lien holder navigating the high seas onshore and offshore and subject, ambassador-at-large and Noble of the *Al Maroc Shereefian Empire*, my name, my family ties, my hereditary culture, and my inheritance. I am a people called Moor. ***"Equity aids the vigilant, not those who slumber on their rights."***

### Justice thomas opinion

First, *"substantive due process exalts judges at the expense of the People from whom they derive their authority."* Ibid. Because the Due Process Clause "speaks only to 'process,' the Court has long struggled to define what substantive rights it protects." Timbs v. Indiana, 586 U. S. ___, ___(2019) (THOMAS, J., concurring in judgment) (slip op., at 2)(internal quotation marks omitted). In practice, the Court's approach for identifying those "fundamental" rights "unquestionably involves policymaking rather than neutral legal analysis." Carlton, 512 U. S., at 41–42 (opinion of Scalia, J.); see also McDonald, 561 U. S., at 812 (opinion of THOMAS, J.) (substantive due process is "a jurisprudence devoid of a guiding principle"). ***The Court divines new rights in line with "its own, extraconstitutional value preferences" and nullifies state laws that do not align with the judicially created guarantees.*** Thornburgh v. American College of Obstetricians and Gynecologists, 476 U. S. 747,794 (1986) (White, J., dissenting).

### *Substantive Due Process of War*
### *TERMS AND CONDITIONS*
### *FIFTY-SIXTH CONGRESS. Sess. II . CHs. 853,85-1. 1901.*

*Master Bill of Lading in Original Equal Justice*
*Being Rendered in Admiralty and Maritime Jurisdiction*
*by Nature, Law of Nations and Chancery (Equity)*                    30

brown, kenneth anderson, a private and special People called Moor and beneficiary, heir, *subject, ambassador-at-large and Noble of the Al Maroc Shereefian Empire.*

**SPECIAL CAUSE: Amended** Complaint (with Congressional Questions Raised)

**Third**. *The word "person" shall be held to apply to partnerships and corporations, unless such construction would be unreasonable, and the reference to any officer shall include any person authorized by law to perform the duties of his office, unless the context shows that such words were intended to be used in a more limited sense.*

**Fourth**. *Wherever the word "executor" is used it shall include "administrator," and vice versa, unless such application of the terms would be unreasonable.*

**Fifth**. *Wherever an oath is required an affirmation in judicial form, if made by a person conscientiously scrupulous about taking an oath, shall be deemed a sufficient compliance.*

*LAWS REMAINING IN FORCE.*

**[code of law for the District of columbia,] SECTION 1.** *The common law, all British statutes in force in Maryland on the twenty-seventh day of February, eighteen hundred and one,* **the principles of equity and admiralty, all general acts of Congress** *not locally inapplicable in the District of Columbia, and all acts of Congress by their terms applicable to the District of Columbia and to other places under the jurisdiction of the United States, in force at the date of the passage of this act shall remain in force except in so far as the same are inconsistent with, or are replaced by, some provision of this code .* "***A Trust Arises; Breached in the Past and Present***"

**1789 constitution of the united states:**

**Article 1, section 8, clause 10:** *To define and punish Piracies and Felonies committed on the high Seas, and Offences against the Law of Nations.* "***A Trust Arises; Breached in the Past and Present***"

**Article 1, section 8, clause 17:** *To exercise exclusive Legislation in all Cases whatsoever, over such District* **(not exceeding ten Miles square).** "***A Trust Arises; Breached in the Past and Present***"

The Defendant(s)/Libelee(s) revenue are united states for the district of columbia ports of entry that breached its charters by extending its waters outside the 10 miles square in contravention using its fictitious colorable admiralty corporate entities (vessels) called the "State of" the various

*Master Bill of Lading in Original Equal Justice*
*Being Rendered in Admiralty and Maritime Jurisdiction*
*by Nature, Law of Nations and Chancery (Equity)*

31

brown, kenneth anderson, a private and special People called Moor and beneficiary, heir, *subject, ambassador-at-large and Noble of the Al Maroc Shereefian Empire.*

**SPECIAL CAUSE: Amended Complaint (with Congressional Questions Raised)**

states and its agents crewmen on an Enemy ship known as citizens of the united states for the district of columbia is guilty of Treason and felonies on the High Seas and elsewhere in contravention through acts of war committing assaults and beatings on the High Seas and elsewhere by granting Letters of Marque/Reprisal to capture/condemn/pirate the vessels, ships, goods, merchandise, commodities, convoys belonging to **"Ipso Jure"** Moor Subjects of the Al Maroc Shereefian Empire without the consent of united states in congress assembled.

### Statement of Cause

The primary subject matter at issue in your orator's speciali causa (special cause) as a private People called Moor americas aboriginal virginian national, a Master Merchant, a Master Mason, a Shereef, an Admiral, a Seamen, a Piloter, a Commander, Maritime lien holder of all vessels, ships, chattels, goods, cargo, crafts, tenements, charters, estates, commodities Land, Air, Water etc, Owner Maritime lien holder navigating the high seas onshore and offshore and subject, ambassador-at-large and Noble of the *Al Maroc Shereefian Empire,* "*but not a citizen of the united states for the district of columbia and its insular possessions/enclaves (Federal), nor a Citizen of the united states of america in congress assembled and its several states (confederacy),*" your orator's special and particular status is uncontroverted. It "cannot" be altered by any of the several states and its navigation of waters and ships, *the united states for the district of columbia its waters, vessels or ships*, or *the united states of america in congress assembled* maritime contracts or statutes waters vessels and ships, be it expressed or implied, public or private; and therefore my special and particular status as a private Moor Subject "cannot" be reduced to an inferior grade of volunteer surety "U.S. citizenship" et al. status by any man, state, or colorable quasi-in rem admiralty and maritime instrumentality. Your orator's substantive core private equitable maritime rights to ***"substantive due process of war"*** and equal Justice being rendered in the original jurisdiction of admiralty and maritime by nature law of nations cannot be seen by a court of colorable admiralty and maritime letters of Marque/Reprisal "Act of War "proceeding under any mode other than the original jurisdiction of Equity admiralty and maritime by nature law of nations, as are all at law courts today whether state or federal, as a result of section 17 of the Trading with the Enemy Act of October 6, 1917, which was made applicable to "persons within the United States," by way of said Emergency Banking Relief Act of 1933 without violation thereof; which in such case Your orator is by legal compulsion subjected to the laws of the *united*

*Master Bill of Lading in Original Equal Justice*
*Being Rendered in Admiralty and Maritime Jurisdiction*
*by Nature, Law of Nations and Chancery (Equity)*

32

brown, kenneth anderson, a private and special People called Moor and beneficiary, heir, *subject, ambassador-at-large and Noble of the Al Maroc Shereefian Empire.*

**SPECIAL CAUSE: Amended Complaint (with Congressional Questions Raised)**

*states of america in congress assembled* or *the united states for the district of columbia* which are inconsistent with and repugnant to our reciprocal maritime treaties and therefore Claimant cannot be "commingled" with any public U.S. citizens or nationals/allies of a designated enemy country as defined in and subject to your Emergency Banking Relief Act of March 9, 1933. Due to said exigent circumstances your orator is without adequate, complete, and certain remedy at law admiralty and maritime by characteristic, sufficient to meet all the demands of Justice owed and due to Your oraot by virtue of my private status as an **"*ipso jure*"** Moor subject, ambassador-at-large and Noble of the *Al Maroc Shereefian Empire*. Your orator requires that this court and its People bound by oath to be Persons Worthy of Trust issue a private declaratory decree acknowledging that your orator is, "in fact, " a private People called Moor, americas aboriginal (virginian) national, , a Master Merchant, a Master Mason, a Shereef, an Admiral, a Seamen, a Piloter, a Commander, Maritime lien holder of all vessels, ships, chattels, goods, cargo, crafts, tenements, charters, estates, commodities Land, Air, Water etc, Owner Maritime lien holder navigating the high seas onshore and offshore and subject, ambassador-at-large and Noble of the *Al Maroc Shereefian Empire,* "*but not a citizen of the united states for the district of columbia and its insular possessions/enclaves (Federal), nor a Citizen of the united states of america in congress assembled and its several states (confederacy),*" and that he shall be treated as friendly, amicus curiae, and respected and esteemed as that of the **most favored Nation**. "***Equity aids the vigilant, not those who slumber on their rights***."

### The Judiciary Act; September 24, 1789

SEC. 9. And be it further enacted, That the district courts shall have, exclusively of the courts of the several States, cognizance of all crimes and offences that shall be cognizable under the authority of the United States, committed within their respective districts, or upon the high seas; where no other punishment than whipping, not exceeding thirty stripes, a fine not exceeding one hundred dollars, or a term of imprisonment not exceeding six months, is to be inflicted**; *and shall also have exclusive original cognizance of all civil causes of admiralty and maritime jurisdiction, including all seizures under laws of impost, navigation or trade of the United States, where the seizures are made, on waters which are navigable from the sea by vessels of ten or more tons burthen, within their respective***

*Master Bill of Lading in Original Equal Justice*
*Being Rendered in Admiralty and Maritime Jurisdiction*
*by Nature, Law of Nations and Chancery (Equity)*

33

brown, kenneth anderson, a private and special People called Moor and beneficiary, heir, *subject, ambassador-at-large and Noble of the Al Maroc Shereefian Empire.*

**SPECIAL CAUSE: Amended Complaint (with Congressional Questions Raised)**

*districts as well as upon the high seas; saving to suitors, in all cases*, the right of a common law remedy, where the common law is competent to give it; *and shall also have exclusive original cognizance of all seizures on land, or other waters than as aforesaid, made, and of all suits for penalties and forfeitures incurred, under the laws of the United States. And shall also have cognizance, concurrent with the courts of the several States, or the circuit courts, as the case may be, of all causes* where an alien sues for a tort only in violation of the law of nations or a treaty of the United States. And shall also have cognizance, concurrent as last mentioned, of all suits at common law where the United States sue, and the matter in dispute amounts, exclusive of costs, to the sum or value of one hundred dollars. And shall also have jurisdiction exclusively of the courts of the several States, of all suits against consuls or vice-consuls, except for offences above the description aforesaid. And the trial of issues in fact, in the district courts, in all causes except civil causes of admiralty and maritime jurisdiction, shall be by jury.

"*Equity Imputes an intent to fulfill an obligation*"

### Statement of Cause

Your orator's special cause is for the termination of any guardian/ward condemned vessel relation; making any presumed administration of my estate absolute void; have decedent's legal estate restored to your orator as the sole exclusive beneficiary and heir of said decedent's legal estate person all all inherited descendent estates; and I demand restoration and exoneration from of all liabilities of the defendant Kenneth Anderson Brown, et al. (registered organization name trust vessel in Washington, District of Columbia) is a decedent's legal estate ("Estate"). The decedent's legal estate is a derivative of the sacred trust vessel that was granted to your orator by his mother and father as grantor(s). It was intended for me as grantee absolute and sole beneficiary of the body main vessel, ship, the name, and the sum of all their attachments, including, but not limited to, all interest, lands, assets, rents, credits emitted, monies borrowed, leases, derivatives, profits, proceeds, reserves, stores, and titles thereof for his private enjoyment, use, possession, and benefit. Your orator has acknowledged and accepted all that my ancestors had intended for me. Your orator's equitable admiralty and maritime claims are uncontroverted. Your orator is beneficial owner and Captain of the Estate (vessel), and all property attachments including, but

brown, kenneth anderson, a private and special People called Moor and beneficiary, heir, *subject, ambassador-at-large and Noble of the Al Maroc Shereefian Empire.*

**SPECIAL CAUSE: Amended Complaint (with Congressional Questions Raised)**

not limited to, lands, houses, goods and chattels, rights and credits, my person, my to be wife and minor offspring(s), my right to work, to sell and acquire property and engage in any lawful business, as well as my reputation and their reputation, health and capacity to labor, as well as my right and their right to enjoy the senses of sight, smell, hearing and taste, and his and their right of speech and locomotion, and my right and their right to enjoy our sense of moral propriety when normal, to live by my labor and property, and cannot be presumed to have parted with any of the aforementioned without receiving or expecting an equivalent in value. Hence, whenever one person has obtained either the labor or property of your orator, he should pay or account therefore, unless he can prove it was a gift by your orator; your orator is interested in the settlement, and has been aggrieved by errors, omissions and false credits therein; and that a just and equitable maritime settlement will benefit him. Your orator's substantive maritime equitable rights to own property and to **"*substantive due process of war*"** and equal Justice being rendered in admiralty and maritime by nature jurisdiction are not cognizable at law quasi in rem admiralty and maritime by characteristic, much less at martial **"Non-Substantive due process of War"**, and rely exclusively on the recognition and enforcement of purely equitable maritime rights by nature.

Your orator states that due to said exigent circumstances he is without adequate, complete, and certain remedy at law colorable admiralty and maritime jurisdictions, sufficient to meet all the demands of Justice, owed and due to him, by virtue of his private status as a private people called Moor and Subject of the *Al Maroc Shereefian Empire,* and that without complete justice being administered by this High court, your orator may be subjected to further unjust and irreparable harm and destruction of his maritime treaty protected rights and property by Libelee(s) in libel beyond repair. "*Equity abhors a forfeiture*."

### Statement of Cause

The primary subject matter issue of the Claimant's speciali causa (special cause) in regards to Fiduciary(ies)/Defendant(s)/Libelee(s) is for the full restoration against all liability of the Estate as the surety or secondarily liable imposed upon him in all legal colorable admiralty and maritime proceedings in a general military character, and in a particular "State" **acts of war** letters of Marque/Reprisal legal proceeding styled as "IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISCTRICT OF GEORGIA; " "IN THE UNITED STATES COURT OF APPEALS FOR THE ELEVENTH CIRCUIT;" "IN THE UNITED STATES DISTRICT COURT

*Master Bill of Lading in Original Equal Justice Being Rendered in Admiralty and Maritime Jurisdiction by Nature, Law of Nations and Chancery (Equity)*

35

brown, kenneth anderson, a private and special People called Moor and beneficiary, heir, *subject, ambassador-at-large and Noble of the Al Maroc Shereefian Empire.*

**SPECIAL CAUSE: Amended Complaint (with Congressional Questions Raised)**

FOR THE SOUTHERN DISCTRICT OF NEW YORK," "IN THE CIRCUIT COURT OF THE UNITED STATES FOR THE SECOND CIRCUIT;" "IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISCTRICT OF VIRGINIA;" "IN THE CIRCUIT COURT OF THE UNITED STATES FOR THE FOURTH CIRCUIT;" INFERIOR COURTS namely JUSTICES OF THE PEACE and the POLICE COURT, SUPERIOR COURTS, namely the "SUPREME COURT OF THE DISTRICT OF COLUMBIA," etc.—***federal rules of civil procedures and federal rules of appellate procedures do not apply to prize proceedings in admiralty***, which are "In Fact" legal fictions and has no **"Substantive due process of war"** and demonstrably erroneous, an **"oxymoron" and "unmoored" and and farcical enforcing rules that do not apply to prize proceedings in admiralty by nature law of nations.**

*Your orator draws into question the validity of any forms, proceedings and modes purely legal for acquiring jurisdiction, that are martial in character.* A conflict arises under the interpretation of works, doctrines, ideas, principles of, or any authority exercised, inconsistent with and repugnant to any maritime treaties made or that shall be made by the *united states in congress assembled*, or the powers granted to the *Committee of States*, in the *Articles of Confederation*, while in the recess of congress, a conflict and variance arises. "***Where there is a conflict between the Maxims of Equity and the rules of the common law over the same subject matter, Equity shall prevail.***" Your orator's core private rights are not cognizable at law, or the colorable quasi in rem admiralty and maritime legal legislative letters of Marque/Reprisal proceedings in the courts of the several states; nor the modern merged reformed legal system, in which only the procedural distinctions between the courts of law and equity were merged, albeit, the jurisdictions are wholly unaffected and my private **"substantive due process of war rights"** are in direct inherent conflict with the concurrent jurisdiction created by the *Judicature Act of 1873*. Furthermore, my conflict with the reformed procedure is that the intent and purpose of the ancient separation into an exclusive equal justice being rendered in admiralty and maritime jurisdiction by nature law of nations is no longer furnished and is in direct conflict with the reformed procedure. The Claimant's core private natural maritime rights are in jeopardy of being destroyed by Libelee(s) in libel are of those classes which the maritime treaties either confer or are taken under its protection and no adequate remedy for their enforcement is provided by the forms, proceedings, and modes purely legal.

*Master Bill of Lading in Original Equal Justice Being Rendered in Admiralty and Maritime Jurisdiction by Nature, Law of Nations and Chancery (Equity)*

36

brown, kenneth anderson, a private and special People called Moor and beneficiary, heir, *subject, ambassador-at-large and Noble of the Al Maroc Shereefian Empire.*

### SPECIAL CAUSE: Amended Complaint (with Congressional Questions Raised)

The Claimant is without speedy, nor adequate and complete remedy at law colorable admiralty and therefore there arises a conflict of the rule of law over the same subject matter, the registered organization name Kenneth Anderson Brown trust vessel, in relation to the Claimant/, as a **"ipso jure"** Moor subject, ambassador-at-large and Noble. It is **only under legal compulsion** that the Claimant/Suitor/Libellant is subjected to any jurisdiction other than the exclusive equity in the admiralty and maritime jurisdiction by nature law of nations. vested by the *1781 Articles of Confederation, ARTICLE XII; 1786/1836 Treaty of Marrakech, ARTICLE XXI; 1789 constitution for the united states of america in congress assembled, ARTICLE III §2 §§1 &§§2, and ARTICLE VI. §1, §2 and §3; the Judiciary Act of 1789 1 stat 73 §9 and §11; and the 1824 Treaty of Tunis ARTICLE XII* and cannot be affected by the emergency enactments of legislation due to the said conflict, the inherent law, equitable maritime principles and doctrines such as matters of subrogation, substitution, and exoneration and other equitable maritime defenses from said colorable admiralty letters of marque proceeding legal in nature, in the courts of several states.

### Franco-Al Maroc Shereefian Empire Protectorate Treaty,
### Signed at Fez March 30, 1912

*This Provision probably has in view the carrying out of that part of Article 60 of the Algeciras act which stipulates that" before authorizing the execution of deeds transferring property the Cadi will have to satisfy himself of the validity of the Title in conformity to the Mohammedan Law" The department is, however, advised that the records of land titles in Al Maroc are very incomplete, and that this provision of the regulations may be used to delay indefinitely transfers of property in which the Moorish Government has in "Fact" no legal or equitable rights.*

#### *"He who comes into equity must come with clean hands"*

### Statement of Cause

The primary subject matter issue of Your orator's speciali causa (special cause), as an "implied equitable maritime surety," he makes his original claim against Defendant(s)/Libelee(s) seeking equitable maritime restoration and remedy from the burden caused by (i) trespass upon Your orator's inherent natural rights to equal Justice being rendered towards him in admiralty/maritime by nature concerning any dispute, (ii) exoneration of all liability and

*Master Bill of Lading in Original Equal Justice*
*Being Rendered in Admiralty and Maritime Jurisdiction*
*by Nature, Law of Nations and Chancery (Equity)*

37

brown, kenneth anderson, a private and special People called Moor and beneficiary, heir, *subject, ambassador-at-large and Noble of the Al Maroc Shereefian Empire.*

**SPECIAL CAUSE: Amended Complaint (with Congressional Questions Raised)**

obligations imputed to Your orator either by way of operation of law, mistake, error or accident, by presumption, under legal compulsion, threat and duress, or fraudulent concealment by Defendant(s)/Libelee(s), and  (iii) subrogation of all rights, title and interests of the united states of america, and the united states for the district of columbia (hereafter "creditors") against the Claimant/Suitor/Libellant with respect to any irrevocable obligation arising from a quasi-trust relationship conducted by said united states for the  district of columbia colorable **"non-substantive due process of war"** quasi in rem admiralty and maritime military legal letters of marque/reprisal proceedings.

Your orator states that due to said exigent circumstances I am without adequate, complete, and certain remedy at law, sufficient to meet all the demands of Justice owed and due to me by virtue of his special and private status as a people called Moor and subject, ambassador-at-large and Noble of the *Al Maroc Shereefian Empire,* and that as the sole exclusive heir to the Estate(s), and that without complete justice being administered this Court, Your orator may be subject to unjust and irreparable harm and destruction in contravention and libel of his maritime treaty protected rights and property.

**The Jay Treaty of 1794**

***ARTICLE XXI.*** It is likewise agreed that the Subjects and Citizens of the Two Nations, shall not do any acts of Hostility or Violence against each other, nor accept Commissions or Instructions so to act from any Foreign Prince or State, Enemies to the other party, nor shall the Enemies of one of the parties be permitted to invite or endeavour to enlist in their military service any of the Subjects or Citizens of the other party; and the Laws against all such Offences and Aggressions shall be punctually executed. And if any Subject or Citizen of the said Parties respectively shall accept any Foreign Commission or Letters of Marque for Arming any Vessel to act as a Privateer against the other party, and be taken by the other party, it is hereby declared to be lawful for the said party to treat and punish the said Subject or Citizen, having such Commission or Letters of Marque as a Pirate. *"A Trust Arises; Breached in the Past and Present"*

**Statement of Cause**

*Master Bill of Lading in Original Equal Justice
Being Rendered in Admiralty and Maritime Jurisdiction
by Nature, Law of Nations and Chancery (Equity)*                                                    38

brown, kenneth anderson, a private and special People called Moor and beneficiary, heir, *subject, ambassador-at-large and Noble of the Al Maroc Shereefian Empire.*

### SPECIAL CAUSE: Amended Complaint (with Congressional Questions Raised)

The primary subject matter issue of the Claimant's speciali causa (special cause) in regards to Fiduciary(ies)/Defendant(s)/Libelee(s) is for the complete restoration against the destruction of rights in libel born of special private fiduciary trust relations between the parties, either express, resulting, constructive, or executory, including treaties, upon which he has relied for fair dealing, good faith, accurate, complete, and equitable maritime treatment, excluding any form of casuistry. Your orator, while a minor, became entitled to a large estate that has all be administered and sustained, in open, stated, or settled accounts where by reason of some mistake, or omission, or accident, or undue advantage, the account is vitiated, and the balance incorrectly fixed; where by reason of some fiduciary relation of trust or confidence between the Fiduciary(ies)/Defendant(s)/ Libelee(s) and the Claimant/Suitor/Libellant, where the Claimant was at a disadvantage, and as a consequence the account is inequitable. The Claimant equitable maritime cause is a complex accounting, and he is without full facts of the maritime assets of the trust and relies exclusively on the mode of compelling the Fiduciary(ies)/Defendant(s)/Libelee(s) to make disclosure and therefore a discovery by suit in equity and admiralty by nature is indispensable. The Claimant/Suitor/Libellant has business dealings, involving many items, in consequence of relations of trust, or confidence, Fiduciary(ies)/Defendant(s)/Libelee(s) have handled the estate of the Claimant; or done business for him. The Claimant is the beneficial party entitled to a settlement and demand a bill for an accounting for the funds or other property in which the Claimant/Suitor/Libellant has an interest, and to pay over whatever may be due or belong to him.

*"A good and faithful servant shall make a full accounting*
*to the owner, of the talents he was granted"*

The Claimant/Suitor/Libellant through his inherent power of appointment, has appointed most  (in the private) and now appoints all Fiduciary(ies)/Defendant(s)/Libelee(s) by transfer on special deposit, valuable and sufficient consideration (*1796 Treaty of Tripoli, ARTICLE III & X*), for the fiduciary appointment, as well as, fully granting, conveying, and delivering legal title to be in the form of a Bill of Lading: Deed of Conveyance to each Fiduciary(ies)/Defendant(s)/Libelee(s) to be  held in private by said Fiduciary(ies)/Defendant(s)/ Libelee(s) for the private enjoyment, use, possession, and benefit of the Claimant(s) for the private enjoyment, use, possession, and benefit of the Claimant(s) as beneficiary. It is  Claimant's manifest intent, purpose, to execute actual and constructive grant and conveyance on the special deposit the trust res to demand for specific

*Master Bill of Lading in Original Equal Justice*
*Being Rendered in Admiralty and Maritime Jurisdiction*
*by Nature, Law of Nations and Chancery (Equity)*

39

brown, kenneth anderson, a private and special People called Moor and beneficiary, heir, *subject, ambassador-at-large and Noble of the Al Maroc Shereefian Empire.*

**SPECIAL CAUSE: Amended Complaint (with Congressional Questions Raised)**

performance, **by** due particularity, to produce a full accounting, list of all real, personal, and equitable maritime assets or other property in which the Claimant has an interest; to pay over whatever may be due or belong to him, or the balance due Claimant/Suitor/Libellant on a fair accounting; release any and all collateral and return all remaining trust *res*, concerning said debts due to my estate; and release any and all collateral, and return all remaining trust *res*, by *reconversion*.

Your orator, as the beneficial party entitled, in consequence of such relations various sums of money or other property of the Claimant went, or should have gone, into the possession, or under the control, of the Fiduciary(ies)/Defendant(s)/Libelee(s) giving items, dates, values, and circumstances. The Fiduciary(ies)/Defendant(s)/Libelee(s) who has been privately appointed has neither Affirmed or Denied the fiduciary relation, or rendered an account of such money and property and the profits thereof and Your orator now requires for an account to be taken by the Clerk and Master and for a decree for the amount found due.

If the Fiduciary(ies)/Defendant(s)/Libelee(s) has any sureties bound for his good conduct, they should be made Fiduciary(ies)/Defendant(s)/Libelee(s), and their suretyship alleged in the body of the bill be equitably maritime/admiralty attached under terms and conditions of the various treaties between the Al Maroc Shereefian Empire and united states of america in congress assembled.

*"One who seeks equity must do equity"*

**Statement of Cause**

Your Orator has suffered irreparable injury beyond repair by belligerent and hostile enemy christian powers and their crewman on enemy ships and vessels who continues to cross enemy lines stepping outside of the 10 miles square of the headquarters who identifies themselves as the united states for the district of columbia masquerading themselves as Citizens of the united states of north america but in reality they are citizens of the united states for the district of columbia and privateers/pirates which in fact are committing Treason and felonies upon the High seas against the law of nations. Using colorable prize proceedings not applicable in admiralty using a 2 Tiered system causing Tyranny to destroy Ipso Jure Moor Subjects of an Empire with Malicious and Scandalous Intent and purpose through corruption of Blood using Letters of Marque/reprisal to

*Master Bill of Lading in Original Equal Justice*
*Being Rendered in Admiralty and Maritime Jurisdiction*
*by Nature, Law of Nations and Chancery (Equity)*

40

brown, kenneth anderson, a private and special People called Moor and beneficiary, heir, *subject, ambassador-at-large and Noble of the Al Maroc Shereefian Empire.*

**SPECIAL CAUSE: Amended Complaint (with Congressional Questions Raised)**

capture and condemn the Booty as prize and steal all cargo and goods belonging to the MotherShip of the Al Maroc Shereefian Empire. The united states for the district of columbia is in Fact the modern day resurrection of the East India Trading Company which the slav(e) Trade was wholly discontinued by the Emperor pursuant to the 1774 Articles of Association which was agreed to and states:

> *To obtain redress of these grievances, which threaten destruction to the lives liberty, and property of his majesty's subjects, in North-America, we are of opinion, that a non-importation, non-consumption, and non-exportation agreement, faithfully adhered to, will prove the most speedy, effectual, and peaceable measure: And, therefore, we do, for ourselves, and the inhabitants of the several colonies, whom we represent, firmly agree and associate, under the sacred ties of virtue, honour and love of our country, as follows:*

> 1. *That from and after the first day of December next, we will not import, into British America, from Great-Britain or Ireland, any goods, wares, or merchandise whatsoever, or from any other place, any such goods, wares, or merchandise, as shall have been exported from Great-Britain or Ireland; nor will we, after that day, import any East-India tea from any part of the world; nor any molasses, syrups, paneles, coffee, or pimento, from the British plantations or from Dominica; nor wines from Madeira, or the Western Islands; nor foreign indigo.* "**Breached in the past.**"

> 2. ***We will neither import nor purchase, any slave imported after the first day of December next; after which time, we will wholly discontinue the slave trade, and will neither be concerned in it ourselves, nor will we hire our vessels, nor sell our commodities or manufactures to those who are concerned in it.*** "**Breached in the past.**"

> 3. *As a non-consumption agreement, strictly adhered to, will be an effectual security for the observation of the non-importation, we, as above, solemnly agree and associate, that from this day, we will not purchase or use any tea, imported on account of the East-India company, or any on which a duty bath been or shall be paid; and from and after the first day of March next, we will*

*Master Bill of Lading in Original Equal Justice*
*Being Rendered in Admiralty and Maritime Jurisdiction*
*by Nature, Law of Nations and Chancery (Equity)*

41

brown, kenneth anderson, a private and special People called Moor and beneficiary, heir, *subject, ambassador-at-large and Noble of the Al Maroc Shereefian Empire.*

### SPECIAL CAUSE: Amended Complaint (with Congressional Questions Raised)

*not purchase or use any East-India tea whatever; nor will we, nor shall any person for or under us, purchase or use any of those goods, wares, or merchandise, we have agreed not to import, which we shall know, or have cause to suspect, were imported after the first day of December, except such as come under the rules and directions of the tenth article hereafter mentioned.* "***Breached in the past.***"

4. *The earnest desire we have not to injure our fellow-subjects in Great-Britain, Ireland, or the West-Indies, induces us to suspend a non-exportation, until the tenth day of September, 1775; at which time, if the said acts and parts of acts of the British parliament hereinafter mentioned, ate not repealed, we will not directly or indirectly, export any merchandise or* **commodity whatsoever to Great-Britain, Ireland, or the West-Indies, except rice to Europe.** "***Breached in the past.***"

The united states for the district of columbia has become a complete nuisance. Their unbecoming acts and deeds are completely contrary to ancient ethereal principles and needs to be completely destroyed and burned with fire like prophecy states which only the ones chosen by the most high can enforce so with the Powers invested in me As an Ipso Jure Moor Subject of an Empire I hereby conjure the spirits of the angelic bodies in the heavens to destroy all these wicked ones by enforcing Revelations chapter 16-18. "***It is so Written so Shall it Be done; ASE***"

### BY THE PRESIDENT OF THE UNITED STATES OF AMERICA: April 2, 1868
### A PROCLAMATION

#### Insurrection and rebellion Exposed Causing the Civil War
#### in the Words of President Andrew Johnson

*"...Resolved, That the present deplorable civil war has been forced upon the country by the disunionists of the Southern States, now in revolt against the Constitutional government, and in arms around the capital; that in this national emergency, Congress, banishing all feeling of mere passion or resentment, will recollect only its duty to the whole country; that this war is not prosecuted upon our part in any spirit of oppression nor for any purpose of conquest or subjugation, nor purpose of overthrowing or interfering with the rights or established*

*Master Bill of Lading in Original Equal Justice*
*Being Rendered in Admiralty and Maritime Jurisdiction*
*by Nature, Law of Nations and Chancery (Equity)*

42

brown, kenneth anderson, a private and special People called Moor and beneficiary, heir, *subject, ambassador-at-large and Noble of the Al Maroc Shereefian Empire.*

**SPECIAL CAUSE: Amended Complaint (with Congressional Questions Raised)**

*institutions of those States, but to defend and maintain the supremacy of the Constitution and all laws made in pursuance thereof, and to preserve the Union with all the dignity, equality, and rights of the several States unimpaired; that as soon as these objects are accomplished the war ought to cease."*

*And whereas these resolutions, though not joint or concurrent in form, are substantially identical, and as such may be regarded as having expressed the sense of Congress upon the subject to which they relate;*

*And whereas by my proclamation of the thirteenth day of June last, the insurrection in the State of Tennessee was declared to have been suppressed, the authority of the United States therein to be undisputed, and such United States officers as had been duly commissioned to be in the undisturbed exercise of their official functions;*

*And whereas there now exists no organized armed resistance of misguided citizens or others to the authority of the United States in the States of Georgia, South Carolina, Virginia, North Carolina, Tennessee, Alabama, Louisiana, Arkansas, Mississippi, and Florida, and the laws can be sustained and enforced therein by the proper civil authority, State or Federal, and the people of said States are well and loyally disposed, and have conformed or will conform in their legislation to the condition of affairs growing out of the amendment to the Constitution of the United States, prohibiting slavery within the limits and jurisdiction of the United States; and*

*whereas, in view of the before-recited premises, it is the manifest determination of the American people that no State, of its own will, has the right or the power to go out of, or separate itself from, or be separated from the American Union, and that therefore each State ought to remain and constitute an integral part of the United States;*

*And whereas the people of the several before-mentioned States have, in the manner aforesaid, given satisfactory evidence that they acquiesce in this sovereign and important resolution of national unity;*

*And whereas it is believed to be a fundamental principle of government that people who have revolted, and who have been overcome and subdued, must either be dealt*

*Master Bill of Lading in Original Equal Justice*
*Being Rendered in Admiralty and Maritime Jurisdiction*
*by Nature, Law of Nations and Chancery (Equity)*

43

brown, kenneth anderson, a private and special People called Moor and beneficiary, heir, *subject, ambassador-at-large and Noble of the Al Maroc Shereefian Empire.*

**SPECIAL CAUSE: Amended Complaint (with Congressional Questions Raised)**

*with so as to induce them voluntarily to become friends, or else they must be held by absolute military power, or devastated, so as to prevent them from ever again doing harm as enemies, which last-named policy is abhorrent to humanity and to freedom;*

*And whereas the Constitution of the United States provides for constituent communities only as States, and not as Territories, dependencies, provinces, or protectorates;*

*And whereas such constituent States must necessarily be, and by the Constitution and laws of the United States are made equals, and placed upon a like footing as to political rights, immunities, dignity, and power with the several States with which they are united;*

*And whereas the observance of political equality as a principle of right and justice is well calculated to encourage the people of the aforesaid States to be and become more and more constant and persevering in their renewed allegiance;*

*And whereas standing armies, military occupation, martial law, military tribunals, and the suspension of the privilege of the writ of habeas corpus are, in time of peace, dangerous to public liberty, incompatible with the individual rights of the citizen, contrary to the genius and spirit of our free institutions, and exhaustive of the national resources, and ought not, therefore, to be sanctioned or allowed, except in cases of actual necessity, for repelling invasion or suppressing insurrection or rebellion;*

*And whereas the policy of the government of the United States, from the beginning of the insurrection to its overthrow and final suppression, has been inconformity with the principles herein set forth and enumerated;*

*Now, therefore, I, ANDREW JOHNSON, president of the United States, do hereby proclaim and declare that the insurrection which heretofore existed in States of Georgia, South Carolina, Virginia, North Carolina, Tennessee, Alabama, Louisiana, Arkansas, Mississippi, and Florida is at an end, and is henceforth to be so regarded.*

*Master Bill of Lading in Original Equal Justice*
*Being Rendered in Admiralty and Maritime Jurisdiction*
*by Nature, Law of Nations and Chancery (Equity)*

44

brown, kenneth anderson, a private and special People called Moor and beneficiary, heir, *subject, ambassador-at-large and Noble of the Al Maroc Shereefian Empire.*

**SPECIAL CAUSE: Amended Complaint (with Congressional Questions Raised)**

*In testimony whereof, I have hereunto set my hand and caused the seal of Union. the United States to be affixed.*

*Done at the city of Washington, this second day of April, in the year of our Lord one thousand eight hundred and sixty-six, and of the Independence of the United States of America [SEAL.] the ninetieth.*

*ANDREW JOHNSON.*

*By the President:*

*WILLIAM H. SEWARD, Secretary of State.*

### BY THE PRESIDENT OF THE UNITED STATES OF AMERICA:

### June 6,1866

### A PROCLAMATION.

*WHEREAS it has become known to me that certain evil-disposed persons have, within the territory and jurisdiction of the United States, begun and set on foot and have provided and prepared and are still engaged in providing and preparing means for a military expedition and enterprise, which expedition and enterprise is to be carried on from the territory and jurisdiction of the United States against colonies, districts and people of British North America within the dominions of the United Kingdom of Great Britain and Ireland, with which said colonies, districts and people and Kingdom the United States are at peace;*

*And whereas the proceedings aforesaid constitute a high misdemeanor, forbidden by the laws of the United States as well as by the law of nations:*

*Now, therefore, for the purpose of preventing the carrying on of the unlawful All citizens expedition and enterprise aforesaid from the territory and jurisdiction of the United States and to maintain the public peace, as well as the national honor, and enforce obedience and respect to the laws of the United States, I, ANDREW JOHNSON, President of the United States, do admonish and warn all good citizens of the United States against taking part in or in anywise aiding, countenancing or abetting said unlawful proceedings; and I do exhort all judges, magistrates, marshals and officers in the service of the United States to employ all their lawful*

*Master Bill of Lading in Original Equal Justice*
*Being Rendered in Admiralty and Maritime Jurisdiction*
*by Nature, Law of Nations and Chancery (Equity)*

45

brown, kenneth anderson, a private and special People called Moor and beneficiary, heir, *subject, ambassador-at-large and Noble of the Al Maroc Shereefian Empire.*

**SPECIAL CAUSE: Amended** Complaint (with Congressional Questions Raised)

*authority and power to prevent and defeat the aforesaid unlawful proceedings, and to arrest and bring to justice all persons who may be engaged therein.*

*And pursuant to the act of Congress in such case made and provided, I do Major-General furthermore authorize and empower Major-General George G. Meade, Com- Meade author commander of the Military Division of the Atlantic, to employ the land and naval forces of the United States and the militia thereof, to arrest and prevent the setting on foot and carrying on the expedition and enterprise aforesaid.*

*In testimony whereof I have hereunto set my hand and caused the seal of the carrying on the United States to be affixed. enterprise.*

*Done at the city of Washington, this sixth day of June, in the year of our Lord one thousand eight hundred and sixty-six. and of the Independence of the United States[SEAL.] the ninetieth.*

*ANDREW JOHNSON.*

*By the President:*

*WILLIAM H. SEWARD, Secretary of State.*

### August 17,1866.

### BY THE PRESIDENT OF THE UNITED STATES OFAMERICA:
### A PROCLAMATION.

*WHEREAS a war is existing in the Republic of Mexico, aggravated by foreign military intervention; and*

*Whereas the United States, in accordance with their settled habits and policy, are a neutral power in regard 'to the war which thus afflicts the Republic of Mexico; and*

*Whereas it has become known that one of the belligerents in the said war, namely, the Prince Maximilian, who asserts himself to be Emperor in Mexico, has issued a decree in regard to the port of Matamoras, and other Mexican ports which are in the occupation and possession of another of the said belligerents, namely, the United States of Mexico, which decree is in the following words:*

*The port of Matamoras, and all those of the northern frontier which have withdrawn from their obedience to the government, are closed to foreign and*

*Master Bill of Lading in Original Equal Justice*
*Being Rendered in Admiralty and Maritime Jurisdiction*
*by Nature, Law of Nations and Chancery (Equity)*

46

brown, kenneth anderson, a private and special People called Moor and beneficiary, heir, *subject, ambassador-at-large and Noble of the Al Maroc Shereefian Empire.*

**SPECIAL CAUSE: Amended Complaint (with Congressional Questions Raised)**

*coasting traffic during such time as the empire of the law shall not be therein reinstated.*

*ART. 2d. Merchandise proceeding from the said ports, on arriving at any other where the excise of the Empire is collected, shall pay the duties on importation, introduction, and consumption; and on satisfactory proof of contravention shall be irremissibly confiscated. Our Minister of the Treasury is charged with the punctual execution of this decree.*

*Given at Mexico, the 9th of July, 1866.*

*And whereas the decree thus recited, by declaring a belligerent blockade unsupported by competent military or naval force, is in violation of the neutral rights of the United States, as defined by the law of nations, as well as of the treaties existing between the United States of America and the aforesaid United States of Mexico:*

*Now, therefore, I, ANDREW JOHNSON, President of the United States, do hereby proclaim and declare, that the aforesaid decree is held, and will be held, by the United States to be absolutely null and void, as against the government and citizens of the United States; and that any attempt which shall be made null and void. to enforce the same against the government or the citizens of the United States will be disallowed.*

*In witness whereof I have hereunto set my hand and caused the seal of the United States to be affixed.*

*Done at the city of Washington the seventeenth day of August, in the year of our Lord one thousand eight hundred and sixty-six, and of the Independence of the United States of America the ninety-first.*

*ANDREW JOHNSON.*

*By the President:*

*WILLIAM H. SEWARD, Secretary of State.*

## *CONGRESSIONAL QUESTIONS RAISED*

The question's  I present to the clerk of the court and its People bound by oath to be Persons worthy of trust with all due respect—I hereby draw into question the validity of the 39th, 40th and

brown, kenneth anderson, a private and special People called Moor and beneficiary, heir, *subject, ambassador-at-large and Noble of the Al Maroc Shereefian Empire.*

### SPECIAL CAUSE: Amended Complaint (with Congressional Questions Raised)

41st congress and its construction of the United States for the district of columbia, its laws known as the Organic Act of 1871, Code of the District of Columbia, UNITED STATES CONSTITUTION: 14th, and 15th amendments, etc., its MILITARY STYLES and PROCEEDINGS, including elections and whether its repugnant to the constitution of the United States, Treaties and general acts of congress as it affects my private rights, titles and immunities as An Ipso Jure private People called Moor Subject of the Al Maroc Shereefian Empire. Answer, Affirm or Deny as following:

1. Are You commissioned and wearing enemy colors acting as a Privateer/ Pirate Christian enemy of the united states for the district of columbia?

2. Or are You actually Citizens of the United States of America according to the perpetual peace under approbation granted to You by the Emperor and the Subjects of the Al Maroc Shereefian Empire pursuant to 1786/1836 Treaty of Marrakech Art I and II?

3. When did congress grant its magistrates/officers/agents/employees pro tempore in recess of congress committee of the states its courts/agents/Libelee(s)/ privateers/pirates the authority to issue or grant letters of marque/reprisals? **are Your** letters of marque/reprisals *repugnant to Your Trust Indenture the constitution, laws of the united and Treaties with the Al Maroc Shereefian Empire as well as 1781 Articles of Confederation art. IV, Vi, IX, XII, XIII?*

4. Are You magistrates/officers/agents/employees and all Defendants/Libelee(s)/ Privateer(s)/ pirates as People bound by oath to be Person worthy of trust acting within the purpose and intent of the FIFTY-SIXTH CONGRESS. SEss. II . CHs. 853,85-1. 1901 to it's entirety and not behaving like belligerent and hostile enemy christian powers and their crewman on enemy ships and vessels who continues to cross enemy lines stepping outside of the 10 square mile of the headquarters who identifies themselves as the united states for the district of columbia masquerading themselves as Citizens of the united states of north america but in reality they are citizens of the united states for the district of columbia and privateers/pirates which in fact are committing Treason and felonies upon the High seas against the law of nations. Using colorable prize

*Master Bill of Lading in Original Equal Justice*
*Being Rendered in Admiralty and Maritime Jurisdiction*
*by Nature, Law of Nations and Chancery (Equity)*

48

brown, kenneth anderson, a private and special People called Moor and beneficiary, heir, *subject, ambassador-at-large and Noble of the Al Maroc Shereefian Empire.*

**SPECIAL CAUSE: Amended Complaint (with Congressional Questions Raised)**

proceedings not applicable in admiralty using a 2 Tiered system causing Tyranny to destroy Ipso Jure Moor Subjects of an Empire with Malicious and Scandalous Intent and purpose through corruption of Blood using Letters of Marque/reprisal to capture and condemn the Booty as prize and steal all cargo and goods belonging to the MotherShip of the Al Maroc Shereefian Empire?

**Are Your proceedings contrary to Your Trust Indenture: the constitution and the laws of the united states or the Treaties of the Al Maroc Shereefian Empire?**

5.  Has any of the magistrates/officers/agents/employees and all Defendant(s)/ Libelee(s)/Privateer(s) who are People bound by oath to be Persons worthy of trust violated or breached any sections of their Trust Indenture by using the courts of law as a instrument of injustice, known as ACTS OF THE SIXTEENTH CONGRESS OF THE UNITED STATES, Passed at the first session, which was begun and held in the city of Washington, in the District of Columbia, on Monday the sixth day of December, 1819, and ended on the fifteenth day of May, 1820. CH.&vP. CXIII.-An Act to continue in force " An act to protect the commerce of the United States, and punish the crime of piracy," and also to make further provisions for punishing the crime of piracy?

6.  Does the Federal Rules of Civil Procedure and Federal Rules of Appellate Procedures (special legislation) supersede the 1789 Judiciary Act?

7.  Is THE UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT one of the judicial courts for several states of union (confederation) authorized and established by the United States of America in Congress Assembled and the general acts of congress?

8.  Was Congress intent and purpose for the FEDERAL GOVERNMENT and its municipal corporations **(united states for the district of columbia)** special legislation to Exceed the 10 miles square?

9.  Did Congress grant the authority for United States of America and its several states of the union and the United States for the district of columbia to issue letters of Marque/reprisal through colorable quasi in rem admiralty and

*Master Bill of Lading in Original Equal Justice*
*Being Rendered in Admiralty and Maritime Jurisdiction*
*by Nature, Law of Nations and Chancery (Equity)*

49

brown, kenneth anderson, a private and special People called Moor and beneficiary, heir, *subject, ambassador-at-large and Noble of the Al Maroc Shereefian Empire.*

**SPECIAL CAUSE: Amended Complaint (with Congressional Questions Raised)**

maritime to commit acts of war (PIRACY) against an Ipso Jure Moor Subject of the Al Maroc Shereefian Empire?

10. When congress established UNITED STATES FOR THE DISTRICT OF COLUMBIA a federal Corporation was it their intent and purpose to apply to People or Persons?

11. When Congress adopted the Bill of Rights was it the intent and Purpose for the People to be Secured in their persons or papers or was it the intent for the Persons to be secure in their Persons or Papers?

12. Did the United States of America in Congress Assembled in recess of Congress grant the United States for the District of Columbia and its (committee of states) and its belligerent citizens/agents/privateers/employees/commissioners the consent to issue letters of marque/reprisal using acts of war passing ex Post facto law using bills of attainder (colorable quasi in rem admiralty and maritime) to pirate through insurrection and rebellion the Citizens of the several united states of america, Moor Subjects of the Al Maroc Shereefian Empire, Citizens or Subjects of the United Kingdom of Great Britain, the Citizens or Subjects of Spain/Mexico/Grenada the Citizens or Subjects of France its kingdoms, Territories, Dominions, Empires etc? In Breach of the Constitution of the united states article III section II subsection 1 Article VI, Article 1 section 8 clause 10,17 Art IV, V; 1781 Articles of Confederation Art IV, VI, IX, XI, XII, XIII, 1794 Jay Treaty, 1786/1836 Treaty of Marrakech Art. II, 1492 Treaty of Grenada, 1778 Treaty of France and the 39th Congress 1865-1867 pg 811-820 and the 1880 Treaty of Madrid. Affirm or Deny

13. In the Construction of The UNITED STATES CONSTITUTION amendments 11-25, is it Not repugnant to the constitution of the United States, Treaties, and the General Acts of Congress?

**Statement of Cause**

The primary subject matter issue of the Claimant's *speciali causa* (special cause) is for the full restoration against the destruction of rights born of special private fiduciary trust relations between the parties, either express, resulting, constructive, or executory, including

*Master Bill of Lading in Original Equal Justice*
*Being Rendered in Admiralty and Maritime Jurisdiction*
*by Nature, Law of Nations and Chancery (Equity)*                                                    50

brown, kenneth anderson, a private and special People called Moor and beneficiary, heir, *subject, ambassador-at-large and Noble of the Al Maroc Shereefian Empire.*

**SPECIAL CAUSE: Amended Complaint (with Congressional Questions Raised)**

treaties, upon which he has relied for fair dealing, good faith, accurate, complete, and equitable treatment, excluding any form of casuistry. harrison, joyce yvonne (Claimant's deceased mother); brown, joseph anderson (Claimant's deceased father); brown, kevin lamar (Claimant's deceased brother); *who as infants,* core private rights were MISTAKENLY sacrificed by their mother and father at birth, without being fully availed and acknowledged of equitable defenses. harrison, joyce yvonne, brown, joseph anderson and brown, kevin lamar as "implied" maritime surety(ies), have been imputed a serious liability for the indemnity or satisfaction of the debts of the State of Virginia registered organizations, JOYCE YVONNE HARRISON et al., JOESPH ANDERSON BROWN et al., and KEVIN LAMAR BROWN et al., decedents' legal estate person(s) for harrison, joyce yvonne; brown, joseph anderson and brown, kevin lamar, *Moor grantee(s), cestui que heirs* have been subjected to a Legal mode of Reprisal Proceedings through colorable admiralty and maritime jurisdiction without the private treaty protections of the *1786/1836 Treaty of Marrakech, ARTICLE XXI;* the *1795 Treaty of Algiers, ARTICLE XV, 1797 Treaty of Tunis, ARTICLE XVIII,* and the *1824 Treaty of Tunis, ARTICLE XII,* as well as, the *1789 constitution for the united states of america,* under the rules of Chancery within Admiralty and Maritime Jurisdiction by nature, law of nations which they were entitled to, by way of their **special and particular political status** as a Moor/Mooress , *subjects and Nobles of the Al Maroc Shereefian Empire* and Your orator's equitable rights to the same said Estates as the sole exclusive heir and beneficiary, by maxims: **"only God can create an heir," "the heir and his ancestor are one and the same person,"** and **"Equity regards the beneficiary as the true owner."**

I walk in the shoes of my ancestors, and as heir and beneficiary. I am maternal son and sole heir of harrison, joyce yvonne, beneficiary of the registered organization names, JOYCE YVONNE HARRISON et al. (also known as JOYCE YVONNE BROWN and JOY YVONNE BROWN, et al.) and Joyce Yvonne Harrison Estate, et al. I redeem her estate as heir and have a just right to claim her *(propria vigore)* on my own authority, she is mine. She begotten me through promise. She was/is a child of the **Most-High.**

I walk in the shoes of my ancestors, and as heir and beneficiary. I am paternal son and sole heir, for brown, joseph anderson beneficiary of the registered organization names

*Master Bill of Lading in Original Equal Justice*
*Being Rendered in Admiralty and Maritime Jurisdiction*
*by Nature, Law of Nations and Chancery (Equity)*                                    51

brown, kenneth anderson, a private and special People called Moor and beneficiary, heir, *subject, ambassador-at-large and Noble of the Al Maroc Shereefian Empire.*

**SPECIAL CAUSE: Amended** Complaint (with Congressional Questions Raised)

JOSEPH ANDERSON BROWN et al., and Joseph Anderson Brown Estate, et al.   I redeem his estate as heir and have a just right to claim his *(propria vigore)* on my own authority, he is mine. He manifested me through promise. He was/is a child of the **Most-High.**

I walk in the shoes of my ancestors, and as heir and beneficiary. I am biological brother and sole heir for  brown, kevin lamar, beneficiary of the registered organization names KEVIN LAMAR BROWN et al., and Kevin Lamar Brown Estate, et al.  I redeem his estate as heir and have a just right to claim his *(propria vigore)* on my own authority, he is mine. He was/is a child of the **Most-High.**

This bill is filed for Your orator's benefit and benefit of all my known/unknown *beneficiaries/heirs* that have an interest under the decree. I am clothed with proprietary rights over mooress: harrison, joyce yvonne registered organization names JOYCE YVONNE HARRISON et al. (also known as JOYCE YVONNE BROWN and JOY YVONNE BROWN) and Joyce Yvonne Harrison Estate, et al.; moor: brown, joseph anderson registered organization name JOSEPH ANDERSON BROWN et al., and Joseph Anderson Brown Estate, et al.; and moor: brown, kevin lamar registered organization name KEVIN LAMAR BROWN et al., and Kevin Lamar Brown Estate, et al.

*I DECLARE, I* am *Moor, Americas virginian national, subject,* ambassador-at-large *and Noble of the Al Maroc Shereefian Empire, and heir to said estates* for good reason, the government of the place shall have nothing to do therewith, said estate. To withhold or Condemn me from my vessels/inheritance/heirship is in conflict and in contravention of life liberty, property and the pursuit of happiness which are basic ethereal principles. (Gal 4) (1797 Treaty of Tunis, ARTICLE IXX)

**1786 (& 1836) Treaty of Merrakech**

*ARTICLE 22.*  If an American citizen shall die in our country, and no will shall appear, the Consul shall take possession of his effects; and if there shall be no Consul, the effects shall be deposited in the hands of some person worthy of trust, until the party shall/appear who has a right to demand them; but if the heir to the person deceased be present, the property shall be delivered to him without interruption; and if a will shall appear the property shall descend agreeably to that will, as soon as the Consul shall declare the validity thereof.

*Master Bill of Lading in Original Equal Justice*
*Being Rendered in Admiralty and Maritime Jurisdiction*
*by Nature, Law of Nations and Chancery (Equity)*

52

brown, kenneth anderson, a private and special People called Moor and beneficiary, heir, *subject, ambassador-at-large and Noble of the Al Maroc Shereefian Empire.*

**SPECIAL CAUSE: Amended Complaint (with Congressional Questions Raised)**

*If anyone DENIES, I DEMAND they*:

- *"SHOW GOOD CAUSE"* why I "do not" hold superior equitable maritime or legal title to mooress decedent's estate harrison, joyce yvonne, *beneficiary* of the registered organization names JOYCE YVONNE HARRIRSON et al. (also known as JOYCE YVONNE BROWN and JOY YVONNE BROWN), JOYCE YVONNE HARRIRSON ESTATE, et al.; moor decedent's estate: brown, joseph anderson registered organization name JOSEPH ANDERSON BROWN et al., ; and moor decedent's estate: brown, kevin lamar registered organization name KEVIN LAMAR BROWN et al., and that it is "not" sacred trusts;

- *"SHOW GOOD CAUSE"* why any presumed administration of harrison, joyce yvonne, *beneficiary* of the registered organization names JOYCE YVONNE HARRIRSON et al. (also known as JOYCE YVONNE BROWN and JOY YVONNE BROWN); brown, joseph anderson registered organization name JOSEPH ANDERSON BROWN et al.; and brown, kevin lamar registered organization name KEVIN LAMAR BROWN et al., estates are "not" absolute void, and as *Moor grantee/grantor/beneficiary/ heir*, I am "not" entitled, by due particularity, a full accounting list of real, personal, and equitable assets and debts due to the estates.

- *"SHOW GOOD CAUSE"* why I "cannot" have harrison, joyce yvonne, *beneficiary* of the registered organization names JOYCE YVONNE HARRIRSON et al. (also known as JOYCE YVONNE BROWN and JOY YVONNE BROWN); brown, joseph anderson registered organization name JOSEPH ANDERSON BROWN, et al.; and brown, kevin lamar registered organization name KEVIN LAMAR BROWN et al., estates be restored to me as heir, and why I "cannot" recover the body, the name, the sum of all their attachments, all rents, credits emitted, monies borrowed, lands, assets, acquisitions, proceeds, and profits of the estate during such time as I was deprived thereof, with lawful interest.

**Statement of Cause**

*Master Bill of Lading in Original Equal Justice*
*Being Rendered in Admiralty and Maritime Jurisdiction*
*by Nature, Law of Nations and Chancery (Equity)*

53

brown, kenneth anderson, a private and special People called Moor and beneficiary, heir, *subject, ambassador-at-large and Noble of the Al Maroc Shereefian Empire.*

### SPECIAL CAUSE: Amended Complaint (with Congressional Questions Raised)

The primary subject matter issue of Your orator's speciali causa (special cause), as an "implied equitable maritime surety," he makes his original claim against Defendant(s)/Libelee(s) seeking equitable relief from the burden caused by (i) trespass upon Your orator's inherent right to equal Justice being rendered towards him concerning any dispute (ii) exoneration of all liability and obligations imputed to Your orator either by way of operation of law, mistake, error or accident, by presumption, under legal compulsion, threat and duress, or fraudulent concealment by Defendant(s)/Libelee(s), and (iii) subrogation of all rights, title and interests of the united states of america, and the united states for the district of columbia (hereafter "creditors") against the libellant with respect to any irrevocable obligation arising from a quasi-trust relationship conducted by said the district of columbia colorable admiralty and maritime military legal letters of marque reprisal proceedings.

Your orator states that due to said exigent circumstances I am without adequate, complete, and certain remedy at law, sufficient to meet all the demands of Justice owed and due to me by virtue of his private status as a people called Moor, subject, ambassador-at-large and Noble of the *Al Maroc Shereefian Empire,* and that as the sole exclusive heir to the Estate, and that without complete justice being administered by this court, Your orator may be subject to unjust and irreparable harm and destruction in libel of his maritime treaty protected rights and property.

Your orator is in jeopardy of his special and private rights being destroyed in libel beyond repair in the future because my rights have already been destroyed in contravention in the past and present by ***"People who are bound by oath to be Persons Worthy of Trust"*** as following: smith, david j. d/b/a DAVID J. SMITH, et al., clerk of court, et al., HEIRS AND ASSIGNEES, circuit court of the united states for eleventh judicial circuit; and pryor, william h. jr. d/b/a WILLIAM H. PRYOR JR., et al., chief judge, et al., circuit court of the united states for eleventh judicial circuit, are guilty of breaching faith by taking oaths contrary to Equity admiralty and maritime by nature and a good conscience by using colorable quasi in rem admiralty and maritime Legal mode of letters of Marque/Reprisal proceedings "**Act of War**" which re in contravention with Your orator's private maritime treaty protections of the *1786/1836 Treaty of Marrakech, ARTICLE XX1; 1795 Treaty of Algiers, ARTICLE XV; 1797 Treaty of Tunis, ARTICLE XVIII; 1824 Treaty of Tunis, ARTICLE XII; and the Treaty of Tripoli 1797 ARTICLE X,* as well as the written *1789 constitution for the united states of america,* under the rules of Chancery due and owing to the Clamant by way of his ***special and***

*Master Bill of Lading in Original Equal Justice
Being Rendered in Admiralty and Maritime Jurisdiction
by Nature, Law of Nations and Chancery (Equity)*                                                                54

brown, kenneth anderson, a private and special People called Moor and beneficiary, heir, *subject, ambassador-at-large and Noble of the Al Maroc Shereefian Empire.*

**SPECIAL CAUSE: Amended Complaint (with Congressional Questions Raised)**

*particular political status*, and equitable maritime rights to the same said Estate that were intended for Your orator as the sole exclusive beneficiary.

 Defedant(s)/Libelee(s) destroyed Your orator's treaty rights and bill of lading for special complaint in personam, ex parte, case (trust) number: **22-13266** by dismissing the case pursuant to prize proceedings including *smith, david j. d/b/a DAVID J. SMITH, et al*., unsigned letter: "*The enclosed copy of the Clerk's Order of Dismissal for failure to prosecute in the above referenced appeal is issued as the mandate of this court.  See 11th Cir. R. 41-4.*" Defendants(s)/Liabalee(s) are using Letters of Marque/Reprisal and prize proceedings to destroy Claimant's vessel(s), ship(s), good(s), merchandise, commodities, convoy(s), etc., at dock[et] (docket trust No.: 22-13266 belonging to an **"Ipso Jure"** Moor subject, ambassador-at-large and Noble of the Al Maroc Shereefian Empire) who has expectations of restoration due to assaults and beatings on the high seas perpetuated by privateers/pirates where Your orator is a beneficiary of Trust pursuant to Your orator's right to treaties (*1786/1836 Treaty of Marrackech, ARTICLE 6*) with united states of america in congress assembled, only for your Orator to be subjected to prize proceedings in the circuit court of the united states for the northern district of georgia (eleventh circuit). Any action outside of Your orator's intent in equal justice being rendered in admiralty and maritime jurisdiction by nature, law of nations and chancery (equity) and Defendants(s)/Liabalee(s) Oath is admittance of privateering and or piracy of a  privateer/pirate. *"Equity imputes an intent to fulfill an obligation."* Thus, Your duties as a People Bound by oath to be Persons Worthy of Trust are to ensure I receive aid, repairs and restoration rendered to me, my vessels, cargos, ships, seaports, ports of lading, merchandise, everything in the land, air and water as the Bonafide Owner/beneficiary as my ancestors intended for me through Treaties, which You happen to be a party to by way of Oaths as Trustees/Fiduciaries to me, as I am god (generator, operator, destroyer) and Lord and you are my servants by oath which you volunteered to by your own consent, so You are now bound; Common Law Applies to Trustee(s), if Not, i require You to:

1. "***SHOW GOOD CAUSE***" why your Oath does not apply to docket trust No.: 22-13266 and provide documentation from congress who granted you the pass to use Letter of Marque/Reprisal.

2. "***SHOW GOOD CAUSE***" why the Proof of Consideration I tendered on special deposit to the district court of the united states for the northern district of georgia for docket trust No.: 1:22-cv-03036-SDG is not sufficient according to the constitution and treaties between the Al Maroc Shereefian Empire and united states of america in

*Master Bill of Lading in Original Equal Justice*
*Being Rendered in Admiralty and Maritime Jurisdiction*
*by Nature, Law of Nations and Chancery (Equity)*

55

brown, kenneth anderson, a private and special People called Moor and beneficiary, heir, *subject, ambassador-at-large and Noble of the Al Maroc Shereefian Empire.*

**SPECIAL CAUSE: Amended Complaint (with Congressional Questions Raised)**

<mark>congress assembled.</mark>

Defendants(s)/Liabalee(s) are to "*SHOW GOOD CAUSE*" that they are acting according to their trust indentures as "**People bound by oath to be Persons worthy of Trust**" and not on their own volition as a privateer/pirate and without equal justice being rendered in admiralty and maritime jurisdiction by nature, law of nations and chancery (equity) by using prize proceedings and Letters of Marque/Reprisal. You, Trustee(s), should all know that justice should be rendered freely without denial and without delay without being obliged to pay exclusive of costs. Keep in mind anything less than obeying your Trust Indenture will constitute unjust enrichment.

"*Equity will not complete an imperfect gift.*"

"*Equity delights to do justice and not by halves.*"

"*Equity does not aid the Volunteer*"

"*When one of two innocent persons must suffer by the act of a third person, he who put it in the power of the third person to inflict the injury shall bear the loss*"

**Statement of Cause**

The primary subject matter issue of Your orator's speciali causa (special cause), as an "implied equitable maritime surety," he makes his original claim against Defendant(s)/Libelee(s) seeking equitable relief from the burden caused by (i) trespass upon Your orator's inherent right to equal Justice being rendered towards him concerning any dispute (ii) exoneration of all liability and obligations imputed to Your orator either by way of operation of law, mistake, error or accident, by presumption, under legal compulsion, threat and duress, or fraudulent concealment by Defendant(s)/Libelee(s), and (iii) subrogation of all rights, title and interests of the united states of america, and the united states for the district of columbia (hereafter "creditors") against the libellant with respect to any irrevocable obligation arising from a quasi-trust relationship conducted by said the district of columbia colorable admiralty and maritime military legal letters of marque reprisal proceedings.

Your orator states that due to said exigent circumstances I am without adequate, complete, and certain remedy at law, sufficient to meet all the demands of Justice owed and due to me by virtue of his private status as a people called Moor, subject, ambassador-at-large and Noble of the *Al Maroc Shereefian Empire,* and that as the sole exclusive heir to the Estate, and that without

*Master Bill of Lading in Original Equal Justice*
*Being Rendered in Admiralty and Maritime Jurisdiction*
*by Nature, Law of Nations and Chancery (Equity)*

56

brown, kenneth anderson, a private and special People called Moor and beneficiary, heir, *subject, ambassador-at-large and Noble of the Al Maroc Shereefian Empire.*

**SPECIAL CAUSE: Amended Complaint (with Congressional Questions Raised)**

complete justice being administered by this court, Your orator may be subject to unjust and irreparable harm and destruction in libel of his maritime treaty protected rights and property.

Your orator is in jeopardy of his special and private rights being destroyed in libel beyond repair in the future because my rights have already been destroyed in contravention in the past and present by ***"People who are bound by oath to be Persons Worthy of Trust"*** as following: galindo, fernando d/b/a FERNANDO GALINDO, et al., clerk of court, et al., HEIRS AND ASSIGNEES, district court of the united states for the eastern district of virginia;  davis, mark s. d/b/a MARK S. DAVIS, et al., et al., chief judge, et al., HEIRS AND ASSIGNEES, district court of the united states for the eastern district of virginia, et al.; and cooke, sharon d/b/a SHARON COOKE, et al., operations manager, et al., HEIRS AND ASSIGNEES, district court of the united states for the eastern district of virginia, et al.. Aforesaid Defendant(s)/Libelee(s) are guilty of breaching faith by taking oaths contrary to Equity admiralty and maritime by nature and a good conscience by using colorable quasi in rem admiralty and maritime Legal mode of letters of Marque/Reprisal proceedings "**Act of War**" which are in contravention with Your orator's private maritime treaty protections of the *1786/1836 Treaty of Marrakech, ARTICLE XX1; 1795 Treaty of Algiers, ARTICLE XV; 1797 Treaty of Tunis, ARTICLE XVIII; 1824 Treaty of Tunis, ARTICLE XII; and the Treaty of Tripoli 1797 ARTICLE X,* as well as the written *1789 constitution for the united states of america,* under the rules of Chancery due and owing to the Clamant by way of his ***special and particular political status***, and equitable maritime rights to the same said Estate that were intended for Your orator as the sole exclusive beneficiary.

Defedant(s)/Libelee(s) destroyed Your orator's treaty rights and bill of lading for  special complaint in personam, ex parte by refusing to file Your orator's special complaint and signal for restoration of trust vessels, cargos, ships, seaports, ports of lading, merchandise, everything in the land, air and water as the Bonafide Owner/beneficiary pursuant to *1786/1836 Treaty of Marrakech, ARTICLE VI and 1789 constitution of united states, ARTICLE VI,* in the district court of the united states for the eastern district of virginia. Your orator provided sufficient Proof of Consideration tendered on special deposit concerning the special complaint and signal for restoration.  *I Deny* paying any duties or fees whatsoever and never will entertain the idea of doing as such, and *I Deny* all prize proceedings which are not applicable to admiralty and maritime jurisdiction by nature, law of nations and chancery. My master bill of lading was shipped with a *Proof of Consideration, tendered on special*

*Master Bill of Lading in Original Equal Justice*
*Being Rendered in Admiralty and Maritime Jurisdiction*
*by Nature, Law of Nations and Chancery (Equity)*

57

brown, kenneth anderson, a private and special People called Moor and beneficiary, heir, *subject, ambassador-at-large and Noble of the Al Maroc Shereefian Empire.*

**SPECIAL CAUSE: Amended Complaint (with Congressional Questions Raised)**

*deposit* (**"Equity will not complete an imperfect gift)** pursuant to *1796 Treaty of Tripoli ARTICLE V, X* and the port of entry by the agent of Post office (consignor) and then received by the clerk(s) of Your courts as the Consignee (carrier), received and landed on the dock known as port of entry or port of lading. **"Equity imputes an intent to fulfill an obligation."** Thus, Your duties as a People Bound by oath to be Persons Worthy of Trust are to ensure I receive aid, repairs and restoration rendered to me, my vessels, cargos, ships, seaports, ports of lading, merchandise, everything in the land, air and water as the Bonafide Owner/beneficiary as my ancestors intended for me through Treaties, which You happen to be a party to by way of Oaths as Trustees/Fiduciaries to me, as I am god (generator, operator, destroyer) and Lord and you are my servants by oath which you volunteered to by your own consent, so, You are now bound; Common Law Applies to Trustee(s).

3. "*SHOW GOOD CAUSE*" why your Oath does not apply to you and and provide documentation from congress who granted you the pass to use Letter of Marque/Reprisal including .

4. "*SHOW GOOD CAUSE*" why the Proof of Consideration I tendered on special deposit to the district court of the united states for the eastern district of virginia is not sufficient according to the constitution and treaties between the Al Maroc Shereefian Empire and united states of america in congress assembled.

Defendants(s)/Liabalee(s) are to "*SHOW GOOD CAUSE*" that they are acting according to their trust indentures as "**People bound by oath to be Persons worthy of Trust**" and not on their own volition as a privateer/pirate and without equal justice being rendered in admiralty and maritime jurisdiction by nature, law of nations and chancery (equity) by using prize proceedings and Letters of Marque/Reprisal. You, Trustee(s), should all know that justice should be rendered freely without denial and without delay without being obliged to pay exclusive of costs. Keep in mind anything less than obeying your Trust Indenture will constitute unjust enrichment.

**Statement of Cause**

The primary subject matter issue of Your orator's speciali causa (special cause), as an "implied equitable maritime surety," he makes his original claim against Defendant(s)/Libelee(s) seeking equitable relief from the burden caused by (i) trespass upon Your orator's inherent right to equal Justice being rendered towards him concerning any dispute (ii) exoneration of all liability and obligations imputed to Your orator either by way of operation of law, mistake, error or accident, by presumption, under legal compulsion, threat and duress, or fraudulent concealment by

*Master Bill of Lading in Original Equal Justice*
*Being Rendered in Admiralty and Maritime Jurisdiction*
*by Nature, Law of Nations and Chancery (Equity)*

58

brown, kenneth anderson, a private and special People called Moor and beneficiary, heir, *subject, ambassador-at-large and Noble of the Al Maroc Shereefian Empire.*

### SPECIAL CAUSE: Amended Complaint (with Congressional Questions Raised)

Defendant(s)/Libelee(s), and (iii) subrogation of all rights, title and interests of the united states of america, and the united states for the district of columbia (hereafter "creditors") against the libellant with respect to any irrevocable obligation arising from a quasi-trust relationship conducted by said the district of columbia colorable admiralty and maritime military legal letters of marque reprisal proceedings.

Your orator states that due to said exigent circumstances I am without adequate, complete, and certain remedy at law, sufficient to meet all the demands of Justice owed and due to me by virtue of his private status as a people called Moor, subject, ambassador-at-large and Noble of the *Al Maroc Shereefian Empire,* and that as the sole exclusive heir to the Estate, and that without complete justice being administered by this court, Your orator may be subject to unjust and irreparable harm and destruction in libel of his maritime treaty protected rights and property.

Your orator is in jeopardy of his special and private rights being destroyed in libel beyond repair in the future because my rights have already been destroyed in contravention in the past and present by **"People who are bound by oath to be Persons Worthy of Trust"** as following: rogers, william h. jr. d/b/a WILLIAM H. ROGERS Jr. et al., chairman and chief executive officer et al., HEIRS AND ASSIGNEES, Truist Bank; moore-wright, kimberly d/b/a KIMBERLY MOORE-WRIGHT et al., chief teammate officer and head of enterprise diversity et al., HEIRS AND ASSIGNEES, Truist Bank; and rettig, charles paul d/b/a CHARLES PAUL RETTIG, commissioner, et al, HEIRS AND ASSIGNEES, Internal Revenue Service. Parties are guilty of breaching faith by taking oaths contrary to Equity admiralty and maritime by nature and a good conscience by using colorable quasi in rem admiralty and maritime Legal mode of letters of Marque/Reprisal proceedings "**Act of War**" which re in contravention with Your orator's private maritime treaty protections of the *1786/1836 Treaty of Marrakech, ARTICLE XX1; 1795 Treaty of Algiers, ARTICLE XV; 1797 Treaty of Tunis, ARTICLE XVIII; 1824 Treaty of Tunis, ARTICLE XII; and the Treaty of Tripoli 1797 ARTICLE X,* as well as the written *1789 constitution for the united states of america,* under the rules of Chancery due and owing to the Clamant by way of his **special and particular political status**, and equitable maritime rights to the same said Estate that were intended for Your orator as the sole exclusive beneficiary. Internal Revenue Code(s), titled: "irs withholding compliance program," is contrary to Equity, good conscience and good reason

*Master Bill of Lading in Original Equal Justice*
*Being Rendered in Admiralty and Maritime Jurisdiction*
*by Nature, Law of Nations and Chancery (Equity)*

59

brown, kenneth anderson, a private and special People called Moor and beneficiary, heir, *subject, ambassador-at-large and Noble of the Al Maroc Shereefian Empire.*

**SPECIAL CAUSE: Amended Complaint (with Congressional Questions Raised)**

and letter of Marque/Reprisal by withholding income of Moor grantee/beneficiary vessel(s): Kenneth Anderson Brown, et al., by accessing a U.S. (Tax) Code where a Moor is not to be taxed pursuant to *1492 Treaty of Grenada* and shall be restored pursuant to *1796 Treaty of Tripoli, ARTICLES III and X*. Where rogers, william h. jr. d/b/a WILLIAM H. ROGERS Jr. et al., moore-wright, kimberly d/b/A KIMBERLY MOORE-WRIGHT and rettig, charles paul d/b/A CHARLES PAUL RETTIG have been notified of this Statement of Cause by mail, affidavit and or email while the aforesaid parties continue to exercise an unfair advantage at law, whereby the Court of law and colorable enforcement of procedures are instruments of injustice. If rogers, william h. jr. d/b/a WILLIAM H. ROGERS Jr. et al., moore-wright, kimberly d/b/A KIMBERLY MOORE-WRIGHT and rettig, charles paul d/b/A CHARLES PAUL RETTIG obtain a judgment or administrates by suppressing or fabricating evidence, or by taking an unconscientious advantage of Your orator, or by any other fraud, the Court on due application, will enjoin the plaintiff from enforcing a judgment so obtained, and thus taking advantage of his own wrong, provided such Your orator really had a meritorious defense, and was guilty of no negligence or other fault in the case.

In the present, the Court is to ensure rogers, rettig, charles paul d/b/a CHARLES PAUL RETTIG stop all actions in administering the vessel, Kenneth Anderson Brown, et al., against grantee/grantor/beneficiary/heir notifications, demands and benefit and doscontinue the destruction of Claimant/Moor grantee/beneficiary and Trust's unalienable rights and property by taxation, and stop all actions concerning legal, colorable internal revenue code(s), titled: "irs withholding compliance program," by releasing and restoring the vessel, Kenneth Anderson Brown et al., from piracy on the high seas: irs withholding compliance program and letters of marque/reprisal by irs withholding compliance program, and ensure no united states tax or georgia state tax are assessed concerning any labor derived monetary disbursement from Truist Bank.

The continued exercise of taxation of Your orator's Moor vessel: "Kenneth Anderson Brown," et al., labor derived income is a breach of faith and repugnant to aforementioned treaty(ies) and equity rights and unbecoming of aforesaid parties who all were appointed Fiduciary(ies)/ Trustee(s)/Libelee(s)/Defendant(s) for the vessel: Kenneth Anderson Brown. et al., where a Statement of Account was and is demanded from Fiducuary(ies)/Trustee(s)/Libelee(s)/ Defendant(s) including restoration of all monies pirated and besieged returned to Your orator

*Master Bill of Lading in Original Equal Justice*
*Being Rendered in Admiralty and Maritime Jurisdiction*
*by Nature, Law of Nations and Chancery (Equity)*                    60

brown, kenneth anderson, a private and special People called Moor and beneficiary, heir, *subject, ambassador-at-large and Noble of the Al Maroc Shereefian Empire.*

**SPECIAL CAUSE: Amended Complaint (with Congressional Questions Raised)**

immediately as the destruction has caused and continue to cause in the present irreparable harm. Your orator demands that the Fiducuary(ies)/Trustee(s)/Libelee(s)/Defendant(s) shall answer under oath, make the discovery called upon by the bill, and render over to him a full accounting of ALL accounts whether Open, Stated or Settled of the said estate as in conscience and equity they ought to have done or be attached and compelled to answer. Your orator demands an order taking his bill for confession, the failure of the Fiduciary(ies)/Trustee(s)/Libelee(s)/ Defendant(s) to make any defense being deemed *prima facie* evidence that he has no defense to make, but, on the contrary, admits the material allegations of the bill to be true. ***Qui tacet, cum loqui detet, consentire videtur*** (He who is silent, though he had foreseen them, seems to agree).

***"Equity does not aid the Volunteer"***

***"When one of two innocent persons must suffer by the act of a third person, he who put it in the power of the third person to inflict the injury shall bear the loss"***

### Statement of Cause

The primary subject matter issue of Your orator's speciali causa (special cause), as an "implied equitable maritime surety," he makes his original claim against Fiduciary(ies)/ Trustee(s)/Libelee(s)/Defendant(s) seeking equitable relief from the burden caused by (i) trespass upon Your orator's inherent right to equal Justice being rendered towards him concerning any dispute; (ii) exoneration of all liability and obligations imputed to Your orator either by way of operation of law, mistake, error or accident, by presumption, under legal compulsion, threat and duress, or fraudulent concealment by Fiduciary(ies)/Trustee(s)/Libelee(s)/Defendant(s); and (iii) subrogation of all rights, title and interests of the united states of america, and the united states for the district of columbia (hereafter "creditors") against the libellant with respect to any irrevocable obligation arising from a quasi-trust relationship conducted by said the district of columbia colorable admiralty and maritime military legal letters of marque reprisal proceedings.

Your orator states that due to said exigent circumstances I am without adequate, complete, and certain remedy at law, sufficient to meet all the demands of Justice owed and due to me by virtue of his private status as a people called Moor, subject, ambassador-at-large and Noble of the *Al Maroc Shereefian Empire,* and that as the sole exclusive heir to the Estate, and that without

*Master Bill of Lading in Original Equal Justice
Being Rendered in Admiralty and Maritime Jurisdiction
by Nature, Law of Nations and Chancery (Equity)*

61

brown, kenneth anderson, a private and special People called Moor and beneficiary, heir, *subject, ambassador-at-large and Noble of the Al Maroc Shereefian Empire.*

**SPECIAL CAUSE: Amended Complaint (with Congressional Questions Raised)**

complete justice being administered by this court, Your orator may be subject to unjust and irreparable harm and destruction in libel of his maritime treaty protected rights and property.

Your orator is in jeopardy of his special and private rights being destroyed in libel beyond repair in the future because my rights have been destroyed in contravention in the past and present by ***"People who are bound by oath to be Persons Worthy of Trust"*** as following: dowdy, evelyn g. d/b/a EVELYN G. DOWDY et al., president and chief executive officer of connects federal credit union et al.; whitlock, edward s. iii d/b/a EDWARD S. WHITLOCK III, et al., attorney and partner of lafayette, ayers & whitlock, plc, et al.; fischer, jennifer w. d/b/a JENNIFER W. FISCHER, et al., attorney of lafayette, ayers & whitlock, plc, et al.; and randazzo, mathew d/b/a MATHEW RANDAZZO, et al., principal of accuserve of va, et al., concerning but not limited to richmond-civil general district court case(s) #gv14010893-00 through #gv14010893-07, et al., where an Order of Garnishment was issued via prize proceedings. Aforesaid party(ies) has executed and has an unfair advantage at law, whereby has made the colorable admiralty Court and enforcement of colorable law an instrument of injustice. Aforesaid Fiduciary(ies)/Trustee(s)/ Libelee(s)/Defendant(s) has been conspiring and continue to destroy Your orator's special and private rights and property by securing a court order/judgement through at law, colorable quasi in rem admiralty and maritime Legal mode of letters of Marque/Reprisal Proceedings "**Acts of War**" and provided no consideration to warrant any claim of alleged debt. All consideration was provided by Your orator by consent of signature to access the monies of vessel: Kenneth Anderson Brown and Proof of Consideration provided at the time aforesaid were appointed Fiducuary(ies)/Trustee(s) for the benefit of Your orator. The continued exercise of garnishment concerning colorable at law Court judgment of Your orator's vessel: Kenneth Anderson Brown labor derived income is a breach of faith and repugnant to aforesaid treaty(ies) and equity rights and unbecoming where a Statement of Account was and is demanded including restoration of all monies pirated and besieged, restored to Your orator immediately as the destruction has caused and continue to cause, in the present, irreparable destruction. Your orator desires that the Defendant(s) (who are privately appointed Trustee(s) for the benefit of brown, kenneth anderson) shall answer under oath, make the discovery called upon by the bill, and render over to him a full accounting of all accounts whether Open, Stated or Settled of the said estate and vessel as in conscience and equity they ought to have done or be attached and compelled to answer and discontinue all piracy of vessel(s). Your

*Master Bill of Lading in Original Equal Justice*
*Being Rendered in Admiralty and Maritime Jurisdiction*
*by Nature, Law of Nations and Chancery (Equity)*

62

brown, kenneth anderson, a private and special People called Moor and beneficiary, heir, *subject, ambassador-at-large and Noble of the Al Maroc Shereefian Empire.*

### SPECIAL CAUSE: Amended Complaint (with Congressional Questions Raised)

orator desires an order taking his bill for confession, the failure of the Defendant(s)/Libelee(s) to make any defense being deemed *prima facie* evidence that he has no defense to make, but, on the contrary, admits the material allegations of the bill to be true. ***Qui tacet, cum loqui detet, consentire videtur*** (He who is silent, though he had foreseen them, seems to agree).

*"Equity does not aid the Volunteer"*

*"When one of two innocent persons must suffer by the act of a third person, he who put it in the power of the third person to inflict the injury shall bear the loss"*

### Statement of Cause

The primary subject matter issue of Your orator's speciali causa (special cause), as an "implied equitable maritime surety," he makes his original claim against Defendant(s)/Libelee(s) seeking equitable relief from the burden caused by (i) trespass upon Your orator's inherent right to equal Justice being rendered towards him concerning any dispute (ii) exoneration of all liability and obligations imputed to Your orator either by way of operation of law, mistake, error or accident, by presumption, under legal compulsion, threat and duress, or fraudulent concealment by Defendant(s)/Libelee(s), (iii) subrogation of all rights, title and interests of the united states of america, and the united states for the district of columbia (hereafter "creditors") against the libellant with respect to any irrevocable obligation arising from a quasi-trust relationship conducted by said the district of columbia colorable admiralty and maritime military legal letters of marque reprisal proceedings.

Your orator states that due to said exigent circumstances I am without adequate, complete, and certain remedy at law, sufficient to meet all the demands of Justice owed and due to me by virtue of his private status as a people called Moor, subject, ambassador-at-large and Noble of the *Al Maroc Shereefian Empire,* and that as the sole exclusive heir to the Estate, and that without complete justice being administered by this court, Your orator may be subject to unjust and irreparable harm and destruction in libel of his maritime treaty protected rights and property.

Your orator is in jeopardy of his special and private rights being destroyed in libel beyond repair in the future because my rights have been destroyed in contravention in the past and present by ***"People who are bound by oath to be Persons Worthy of Trust,"*** including: moynihan, brian thomas d/b/a BRIAN THOMAS MOYNIHAM, chief executive officer, et al, HEIRS AND

*Master Bill of Lading in Original Equal Justice*
*Being Rendered in Admiralty and Maritime Jurisdiction*
*by Nature, Law of Nations and Chancery (Equity)*

63

brown, kenneth anderson, a private and special People called Moor and beneficiary, heir, *subject, ambassador-at-large and Noble of the Al Maroc Shereefian Empire.*

### SPECIAL CAUSE: Amended Complaint (with Congressional Questions Raised)

ASSIGNEES, Bank of America, N.A.; orovitz, robert d/b/a ROBERT OROVITZ, et al. d/b/a GA Bar No.: 902790, attorney at law, HEIRS AND ASSIGNEES, Hayt, Hayt & Landau, P.L.; right, clayton d/b/a CLAYTON RIGHT, et al. d/b/a GA Bar  No.: 810327, HEIRS AND ASSIGNEES, Hayt, Hayt & Landau, P.L.; breeden, ralph iii d/b/a RALPH BREEDEN III, et al. d/b/a GA Bar No.: 195892, HEIRS AND ASSIGNEES, Hayt, Hayt & Landau, P.L.; adeleye, bolaji BOLAJI ADELEYE, et al. d/b/a GA Bar No.: 195892; HEIRS AND ASSIGNEES, Hayt, Hayt & Landau, P.L.; frazier , jeffrey w. d/b/a JEFFREY W. FRAZIER, et al., judge, et al., HEIRS AND ASSIGNEES, Magistrate Court for Fulton County; ashley, todd d/b/a Todd Ashley, et al., Judge, et al., HEIRS AND ASSIGNEES, Magistrate Court for Fulton County; and ward, rodman d/b/a RODMAN WARD, et al., president and chief executive officer, et al., HEIRS AND ASSIGNEES, Corporation Service Company, ("parties"), concerning but not limited to Fulton County Magistrate Court Case #20MS134644, et al., where an Order/Judgment/Garnishment was issued where no consideration was provided by moynihan, brian thomas d/b/a BRIAN THOMAS MOYNIHAM, chief executive officer, et al, HEIRS AND ASSIGNEES, Bank of America, N.A.,  for there to be a debt due by Your Orator's vessel: Kenneth Anderson Brown, et al. Aforesaid parties have confederated and have an unfair advantage at law, whereby have made colorable admiralty Court and enforcement of colorable law an instrument of injustice.  Aforesaid parties destroyed Your Orator's rights by  quasi in rem admiralty and maritime Legal mode of letters of Marque/Reprisal Proceedings "**Acts of War"** which are contravention with Your orator's private maritime treaty protection of the 1786/1836 Treaty of Marrakech, ARTICLE XX1; 1795 Treaty of Algiers, ARTICLE XV; 1797 Treaty of Tunis, ARTICLE XVIII; 1824 Treaty of Tunis, ARTICLE XII; the Treaty of Tripoli 1797 ARTICLE X, as well as the written 1789 constitution for the united states of america, under the rules of Chancery due and owing to the Clamant by way of his *special and particular political status*, and equitable maritime rights to the same said Estate that were intended for Your orator as the sole exclusive heir and beneficiary. All consideration was provided by Your orator by consent of signature to access the monies of vessel: Kenneth Anderson Brown and Proof of Consideration provided at the time aforesaid party was appointed Fiduciary(ies)/Trustee(s) for the benefit of Your orator.   The exercise of garnishment and prize proceedings concerning colorable at law Court judgment of Your orator's vessel: Kenneth Anderson Brown is a breach of faith and repugnant to aforementioned treaty(ies) and equity rights and unbecoming of aforesaid

brown, kenneth anderson, a private and special People called Moor and beneficiary, heir, *subject, ambassador-at-large and Noble of the Al Maroc Shereefian Empire.*

**SPECIAL CAUSE: Amended Complaint (with Congressional Questions Raised)**

parties as Fiduciaries/Trustees for the vessel: Kenneth Anderson Brown and account(s), et al., where a Statement of Account was and is demanded including restoration of all monies pirated and besieged to be restored to Your orator immediately as the destruction has caused and continue to cause, in the present, irreparable destruction.

Your orator demands that the Defendant(s), shall answer under oath, make the discovery called upon by the bill, and render over to Your orator a full accounting of all accounts whether Open, Stated or Settled of the said estate and vessel as in conscience and equity they ought to have done or be attached and compelled to answer, and discontinue all piracy of Your orator's vessel(s): Kenneth Anderson Brown, et al. Your orator desires an order taking his bill for confession, the failure of the Defendant(s)/Libelee(s) to make any defense being deemed *prima facie* evidence that he has no defense to make, but, on the contrary, admits the material allegations of the bill to be true. ***Qui tacet, cum loqui detet, consentire videtur*** (He who is silent, though he had foreseen them, seems to agree).

*"Equity does not aid the Volunteer"*

*"When one of two innocent persons must suffer by the act of a third person, he who put it in the power of the third person to inflict the injury shall bear the loss"*

**Statement of the Cause**

The primary subject matter issue of Your orator's speciali causa (special cause), as an "implied equitable maritime surety," he makes his original claim against Defendant(s)/Libelee(s) seeking equitable relief from the burden caused by (i) trespass upon Your orator's inherent right to equal Justice being rendered towards him concerning any dispute (ii) exoneration of all liability and obligations imputed to Your orator either by way of operation of law, mistake, error or accident, by presumption, under legal compulsion, threat and duress, or fraudulent concealment by Defendant(s)/Libelee(s), (iii) subrogation of all rights, title and interests of the united states of america, and the united states for the district of columbia (hereafter "creditors") against the libellant with respect to any irrevocable obligation arising from a quasi-trust relationship conducted by said the district of columbia colorable admiralty and maritime military legal letters of marque reprisal proceedings.

*Master Bill of Lading in Original Equal Justice*
*Being Rendered in Admiralty and Maritime Jurisdiction*
*by Nature, Law of Nations and Chancery (Equity)*

65

brown, kenneth anderson, a private and special People called Moor and beneficiary, heir, *subject, ambassador-at-large and Noble of the Al Maroc Shereefian Empire.*

### SPECIAL CAUSE: Amended Complaint (with Congressional Questions Raised)

Your orator states that due to said exigent circumstances I am without adequate, complete, and certain remedy at law, sufficient to meet all the demands of Justice owed and due to me by virtue of his private status as a people called Moor, subject, ambassador-at-large and Noble of the *Al Maroc Shereefian Empire,* and that as the sole exclusive heir to the Estate, and that without complete justice being administered by this court, Your orator may be subject to unjust and irreparable harm and destruction in libel of his maritime treaty protected rights and property.

Your orator is in jeopardy of his private rights being destroyed in the future in libel because my rights have already been destroyed in libel in the past and present by the following Defendant(s)/Libelee(s), a *"People who are bound by oath to be Persons Worthy of Trust,"* including: baker, patty d/b/a PATTY BAKER, et al., clerk of superior court, et al., HEIRS AND ASSIGNEES, Cherokee County and robinson, cathlene d/b/a CATHELENE ROBINSON, et al., clerk of superior court, et al., HEIRS AND ASSIGNEES, Fulton County, concerning destruction of Your orator's right(s) by denying Your orator's miscellaneous filings in the miscellaneous index and type fling section of Deeds and Records for respective counties, where according to Georgia's 'Real and Personal Property Indexing Standards,' such filings are allowed, and Your orator, in the past, has filed documents with no delay. Defendant(s)/Libelee(s) actions are in contravention and acts of privateering outside *"People who are bound by oath to be Persons Worthy of Trust" and in Breach of Trust;* neglecting their duties by not filing Your orator's document in the miscellaneous index and type fling section of Deeds and Records for respective counties.

Your orator demands that the Defendant(s), shall answer under oath, make the discovery called upon by the bill and compelled "*SHOW GOOD CAUSE"* why they failed to execute their duty(ies) and partake in acts of privateering Your orator's right(s) to record documents as aforesaid in order to prevent further destruction, and if Defendant(s) fulfilled their duties. Failure of the Defendant(s)/Libelee(s) to "*SHOW GOOD CAUSE"* or make any defense being deemed *prima facie* evidence that Defendant(s)/Libelee(s) have no defense to make, but, on the contrary, admits the material allegations of the bill to be true. ***Qui tacet, cum loqui detet, consentire videtur*** (He who is silent, though he had foreseen them, seems to agree).

### Statement of the Cause

*Master Bill of Lading in Original Equal Justice*
*Being Rendered in Admiralty and Maritime Jurisdiction*
*by Nature, Law of Nations and Chancery (Equity)*

66

brown, kenneth anderson, a private and special People called Moor and beneficiary, heir, *subject, ambassador-at-large and Noble of the Al Maroc Shereefian Empire.*

### SPECIAL CAUSE: Amended Complaint (with Congressional Questions Raised)

The primary subject matter issue of Your orator's speciali causa (special cause), as an "implied equitable maritime surety," he makes his original claim against Defendant(s)/Libelee(s) seeking equitable relief from the burden caused by (i) trespass upon Your orator's inherent right to equal Justice being rendered towards him concerning any dispute (ii) exoneration of all liability and obligations imputed to Your orator either by way of operation of law, mistake, error or accident, by presumption, under legal compulsion, threat and duress, or fraudulent concealment by Defendant(s)/Libelee(s), (iii) subrogation of all rights, title and interests of the united states of america, and the united states for the district of columbia (hereafter "creditors") against the libellant with respect to any irrevocable obligation arising from a quasi-trust relationship conducted by said the district of columbia colorable admiralty and maritime military legal letters of marque reprisal proceedings.

Your orator states that due to said exigent circumstances I am without adequate, complete, and certain remedy at law, sufficient to meet all the demands of Justice owed and due to me by virtue of his private status as a people called Moor, subject, ambassador-at-large and Noble of the *Al Maroc Shereefian Empire,* and that as the sole exclusive heir to the Estate, and that without complete justice being administered by this court, Your orator may be subject to unjust and irreparable harm and destruction in libel of his maritime treaty protected rights and property.

Your orator is in jeopardy of his private rights being destroyed in the future in libel because my rights have already been destroyed in libel in the past and present by the following Defendant(s)/Libelee(s), a ***"People who are bound by oath to be Persons Worthy of Trust,"*** including: begor, mark d/b/a MARK BEGOR, et al, chief executive officer, HEIRS AND ASSIGNEES,Equifax; cassin, brian d/b/a BRIAN CASSIN, et al, chief executive officer, HEIRS AND ASSIGNEES, Experian; cartwright, chris d/b/a CHRIS CARTWRIGHT, et al, chief executive officer, HEIRS AND ASSIGNEES, Trans Union; dowdy, evelyn g. D d/b/a EVELYN G. DOWDY et al., president and chief executive officer, HEIRS AND ASSIGNEES, Connects Federal Credit Union et al.; moynihan, brian thomas d/b/a BRIAN THOMAS MOYNIHAM, chief executive officer, et al, HEIRS AND ASSIGNEES, Bank of America, N.A.; mcduffie, mary d/b/a MARY MCDUFFIE, et al., chief executive officer, et al., HEIRS AND ASSIGNEES, Navy Federal Credit Union; defrancis, steven d/b/a STEVEN DEFRANCIS, et al., chief executive

*Master Bill of Lading in Original Equal Justice*
*Being Rendered in Admiralty and Maritime Jurisdiction*
*by Nature, Law of Nations and Chancery (Equity)*                                        67

brown, kenneth anderson, a private and special People called Moor and beneficiary, heir, *subject, ambassador-at-large and Noble of the Al Maroc Shereefian Empire.*

**SPECIAL CAUSE: Amended Complaint (with Congressional Questions Raised)**

officer, et al., HEIRS AND ASSGINEES, Cortland Partners LLC, et al.; lackey; joel bray d/b/a JOEL BRAY LACKEY, et al., chief executive officer, et al. HEIRS AND ASSIGNEES, National Credit Systems, Inc., et al., concerning destruction of the **credit report profile(s)** for vessel: "Kenneth Anderson Brown," et al. reported by **aforesaid** Defendant(s)/Libelee(s) stated in this Statement of Cause.

Claimant as *grantee/beneficiary* is to be **subrogated** and substituted to all rights and collateral of the following *Alleged Accounts in Equity* and not being liable primarily therefore, and to whose rights as to the collection of that debt he, thereupon, succeeds. No person, legal fiction or group may substitute Claimant(s) as surety accompanied by the transfer of any associated legal or equitable rights and duties. Therefore, said alleged accounts will have exoneration, contribution and subrogation of estates of insolvent debtors, and insolvent corporations where, in any case, one not primarily liable pays a debt, or discharge an encumbrance or lien, being under legal compulsion so to do, he will in Equity be substituted to all of the creditor's right against the person primarily liable. *Furthermore*, Claimant is a Moor beneficiary of treaties with the united states of america in congress assembled, et al., pursuant to the ***1796 Treaty of Tripoli, Article 10*** which states:

> *"The money and presents demanded by the Bey of Tripoli as a full and satisfactory consideration on his part and on the part of his subjects for this treaty of perpetual peace and friendship are acknowledged to have been recieved by him previous to his signing the same, according to a reciept which is hereto annexed, except such part as is promised on the part of the United States to be delivered and paid by them on the arrival of their Consul in Tripoli, of which part a note is likewise hereto annexed. And no presence of any periodical tribute or farther payment is ever to be made by either party."*

> ***"Equity with not suffer a wrong without a remedy"***

Defendant(s)/Libelee(s): dowdy, evelyn g. D d/b/a EVELYN G. DOWDY et al., president and chief executive officer, HEIRS AND ASSIGNEES, Connects Federal Credit Union et al.; moynihan, brian thomas d/b/a BRIAN THOMAS MOYNIHAM, chief executive officer, et al, HEIRS AND ASSIGNEES, Bank of America, N.A., mcduffie, mary d/b/a MARY MCDUFFIE,

*Master Bill of Lading in Original Equal Justice*
*Being Rendered in Admiralty and Maritime Jurisdiction*
*by Nature, Law of Nations and Chancery (Equity)*                    68

brown, kenneth anderson, a private and special People called Moor and beneficiary, heir, *subject, ambassador-at-large and Noble of the Al Maroc Shereefian Empire.*

### SPECIAL CAUSE: Amended Complaint (with Congressional Questions Raised)

et al., chief executive officer, et al., HEIRS AND ASSIGNEES, Navy Federal Credit Union**;** defrancis, steven d/b/a STEVEN DEFRANCIS, et al., chief executive, et al., HEIRS AND ASSGINEES, Cortland Partners LLC, et al.; and lackey; joel bray d/b/a JOEL BRAY LACKEY, et al., chief executive officer, et al. HEIRS AND ASSIGNEES, National Credit Systems, Inc., et al., appointed as Trustee(s)/Fiduciary(ies) are peacefully demanded to "***SHOW GOOD CAUSE***" and specifically validate account information reporting to Claimant's vessel: "KENNETH ANDERSON BROWN," et al., (ID# 231 90 7692; alleged social security number and reported ID #) credit profile.    The specific accounts reporting to Claimant vessel by aforesaid Defendant(s)/Libelee(s)**,** to be specifically validated are as following:

| Alleged Creditor | Account #: |
| --- | --- |
| CONNECTS FEDERAL CREDIT UNION | xxxxxxxxxxxx 8972 |
| CONNECTS FEDERAL CREDIT UNION | xxxxxxx 1002 |
| BANK OF AMERICA, NA | xxxxxxxxxxxx 2108 |
| NAVY FEDERAL CREDIT UNION | xxxxxxxxxxxxxxx 7293 |
| COURTLAND AT PHIPPS PLAZA APTS;<br>  NATIONAL CREDIT SYSTEMS, INC. | 1650; 4869657 |

Claimant has priority of right.  If dowdy, evelyn g. D d/b/a EVELYN G. DOWDY et al., president and chief executive officer,  HEIRS AND ASSIGNEES, Connects Federal Credit Union et al.; moynihan, brian thomas d/b/a BRIAN THOMAS MOYNIHAM, chief executive officer, et al, HEIRS AND ASSIGNEES, Bank of America, N.A., mcduffie, mary d/b/a MARY MCDUFFIE, et al., chief executive officer, et al., HEIRS AND ASSIGNEES, Navy Federal Credit Union; defrancis, steven d/b/a STEVEN DEFRANCIS, et al., chief executive, et al., HEIRS AND ASSGINEES, Cortland Partners LLC, et al.; and lackey; joel bray d/b/a JOEL BRAY LACKEY, et al., chief executive officer, et al. HEIRS AND ASSIGNEES, National Credit Systems, Inc., et al., deny Claimant has priority right, Defendant(s)/Liabalee(s) are to show good cause and validate the aforesaid accounts in a specific manner (to avoid further destruction of Claimant's vessel: "KENNETH ANDERSON BROWN," et al.) who are using letters of Marque/Reprisal, prize proceedings and or actions of a purely colorable quasi in rem admiralty and maritime legal nature in contravention, and without clean hands.

*Master Bill of Lading in Original Equal Justice*
*Being Rendered in Admiralty and Maritime Jurisdiction*
*by Nature, Law of Nations and Chancery (Equity)*

69

brown, kenneth anderson, a private and special People called Moor and beneficiary, heir, *subject, ambassador-at-large and Noble of the Al Maroc Shereefian Empire.*

### SPECIAL CAUSE: Amended Complaint (with Congressional Questions Raised)

1. *"SHOW GOOD CAUSE,"* <u>under penalty of perjury</u> and provide to the court a notarized and certified copy of aforesaid alleged creditor(s) original consumer contract(s) evidencing Claimant's wet signature concerning binding contractual obligation(s) between Alleged Creditor(s) and Claimant's vessel:  Kenneth Anderson Brown, et al.;

2. *"SHOW GOOD CAUSE,"* <u>under penalty of perjury</u> and provide to the court a notarized and certified copy of documentation proving Allege Creditor(s) is the **HOLDER IN DUE COURSE** of the alleged ***Note(s), Contract(s), and or Account(s)***;

3. *"SHOW GOOD CAUSE,"* <u>under penalty of perjury</u> and provide to the court a notarized and certified copy of documentation sourcing proof of consideration of money(ies)/credit(s) emitted from Alleged Creditos  own account(s)/fund(s) /money(ies) to vessel: Kenneth Anderson Brown et al., in order to establish a true debt exists in which vessel: Kenneth Anderson Brown, et al. is due; and

4. *"SHOW GOOD CAUSE,"* <u>under penalty of perjury</u>, why Claimant is "not" to be ***subrogated*** and substituted to all rights and collateral of said accounts in Equity and not being liable primarily therefore, and to whose rights as to the collection of that debt he, thereupon, succeeds.

***CLAIMANT DENIES***, vessel: Kenneth Anderson Brown, et al., has a valid contract(s) and or debt with CONNECTS FEDERAL CREDIT UNION, BANK OF AMERICA NA, NAVY FEDERAL CREDIT UNION, and ***CLAIMANT DENIES*** begor, mark d/b/a MARK BEGOR, et al, chief executive officer, HEIRS AND ASSIGNEES, Equifax; cassin, brian d/b/a BRIAN CASSIN, et al, chief executive officer, HEIRS AND ASSIGNEES, Experian; and cartwright, chris d/b/a CHRIS CARTWRIGHT, et al, chief executive officer, HEIRS AND ASSIGNEES, Trans Union, evelyn g. d/b/a EVELYN G. DOWDY et al., president and chief executive officer of connects federal credit union et al., moynihan, brian thomas d/b/a BRIAN THOMAS MOYNIHAM, chief executive officer, et al, HEIRS AND ASSIGNEES, Bank of America, N.A., mcduffie, mary d/b/a MARY MCDUFFIE, et al., chief executive officer, et al., HEIRS AND

*Master Bill of Lading in Original Equal Justice*
*Being Rendered in Admiralty and Maritime Jurisdiction*
*by Nature, Law of Nations and Chancery (Equity)*                                                70

brown, kenneth anderson, a private and special People called Moor and beneficiary, heir, *subject, ambassador-at-large and Noble of the Al Maroc Shereefian Empire.*

**SPECIAL CAUSE: Amended Complaint (with Congressional Questions Raised)**

ASSIGNEES, Navy Federal Credit Union, defrancis, steven d/b/a STEVEN DEFRANCIS, et al., chief executive, et al., HEIRS AND ASSGINEES, Cortland Partners LLC, et al.; and lackey; joel bray d/b/a JOEL BRAY LACKEY, et al., chief executive officer, et al. HEIRS AND ASSIGNEES, National Credit Systems, Inc., et al.,  provided consideration in order to establish a debt is due and begor, mark d/b/a MARK BEGOR, et al, chief executive officer, HEIRS AND ASSIGNEES, Equifax; cassin, brian d/b/a BRIAN CASSIN, et al, chief executive officer, HEIRS AND ASSIGNEES, Experian; and cartwright, chris d/b/a CHRIS CARTWRIGHT, et al, chief executive officer, HEIRS AND ASSIGNEES, Trans Union, are obligated to validate the debt as aforesaid. Otherwise any and all accounts you post on a credit report would allow any paying customer to fax, mail or email fraudulent information to an account and **CLAIMANT DENIES** any debt and Alleged Account(s) with aforesaid alleged Creditor(s).

Claimant has priority of right. If You DENY, **I DEMAND**  begor, mark d/b/a MARK BEGOR, et al, chief executive officer, HEIRS AND ASSIGNEES, Equifax; cassin, brian d/b/a BRIAN CASSIN, et al, chief executive officer, HEIRS AND ASSIGNEES, Experian; and cartwright, chris d/b/a CHRIS CARTWRIGHT, et al, chief executive officer, HEIRS AND ASSIGNEES, Trans Union to:

1.  *"SHOW GOOD CAUSE"* why Claimant is "not" to be **subrogated** and substituted to all rights and collateral of said accounts in Equity and not being liable primarily therefore, and to whose rights as to the collection of that debt he, thereupon, succeeds, where any debt owed to alleged creditors by Claimant(s): vessel: Kenneth Anderson Brown, et al. is accurate and due and may be reported;

2.  *"SHOW GOOD CAUSE"* why Claimant do not hold superior equitable or legal title to said property, and that it's not a trust, where any debt owed to alleged Creditors by Claimant(s): vessel: Kenneth Anderson Brown, et al. is accurate and due and may be reported to credit profile(s); and

3.  *"SHOW GOOD CAUSE"* why Claimant do not hold the *right of subrogation* with creditor's right in Equity against the alleged creditor(s) primarily liable,

*Master Bill of Lading in Original Equal Justice*
*Being Rendered in Admiralty and Maritime Jurisdiction*
*by Nature, Law of Nations and Chancery (Equity)*

71

brown, kenneth anderson, a private and special People called Moor and beneficiary, heir, *subject, ambassador-at-large and Noble of the Al Maroc Shereefian Empire.*

**SPECIAL CAUSE: Amended Complaint (with Congressional Questions Raised)**

where any debt owed to alleged Creditors by Claimant(s): vessel: Kenneth Anderson Brown, et al. is accurate and due and may be reported to credit profile(s).

Therefore, Claimant, a People called Moors, americas aboriginal virginian national and beneficiary, a Master Merchant, a Master Mason, a Shereef, an Admiral, a Seamen, a Piloter, a Commander, Maritime lien holder of all vessels, ships, chattels, goods, cargo, crafts, tenements, charters, estates, commodities Land, Air, Water, etc., Owner Maritime lien holder navigating the high seas onshore and offshore and subject, ambassador-at-large and Noble of the *Al Maroc Shereefian Empire* in the exclusive equity admiralty and maritime jurisdiction by nature law of nations with the above declaration of facts given respectfully demand You: begor, mark d/b/a MARK BEGOR, et al, chief executive officer, HEIRS AND ASSIGNEES, Equifax; cassin, brian d/b/a BRIAN CASSIN, et al, chief executive officer, HEIRS AND ASSIGNEES, Experian; and cartwright, chris d/b/a CHRIS CARTWRIGHT, et al, chief executive officer, HEIRS AND ASSIGNEES, Trans Union, evelyn g. d/b/a EVELYN G. DOWDY et al., president and chief executive officer of connects federal credit union et al., moynihan, brian thomas d/b/a BRIAN THOMAS MOYNIHAM, chief executive officer, et al, HEIRS AND ASSIGNEES, Bank of America, N.A., mcduffie, mary d/b/a MARY MCDUFFIE, et al., chief executive officer, et al., HEIRS AND ASSIGNEES, Navy Federal Credit Union; defrancis, steven d/b/a STEVEN DEFRANCIS, et al., chief executive, et al., HEIRS AND ASSGINEES, Cortland Partners LLC, et al.; and lackey; joel bray d/b/a JOEL BRAY LACKEY, et al., chief executive officer, et al. HEIRS AND ASSIGNEES, National Credit Systems, Inc., et al.; acting *in good faith, with due diligence, and without unclean hands, and answer to the "DEMANDS" and "SHOW GOOD CAUSE"* to the contrary.   Whether by acquiescence or failure to sufficiently document "**DEMANDS**" and *"SHOW GOOD CAUSE"*, it is to be decreed aforesaid Alleged Accounts are to be removed from the **credit report profile(s)** for Claimant's vessel: "Kenneth Anderson Brown," et al., reported by **aforesaid** Defendant(s)/Libelee(s) and Trustee(s)/Ficuciary(ies) acting as Privateers as stated in this Statement of Cause in order to stop further destruction of Your orator's vessel as grantee/beneficiary in Equity.

*"Equity will not allow a trust to fail for want of a Trustee"*

*Master Bill of Lading in Original Equal Justice
Being Rendered in Admiralty and Maritime Jurisdiction
by Nature, Law of Nations and Chancery (Equity)*                                                    72

brown, kenneth anderson, a private and special People called Moor and beneficiary, heir, *subject, ambassador-at-large and Noble of the Al Maroc Shereefian Empire.*

### SPECIAL CAUSE: Amended Complaint (with Congressional Questions Raised)

### *"Equity does not aid the Volunteer"*

### Statement of the Cause

The primary subject matter issue of your orator's speciali causa (special cause), as an "implied equitable maritime surety," he makes his original claim against Defendant(s)/Libelee(s) seeking equitable maritime restoration of my vessels and ships from the burden caused by (i) trespass upon your orators inherent right to equal Justice being rendered in admiralty and maritime by nature jurisdiction towards him concerning any dispute, (ii) exoneration of all liability and obligations imputed to your orator either by way of operation of law, mistake, error or accident, by presumption, under legal compulsion, threat and duress, or fraudulent concealment by Defendant(s)/Libelee(s), and  (iii) subrogation of all rights, title and interests of the united states of america, and the united states for the district of columbia (hereafter "creditors") against the Claimant with respect to any irrevocable obligation arising from a quasi-trust relationship conducted by said the district of columbia military legal colorable admiralty proceedings through letters of marque/reprisal.

Your orator states that due to said exigent circumstances I am without adequate, complete, and certain remedy at law, sufficient to meet all the demands of Justice owed and due to me by virtue of his private status as a people called Moor and subject, ambassador-at-large and Noble of the *Al Maroc Shereefian Empire,* and that as the sole exclusive heir to the Estate, and that without complete justice being administered in admiralty and maritime by nature by this High court, your orator may be subject to unjust and irreparable harm and destruction in libel of his maritime/mercantile treaty protected rights and property.

Your orator is in jeopardy of his private rights being destroyed in the future in libel because my rights have already been destroyed in libel in the past and present by the following ***"People who are bound by oath to be Persons Worthy of Trust"*** including: miller, duane r. d/b/a MAJOR GENERAL DUANE R. MILLER, et al., provost marshal general of the army of the united states et al., HEIRS AND ASSIGNEES; blinken, antony john d/b/a ANTONY JOHN BLINKEN, secretary of state of the united states et al., HEIRS AND ASSIGNEES; garland, merrick d/b/a MERRICK GARLAND, et al., attorney general of the united states, HEIRS AND ASSIGNEES; youngkin, glen d/b/a GLEN YOUNGKIN et al., governor of Virginia, HEIRS AND ASSIGNEES; kemp, brian d/b/a BRIAN KEMP et al., governor of georgia, HEIRS AND ASSIGNEES; cooper,

*Master Bill of Lading in Original Equal Justice*
*Being Rendered in Admiralty and Maritime Jurisdiction*
*by Nature, Law of Nations and Chancery (Equity)*                                    73

brown, kenneth anderson, a private and special People called Moor and beneficiary, heir, *subject, ambassador-at-large and Noble of the Al Maroc Shereefian Empire.*

**SPECIAL CAUSE: Amended Complaint (with Congressional Questions Raised)**

roy d/ba/ ROY COOPER, governor of North Carolina, HEIRS AND ASSIGNEES; moyares, jason s. d/b/a JASON S. MOYARES, et al., attorney general of virginia, HEIRS AND ASSIGNEES; stein, john d/b/a JOHN STEIN, et al., attorney general of North Carolina, HEIRS AND ASSIGNEES; and carr, chris  d/b/a CHRIS CARR, et at., attorney general of Georgia, HEIRS AND ASSIGNEES. Aforesaid Defendant(s)/Libelee(s) are guilty of breaching faith by taking oaths contrary to Equity admiralty and maritime by nature and a good conscience by continuing to use the colorable Courts of law to obtain or enforce any judgements contrary to Equity admiralty and maritime by nature, good conscience and good reason. Where, in any said plaintiff has an unfair advantage at law, whereby he may make the colorable admiralty Court of law an instrument of injustice. If the plaintiff obtains a judgment by suppressing or fabricating evidence, or by taking an unconscientious advantage of the defendant, or by any other fraud, the Court on due application, will enjoin the plaintiff from enforcing a judgment so obtained, and thus taking advantage of his own wrong, provided such defendant really had a meritorious defense, and was guilty of no negligence or other fault in the case. *Which is also very unbecoming belligerent and hostile in character act and deed.*

### *"Equity does not aid the Volunteer"*

I brown, kenneth anderson a private people called Moor/americas aboriginal virginian national,  a Master Merchant, a Master Mason, a Shereef, an Admiral, a Seamen, a Piloter, a Commander, Maritime lien holder of all vessels, ships, chattels, goods, cargo, crafts, tenements, charters, estates, commodities Land, Air, Water etc, Owner Maritime lien holder navigating the high seas onshore and offshore "*but not a citizen of the united states for the district of columbia and its insular possessions/enclaves(**Federal**), nor a Citizen of the united states of america in congress assembled and its several states (**confederacy**),*" and subject, ambassador-at-large and Noble of the *Al Maroc Shereefian Empire*. My private rights as a people called Moor has been irreparably destroyed in libel since the moment I was conceived by **unbecoming** hostile enemy belligerent citizens of the united states for the district of columbia in character act and deed by the above named Libelee(s) who are People bound by oath to be Persons worthy of trust by failing miserable to uphold and protect an ipso jure Moor Subject who is a People. They neglected to restrain their co-Trustees and belligerent citizens from appealing arms and confederating against a People called Moor while passing and repass amongst christians and

*Master Bill of Lading in Original Equal Justice*
*Being Rendered in Admiralty and Maritime Jurisdiction*
*by Nature, Law of Nations and Chancery (Equity)*                                                                    74

brown, kenneth anderson, a private and special People called Moor and beneficiary, heir, *subject, ambassador-at-large and Noble of the Al Maroc Shereefian Empire.*

### SPECIAL CAUSE: Amended Complaint (with Congressional Questions Raised)

jews expressed with specific intent and purpose by my ancestors in the *1492 Treaty of Grenada and 1795 Treaty of Algiers Article III, V, XV and Treaty of Tripoli 1796-ARTICLE XII and XI.*

> ***"Equity imputes an intent to fulfill an obligation"***
>
> "***Equity sees as done as what ought to be done"***

There has been a clear breach of fiduciary relations and breach of Trust in admiralty and maritime by nature as I clearly have a Special and Particular Political status not cognizable in colorable admiralty courts at law or in rem because i'm a Moor subject, ambassador-at-large and Noble of an Empire and grantee/heir/beneficiary protected by the *1778 Treaty of the Delawares ARTICLE VI.* which states:

> *"Whereas the enemies of the United States have endeavored, by every artifice in their power, to possess the Indians [Moors] in general with an opinion, that it is the design of the States aforesaid, to extirpate the Indians [Moors] and take possession of their country to obviate such false suggestion, the United States do engage to guarantee to the aforesaid nation of Delawares, and their heirs, all their territorial rights in the fullest and most ample manner, as it bath been bounded by former treaties, as long as they the said Delaware nation shall abide by, and hold fast the chain of friendship now entered into. And it is further agreed on between the contracting parties should it for the future be found conducive for the mutual interest of both parties to invite any other tribes who have been friends to the interest of the United States, to join the present confederation, and to form a state whereof the Delaware nation shall be the head, and have a representation in Congress: Provided, nothing contained in this article to be considered as conclusive until it meets with the approbation of Congress. And it is also the intent and meaning of this article, that no protection or countenance shall be afforded to any who are at present our enemies, by which they might escape the punishment they deserve.""**A Trust Arises, and I am the beneficiary.**"*

This right has been irreparably destroyed in the past, present and to be future, and I demand prompt restoration of Your Orator's vessel(s).

*Master Bill of Lading in Original Equal Justice*
*Being Rendered in Admiralty and Maritime Jurisdiction*
*by Nature, Law of Nations and Chancery (Equity)*

75

brown, kenneth anderson, a private and special People called Moor and beneficiary, heir, *subject, ambassador-at-large and Noble of the Al Maroc Shereefian Empire.*

## SPECIAL CAUSE: Amended Complaint (with Congressional Questions Raised)

*"Equity follows the law"*

*"He who comes into equity must come with clean hands"*

*"He who occasions the loss must bear the burden"*

### Statement of Cause

The primary subject matter issue of Your orator's speciali causa (special cause), as an "implied maritime equitable surety," he makes his original claim against Defendant(s)/Libelee(s) seeking equitable maritime restoration from the burden caused by (i) trespass upon Your orator's inherent right to equal Justice being rendered towards him concerning any dispute, (ii) exoneration of all liability and obligations imputed to Your orator either by way of operation of law, mistake, error or accident, by presumption, under legal compulsion, threat and duress, or fraudulent concealment by defendant(s), and (iii) subrogation of all rights, title and interests of the united states of america, and the united states for the district of columbia (hereafter "creditors") against the Claimant with respect to any irrevocable obligation arising from a quasi-trust relationship conducted by said the district of columbia military colorable admiralty legal proceedings. "Once again this revenue is a united states for the district of columbia port of entry that breached its charters (*a Trust Arises; Breached in the Past and Present*) by extending its waters outside the ten (10) miles square in contravention using its fictitious colorable admiralty corporate entities (vessels) called the State of 'x' (in example State of 'Georgia') and its agents crewmen on an Enemy ship known as citizens of the united states for the district of columbia is guilty of Treason and felonies on the High Seas in contravention through acts of war committing assaults and beatings on the High Seas by granting Letters of Marque/Reprisal to capture/condemn/pirate the vessels, ships, good, merchandise, commodities, convoys belonging to **"Ipso Jure"** Moor Subjects of the Al Maroc Shereefian Empire without the consent of united states in congress assembled".

Your orator states that due to said exigent circumstances I am without adequate, complete, and certain remedy at law, sufficient to meet all the demands of Justice owed and due to me by virtue of his private status as a people called Moor, a Master Merchant, a Master Mason, a Shereef, an Admiral, a Seamen, a Piloter, a Commander, Maritime lien holder of all vessels, ships, chattels, goods, cargo, crafts, tenements, charters, estates, commodities Land, Air,

*Master Bill of Lading in Original Equal Justice Being Rendered in Admiralty and Maritime Jurisdiction by Nature, Law of Nations and Chancery (Equity)*

76

brown, kenneth anderson, a private and special People called Moor and beneficiary, heir, *subject, ambassador-at-large and Noble of the Al Maroc Shereefian Empire.*

## SPECIAL CAUSE: Amended Complaint (with Congressional Questions Raised)

Water etc, Owner Maritime lien holder navigating the high seas onshore and offshore and subject, ambassador-at-large and Noble of the *Al Maroc Shereefian Empire,* and that as the sole exclusive heir to the aforesaid Estates, and that without complete justice being administered by this Honorable court, Your orator may be subject to unjust and irreparable harm and destruction of his maritime treaty protected rights and property.

Your orator is in jeopardy of his private unalienable rights being destroyed in contravention in the future because my rights have already been destroyed in the past and present in libel by ***"People who are bound by oath to be Persons Worthy of Trust" who are*** *Custodian(s)/Fiduciary(ies)/Liablee(s)/Defendant(s) to this suit* as following: blinken, antony john d/b/a ANTONY JOHN BLINKEN, secretary of state of the united states, et al.; yellen, janet louise d/b/a JANET LOUISE YELLEN, treasurer of the united states, et al.; garland, merrick d/b/a MERRICK GARLAND et al., attorney general of the united states, et al.; barnhart, jo anne d/b/a JO ANNE BARNHART, et al., commissioner of the social security administration, et al.; rettig, charles paul d/b/a CHARLES PAUL RETTIG, commissioner of internal revenue service, et al.; miller, duane r. d/b/a MAJOR GENERAL DUANE R. MILLER, et al., provost marshal general of the united states army, et al.; dejoy, louis d/b/a LOUIS DEJOY et al., postmaster general of the united states, et al.; biden, joseph robinette jr. d/b/a JOSEPH ROBINETTE BIDEN Jr., et al., president of the united states, et al.; labat, patrick d/b/a PATRICK LABAT et al., sheriff of fulton county, et al.; moyares, jason s. d/b/a JASON S. MOYARES et al., attorney general of virginia, et al.; stein, john d/b/a JOHN STEIN, et al., attorney general of north Carolina, et al.; carr, chris d/b/a CHRIS CARR, et at., attorney general of georgia, et al.; youngkin, glen d/b/a GLEN YOUNGKIN, et al., governor of virginia, et al.; kemp, brian d/b/a BRIAN KEMP et al., governor of georgia, et al.; cooper, roy d/b/a ROY COOPER, et al., governor of north Carolina, et al.; batten, timothy c. (sr.) d/b/a HON. TIMOTHY C. BATTEN (SR.), et al., chief judge for the district court of the united states, northern district of georgia, et al.; weimer, kevin p. d/b/a KEVIN P. WEIMER, et al., clerk of court for the district court of the united states, northern district of georgia, et al; grimberg, steven d. d/b/a STEVEN D. GRIMBERG, et al., judge for the district court of the united states, northern district of georgia, et al.; smith, david j. d/b/a DAVID J. SMITH, et al., clerk of court for the circuit court of the united states, eleventh judicial circuit, et al.; pryor, william h. jr. d/b/a WILLIAM H. PRYOR JR., et al., chief judge for the circuit court of the united states,

*Master Bill of Lading in Original Equal Justice*
*Being Rendered in Admiralty and Maritime Jurisdiction*
*by Nature, Law of Nations and Chancery (Equity)*

77

brown, kenneth anderson, a private and special People called Moor and beneficiary, heir, *subject, ambassador-at-large and Noble of the Al Maroc Shereefian Empire.*

SPECIAL CAUSE: Amended Complaint (with Congressional Questions Raised)

eleventh judicial circuit, et al.; livingston, deborah anne d/b/a DEBORAH ANNE LIVINGSTON, et al., chief judge for the circuit court of the united states, second judicial circuit, et al.; wolfe, catherine o'hagan d/b/a CATHERINE O'HAGAN WOLFE, et al., clerk of court for the circuit court of the united states , second judicial circuit, et al.; galindo, fernando d/b/a FERNANDO GALINDO, et al., clerk of court for the district court of the united states for the eastern district of virginia, et al.; davis, mark s. d/b/a MARKS. DAVIS, et al., et al., chief judge for the district court of the united states for the eastern district of virginia, et al.; cooke, sharon d/b/a SHARON COOKE, et al., operations manager for the district court of the united states for the eastern district of virginia, et al.; begor, mark d/b/a MARK BEGOR, et al., chief executive officer for equifax, et al., cassin, brian d/b/a BRIAN CASSIN, et al., chief executive officer for experian, et al.; cartwright, chris d/b/a CHRIS CARTWRIGHT, et al., chief executive officer for trans union, et al.; baker, patty d/b/aPATTY BAKER, et al. clerk of superior court for cherokee county, et al., robinson, cathlene d/b/a CATHELENE ROBINSON, et al., clerk of superior court for fulton county, et al.;ward, rodman d/b/a RODMAN WARD, et al., president and chief executive officer for corporation service company, et al.;orovitz, robert d/b/a ROBERT OROVITZ, et al. d/b/a GA Bar No.: 902790, et al., attorney at law for hayt, hayt & landau, p.l., et al.; right, clayton d/b/a CLAYTON RIGHT, et al. d/b/a GA Bar  No.: 810327, et al., attorney at law for hayt, hayt & landau, p.l, et al.; breeden, ralph iii d/b/a  RALPH BREEDEN III, et al., d/b/a GA Bar No.: 195892, et al., attorney at law for hayt, hayt & landau, p.l, et al.; BOLAJI ADELEYE, et al. d/b/a GA Bar No.: 195892, et al., attorney at law for hayt, hayt & landau, p.l, et al.; moynihan, brian thomas d/b/a  BRIAN THOMAS MOYNIHAM, chairman and chief executive officer of bank of america, n.a. et al.; dowdy, evelyn g. d/b/a  EVELYN G. DOWDY et al., president and chief executive officer of connects federal credit union et al.; mcduffie, mary d/b/a MARY MCDUFFIE et al., chief executive officer of Navy Federal Credit Union et al.; whitlock, edward s. iii d/b/a EDWARD S. WHITLOCK III  et al., attorney and partner of lafayette, ayers & whitlock, plc et al.; fischer, jennifer w. d/b/a JENNIFER W. FISCHER et al., attorney of lafayette, ayers & whitlock, plc et al.; randazzo, mathew d/b/a MATHEW RANDAZZO et al., principal of accuserve of va et al.; rogers, william h. jr. d/b/a WILLIAM H. ROGERS Jr. et al., chairman and chief executive officer of truist bank et al.; moore-wright, kimberly d/b/a KIMBERLY MOORE-WRIGHT et al.,  chief teammate officer and head of enterprise diversity of truist bank et al.; defancis, steven d/b/a STEVEN DEFRANCIS et al.,

*Master Bill of Lading in Original Equal Justice
Being Rendered in Admiralty and Maritime Jurisdiction
by Nature, Law of Nations and Chancery (Equity)*

78

brown, kenneth anderson, a private and special People called Moor and beneficiary, heir, *subject, ambassador-at-large and Noble of the Al Maroc Shereefian Empire.*

**SPECIAL CAUSE: Amended** **Complaint (with Congressional Questions Raised)**

chief executive officer of Cortland Partners LLC, et al.; lackey, joel bray d/b/a JOEL BRAY LACKEY et al., chief executive officer of national credit services, inc. et al.; baker, patty d/b/a PATTY BAKER, et al., clerk of superior court of cherokee county; robinson, cathlene d/b/a CATHELENE ROBINSON, et al., clerk of superior court of Fulton County;  begor, mark d/b/a MARK BEGOR, et al, chief executive officer of Equifax; cassin, brian d/b/a BRIAN CASSIN, et al., chief executive officer of Experian; cartwright, chris d/b/a CHRIS CARTWRIGHT, et al., chief executive officer of trans union (and all Heirs and Assignees to all aforesaid Custodian(s)/Fiduciary(ies)/Liablee(s)/Defendant(s)) are guilty of breaching faith by taking oaths contrary to Equity in admiralty and maritime by nature law of nations and a good conscience by continuing to use colorable law, codes and the Courts of law to act or obtain or enforce any judgements contrary to Equity, good conscience and good reason. Where mentioned party(ies) has an unfair advantage at law, whereby he may make the colorable admiralty Court and enforcement of colorable law an instrument of injustice. If the mentioned party(ies) obtains a judgment by suppressing or fabricating evidence, or by taking an unconscientious advantage of the defendant, or by any other fraud, the Court on due application, will enjoin the mentioned party(ies) from enforcing a judgment so obtained, and thus taking advantage of his own wrong, provided Your orator in equity and within admiralty and maritime jurisdiction by nature, law of nations had a meritorious defense, and was guilty of no negligence or other fault in the case. *Which is also very unbecoming, belligerent and hostile in character act and deed.*

### *"Equity does not aid the Volunteer"*

The Defendant(s)/Libelee(s) whether official(s)/Trustee(s) public or private have breached their duties that I as a people called Moor entrusted these "***People who are bound by oath to be Persons Worthy of Trust***" to discharge their duties faithfully while in their office of Trust and are moving unbecoming in character act and deed. They have Confederated against me through assault and beatings on the High Seas, breached maritime treaty relations, breached fiduciary relations and breached trust relations thus my private rights have been irreparably destroyed beyond repair in libel. Their actions are demonstrably erroneous and unbecoming in nature character act and deed.  There has been a clear breach of treaty relations, Breach of fiduciary relations, and breach of Trust, Treason assaults and beatings on the High seas as I clearly have a Special and Particular Political status not cognizable in the Colorable admiralty courts at law or in rem because I am a

brown, kenneth anderson, a private and special People called Moor and beneficiary, heir, *subject, ambassador-at-large and Noble of the Al Maroc Shereefian Empire.*

### SPECIAL CAUSE: Amended Complaint (with Congressional Questions Raised)

Moor, subject, ambassador-at-large and Noble of an Empire and grantee/heir/beneficiary protected by and pursuant to the *1778 Treaty of the Delawares Article VI* which states:

> "*Whereas the enemies of the United States have endeavored, by every artifice in their power, to possess the Indians (Moors) in general with an opinion, that it is the design of the States aforesaid, to extirpate the Indians (Moors) and take possession of their country to obviate such false suggestion, the United States do engage to guarantee to the aforesaid nation of Delawares, and their heirs, all their territorial rights in the fullest and most ample manner, as it bath been bounded by former treaties, as long as they the said Delaware nation shall abide by, and hold fast the chain of friendship now entered into. And it is further agreed on between the contracting parties should it for the future be found conducive for the mutual interest of both parties to invite any other tribes who have been friends to the interest of the United States, to join the present confederation, and to form a state whereof the Delaware nation shall be the head, and have a representation in Congress: Provided, nothing contained in this article to be considered as conclusive until it meets with the approbation of Congress. And it is also the intent and meaning of this article, that no protection or countenance shall be afforded to any who are at present our enemies, by which they might escape the punishment they deserve.*"

**A Trust Arises and I am the beneficiary.** *This right has been irreparably destroyed in the past, present and foreseeable future by contravention.*

> **"*Equity follows the law*"**
>
> **"*He who comes into equity must come with clean hands*"**
>
> **"*He who occasions the loss must bear the burden*"**

### Statement of Cause

I brown, kenneth anderson, a Private People called Moor grantee/grantor/beneficiary hereby require, demand, order and command the resurrection of the army of the united states to rid the several states of its infestation of pirates onshore and offshore because the danger is so imminent as not to admit of a delay. The united states in congress assembled who formed The committee of states in recess of congress (united states for the district of columbia) as written in

*Master Bill of Lading in Original Equal Justice*
*Being Rendered in Admiralty and Maritime Jurisdiction*
*by Nature, Law of Nations and Chancery (Equity)*

80

brown, kenneth anderson, a private and special People called Moor and beneficiary, heir, *subject, ambassador-at-large and Noble of the Al Maroc Shereefian Empire.*

**SPECIAL CAUSE: Amended Complaint (with Congressional Questions Raised)**

the 1781 Articles of Confederation is already in breach of faith because its "***People who are bound by oath to be Persons Worthy of Trust***" allowed the committee of states to go to war with a private People called Moors intentionally using DixieCrats aka Democrats, etc. allowing them to adopt corporate equity by characteristic admiralty maritime amendments to intentionally disenfranchise the Moors one by one to citizens of the united states for the district of columbia using tools like reconstruction of history to disenfranchise the Moors by stripping them of the customs and culture of their ancestors. But I, as the Lord of the Land, Air and Water, the Moor subject, ambassador-at-large and Noble of the Al Maroc Shereefian Empire, am offering grace and forgiveness to the United States in congress assembled and its "***People who are bound by oath to be Persons Worthy of Trust***" as long as you turn back from your wicked ways and move in a manner not contrary to Equity, good conscience and good reason. Prince George in the 1763 proclamation never gave consent by license for the united states for the district of columbia and its agents to step outside of the ten miles square. So I command swain, laura t., d/b/a LAURA T. SWAIN, et al., chief judge acting as Master/Chancellor, *et al.,* and justices for supreme court of the united states to take action to restore the confederacy of the united states of america in congress assembled and its several states so that the Citizens of the several states may be in peace. As for the subjects of the Al Maroc Shereefian Empire, the moment they claim to be Moors, I demand they be immediately released and set at liberty for the Emperor never gave permission or consent for any subjects/Beneficiaries to be naturalized or members of any one of the United States. Subjects (ambassadors-at-large, Nobles and consuls) are under the Emperor and in my own right, never entertained the idea or Subject Matter known as Naturalization for Moors because there is no such thing as Citizenship in the Dominions of the Al Maroc Shereefian Empire. Remember as the 1786 Treaty of Marrakech states: **"*the law of the country shall take place and Equal Justice shall be rendered".*

-   "***SHOW GOOD CAUSE,***" YOU—as a clerk and a chief judge of the district court of united states for the eastern district of Philadelphia, do not have to honor and obey your oath to the constitution of the united states and the laws of the united states as a Trustee and faithful Servant, a surety and why you are not Subject to libel/slander in contravention for committing Treason on the high

*Master Bill of Lading in Original Equal Justice*
*Being Rendered in Admiralty and Maritime Jurisdiction*
*by Nature, Law of Nations and Chancery (Equity)*

81

brown, kenneth anderson, a private and special People called Moor and beneficiary, heir, *subject, ambassador-at-large and Noble of the Al Maroc Shereefian Empire.*

**SPECIAL CAUSE: Amended Complaint (with Congressional Questions Raised)**

Seas in the Exclusive Equity, Admiralty and Maritime Jurisdiction by nature law of nations.

*YOUR ORATOR ALSO DEMANDS the following named Moor subject(s) be immediately restored and set at liberty. **Immediately restore and set the following named vessels, goods and or chattels at liberty for named Moor Beneficiary(ies) as following:***

1. **brown, bryan lamar d/b/a BRYAN LAMAR BROWN, et al.,** *inmate trust # 75394083, et al. (district court of the united states, eastern district); trust case # 4:17cr45, et al., 4:21cv153, et al., # 4:17-cr-00045-RAJ-RJK, et al., in the district court of the united states for the eastern district of virginia and 18-4540, et al., court of appeals for the united states for the fourth circuit;*

2. **lee, christopher alon d/b/a CHRISTOPHER ALON LEE, et al.,** *trust Case #22TR104636 , et al,. currently in the state court, fulton county;*

3. **ivey, xanthe d/b/a XANTHE TABBS, et al.,** *relating to trust (Case) # 8:22-cr-00227-RFR-MDN-2, currently in district court of the united states, district of Nebraska.*

4. **parker jamal darius jr d/b/a JAMAL DARIUS PARKER Jr, et al.,** *trust (Case) # 2200132301FH, et al., currently in third circuit court of Michigan;*

5. **brown, torrey d/b/a TORREY BROWN, et al.,** inmate trust # 291581, et al. currently held at chippewa correctional facility of michigan;

6. **stepherson, mark anthony d/b/a MARK ANTHONY STEPHERSON, et al.,** *trust (Case) # 1:21-00507-mhc-jkl currently held at federal detention center miami; and*

7. **duval, vincent anthony jr d/b/a VINCENT ANTHONY DUVAL Jr, et al.,** *relating to trust (Case) # 8:03-cr-00131-SCB-M P in district court of the united states, florida middle district.*

Prize is a term used in admiralty law to refer to equipment, vehicles, vessels, and cargo captured during armed conflict. The most common use of prize in this sense is the capture of an enemy ship and her cargo as a prize of war. In the past, the capturing force would commonly be allotted a share of the worth of the captured prize. Nations often granted letters of marque that would entitle private parties to capture enemy property, usually ships. Once the ship was secured

brown, kenneth anderson, a private and special People called Moor and beneficiary, heir, *subject, ambassador-at-large and Noble of the Al Maroc Shereefian Empire.*

**SPECIAL CAUSE: Amended Complaint (with Congressional Questions Raised)**

on friendly territory, she would be made the subject of a prize case: an in rem proceeding in which the court determined the status of the condemned property and the manner in which the property was to be disposed of.

## *SUBSTANTIVE DUE PROCESS OF WAR*

### *TERMS AND CONDITIONS:*

#### *1795 Treaty of Algiers*

**ARTICLE 5th**.  No Commander of any Cruiser belonging to this Regency shall be allowed to take any person of whatever Nation or denomination out of any Vessel belonging to the United States of North America in order to Examine them or under presence of making them confess any thing desired neither shall they inflict any corporal punishment or any way else molest them. *"A Trust Arises; Breached in the Past and Present"*

**ARTICLE YE 15th**. Any disputes or Suits at Law that may take Place between the subjects of the Regency and the Citizens of the United States of North America Shall be decided by the Dey in person and no other, any disputes that may arise between the Citizens of the United States, Shall be decided by the ambassador-at-large as they are in Such Cases not Subject to the Laws of this Regency. *"A Trust Arises; Breached in the Past and Present"*

**ARTICLE YE 19th**. Should the Cruisers of Algiers capture any Vessel having Citizens of the United States of North America on board they having papers to Prove they are Really so they and their property Shall be immediately discharged and Shou'd the Vessels of the United States capture any Vessels of Nations at War with them having Subjects of this Regency on board they shall be treated in like Manner. *"A Trust Arises; Breached in the Past and Present"*

#### *Treaty of Peace and Friendship, Signed at Tripoli November 4, 1796*

**ARTICLE 3**. If any citizens, subjects or effects belonging to either party shall be found on board a prize vessel taken from an enemy by the other party, such citizens or subjects shall be set at liberty, and the effects restored to the owners. *"A Trust Arises; Breached in the Past and Present"*

*Master Bill of Lading in Original Equal Justice*
*Being Rendered in Admiralty and Maritime Jurisdiction*
*by Nature, Law of Nations and Chancery (Equity)*

83

brown, kenneth anderson, a private and special People called Moor and beneficiary, heir, *subject, ambassador-at-large and Noble of the Al Maroc Shereefian Empire.*

**SPECIAL CAUSE: Amended Complaint (with Congressional Questions Raised)**

***ARTICLE 12***. In case of any dispute arising from a notation of any of the articles of this treaty no appeal shall be made to arms, nor shall war be declared on any pretext whatever. But if the (consul residing at the place where the dispute shall happen shall not be able to settle the same, an amicable referrence shall be made to the mutual friend of the parties, the Dey of Algiers, the parties hereby engaging to abide by his decision. And he by virtue of his signature to this treaty engages for himself and successors to declare the justice of the case according to the true interpretation of the treaty, and to use all the means in his power to enforce the observance of the same. *"A Trust Arises; Breached in the Past and Present"*

*1786 Treaty of Marrakech*

**ARTICLE I.** We declare that both Parties have agreed that this Treaty consisting of twenty five Articles shall be inserted in this Book and delivered to the Honorable Thomas Barclay, the Agent of the United States now at our Court, with whose Approbation it has been made and who is duly authorized on their Part, to treat with us concerning all the Matters contained therein. *"A Trust Arises; Breached in the Past and Present"*

***ARTICLE VI***. If any Moor shall bring Citizens of the United States or their Effects to His Majesty, the Citizens shall immediately be set at Liberty and the Effects restored, and in like Manner, if any Moor not a Subject of these Dominions shall make Prize of any of the Citizens of America or their Effects and bring them into any of the Ports of His Majesty, they shall be immediately released, as they will then be considered as under His Majesty's Protection. *"A Trust Arises; Breached in the Past and Present"*

***ARTICLE VII***. If any Vessel of either Party shall put into a Port of the other and have occasion for Provisions or other Supplies, they shall be furnished without any interruption or molestation. *"A Trust Arises; Breached in the Past and Present"*

***ARTICLE VIII***. If any Vessel of the United States shall meet with a Disaster at Sea and put into one of our Ports to repair, she shall be at Liberty to land and reload her cargo, without paying any Duty whatever. *"A Trust Arises; Breached in the Past and Present"*

*Master Bill of Lading in Original Equal Justice*
*Being Rendered in Admiralty and Maritime Jurisdiction*
*by Nature, Law of Nations and Chancery (Equity)*

84

brown, kenneth anderson, a private and special People called Moor and beneficiary, heir, *subject, ambassador-at-large and Noble of the Al Maroc Shereefian Empire.*

**SPECIAL CAUSE: Amended** Complaint (with Congressional Questions Raised)

***ARTICLE XX.*** *If any of the Citizens of the United States, or any Persons under their Protection, shall have any disputes with each other, the Consul shall decide between the Parties and whenever the Consul shall require any Aid or Assistance fromour Government to enforce his decisions it shall be immediately granted to him. "**A Trust Arises; Breached in the Past and Present**"*

***ARTICLE X.*** *If any Vessel of either of the Parties shall have an engagement with a Vessel belonging to any of the ChristianPowers within gunshot of the Forts of the other, the Vessel so engaged shall be defended and protected as much as possible untill she is in safety; And if any American Vessel shall be cast on shore on the Coast of Wadnoon (1) or any coast thereabout, the People belonging to her shall be protected, and assisted untill by the help of God, they shall be sent to their Country. "**A Trust Arises; Breached in the Past and Present**"*

***ARTICLE XIV.*** *The Commerce with the United States shall be on the same footing as is the Commerce with Spain or as that with the most favored Nation for the time being and their Citizens shall be respected and esteemed and have full Liberty to pass and repass our Country and Sea Ports whenever they please without interruption. "**A Trust Arises; Breached in the Past and Present**"*

***ARTICLE XV.*** *Merchants of both Countries shall employ only such interpreters, & such other Persons to assist them in their Business, as they shall think proper. No Commander of a Vessel shall transport his Cargo on board another Vessel, he shall*

*not be detained in Port, longer than he may think proper, and all persons employed in loading or unloading Goods or in any other Labor whatever, shall be paid at the Customary rates, not more and not less. "**A Trust Arises; Breached in the Past and Present**"*

***ARTICLE XXIII.*** *The Consuls of the United States of America shall reside in any Sea Port of our Dominions that they shall think proper; And they shall be respected and enjoy all the Privileges which the Consuls of any other Nation enjoy, and if any of the Citizens of the United States shall contract any Debts or engagements, the Consul shall not be in any Manner accountable for them, unless he shall have given*

*Master Bill of Lading in Original Equal Justice*
*Being Rendered in Admiralty and Maritime Jurisdiction*
*by Nature, Law of Nations and Chancery (Equity)*

85

brown, kenneth anderson, a private and special People called Moor and beneficiary, heir, *subject, ambassador-at-large and Noble of the Al Maroc Shereefian Empire.*

**SPECIAL CAUSE: Amended** Complaint (with Congressional Questions Raised)

*a Promise in writing for the payment or fulfilling thereof, without which promise in Writing no Application to him for any redress shall be made. . "**A Trust Arises; Breached in the Past and Present**"*

*Exodus 24:12; 10 Commandments—Breached in the past;*

*"**You shall have no other gods before me.**"*

*4 "You shall not make for yourself an image in the form of anything in heaven above or on the earth beneath or in the waters below. 5 You shall not bow down to them or worship them; for I, the Lord your God, am a jealous God, punishing the children for the sin of the parents to the third and fourth generation of those who hate me, 6 but showing love to a thousand generations of those who love me and keep my commandments.*

*7 "You shall not misuse the name of the Lord your God, for the Lord will not hold anyone guiltless who misuses his name.*

*8 "Remember the Sabbath day by keeping it holy. 9 Six days you shall labor and do all your work, 10 but the seventh day is a sabbath to the Lord your God. On it you shall not do any work, neither you, nor your son or daughter, nor your male or female servant, nor your animals, nor any foreigner residing in your towns. 11 For in six days the Lord made the heavens and the earth, the sea, and all that is in them, but he rested on the seventh day. Therefore the Lord blessed the Sabbath day and made it holy.*

*12 "Honor your father and your mother, so that you may live long in the land the Lord your God is giving you.*

*13 "You shall not murder.*

*14 "You shall not commit adultery.*

*15 "You shall not steal.*

*16 "You shall not give false testimony against your neighbor.*

*17 "You shall not covet your neighbor's house. You shall not covet your neighbor's wife, or his male or female servant, his ox or donkey, or anything that belongs to your neighbor."*

*Master Bill of Lading in Original Equal Justice*
*Being Rendered in Admiralty and Maritime Jurisdiction*
*by Nature, Law of Nations and Chancery (Equity)*

86

brown, kenneth anderson, a private and special People called Moor and beneficiary, heir, *subject, ambassador-at-large and Noble of the Al Maroc Shereefian Empire.*

### SPECIAL CAUSE: Amended Complaint (with Congressional Questions Raised)

*"Whenever a right grows out of or is protected by treaty, it is sanctioned against all the laws and judicial decisions of the states; and whoever may have this right is protected. But if the person's title is not affected by the treaty, if he claims nothing under the treaty his title cannot be protected by the treaty." "**A Trust Arises; Breached in the Past and Present**"*

*"The obligation of a treaty, the supreme law of the land, must be admitted. The execution of the contract between the two nations is to be demanded from the executive of each nation; but where a treaty affects the rights of parties litigating in court, the treaty as much binds those rights, and is as much regarded by the Supreme Court as an act of congress. Nor do treaties, in general, become extinguished, ipso facto, by war between two governments. Those stipulating for a permanent arrangement of territorial and other national rights, are, at most, suspended during the war, and revive at the peace, unless they are waived by the parties, or new and repugnant stipulations are made. This being a fact and question in law which was evidently overlooked, and which manifestly makes the denial order erroneous." "**A Trust Arises; Breached in the Past and Present**"*

*"Where a treaty is the law of the land, and as such affects the rights of parties litigating in court, that treaty as much binds those rights, and is as much to be regarded by the court, as an act of Congress. To Condemn a vessel, therefore, the restoration be an executive act, would be a direct infraction of that law, consequence, improper." "**A Trust Arises; Breached in the Past and Present**"*

*"The stipulations in a treaty between the United States and a foreign power, are paramount to the provisions of the constitution of a particular state, or the Confederacy." "**A Trust Arises; Breached in the Past and Present**"*

*"The acquisition of the property or taking other advantage of a person by the betrayal of his confidence. Such an act is a sort of treason against good faith and shocks the conscience of all mankind." (Henry R. Gibson)*

In Conclusion for the breach of faith, breach of treaty relations and fiduciary duties in contravention is libel and slander and Treason against Ipso Moor subjects, ambassador-at-large

*Master Bill of Lading in Original Equal Justice*
*Being Rendered in Admiralty and Maritime Jurisdiction*
*by Nature, Law of Nations and Chancery (Equity)*                                    87

brown, kenneth anderson, a private and special People called Moor and beneficiary, heir, *subject, ambassador-at-large and Noble of the Al Maroc Shereefian Empire.*

**SPECIAL CAUSE: Amended Complaint (with Congressional Questions Raised)**

and Nobles of the Al Maroc Shereefian Empire. I hereby Order and Demand A Maritime lien on all Constitutions including the 1789 constitution of the united states the, 1871 organic act, and the Code of District of Columbia, etc. *As subject,* ambassador-at-large *and Noble of Al Maroc Shereefian Empire*, Nowhere in the constitution does it state that the Constitution Trust Manifesto was perpetual, and it is very clear that there was a scandalous intent and purpose to extirpate the Moors and breach the Supreme laws of Nations that came before the adoption of the constitution and laws of the united states by waging or declaring war against the Moor subjects of an Empire *"He who occasions the loss must bear the burden."* I declare all the "*People bound by oath to be Persons Worthy of Trust"* in Offices of the united states for the district of columbia, the united states of america in congress assembled and its 1789 constitution of united states is **Void** *Ab Initio and I Command Trustees not in breach to return back to the original united states of america style of confederacy and several states under 1774 articles of association, 1776 Declaration of Independence, and 1781 articles of confederation.*

*"Equity imputes an intent to fulfill an obligation"*
*"Equity see what is done as ought to be done."*

> *"Every State shall abide by the determination of the United States in Congress assembled, on all questions which by this confederation are submitted to them. And the Articles of this Confederation shall be inviolably observed by every State, and the Union shall be perpetual; nor shall any alteration at any time hereafter be made in any of them; unless such alteration be agreed to in a Congress of the United States, and be afterwards confirmed by the legislatures of every State."*

**Statement of the Cause**

Your Orator has suffered irreparable injury beyond repair by belligerent and hostile enemy christian powers and their crewman on enemy ships and vessels who continue to cross enemy lines, stepping outside 10 miles square of the headquarters who identifies themselves as the united states for the district of columbia masquerading themselves as Citizens of the united states of north america, but in reality, they are citizens of the united states for the district of columbia and privateers/pirates which in fact are committing Treason and felonies upon the High seas against the law of nations. Using colorable prize proceedings not applicable in admiralty, using a 2 Tiered

*Master Bill of Lading in Original Equal Justice*
*Being Rendered in Admiralty and Maritime Jurisdiction*
*by Nature, Law of Nations and Chancery (Equity)*

88

brown, kenneth anderson, a private and special People called Moor and beneficiary, heir, *subject, ambassador-at-large and Noble of the Al Maroc Shereefian Empire.*

**SPECIAL CAUSE: Amended** Complaint (with Congressional Questions Raised)

system causing Tyranny to destroy Ipso Jure Moor Subjects of an Empire with Malicious and Scandalous Intent and purpose through corruption of Blood using Letters of Marque/Reprisal to capture and condemn the Booty as prize and steal all cargo and goods belonging to the MotherShip of the Al Maroc Shereefian Empire. The united states for the district of columbia is in Fact the modern day resurrection of the East India Trading Company in which the slav(e) Trade was wholly discontinued by the Emperor pursuant the 1774 Articles of Association which states:

To obtain redress of these grievances, which threaten destruction to the lives liberty, and property of his majesty's subjects, in North-America, we are of opinion, that a non-importation, non-consumption, and non-exportation agreement, faithfully adhered to, will prove the most speedy, effectual, and peaceable measure: And, therefore, we do, for ourselves, and the inhabitants of the several colonies, whom we represent, firmly agree and associate, under the sacred ties of virtue, honour and love of our country, as follows:

1. That from and after the first day of December next, we will not import, into British America, from Great-Britain or Ireland, any goods, wares, or merchandise whatsoever, or from any other place, any such goods, wares, or merchandise, as shall have been exported from Great-Britain or Ireland; nor will we, after that day, import any East-India tea from any part of the world; nor any molasses, syrups, paneles, coffee, or pimento, from the British plantations or from Dominica; nor wines from Madeira, or the Western Islands; nor foreign indigo. *"A Trust Arises; Breached in the Past and Present"*

2. We will neither import nor purchase, any slave imported after the first day of December next; after which time, we will wholly discontinue the slave trade, and will neither be concerned in it ourselves, nor will we hire our vessels, nor sell our commodities or manufactures to those who are concerned in it. *"A Trust Arises; Breached in the Past and Present"*

3. As a non-consumption agreement, strictly adhered to, will be an effectual security for the observation of the non-importation, we, as above, solemnly agree and associate, that from this day, we will not purchase or use any tea, imported on account of the East-India company, or any on which a duty bath

*Master Bill of Lading in Original Equal Justice*
*Being Rendered in Admiralty and Maritime Jurisdiction*
*by Nature, Law of Nations and Chancery (Equity)*

89

brown, kenneth anderson, a private and special People called Moor and beneficiary, heir, *subject, ambassador-at-large and Noble of the Al Maroc Shereefian Empire.*

**SPECIAL CAUSE: Amended Complaint (with Congressional Questions Raised)**

been or shall be paid; and from and after the first day of March next, we will not purchase or use any East-India tea whatever; nor will we, nor shall any person for or under us, purchase or use any of those goods, wares, or merchandise, we have agreed not to import, which we shall know, or have cause to suspect, were imported after the first day of December, except such as come under the rules and directions of the tenth article hereafter mentioned.  breached in the past. *"A Trust Arises; Breached in the Past and Present"*

4. The earnest desire we have not to injure our fellow-subjects in Great-Britain, Ireland, or the West-Indies, induces us to suspend a non-exportation, until the tenth day of September, 1775; at which time, if the said acts and parts of acts of the British parliament hereinafter mentioned, ate not repealed, we will not directly or indirectly, export any merchandise or commodity whatsoever to Great-Britain, Ireland, or the West-Indies, except rice to Europe. *"A Trust Arises; Breached in the Past and Present"*

### *ACTS OF THE SIXTEENTH CONGRESS OF THE UNITED STATES*

(Act of 1820)

Passed at the first session, which was begun and held in the city of Washington, in the District of Columbia, on Monday the sixth day of December, 1819, and ended on the fifteenth day of May, 1820. CHAP. CXIII.-An Act to continue in force *"An act to protect the commerce of the United States, and punish the crime of piracy,"* and also to make further provisions for punishing the crime of piracy.

SEC. 3. *And be it further enacted*, That, if any person shall, upon the high seas, or in any open roadstead, or in any haven, basin, or bay, or in any river where the sea ebbs and flows, commit the crime of robbery, in or upon any ship or vessel, or upon any of the ship's company of any ship or vessel, or the lading thereof, such person shall be adjudged a pirate: and, being thereof convicted before the circuit court of the United States for the district into which he shall be brought, or in which he shall be found, shall suffer death. And if any person engaged in any piratical cruise or enterprise, or being of the crew or ships company of any piratical ship or vessel,

*Master Bill of Lading in Original Equal Justice*
*Being Rendered in Admiralty and Maritime Jurisdiction*
*by Nature, Law of Nations and Chancery (Equity)*

90

brown, kenneth anderson, a private and special People called Moor and beneficiary, heir, *subject, ambassador-at-large and Noble of the Al Maroc Shereefian Empire.*

**SPECIAL CAUSE: Amended Complaint (with Congressional Questions Raised)**

shall land from such ship or vessel, and, on shore, shall commit robbery, such person shall be adjudged a pirate: and on conviction thereof before the circuit court of the United States for the district into which he shall be brought, or in which he shall be found, shall suffer death: *Provided*, That nothing in this section contained shall be construed to deprive any particular state of its jurisdiction over such offences, when committed within the body of a county, or authorize the courts of the United States to try any such offenders, after conviction or acquittance, for the same offence, in a state court. *"A Trust Arises; Breached in the Past and Present"*

SEC. 4. *And be it further enacted,* That if any citizen of the United States, being of the crew or ship's company of any foreign ship or vessel engaged in the slave trade, or any person whatever, being of the crew or ship's company of any ship or vessel, owned in the whole or part, or navigated for, or in behalf of, any citizen or citizens of the United States, shall land, from any such ship or vessel, and, on any foreign shore, seize any negro or mulatto, not held to service or labour by the laws of either of the states or territories of the United States, with intent to make such negro or mulatto a slave, or shall decoy, or forcibly bring or carry, or shall receive, such negro or mulatto on board any such ship or vessel, with intent as aforesaid, such citizen or person shall be adjudged a pirate; and, on conviction thereof before the circuit court of the United States for the district wherein he may be brought or found, shall suffer death. *"A Trust Arises; Breached in the Past and Present"*

SEC. 5. *And be it further enacted,* That if any citizen of the United States, being of the crew or ship's company of any foreign ship or vessel engaged in the slave trade, or any person whatever, being of the crew or ship's company of any ship or vessel, owned wholly or in part, or navigated for, or in behalf of, any citizen or citizens of the United States, shall forcibly confine or detain, or aid and abet in forcibly confining or detaining, on board such ship or vessel, any negro or mulatto not held to service by the laws of either of the states or territories of the United States, with intent to make such negro or mulatto a slave, or shall, on board any such ship or vessel, offer or attempt to sell, as a slave, any negro or mulatto not held to service

*Master Bill of Lading in Original Equal Justice*
*Being Rendered in Admiralty and Maritime Jurisdiction*
*by Nature, Law of Nations and Chancery (Equity)*

91

brown, kenneth anderson, a private and special People called Moor and beneficiary, heir, *subject, ambassador-at-large and Noble of the Al Maroc Shereefian Empire.*

**SPECIAL CAUSE: Amended Complaint (with Congressional Questions Raised)**

as aforesaid, or shall, on the high seas, or any where on tide water, transfer or deliver over, to any othership or vessel, any negro or mulatto, not held to service as aforesaid, with intent to make such negro or mulatto a slave, or shall land, or deliver on shore, from on board any such ship or vessel, any such negro or mulatto,with intent to make sale of, or having previously sold, such negro or mulatto, as a slave, such citizen or person shall be adjudged a pirate; and,on conviction thereof before the circuit court of the United States for the district wherein he shall be brought or found, shall suffer death. *"A Trust Arises; Breached in the Past and Present"* APPROVED, May 15, 1820.

## Statement of the Cause

The primary subject matter issue of the libellant 's speciali causa (special cause) is for full restoration against the destruction of rights in contravention born of from trespasses upon the stipulations of maritime treaties including, but not limited to:

1. Detaining, molesting, interrupting his ability to pass and repass or otherwise impeding *Libellant's* free ingress and regress to and from.

2. Blocking, clogging, or prohibiting his private enjoyment, use, possession, and benefit of his lands, tenements, goods and chattels, reputation, labor and senses.

3. Collecting any kind of rent tribute or tax from them and otherwise exercise his functions of rule over them.

4. Libel and Slander in attempts to destroy *Libellant's* reputation, right to goods and chattels, credits, liberties, and his labor, or call upon *Libellant's* for indemnity or satisfaction, on behalf of another, "**under legal compulsion**."

5. Subject *Libellant's "under legal compulsion"* to any statutes, codes, ordinances, provisions, prohibitions, and penalties, have been heavily prejudiced by the presumption that the *Libellant* was a citizen of the united states for the district of columbia, or Citizen of the united states of america in congress assembled," and subject to their laws.

6. Treating *Libellant* as a belligerent and national of a designated enemy country.

7. Subjecting *Libellant* to any future inconvenience, probable or even possible to happen by the neglect, inadvertence or culpability of another, by guarding

*Master Bill of Lading in Original Equal Justice*
*Being Rendered in Admiralty and Maritime Jurisdiction*
*by Nature, Law of Nations and Chancery (Equity)*

92

brown, kenneth anderson, a private and special People called Moor and beneficiary, heir, *subject, ambassador-at-large and Noble of the Al Maroc Shereefian Empire.*

**SPECIAL CAUSE: Amended Complaint (with Congressional Questions Raised)**

*Libellant* against possible or prospective injuries/destruction, and to preserve the means by which *Libellant's* existing maritime rights may be protected from future or contingent violations and breach.

8. Endangering *Libellant* implied equitable maritime surety from being injured by the creditor's delay in bringing suit, against the principal debtor.

9. The *Libellant* certificate of title of "***Special Deposit***" has been issued to the trustees and been delivered.

10. I have been besieged.  There is a breach of reliance as my special deposit has been taken and never has it been applied to the accounting. I have been wronged.

*"Equity delights in Equality"*

Your orator requires this court to issue a ***Writ of QUIA TIMET*** (injunction) in the foregoing bill to inhibit and restrain the said *Defendant(s)/Libelee(s)* their heirs, assigns, and agents from continuing said act or acts complained of which are contrary to treaties, the Constitution, the laws of the State, or in violation of their charters. This *Writ of Quia Timet* is required for with good conscience and good reason; it is required that said injunction be made perpetual on the grounds that said acts are contrary to Equity, good conscience, good reason, and are repugnant to the treaties, constitution, laws of the united states of america in congress assembled or in violation of their charters. Your orator requires that said *Defendant(s)/Libelee(s),* their heirs, assigns, and agents are so ordered to absolutely desist and refrain from the commission of said trespasses therefrom.

Your orator requires that if it be necessary to attach an equitable maritime lien to the company charters, bonds, sureties, and collaterals, of any of the *Defendant(s),* their heirs, assigns, and agents, to secure the payment of the money due Claimant, for fraudulent concealment, any attempt to convert or appropriate said property to *Defendant(s)* own use, dispose of, destroy, or clog the ability to return the collateral to the brown, kenneth anderson for any breach of faith in contravention, be levied.

Your orator makes reference to the ACTS OF THE SIXTEENTH CONGRESS OF THE UNITED STATES, passed at the first session, which was begun and held in the City of Washington, in the District of Columbia, on Monday the sixth day of December, 1819, and ended on the fifteenth day of May, 1820, states as follows:

*Master Bill of Lading in Original Equal Justice*
*Being Rendered in Admiralty and Maritime Jurisdiction*
*by Nature, Law of Nations and Chancery (Equity)*

93

brown, kenneth anderson, a private and special People called Moor and beneficiary, heir, *subject, ambassador-at-large and Noble of the Al Maroc Shereefian Empire.*

**SPECIAL CAUSE: Amended Complaint (with Congressional Questions Raised)**

CH.&vP. CXIII.-An Act to continue in force "An act to protect the commerce of the United States, and punish the crime of piracy," and also to make further provisions for punishing the crime of piracy.

SEC. 3. And be it further enacted, That, if any person shall, upon the high seas, or in any open roadstead, or in any haven, basin, or bay, or in any river where the sea ebbs and flows, commit the crime of robbery, in or upon any ship or vessel, or upon any of the ship's company of any ship or vessel, or the lading thereof, such person shall be adjudged to be a pirate: and being, thereof convicted before the circuit court of the united states for the district into he shall be brought, or in which he shall be found, shall suffer death. And if any person engaged in any piratical cruise or enterprise, or being of the crew or ship's company of any piratical ship or vessel, shall land from such ship or vessel, and, on shore, shall commit robbery, such person shall be ajudged a pirate: and on conviction thereof before the circuit court of the United States for the district into which he shall be brought, or in which he shall be found, shall suffer death: Provided, That nothing in this section contained shall be construed to deprive any particular state of its jurisdiction over such offences, when committed within the body of a county, or authorize the courts of the United States to try any such offenders, after conviction or acquittance, for the same offence, in a state court. "*Breached in the past*"

SEC. 4. And be it further enacted, That if any citizen of the United States, being of the crew or ship's company of any foreign ship or vessel engaged in the slave trade, or any person whatever, being of the crew or ship's company of any ship or vessel, owned in the whole or part, or navigated for, or in behalf of, any citizen or citizens of the United States, shall land, from any such ship or vessel, and, on any foreign shore, seize any negro or mulatto, not held to service or labour by the laws of either of the states or territories of the United States, with intent to make such negro or mulatto a slave, or shall decoy, or forcibly bring or carry, or shall receive, such negro or mulatto on board any such ship or vessel, with intent as aforesaid, such citizen or person shall be adjudged a pirate; and, on conviction thereof before the

*Master Bill of Lading in Original Equal Justice*
*Being Rendered in Admiralty and Maritime Jurisdiction*
*by Nature, Law of Nations and Chancery (Equity)*

94

brown, kenneth anderson, a private and special People called Moor and beneficiary, heir, *subject, ambassador-at-large and Noble of the Al Maroc Shereefian Empire.*

**SPECIAL CAUSE: Amended** **Complaint (with Congressional Questions Raised)**

circuit court of the United States for the district wherein he may be brought or found, shall suffer death. "***Breached in the past***"

SEC. 5. And be it further enacted, That if any citizen of the United States, being of the crew or ship's company of any foreign ship or vessel engaged in the slave trade, or any person whatever, being of the crew or ship's company of any ship or vessel, owned wholly or in part, or navigated for, or in behalf of, any citizen or citizens of the United States, shall forcibly confine or detain, or aid and abet in forcibly confining or detaining, on board such ship or vessel, any negro or mulatto not held to service by the laws of either of the states or territories of the United States, with intent to make such negro or mulatto a slave, or shall, on board any such ship or vessel, offer or attempt to sell, as a slave, any negro or mulatto not held to service as aforesaid, or shall, on the high seas, or any where on tide water, transfer or deliver over, to any othership or vessel, any negro or mulatto, not held to service as aforesaid, with intent to make such negro or mulatto a slave, or shall land, or deliver on shore, from on board any such ship or vessel, any such negro or mulatto,with intent to make sale of, or having previously sold, such negro or mulatto, as a slave, such citizen or person shall be adjudged a pirate; and,on conviction thereof before the circuit court of the United States for the district wherein he shall be brought or found, shall suffer death. APPROVED, May 15, 1820. "***Breached in the past***"

Your orator requires that if it be necessary to attach an equitable lien to the company charters, bonds, sureties, and collaterals, of any of the Defendants/libelee(s)/privateer(s)/ pirate(s), their heirs, assigns, and agents, to secure the payment of the money due claimant/suitor/libellant, for fraudulent concealment, any attempt to convert or appropriate said property to Defendants/libelee(s)/privateer(s)/pirate(s) own use, dispose of, destroy, or clog the ability to return the collateral to the brown, kenneth andersno for any breach of faith, be levied.

*"Every homestead is sacred, especially when it belonged to our ancestors, and has been long in our possession. We were made ' of its dust; our fathers and mothers sleep*

*Master Bill of Lading in Original Equal Justice*
*Being Rendered in Admiralty and Maritime Jurisdiction*
*by Nature, Law of Nations and Chancery (Equity)*                                    95

brown, kenneth anderson, a private and special People called Moor and beneficiary, heir, *subject, ambassador-at-large and Noble of the Al Maroc Shereefian Empire.*

**SPECIAL CAUSE: Amended** Complaint (with Congressional Questions Raised)

*in its bosom; and we expect to repose by their side. Our dearest memories cluster about it; it was our father's kingdom, and the home of our youth where we were princes. To sell it away from us is like a sacrilege, and to turn us out of possession is like driving us out of our Eden and forcing us forever from our holy land. And all this is true, whether the home be a cabin on a mountain side, a cottage in a valley, or a palatial mansion in the midst of a princely estate; for home is home, and there is no place on earth so dear to the human heart, be that home humble, or be it grand; for, after all, it is our home. Fortunately for the unfortunate, the homestead laws, like the Cherubim of Eden, protect the home in very many cases;" and "The acquisition of the property or taking other advantage of a person by the betrayal of his confidence. Such an act is a sort of treason against.*** (Henry R. Gibson)*

This is the first application for an injunction in this cause.

*"A Judge ought always to have Equity before his eyes"*

### Notice of the Conflict and Variance of law

The remedies sought are of a purely equitable maritime by nature, and the libellant elects to apply for equitable maritime remedy and full restoration and notices that it is an established principle that when there is a conflict between the rules of admiralty/maritime and the rules of equity, over the same subject matter, the rules of equity shall prevail. Further, the claimant states that no adequate, sufficient, or speedy remedy colorable admiralty at law can provide complete justice. Your orator therefore attaches a "Table of Authorities" that are based upon well-established inherent principles and equity in the admiralty and maritime jurisprudence by nature. The maxims in support of Your orator's special causes attached herewith by reference and attached hereto in <mark>Annex</mark>. Further the claimant/suitor/libellant does notice that this cause has been initiated in personam only and in accordance with the soul, intent and purpose of the rules of the 1910 supreme court of the united states "rules of practice in admiralty" number 16, and that Respondents are believed to be governed exclusively in accordance with the intent of Rule 23 of same in addition to prize proceedings.. ***"Stand by what has been decided, and do not disturb what is settled."***

*Master Bill of Lading in Original Equal Justice*
*Being Rendered in Admiralty and Maritime Jurisdiction*
*by Nature, Law of Nations and Chancery (Equity)*

96

brown, kenneth anderson, a private and special People called Moor and beneficiary, heir, *subject, ambassador-at-large and Noble of the Al Maroc Shereefian Empire.*

SPECIAL CAUSE: Amended **Complaint (with Congressional Questions Raised)**

**Conclusion**

**Demand for Special and General Restoration [Relief]**

Wherefore the foregoing, Your orator therefore requires that this court issue a decree for Libellant's special request for Declaratory Relief of the rights, duties, powers, privileges and immunities between the parties which is operative and binding upon all the parties to the suit, whether they be natural or artificial persons, and whether under disability or not and pursuant to:

1. Decree brown, kenneth anderson, Moor beneficiary, as sole exclusive heir to the same subject matter the Name and Estate of "KENNETH ANDERSON BROWN," and "KB RA-EL" establishing my equitable maritime rights, powers and relation to said estate; to the private enjoyment, use, possession, and benefit of all property attachments including, but not limited to, all rents, credits emitted, monies borrowed, assets, lands, acquisitions, proceeds, profits, houses, goods and chattels, rights and credits, his person, his wife (to be) and offspring(s) (to be), his right to work and trade, to sell and acquire property, to engage in lawful business without restriction, to pass and repass among the Christians and Jews, being perfectly secure in his person and property, and his and their reputation, health and capacity to labor;

2. Decree the libellant be restored all assets including, but not limited to, credits emitted, monies borrowed, rents, assets, lands, proceeds, titles, interests, issues, derivatives, derivations, equitable lien attachments and collaterals, be accounted for, and other rights he sues for, or right, title or interest that he is entitled to claim.

3. Decree acknowledgement of brown, kenneth anderson, is "in fact" a private people called Moor, americas aboriginal virginian national, and subject, ambassador-at-large and Noble of the Al Maroc Shereefian Empire, "*but not a citizen of the united states for the district of columbia and its insular possessions/enclaves (Federal), nor a Citizen of the united states of america in congress assembled and its several states (confederacy)*;" and that he shall be treated as friendly, amicus curiae, respected, esteemed and as that of the **most favored Nation**; and that due process and **equal Justice shall be rendered in**

*Master Bill of Lading in Original Equal Justice*
*Being Rendered in Admiralty and Maritime Jurisdiction*
*by Nature, Law of Nations and Chancery (Equity)*                                                                97

brown, kenneth anderson, a private and special People called Moor and beneficiary, heir, *subject, ambassador-at-large and Noble of the Al Maroc Shereefian Empire.*

**SPECIAL CAUSE: Amended Complaint (with Congressional Questions Raised)**

**the exclusive admiralty and maritime jurisdiction by nature** towards him in all disputes;

4.  Decree protection of all rights to subrogation of the equitable surety involving the subject matter obligation/debts;

5.  Decree exoneration from all liability as secondarily liable to the Estate; and shall **"not"** be called upon for indemnity or satisfaction on behalf of another;

6.  Decree a special evidentiary hearing with the special clerk and master to present private   proprietary confidential evidence in support;

7.  Decree to seal said Suit to exclude the public and press to protect the nature of the rights and protections between the Parties during the proceedings;

8.  Decree any other Special Relief, with particularity, and that "**Your orator may have such further and other relief in the premises as the nature of his case shall require and as to your judgeship shall deem just**." Your orator requires you to issue a decree declaring Libellant: brown, kenneth anderson, a special and private people called Moor to be the Heir and Sole Beneficiary of Further, if said estate(s) is insolvent, then I shall endeavor to make it solvent as a contributing heir subrogee; if there are any encumbrances or collateral relations impeding the administration or execution of said estate I shall also consider to exercise the right to redeem said collateral in declaring a deed absolute to be an equitable maritime mortgage in my favor, in order to extinguish all encumbrances and merge and extinguish any of the corresponding debts or mortgages, as the situation may require.

9.  Your orator requires Your Honor issue a decree *pro confesso* for all Libellee(s), and that the matters of account in controversy be and are referred to the Clerk and Master to take and state an account between the libellant and libellee(s) concerning all transactions relating to or growing out of the same. The Master shall compel the production of all such books, papers, documents and other writings as may be in the possession or power of the parties, or either of them, he shall think proper to be produced before him in taking such account. The Master shall require each party to produce and file with the Master said account

*Master Bill of Lading in Original Equal Justice*
*Being Rendered in Admiralty and Maritime Jurisdiction*
*by Nature, Law of Nations and Chancery (Equity)*

98

brown, kenneth anderson, a private and special People called Moor and beneficiary, heir, *subject, ambassador-at-large and Noble of the Al Maroc Shereefian Empire.*

**SPECIAL CAUSE: Amended Complaint (with Congressional Questions Raised)**

as to show the balance which either party may owe the libellant, and he will report hereon to the next term of the Court, until which time all other matters are reserved. The Master shall have liberty to state any special circumstances.

10. Decree Injunctive relief to prevent a party, plaintiff(s) from using the colorable admiralty Courts of law to obtain or enforce judgements contrary to Equity admiralty and maritime by nature, good conscience and good reason. Where, in any said plaintiff has an unfair advantage at law, whereby he may make the Court of law an instrument of injustice.

11. Decree Injunctive relief be granted to perpetually inhibit Defendant(s) from the assertion of any assumed right, and perpetually restrain Defendant(s) from the commission of an act which would be contrary to Equity, good conscience, and good reason, the treaties, constitution, laws of the united states of america in congress assembled or in violation of their charters.

12. Decree that Your orator be a private people called Moor grantee/grantor/beneficiary for and on behalf of brown, kenneth anderson, Moor beneficiary of the registered organization trust vessel name KENNETH ANDERSON BROWN estate et al., and that the body, the name, the sum of all their attachments, all rents, credits emitted, monies borrowed, lands, assets, acquisitions, proceeds, and profits of the estate during such time as Your orator was deprived thereof, with lawful interest, due to to brown, kenneth anderson, beneficiary, be restored to Your orator.

13. Decree that Your orator be a private people called Moor grantee/grantor/beneficiary and heir for and on behalf of deceased mother and Mooress: harrison, joyce yvonne beneficiary of the registered organization trust vessel name JOYCE YVONNE HARRISON estate, et al.; deceased father and Moor: brown, joseph anderson beneficiary of the registered organization trust vessel name JOSEPH ANDERSON BROWN estate, et al.; deceased brother and Moor: brown, kevin lamar beneficiary of the registered organization trust vessel name KEVIN LAMAR BROWN estate, et al., and that the bodies, the names, the sum of all their attachments, all rents, credits emitted, monies

*Master Bill of Lading in Original Equal Justice*
*Being Rendered in Admiralty and Maritime Jurisdiction*
*by Nature, Law of Nations and Chancery (Equity)*

99

brown, kenneth anderson, a private and special People called Moor and beneficiary, heir, *subject, ambassador-at-large and Noble of the Al Maroc Shereefian Empire.*

**SPECIAL CAUSE: Amended Complaint (with Congressional Questions Raised)**

borrowed, lands, assets, acquisitions, proceeds, and profits of the estate during such time as Your orator was deprived thereof, with lawful interest, due to harrison, joyce yvonne, brown, joseph anderson and brown, kevin lamar who are all beneficiaries, be restored to Your orator as sole heir;

14. Decree anyone acting as a People who is bound by oath to be Persons worthy of Trust and or Persons worthy of Trust shall render upon request by the Libellant, the specific performance, to produce an annual a full accounting and non-commingled, of all real, personal, and equitable maritime assets and debts due to Libellant's estate(s) and Libellant's inherited estate(s) as heir during such time as he was deprived; and that a fiduciary be appointed for each life estate in those assets; the Trustee(s) of the private trust established settle and close this matter; and release any and all collateral, and return all remaining trust res, by reconversion of said "Trust Account(s)" interest, in USD species, to Libellant brown, kenneth anderson Moor heir/beneficiary; extinguish all state, local, tax, obligation, reprisal, remuneration, indemnification, or debts, if any; exhibit and account for the funds or other property in which the Libellant has an interest, and to pay over whatever may be due or belong to him, or the balance due Libellant on a fair accounting to be held by you on Special Deposit;

15. Decree the Libellant brown, kenneth anderson, a private people called Moor heir/beneficiary and shall have the right to claim, as grantee absolute, 999,999 acres of land, of his own choosing, including but not limited to water rights, surface and subsurface rights and air rights to lands, held in trust by the Department of the Interior for Moor aborigine beneficiary(ies) and descendant(s), shall be set aside and recorded in the name of the KB RA-EL EXPRESS TRUST for the private enjoyment, use, possession, and benefit, at that time and forever for the named brown, kenneth anderson, his *heirs and beneficiaries*. Said claim of lands, any interest in lands, water rights, or surface and subsurface rights and air rights to lands, including this trust or otherwise restricted allotments and rights, SHALL NOT BE TAXED and is subject to NO other trust, existing building and use restrictions, easements and zoning

*Master Bill of Lading in Original Equal Justice*
*Being Rendered in Admiralty and Maritime Jurisdiction*
*by Nature, Law of Nations and Chancery (Equity)*

100

brown, kenneth anderson, a private and special People called Moor and beneficiary, heir, *subject, ambassador-at-large and Noble of the Al Maroc Shereefian Empire.*

**SPECIAL CAUSE: Amended Complaint (with Congressional Questions Raised)**

ordinances of record, governing body or political subdivision, whether federal, State or local, if any, outside the exclusive equitable admiralty and maritime jurisdiction by nature laws of nations, WHATSOEVER;

16. Decree any cloud be removed from any real, personal, equitable maritime assets, or named estate(s) or the title be divested and vested concerning equitable maritime claim made by Libellant; and a permanent equitable maritime estoppel be granted against any and all non-bona fide parties.

17. Decree perpetual Injunctive relief shall issue against all classes of defendant(s), including but not limited, all executive, legislative, or judicial officers, and fiduciaries, whether implied or expressed, both of the united states of america and of the several states;

18. Decree perpetual Injunctive relief shall issue against all classes of Libelee(s), including but not limited, all executive, legislative, or judicial officers, and fiduciaries, whether implied or expressed, both of the united states of america and of the several states who are subject to their treaties and constitutions, shall acknowledge the Libellant special and particular political status"; and the Libellant shall "not" be treated as a national/ally/neutral of a designated enemy country, or made subject to the Trading with the Enemy Act of 1933, nor the Emergency War Power Act or any other act that is repugnant to the maritime treaties; and that Libellant shall be excepted from any act, law, statute, ordinance, regulation, or prohibition that is in any way repugnant to the maritime/mercantile treaties between the *Citizens of the United States of North America* and the *subjects of the Al Maroc Shereefian Empire*;

19. Decree Injunctive relief to prevent a party(ies)/plaintiff(s) from using the Courts of law to obtain or enforce any judgements contrary to Equity admiralty and maritime by nature, good conscience and good reason. Where, in any said plaintiff has an unfair advantage at law, whereby he may make the Court of law an instrument of injustice;

20. Decree Injunctive relief be granted to perpetually inhibiting Libelee(s) from the assertion of any presumed right, and perpetually restrain Libelee(s) from the

*Master Bill of Lading in Original Equal Justice*
*Being Rendered in Admiralty and Maritime Jurisdiction*
*by Nature, Law of Nations and Chancery (Equity)*

101

brown, kenneth anderson, a private and special People called Moor and beneficiary, heir, *subject, ambassador-at-large and Noble of the Al Maroc Shereefian Empire.*

**SPECIAL CAUSE: Amended Complaint (with Congressional Questions Raised)**

commission of an act which would be contrary to Equity admiralty and maritime by nature good conscience, and good reason, the maritime treaties, constitution, laws of the united states of america in congress assembled or in violation of their charters;

21. Decree Injunctive relief to be granted on behalf of an "implied equitable maritime surety," to enjoin any suit at law by creditor(s) whenever the creditor delays to sue after notice or demand;

22. Decree Injunctive relief be granted to perpetually inhibit Defendant(s)/Libellant(s) or anyone acting as a People who is bound by oath to be Persons worthy of Trust and or Person worthy of Trust, from the asserting of any form of unlawful detainment, molestation, forced medical treatment, vaccinations, or forced use of protective apparel or any differentiating mark or sign to be placed upon Your orator or anyone of his heirs/beneficiaries, without their expressed written consent, they all shall be exempt from being visited or quarantined, under any pretense whatever, by anyone acting as a Person worthy of Trust. Any Defendant(s), their heirs and assigns, in violation of said injunction shall have an equitable maritime lien attached to their bonds, sureties, and collaterals, for their breach of faith, if any equitable admiralty grounds for attachment exist, state it;

23. Decree the following named Moor subjects be immediately restored and set at liberty. Immediately restore, release and set at liberty the Moor beneficiary vessels goods and chattels at liberty as following: brown, bryan lamar d/b/a BRYAN LAMAR BROWN et al., inmate trust # 75394083 et al. and trust (Case) # 4:14-CR-2, et al., # 4:2021cv00153, et al., 4:17-cr-00045-RAJ-RJK, et al., and # 18-4539 and all courts of colorable quasi-in rem proceedings; lee, christopher alon d/b/a CHRISTOPHER ALON LEE, et al., trust (Case) # 22TR104636, et al., and all courts of colorable quasi-in rem proceedings, currently in fulton county state court, et al.; brown, torrey d/b/a TORREY BROWN inmate trust # 291581 et al., and all courts of colorable quasi-in rem proceedings, currently held at chippewa correctional facility of michigan; jamal

*Master Bill of Lading in Original Equal Justice*
*Being Rendered in Admiralty and Maritime Jurisdiction*
*by Nature, Law of Nations and Chancery (Equity)*

102

brown, kenneth anderson, a private and special People called Moor and beneficiary, heir, *subject, ambassador-at-large and Noble of the Al Maroc Shereefian Empire.*

### SPECIAL CAUSE: Amended Complaint (with Congressional Questions Raised)

darius jr d/b/a JAMAL DARIUS PARKER Jr. trust (Case) # 2200132301FH, et al., currently in third circuit court of michigan, stepherson; mark anthony d/b/a MARK ANTHONY STEPHERSON trust (Case) # 1:21-00507-mhc-jkl, and all courts of colorable quasi-in rem proceedings,  currently held at federal detention center miami; duval, vincent anthony jr d/b/a VINCENT ANTHONY DUVAL JR  relating to trust (Case) # 8:03-cr-00131-SCB-M P in district court of the united states for florida middle district; and *ivey, xanthe d/b/a XANTHE TABBS, et al., relating to trust (Case) # 8:22-cr-00227-RFR-MDN-2, et al.,currently in district court of the united states, district of Nebraska.*

24. Decree all other matters are reserved, and either party is to be at liberty to apply to the Court as occasion may require; and that the Libellant have such other relief as he demand, and may be entitled to, and that the proper final process shall issue; that this relief has been granted on proper grounds and in keeping with good reason and good conscience.

All "***People who are bound by oath to be Persons Worthy of Trust***" including but not limited to all legislative, executive and judicial officers both of the United States and of the several states bound by oath or affirmation to support all treaties made, the constitutions and the laws of the United States, shall be indemnified by fulfilling their fiduciary duties.

As "***Equity will take jurisdiction to avoid a multiplicity of suits,***" Your orator peacefully demands Liberty and Effects are restored immediately per Your orator's beneficiary and or heirship interest and Maritime Treaty(ies) and per each aforesaid Statement of Cause and without delay and no aforesaid Statement of Cause(s) should delay restoration due to any other listed Statement of Cause(s) unless deemed by Your servitude based on Equity and equal Justice being rendered.  Your orator's rights and property have been destroyed in the past, present and will so in the foreseeable future without immediate restoration.

> ***"If any Moor shall bring Citizens of the United States or their Effects to His Majesty, the Citizens shall immediately be set at Liberty and the Effects restored, and in like Manner"*** *pursuant to 1786/1836,*

*Master Bill of Lading in Original Equal Justice*
*Being Rendered in Admiralty and Maritime Jurisdiction*
*by Nature, Law of Nations and Chancery (Equity)*

103

brown, kenneth anderson, a private and special People called Moor and beneficiary, heir, *subject, ambassador-at-large and Noble of the Al Maroc Shereefian Empire.*

**SPECIAL CAUSE: Amended Complaint (with Congressional Questions Raised)**

*Treaty of Marrakech ARTICLE VI.*

*"Equity regards the beneficiary as the true owner"*

**BE YEE PERFECT,**
*that this restoration/relief has been granted on proper grounds and in keeping with good reason and good conscience.*

*"Equity will not allow a trust to fail for want of a Trustee"*

Performed by my hand and seal with *manifest special intent and purpose,* freewill act and Deed:

*I DECLARE,* under penalty of perjury under the land, air and waters of the Al Maroc Shereefian Empire that the foregoing is true and correct. Executed: ___December  21___, 2022.

By: _____
**brown, kenneth anderson** *grantee/grantor/beneficiary/heir* a special and private Moor americas aboriginal virginian national, *"but not a citizen of the united states for the district of columbia and its insular possessions/enclaves (Federal), nor a Citizen of the united states of america in congress assembled and its several states (confederacy)"* and subject, ambassador-at-large and Noble of the Al Maroc Shereefian Empire.
**SPECIAL DEPOSIT, PRIVATE, PRIORITY**

**Claimant/Suitor/Libellant**
brown, kenneth anderson & KB RA-EL EXPRESS TRUST
c/o 221 Jordan Drive
Woodstock, Georgia RFD
near. [30188]
eMail: brownkennethanderson@gmail.com
Phone: 804 836-9937

**WITNESSES**

Graham, Todd
Print/Witness

_____
Signature/Witness

Lee, Christopher
Print/Witness

_____
Signature/Witness

*Master Bill of Lading in Original Equal Justice Being Rendered in Admiralty and Maritime Jurisdiction by Nature, Law of Nations and Chancery (Equity)*

104

brown, kenneth anderson, a private and special People called Moor and beneficiary, heir, *subject, ambassador-at-large and Noble of the Al Maroc Shereefian Empire.*

**SPECIAL CAUSE: Amended Complaint (with Congressional Questions Raised)**

---

**PROOF OF SERVICE**

I Declare that the forgoing instrument was served herein on *December 25*, 2022.

The parties were served via:

___ U.S.Mail          ___ Facsimile     ___ Hand Delivery          ___ UPS

___ Federal Express   ___ Other     ___ E-File          ✓ Email

By: *brown, kenter arl*  Moor beneficiary

---

*Master Bill of Lading in Original Equal Justice*
*Being Rendered in Admiralty and Maritime Jurisdiction*
*by Nature, Law of Nations and Chancery (Equity)*

105